# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| HUNG HUYNH<br><br>PLAINTIFF(S)<br><br>v.<br><br>GERARD RICHARD WILLIAMS, III<br><br>DEFENDANT(S). | 2:25−cv−07351−JC<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| __8/7/2025__ | __1__ | __Notice of Removal__ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

*Other Error(s):*

The case initiating document such as the Civil Cover Sheet was incorrectly filed as an attachment. Please utilize CM/ECF resources such as the search tool to locate the appropriate events for filing. No further action is required unless directed by the Court.

Clerk, U.S. District Court

− NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING −

Dated:  August 13, 2025   By:  /s/ *Jeannine Tillman  jeannine_tillman@cacd.uscourts.gov*
Deputy Clerk