| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Paul N. Philips, Esq.<br>LAW OFFICES OF PAUL N. PHILIPS, APLC<br>9440 Santa Monica Boulevard, Suite 301<br>Beverly Hills, California 90210 | |

ATTORNEY(S) FOR: Defendant Gerard Williams III

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HUNG HUYNH | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-CV-07351-JC |
| v. | |
| GERARD RICHARD WILLIAMS III, et al. | CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendant Gerard Richard Williams III_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Hung Huynh | Plaintiff |
| Gerard Richard Williams III | Defendant |

August 13, 2025
Date

Signature [signed]

Attorney of record for (or name of party appearing in pro per):

Defendant Gerard Richard Williams III

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am over 18 years of age and not a party to this action.  My business email address is pnp@pnplegal.com

On August 13, 2025, I served the foregoing documents described as:

NOTICE OF INTERESTED PARTIES

on the following:

LLOYD E. KELLEY, ESQ
Texas State Bar No. 11203180
276 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Tel: 281-492-7766
Email: kelley@lloyedekelley.com

CACTUS JACK CAGLE, ESQ
CAGLE & ASSOCIATE
Attorney, Mediator, Arbitrator, Former Judge
Texas State Bar No. 03591850
The Texas Justice Center
4900 Fournace Place, #200
Bellaire, Texas 77401
Email: jack@judgecagle.com

MINH-TAM (TAMMY) TRAN, ESQ
THE TAMMY TRAN LAW FIRM
Texas Bar No. 20186400
4900 Fournace Place, 77401
Bellaire, Texas 77401
Tel: (832) 372-4403
Email: ttran@tt-lawfirm.com

Marco Molina (State Bar No. 338185)
Shaia A. Stambuk (State Bar No. 329240)
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone: (714) 754-6600
Facsimile: (714) 754-6611
Email: mmolina@bakerlaw.com
sstambuk@bakerlaw.com

Attorneys for Defendant GERARD RICHARD WILLIAMS III

| | |
|---|---|
| 1 | |
| 2 | Shawn Cowles (SBN: 163826), |
|   | Brandon Tran (SBN: 223435), |
|   | Matthew Hoesly (SBN: 289593) |
| 3 | scowles@dhillonlaw.com |
|   | btran@dhillonlaw.com |
| 4 | mhoesly@dhillonlaw.com |
|   | DHILLON LAW GROUP INC. |
| 5 | 4675 MacArthur Court, Suite 1410 |
|   | Newport Beach, California 92660 |

Attorneys for Plaintiff HUNG HUYNH aka DAM VINH HUNG

[X]  BY ELECTRONIC TRANSMISSION:

I served the above-titled document to these persons at the electronic mail addresses stated, which addresses I understand the recipients to have used for electronic communications since the inception of this matter.

[ x ] STATE:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] FEDERAL:

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 13th day of August 2025 at Beverly Hills, California.

_____
Paul N. Phillips