UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-07351-JC | Date | August 13, 2025 |
|---|---|---|---|
| Title | Hung Huynh v. Gerard Richard Williams III | | |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | none | none |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:            Attorneys Present for Defendant:

none                                         none

**Proceedings:**          (In Chambers)

**REMINDER NOTICE REGARDING DEADLINE TO OPT OUT OF ASSIGNMENT OF CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    Per the attached Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent Form ("Notice") issued on August 13, 2025, the deadline for Plaintiff and Defendant Gerard Richard Williams III ("Removing Defendant") affirmatively to decline to consent to the assignment of this removed case to the Magistrate Judge for all purposes (*i.e.*, to "opt out") will expire on **August 20, 2025**. **If the declination form is not received by such deadline, Plaintiff and the Removing Defendant will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge for all purposes.**  To the extent Plaintiff or the Removing Defendant wish to opt out, they must follow the instructions on the attached Notice.  **Parties are free to decline to consent to Magistrate Judge jurisdiction without adverse substantive consequences.**

Attachment