NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Shawn E. Cowles (163826)
Brandon Q. Tran (223435)
DHILLON LAW GROUP INC.
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660

ATTORNEY(S) FOR: Plaintiff Hung Huynh

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HUNG HUYNH

Plaintiff(s),

v.

GERARD RICHARD WILLIAMS III

Defendant(s)

CASE NUMBER:

2:25-cv-07351-JC

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Hung Huynh
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Hung Huynh | Plaintiff |

September 2, 2025
Date

/s/ Brandon Q. Tran
Signature

Attorney of record for (or name of party appearing in pro per):

Brandon Q. Tran