# Exhibit "A"

Electronically Filed by Superior Court of California, County of Orange, 12/02/2024 03:37:39 PM
30-2024-01443938-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By H. Mitchell, Deputy Clerk.
#:263

**PAUL N. PHILIPS, ESQ.**, SBN 187928
LAW OFFICES OF PAUL N. PHILIPS, APLC
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Telephone: 323-813-1126
Email: *pnp@pnplegal.com*

**LLOYD E. KELLEY, ESQ.**
Texas State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
Telecopier: 281-652-5973
Email: *kelley@lloydekelley.com*
*Pro hac vice* pending

**CACTUS JACK CAGLE, ESQ.**
CAGLE & ASSOCIATES
Attorney, Mediator, Arbitrator, Former Judge
Texas State Bar No. 03591850
The Texas Justice Center
4900 Fournace Place, #200
Bellaire, Texas 77401
Email: *jack@judgecagle.com*
Telephone: 713-927-0720
*Pro hac vice* pending

**MINH-TAM (TAMMY) TRAN, ESQ.**
THE TAMMY TRAN LAW FIRM
Texas Bar No. 20186400
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (832) 372-4403
Email: *ttran@tt-lawfirm.com*
*Pro hac vice* pending

COUNSEL FOR PLAINTIFF GERARD WILLIAMS III

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| GERARD RICHARD WILLIAMS, III, an Individual,<br><br>                Plaintiff,<br><br>v.<br><br>HUNG HUYNH, an Individual; DOES 1 to 15, Inclusive,<br><br>                Defendants. | Case No.: 30-2024-01443938-CU-PO-CJC<br><br>**COMPLAINT AND DEMAND FOR TRIAL BY JURY**<br><br>   1. Negligence<br><br>Assigned for All Purposes Judge Nico Dourbetas |

EXH. A_001

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL:

COMES NOW, GERARD WILLIAMS, III (hereinafter "Plaintiff," or "Gerard") and complains against Defendant Hung Huynh (a/k/a "Dam Vinh Hung" or "Defendant") as follows:

**I.**

**PARTIES**

1. Plaintiff is a citizen of the State of California, and resident of the County of Orange, State of California.

2. Defendant is a citizen of Vietnam who, on information and belief, was lawfully admitted for permanent residence in the U.S.[1] At times herein relevant, Defendant was an invitee at the home of Plaintiff, located in Orange County ("the Property").

3. At all relevant times, Plaintiff owned the Property and its fixtures.

4. On or about February 19, 2024, Dam Vinh Hung entered the Property as an invitee.

5. At The Property, Dam Vinh Hung's negligence included, *inter alia,*

   a) Failing to exercise reasonable care by climbing to and sitting on a fountainhead located in the central courtyard of the premises which Dam Vinh Hung knew was not intended for or suited for such purpose;

   b) Ignoring the visible, open, obvious, and apparent fragility of the fountain's structure, specifically the fountainhead designed only for water flow, which was never capable of supporting Dam Vinh Hung's weight. As such, it subsequently collapsed under his heavy weight when he climbed it, causing the pedestal to crack and collapse against the basin's edge. It should be noted that Dam Vinh Hung and his dancers had performed on a stage far behind the fountain all evening, which stage was constructed by Premiere Production, specifically for the performance;[2]

---

[1] 28 U.S. Code Section 1332(a)(2).

[2] Premiere Production is a highly reputable stage construction engineering and architecture firm, specializing in creating stages for performers. Examples include Ex. 1 to Ex. 4: the construction of the stage prior to the concert, showcasing its intricate solid design and functionality; Ex. 5: Dam Vinh Hung and other dancers performing on the stage, highlighting its capacity to support dynamic dancing and performances; Ex. 6: Gerard and Tiffany performing on stage, emphasizing the stage's versatility; and Ex. 7 the impressive qualifications of Premiere Production, which solidify its reputation as one of the leaders in the industry.  All exhibits referenced but not contained herein will be lodged with the Court separately.

c) Unilaterally causing and assuming the risk of a condition he knew to be dangerous, unsafe, and ill-advised; and

d) Acting in a manner inconsistent with the level of ordinary care expected of an invitee under similar circumstances.

**A.  The Undisputed Facts via Video Footage.**

6.    On February 19, 2024, a party was held at the home of Gerard and his family to celebrate the Vietnamese New Year, which party was organized by Mong Linh and Tram Huong, the Event Organizers. The organizers had been granted the privilege of using the Williams' residence free of charge, under condition of their promise to implement proactive safety measures for the event. Early on, guests gathered in the central courtyard where a stage, far behind the fountain, was professionally constructed for the band and singers by Premiere Production.  Later in the evening, as Dam Vinh Hung and others enjoyed the lively atmosphere, unbeknownst to Plaintiff, Dam Vinh Hung suddenly climbed on top of the fountainhead, with the purpose of presenting to the partygoers his dramatic exit. His reckless actions, however, caused an unfortunate accident in which Dam Vihn Hung climbed a fountain at the Property which, unable to support his weight, collapsed.  As a result of his actions, Dam Vinh Hung destroyed the fountain, and injured himself.

**B. Video Evidence Cannot be Controverted.**

7.    The video shows early footage of the party, with Dam Vinh Hung and others singing on stage with the live band also on the stage.[3]  The video shows Dam Vinh Huong voluntarily climbing onto the expensive fountainhead to make his grand exit from the event,[4] causing it to tilt over and fall, breaking into pieces. In the event, the fountain's pedestal and upper structure were destroyed.  The fountain's lower basin contained about ten (10) inches of standing water.  As Defendant knew, the fountain pedestal and fountainhead were designed only as water features, and not as climbing devices. Defendant's conduct as alleged herein caused what is, on information and belief, tens of thousands of dollars in damage to Plaintiff's property.

---

[3] Ex. 8 to Ex 9, *infra*: True and correct copy of Videos, which is incorporated into this Complaint and attached hereto.
[4] Ex. 10, *infra*: True and correct copy of Picture of the fountain prior to the Incident, which is incorporated into this Complaint and attached hereto.

COMPLAINT AND DEMAND FOR TRIAL BY JURY

EXH. A_003

8.     Additional specific footage[5] shows Dam Vinh Hung singing while standing at the edge of the fountain basin, surrounded by a few people dancing nearby. At one point, the video shows an individual named Hong-Ngoc testing the stability of the fountainhead by pushing against it twice. She then pushes with both hands on the fountainhead, appearing to conduct her own makeshift inspection of the structure of the pedestal before standing back up and signaling to Dam Vinh Hung her apparent impression that it seemed safe for him to proceed.

9.     The video continues with Dam Vinh Hung placing both hands on the fountainhead's edge, jumping forward and turning mid-air to sit on the fountainhead. The fountainhead immediately tilts and topples upon contact with Dam Vinh Hung's weight, causing him and the fountainhead to fall into the basin. The impact of the fountainhead against the pedestal cracks the fountain's pedestal and upper structure, which collapses against the opposite side of basin's edge. Onlookers rush to assist, with Hong-Ngoc pulling Dam Vinh Hung out of the basin's water before stepping back to steady herself. The video ends, as Dam Vinh Hung is helped out of the fountain basin.

## II.

## FIRST CAUSE OF ACTION:  NEGLIGENCE

10.     At all times herein relevant, Defendant owed a duty to Plaintiff to conduct himself in manners not likely to cause damage to Plaintiff or Plaintiff's property.

11.     Defendant knew or should have known that breaching said duties was likely to cause Plaintiff damages as alleged herein, including without limitation property damage.

12.     By reason of Defendant's conduct and actions and failures to act, Defendant breached his duties to Cross-Complainant;

13.     As a direct and proximate result of the conduct herein alleged, Defendant caused substantial damage to Plaintiff's property.

---

[5] Ex. 11, *infra*: True and correct copy of Video, Dam Vinh Hung and Hong Ngoc were dancing on the edge of the fountain which is incorporated into this Complaint and attached hereto.

COMPLAINT AND DEMAND FOR TRIAL BY JURY
EXH. A_004

## III.

## DAM VINH HUNG'S LIES, BETRAYAL, AND EXTORTED DEMANDS

14.    Gerard Williams III, a nationally recognized American technology inventor who arose from humble Midwestern beginnings. Instilled with values of hard work, integrity, and resilience by his devout Christian parents, he became one of the top inventors in America, if not the world. Gerard has been the inventor of more than fifty patents, with ARM, Apple, NUVIA, and Qualcomm. Since 2013 and even until today, virtually all iPhones have contained processors that Gerard architected. He married his soulmate, a talented and beautiful Vietnamese artist and singer, who introduced him to Vietnamese culture, particularly its music. Gerard quickly developed a deep appreciation for this rich, beautiful art form and built friendships with many artists, including Plaintiff Dam Vinh Hung, who befriended Gerard and Tiffany since 2018.

### A.  February 19, 2024

15.    The Vietnamese New Year celebration took place at the Williams' residence, organized by co-Event Organizers Mong Linh and Tram Huong who were granted the privilege to use the premises free of charge. Toward the evening's end, Dam Vinh Hung elected to make a dramatic and risky exit, climbing atop the fountain centerpiece. Unfortunately, the fountain could not support Dam Vinh Hung's weight and collapsed, resulting in a crash that caused substantial damage to Plaintiff's property.

### B.  Ambulance Arrival and Hong Ngoc's Admission of Fault.

16.    Firefighters and paramedics arrived quickly, transporting Dam Vinh Hung to the hospital. Plaintiff and at least two (2) distressed partygoers traveled to the hospital.

17.    Plaintiff graciously covered all Dam Vinh Hung's medical expenses as a courtesy, after which Dam Vinh Hung confirmed his recovery.

////

**C. February 20, 2024.**

18.      A photo of the fountain[6] indicates what happened following Cross-Defendant's voluntary action. Subsequently both an individual named Hong Ngoc, and Dam Vinh Hung, provided more details about Defendant's desire to make an impromptu and dramatic grand exit to end the show.

**D. February 22, 2024.**

19.      **After returning to his home in Vietnam,** Dam Vinh Hung expressed his deep gratitude in a Facebook post, highlighting Tuyen Nguyen (Tiffany) and Gerard Williams at the top of the list of beloved friends and family who had taken care of him "from beginning to end.[7]



---

[6] Ex. 12, *infra*: True and correct copy of Picture of the fountain after the Incident, which is incorporated into this Complaint and attached hereto.
[7] Dam Vinh Hung (February 22, 2024) - "Hung respectfully sends my special thanks to everyone… friends, colleagues, the media… who sent messages, called, encouraged, and offered me their best wishes. I am especially grateful to those who were concerned about me and took care of me from beginning to end. This includes my brothers, sisters, friends, and <u>beloveds such as Tuyen Nguyen (Tiffany) and her husband Gerard Williams</u>, my blood sisters An Pham and Hang Le, my little girl Ninja Tao Thao, my beloved Nha Trang Family, brother Nam Vong Bao Le, sister Linh Mong Nguyen, brother and sister Jay Nguyen and Jennifer Han Vu, sister Thu-anna Nguyen." (Emphasis added.)

COMPLAINT AND DEMAND FOR TRIAL BY JURY

EXH. A_006

Ex. 13: True and correct copy of Dam Vinh Hung's February 22, 2024, Facebook posting by Dam Vinh Hung, which is incorporated into this Answer and attached hereto.

**E. On the same day, Dam Vinh Hung posted a short video clip on his Facebook account.**

20.     In that post, he shared that he was doing fine. Dam Vinh Hung also unequivocally admitted attempting a grand exit, taking what he termed a risk, by climbing onto the fountain's centerpiece - an action that ultimately led to his fall, Plaintiff's property damage, and his injury.[8]

**F. Dam Vinh's Lawsuit and Fanciful Demands for $15,000,000, later reduced to $5,000,000, and then $20,000,000, and a threat to increase to $50,000,000.**

21.     In the following months, from May through July, Dam Vinh Hung performed twenty-seven (27) sold-out shows in both Vietnam and the United States.  The performances highlighted his usual singing and dancing talents.  However, after receiving a nine-month performance ban in Vietnam and abroad from the Socialist Republic of Vietnam[9], effective July 16 and July 18, Dam Vinh Hung turned to his "*beloved friend, Gerard,*" to compensate for the temporary setback, suing Plaintiff on October 31, 2024, disingenuously citing the February 19 incident in that lawsuit as the culprit for a concocted lost income claim. Preceding the lawsuit, on July 4, 2024, Dam Vinh Hung sent Gerard his first demand letter, asking for $15 million,[10] followed by a demand on July 22 for $5 million,[11] claiming permanent disability and inability to work for the rest of his life.  On October 9, 2024, Dam Vinh Hung formally caused a demand letter for $20 million to be issued, with a threat to increase it to $50 million, alleging permanent pain and disability, attempting to rob Gerard's hard

---

[7] Ex. 14 to Ex. 16: True and correct copy of Dam Vinh Hung's February 22, 2024, Facebook page (Ex. 14) and underline video with subtitles (Ex. 15 None and Ex. 16 English) posting by Dam Vinh Hung, which is incorporated into this Complaint and attached hereto.

[9] Due to an unauthorized stage outfit that he wore previously in a performance.

[10] Ex. 17 to Ex. 20: True and correct copy of Dam Vinh Hung's July 4, 2024, Facebook Messenger, demanding $15M, which is incorporated into this Complaint and attached hereto.

[11] Ex. 21 to Ex. 24: True and correct copy of Dam Vinh Hung's July 22, 2024, Facebook Messenger, demanding $5M, which is incorporated into this Complaint and attached hereto.

1    work ethic and exploit his generosity. Dam Vinh Hung claimed and threatened in that demand as

2    follows:

3              Conclusion/Settle Offer

4              As discussed above, at trial we will be asking the jury to award [Dam
       Vinh Hung] north of $50,000,000 for past and future damages suffered.
5              It will be reasonable expected and not a surprise at all when the
       judgment is over this settlement opportunity of just $20 million.[12]
6

7                                        *****

8    **Past & Future Non-Economic Damages:**

9    Mr. Huynh's life has been completely turned upside down as a result of this incident. He was enjoying physical
     activity, long drives, and physical interaction with friends. Now, he constantly is experiencing pain and
     difficulty. Things we take for granted, like a good night's sleep and doing chores around the house, are not
10   the same and now cause him pain, and he's limited physically. He is often hesitant to engage in physical
     activities due to fear of hurting himself. The relationship with people that were close to him has diminished
11   significantly because of the ongoing pain and mental suffering. Both physically and mentally his life has been
     ruined. He will never be the same as he was compared to prior to this incident. There is no doubt, his past and
     future non-economic damages have a value far greater than his economic damages.

12

13

14        22.    Plaintiff refused to negotiate with Defendant or his lawyers, as Defendant had

15   committed absolutely no wrongdoing, and caused Defendant absolutely no damage.  On the contrary,

16   Plaintiff had only been exceedingly generous with Defendant at all times.

17        23.    **In his lawsuit, Dam Vinh Hung falsely complained:**  He "is often hesitant to engage

18   in physical activities …. The relationship with people that were close to him **[the Fans]** has

19   diminished significantly because of the ongoing pain and mental suffering. Both physically and

20   mentally his life has been ruined."

21              **G.  Reaction of Dam Vinh Hung's Millions of "Fans."**

22        24.    Ironically, the news of Dam Vinh Hung filing a lawsuit against Gerard, his longtime

23   friend, sparked a wave of controversy. Dam Vinh Hung made false statements to the media in both

24   the U.S. and Vietnam regarding the incident. Over Thanksgiving, tens of thousands of negative

25   comments flooded social media, with Dam Vinh Hung's fans accusing him of betrayal, dishonesty,

26   and distorting the truth about the matter.

27   _____

28   [12] Excerpt from DVH Demand Letter.

25.    On Friday, November 29, 2024, Dam Vinh Hung took to social media to share his so-called *First Letter*, which further fueled public outrage. In this statement, he controversially criticized millions of his fans and Vietnam itself, saying:

**"It is embarrassing to note via social media that Vietnam [the Socialist Republic of Vietnam] is officially ranked among the top five most uncivilized and barbaric countries in the world."[13]**

26.    This shocking statement from Dam Vinh Hung's *First Letter* was widely condemned by his fans and followers. Many viewed it as unpatriotic and disparaging toward his country and the Vietnamese people who supported his rise from an unknown hairdresser in a small town to a celebrated singer.  The backlash intensified as fans expressed their dismay, accusing Dam Vinh Hung of disrespecting the very 2,000,000 Vietnamese Americans abroad, over 100,000,000 Vietnamese at home, and the homeland that have nurtured his success.

**H.  The reality of what Dam Vinh Hung has actually been since the injury:**

27.    As stated above, between May 2024 and July 16, 2024, *Dam Vinh Hung performed in* twenty-seven (27) sold-out shows,[14] including numerous hours dedicated to rehearsals and practice sessions. This results in an average of nine shows per month, including intensively dancing and singing, across venues in both Vietnam and the United States. Below are only a few examples from numerous videos and photos shared on Dam Vinh Hung's Facebook or used in his Advertisements and Marketing between May and July 17, 2024.

---

[13] Ex. 25 to Ex. 27: The Reaction of his Fans and his *First Letter* posted on November 29, 2024, controversially criticized millions of his fans and Vietnam itself. A true and correct copy is incorporated into this Cross- Complaint and attached hereto.

[14] Ex. 28 to Ex. 33: List of the 27 shows and the upcoming shows in Georgia and Texas and other casinos in the U.S. True and correct copy of the posters are submitted to the Court. (Ex. 28 is the List of the 27 shows; Ex. 29 to Ex. 33 are the Posters.) The posters, as public records, are attached hereto.

EXH. A_009

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Ex. 34: Dam Vinh Hung's rehearsal for May 18, 2024, show in Ha Noi, Vietnam: Climbing the long stairs, while having alleged that, physically and mentally, his life has been ruined.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Ex. 35: Dam Vinh Hung jumping off stage onto platform (landing on the injured foot) at show in Ha Noi, Vietnam – May 18, 2024. The evidence taken from his post-incident performances clearly demonstrates that it does not appear that Dam Vinh Hung cannot engage in any physical activities.



Ex. 36: Dancing from the May 18, 2024, Show in Ha Noi, Vietnam. It certainly does not seem like Dam Vinh Hung cannot engage in strenuous physical activity and that his life has been totally ruined as he alleged.

EXH. A_012





Ex. 37: Performance at *ExtraMen* Show on June 11, 2024, in Ho Chi Minh City, Vietnam: running position with injured foot in position. It also appears that Dam Vinh Hung has enjoyed publicly showing off being well and able to continue working and engaging in physical activities.

EXH. A_013



Ex. 38: Image taken from a dancing video, <u>jumping from leg to leg</u> - Performance in music video "Trời Ơi! Mình Đã Có Vợ Rồi" (*Oh My God, I have a Wife.*) which was released on July 9, 2024, showing DVH dancing.

EXH. A_014

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17  Ex. 39: Performance picture taken on June 11, 2024, at ExtraMan Show in Vietnam showing DVH
dancing.

18
19
20
21
22
23
24
25
26
27
28

COMPLAINT AND DEMAND FOR TRIAL BY JURY
EXH. A_015



Ex. 40: Performance from Ha Noi, Vietnam performance on May 18, 2024, showing DVH dancing.



Ex. 41: Performance at Ho Chi Minh City, Vietnam --- Lavender by Chang on May 13, 2024,
showing DVH singing and dancing



Ex. 42: Performance at Ho Chi Minh City, Vietnam --- Lavender by Chang on May 13, 2024, showing DVH singing and dancing

COMPLAINT AND DEMAND FOR TRIAL BY JURY                    EXH. A_018

28.    In various performances such as shown in the videos, as shown in footnote 14, and many other videos. Dam Vinh Hung is often seen performing, dancing, and jumping with joy all the while contending that his "life has been ruined."

29.    During this post-incident period, upon information and belief, Dam Vinh Hung earned and continues to earn approximately $30,000 to $50,000 per show, along with sponsorship income ranging from $150,000 to $300,000 per show. On information and belief, many it not all of the aforementioned shows were sold out. As such, Plaintiff respectfully requests the Court take judicial notice of Dam Vinh Hung's U.S. permanent resident status, which is an undisputed fact in the Vietnamese community in Orange County, acquired through his marriage with Lien Pham.[15] As a U.S. permanent resident, Dam Vinh Hung is on information and belief considered a tax resident for U.S. income tax purposes, and on information and belief his worldwide income is also subject to U.S. taxation. As such, under special legal doctrines, had Defendant proceeded with the lawsuit he falsely filed against Plaintiff, Plaintiff would have demanded that he produce his federal income tax returns with Schedule B, and his federal income tax transcripts for 2023 and 2024, in order to substantiate his past and recent earnings from post-incident to the present, given his fanciful claim for between $20,000,000 and $50,000,000.  Part III of Schedule B of Dam Vinh Hung's Federal income tax returns requires a U.S. permanent resident like Dam Vinh Hung to report the income earned and existence of foreign accounts, such as bank and securities accounts, and requires Dam Vinh Hung to report the country in which each account is located, such as Vietnam. Given Dam Vinh Hung's claim of a **$50,000,000** loss, Plaintiff would have mandated that the tax documentation referenced herein be

---

[15] Ex. 43: Dam Vinh Hung's divorce documents with Lien Pham, a U.S. citizen. A court is mandated to take judicial notice of the status of U.S. resident aliens.

**California Evidence Code Sections 450–460: Judicial Notice**.
Judicial notice enables a court to recognize and accept certain facts as true without formal proof or evidence.
- o    Mandatory Judicial Notice (Section 451): The court *must* take judicial notice of Federal and State regulations.
Discretionary Judicial Notice (Section 452):
- o    The court *may* take judicial notice of:
  - ▪    Regulations and administrative rules not covered in Section 451.
  - ▪    Facts of general or common knowledge within the jurisdiction.
Effect of Judicial Notice (Sections 459–460):
- o    Judicially noticed facts are deemed conclusively established.
- o    In jury trials, the jury is required to accept judicially noticed facts as true.

EXH. A_019

produced, on the basis that Defendant's federal and state tax returns privilege had been waived under the *Schnabel* Court's two exceptions.[16]    Because Defendant's lawsuit was frivolous, and on

---

[16] Although under California law, Federal and State tax returns are generally privileged and not discoverable in litigation, this privilege is not absolute and can be subject to exceptions under specific, limited circumstances and among them are:

**Waiver of Privilege**: In Dam Vinh Hung's lawsuit, where he claims to have sustained damages of $50,000,000, his assertion of the Federal income tax return privilege, if any, in resisting the tax returns requested production is inherently inconsistent with his claim. As a result, it could be concluded that the privilege has been waived. The reason is:  the issue of damages, particularly the large amount claimed, may compel the Court to determine that the privilege has been effectively waived.

**Public policy interests**, particularly those concerning the Vietnamese Americans community in this context, may outweigh the confidentiality typically afforded to the requested production of Dam Vinh Hung's tax returns. Notably, Dam Vinh Hung, a famous public figure and a U.S. permanent resident, has monthly earned substantial income in the United States (millions of dollars)  while maintaining a $ 5,000,000 domicile in Vietnam (Ex. 26). This raises significant public policy concerns for the approximately 2,000,000 Vietnamese Americans in the U.S., which could justify the disclosure of his tax returns in the interest of transparency, as illustrated in *Schnabel v. Superior Court*, 36 Cal. Rptr. 2d 677 (Cal. Ct. App. 1994) (citing *Miller v. Superior Court*, 111 Cal.App.3d 390 (Cal. Ct. App. 1980)). Millions of Vietnamese Americans have worked so hard to support immigrants like Dam Vinh Hung, who has publicly boasted *about possessing $5,000,000 home in Vietnam, by the income he made in the U.S. free of tax*. Under the new Trump's immigration National Emergency, public policy justifies the waiving of Dam Vinh Hung's tax privilege.

Under *Schnabel*, the taxpayer privilege has three exceptions:
1. Waiver or intentional relinquishment of the privilege.
2. The gravamen of the lawsuit is so inconsistent with the assertion of the taxpayer's privilege that it compels the conclusion the privilege has been waived.
3. A public policy that outweighs the confidentiality of the tax returns. The *Schnabe* Court discussed:

As explained in *Sammut v. Sammut, supra*, 103 Cal.App.3d at page 560, the privilege is waived or it does not apply in one of the three situations: "(1) there is an intentional relinquishment (*Crest Catering Co. v. Superior Court* 62 Cal. 2d 274, 278 (1965)), or (2) *the 'gravamen of [the] lawsuit is so inconsistent with the continued assertion of the taxpayer's privilege as to compel the conclusion that the privilege has in fact been waived'* (*Wilson v. Superior Court, supra*, 63 Cal.App.3d at p. 830), or (3) *a public policy greater than that of confidentiality of tax returns is involved (Miller v. Superior Court, supra*, 71 Cal.App.3d at p. 149)."
The first two of these situations do not apply here. Orange Container has not waived the privilege. It is not a party to the underlying litigation, so has done nothing inconsistent with the assertion of the privilege. (Cf. *Wilson v. Superior Court, supra*, 63 Cal. App. 3d 825 (Cal. Ct. App. 1994) [**Plaintiff may not assert privilege as to tax returns she placed into issue in a lawsuit alleging directly to the tax issue.**] The question we must decide is whether a public policy exception applies.

In *Miller v. Superior Court, supra*, 71 Cal. App. 3d 145, contempt proceedings were instigated against the petitioner for failure to pay child support. The petitioner claimed he was unable to pay the support but asserted the privilege against forced disclosure of his tax returns. *Relying on specific statutes that allowed public agencies access to certain tax information, the court concluded that the "policy favoring the confidentiality of tax* returns must give way to the greater public policy of enforcing child support obligations." (*Id*. at p. 149.)
*****

*The [] tax returns are clearly related to Marilyn's interest in determining the value of the corporation. The uncontroverted declaration of her accountant explained in detail why these returns were necessary. Moreover, the quarterly payroll tax return information regarding Terry himself is related to Marilyn's interests in*

- 20 -
COMPLAINT AND DEMAND FOR TRIAL BY JURY

1  information and belief because he did not want to disclose his tax documentation, Defendant

2  dismissed his case against Plaintiff, with prejudice, on December 2, 2024.

3  **IV.**

4  **THE RELEVANT FACTS**

5  **A.  Gerard Williams, III: The childhood and career**

6  **of a nationally renowned technology inventor.**

7      30.    Gerard's journey began over 40 years ago in the Midwest United States. Born into a

8  poor family, he grew up without modern conveniences—no running water, no electricity, and an

9  outdoor bathroom. The family relied on a cistern well for water, which often ran dry in summer.

10

11 ────────────────

12 *ascertaining the parties' financial status and is thus discoverable. Marilyn is certainly entitled to information regarding the community's own taxes.*

13 *\*\*\*\*\**

14 *Thus, we conclude that the [] tax returns and the payroll tax returns regarding Terry himself are discoverable . . .*

15    *III. Conclusion*

16 *The trial court acted within its discretion in compelling Orange Container to produce its business records and its corporate tax returns and quarterly payroll tax returns regarding Terry himself . . . .*

17 The *Schnabel* Court compel discovery of the numerous documents, including:

18    "FN 1. Specifically, the subpoena demanded production of numerous documents, among them were:

19    "1. **Corporate tax returns prepared and/or filed for fiscal years ending September 30, 1990, covering the period of 1986 to 1990**.

20    "2. Copies of all profit and loss statements and financial statements relative to said corporation for the period commencing with the end of the period for which the last corporate tax return was prepared and/or filed (to include but not limited to such financial records for period ending May 28 to June 30, 1991.)

21    "3. **Bank activity statements**, check registry setting forth nature of payment and payee (or canceled checks in lieu of check registry) for all bank depository accounts maintained in behalf of said corporation for the period of

22 January 1, 1991 to date. [Emphasis added.]

23 In *Wilson v. Superior Court,* 63 Cal.App.3d 825, (Cal. Ct. App. 1976),  the court found the privilege waived based on the fact that the plaintiff had placed the content and existence of her tax returns into issue and that the tax consequences of

24 the computations in the returns were crucial to establishing the elements of her case. The court stated, **"the establishment of all the essential elements of plaintiff's case will be impossible without proof of statements and computations in**

25 **her tax returns."** Similarly, Dam Vinh Hung may be deemed as waiving the privilege by seeking damages for lost income, particularly if he fails to provide other substantial evidence of that lost income.

26

27 Arguably, by seeking damages for loss of income, personal injury plaintiffs such as Dam Vinh Hung impliedly waive the tax return privilege (at least if he refuses to produce any other substantial evidence of lost income.)

28

Despite these challenges, Gerard's parents worked tirelessly to provide a better life for their children, making sacrifices and saving to improve their home. They instilled in their children a strong Christian faith and American values centered on God, family, love, and hard work.

31.      Gerard's early life included weekly church bible and services. Every week, mom, dad, and the children attended church where he discovered his love for singing traditional hymns and Sunday school songs. Gerard enjoyed caring for farm animals, tending the garden, and completing numerous chores on his family's little farm. As his parents began to earn a little extra money, they remodeled their sweet home themselves with the help of all members of the family, learning trades like plumbing, electrical work, and construction along the way.

32.      A little farm boy, Gerard, determined to excel in school, but his small-town high school had limited resources, including no scholarships. His college admission was possible through a Pell Grant, which covered tuition, books, and housing, allowing him to pursue higher education.

33.      Gerard poured himself into his studies, aiming to improve his education and create a brighter future for both his family and him.  As such, unlike many young college students. Gerard was dedicated to his studies, and, through hard work and prayers of the entire family, he succeeded. Gerard earned a Bachelor of Science in Engineering with a minor in Computer Science, followed by a Master of Electrical Engineering, both through scholarships.

34.      Gerard's career began at Texas Instruments (TI) in Houston, where he quickly proved his skills. Within six months, he was promoted to lead an engineering team working on a microcontroller product line for the automotive industry. However, his passion for microprocessor development led him to leave TI and join ARM, Inc. in Austin, Texas, in 1998. ARM, a British company headquartered in Cambridge, UK, was a burgeoning startup, and Gerard was excited to meet the team and contribute to the ARM architecture.

35.      During his thirteen (13) years at ARM, Gerard gained invaluable experience, collaborating with leading companies around the world, including Apple. At that time ARM had already more than 1000 employees.  He rose to become one of twelve ARM Fellows, ARM's highest technical rank. Eventually, Gerard joined Apple in Cupertino, California, as a director, leading CPU engineering and architecture development. He later became a Senior Director, overseeing SoC

architecture. Since 2013 and even until today, virtually all iPhones have contained processors that Gerard architected. One of his greatest projects was that he has the honor to lead the re-architecture of Apple's Mac lineup, culminating in the design and development of the Apple M1 MAC compute lineup.

### B.  The Love of His Life: A Beautiful Vietnamese Artist/Singer, Deeply Cultivated In Both Vietnamese and American Culture.

36.      During this time, Gerard met the love of his life, Bich-Tuyen a/k/a Tiffany—a talented Vietnamese artist/singer and devout Christian. Their love story began on Match.com (yes, believe it or not). After several attempts to connect, Tiffany finally noticed Gerard's patience and the phone number he had shared and decided to reach out. Their first phone conversation lasted through the night, sparking an immediate and deep connection rooted in their love for God and shared desire to make a difference in the world.

37.      From that fateful night, they have been inseparable. For both Gerard and Tiffany, it was essentially love at first sight. A year later, with the blessing of God and their families, Gerard and Tiffany exchanged vows on a romantic Hawaiian beach. Gerard has always proudly proclaimed, "**We are still happily married with seven children**."

### C.      The Rich Cultural History of Vietnam in the Eyes of Gerard.

#### 1.      Vietnam and its heroic people.

38.      During their courtship, Gerard became captivated by the rich history and culture of Vietnam. His partner, Tiffany, an artist, introduced him to the nation's history, cuisine, arts, and especially its music. Through Tiffany and her parents, Gerard learned about the stories of the Vietnamese people, who had shown remarkable resilience over 4,000 years of defending their homeland. As a small yet beautiful country rich in resources, Vietnam faced repeated invasions from neighboring nations, including the formidable Chinese empire. The tales of Vietnamese men and women uniting heroically and courageously, fighting for their freedom and democracy deeply moved Gerard. He learned about a century under French colonial rule, marked by hardship and bloodshed, but ultimately and resiliently overcome by the bravery of people like Tiffany's ancestors, who courageously fought to reclaim their beloved homeland from the colonizers.

COMPLAINT AND DEMAND FOR TRIAL BY JURY                          EXH. A_023

**2.    Vietnamese food.**

39.    Gerard developed a deep appreciation for Vietnamese culture, especially through its cuisine. Vietnamese cooking, with its simple and healthful organic ingredients, became a staple in his home. Tiffany and her parents—who live next door—daily cook for Gerard, sharing their culinary traditions and enriching Gerard's understanding and enjoyment of Vietnamese delectable food.

**3.    Vietnamese culture, especially music.**

40.    Vietnamese music also holds a special place in Gerard's heart. Its themes of spirituality, heroism, romance, and sacrifice resonate deeply with him. Tiffany taught him Vietnamese songs, which he still enjoys singing today.

**4.    Gerard's Memoir reflects on his Christian upbringing and expresses his deep love and appreciation for his wife's contribution to his success and raising children.**

41.    Gerard also expresses his love for Vietnamese culture, especially music, celebrating the richness and beauty that his lovely wife brought which inspires his career (his mission to make a difference in the world) and personal life.

> I spent countless hours over the years teaching myself to make many of the language's sounds. However, I discovered that the tonal aspect of Vietnamese was something I just couldn't pick up right away. It took nearly seven years for my ear to fully adapt.
>
> My beautiful wife introduced me to Vietnamese culture, food, and various community activities. Due to my upbringing, I've always been eager to learn about different people and communities. More importantly, I wanted to communicate directly with my wife's parents, who speak limited English. I wanted to understand their history and be able to share who I am without translation getting in the way.
>
> It is necessary to address the incorrect information perpetuated by media, in its variety of forms, which has placed a spotlight on our fortune. Tiffany and I were married when I was working at Apple on the Mac program architecting the Apple M1 pro, max, and ultra chipsets. I decided to depart Apple after talking to a few friends about a startup idea. At this startup called Nuvia, I tirelessly worked around the clock for a few years designing and architecting, with over 200 engineers, a datacenter server for enterprise and hyper-scaler companies. Many countless hours of hard work, sacrifice, and perseverance that have gone into building what I have today. Tiffany has been much more than a partner in our journey to create something meaningful in the world. We have both been there for our children, family and friends along the journey. And her advice and support have

EXH. A_024

been instrumental every step of the way.  We have faced many countless challenges, celebrated victories, and remained committed to our shared vision of making a positive impact in the world.  I hope that our story shared with both the American and Vietnamese communities will inspire the youth to understand that happiness and success are not a simple matter of luck or entitlement but hard work over many years.  Even though we both have our imperfections, our willingness to accept them and turn them into strengths makes the seemingly impossible become achievable.  And our journey is proof that dreaming the impossible, when pursued with passion, love, perseverance, and prayer, can become a reality through hard work.

As to my love for Vietnamese music, I seized every opportunity to sing with Tiffany, her parents, and her friends, who spent many hours helping to correct my pronunciation. While I can talk about my career confidently in front of thousands of attendees, singing live in front of people is a completely different experience—I was incredibly nervous. But after many attempts, I began to realize that the Vietnamese people appreciate someone who loves and wants to learn their language. They were particularly proud to hear their songs sung from the heart of a foreigner. With each performance, they were so polite and encouraging. Now, at every family gathering, my wife's family always asks me to sing for them. I feel truly honored.

42.    Throughout the years, Gerard became more and more proficient at singing Vietnamese music.  The sole hobby of Gerard and Tiffany (in addition to taking and picking up their little girl to and from school every morning) is singing with his Tiffany's parents and little Sophia, and occasionally attending concerts and music performances. Along the journey, Tiffany introduced Gerard to many of the legendary Vietnamese artists and composers,[17]  Together with Tiffany, Gerard has had the opportunity to visit Vietnam and enjoy a small part of the country.  Through his wife, he learned many stories of her childhood, her school, the places where she visited, the churches, the temples, and the food. He wrote in his Memoir:

When I think of Vietnam, I used to picture its places only in my mind. But the moment I set foot on its soil and saw those places for myself, a whole new world unfolded before me. The stories I once imagined came

---

[17] Gerard has had the opportunity to sing with many legendary Vietnamese artists, singers and composers and enjoy their company both publicly and privately.  Many have encouraged Gerard to sing more and more.  Gerard has participated in many shows around the USA, including singing on Paris by Night twice.  The first time was a solo song, *Viễn Khúc Việt Nam* which depicts the deep love of the Vietnamese for their mother land.  And the second time was a duet with Thanh Tuyen, singing *Bông Hồng Cài Áo*.  Unfortunately, he had to decline many invitations due to his full-time job and obligation as an Inventor.

EXH. A_025

alive in vivid detail. I met countless wonderfully simple people whose warmth and kindness left an indelible mark on my heart. I savored the simple, authentic flavors of street food, each bite a celebration of love and tradition. I sat quietly in small coffee/tea shops at dawn, soaking in the serene beauty of the glorious mornings. I journeyed through the countryside, where time seemed to slow, and took tranquil river tours, breathing in the delicate, sweet fragrance of wildflowers in the summer air.

The heavenly country cuisine and fresh fruits of Vietnam have since become a cherished part of my daily life, lovingly prepared by my beautiful wife and my dear in-laws, "Ba Minh" and "Ma Ha." These daily meals in their warm and cozy kitchen are not just food but a heartfelt expression of loving care and culture. Vietnam's deeply rich traditions have woven themselves into the fabric of my existence, becoming a part of who I am.

Though I am not Vietnamese by birth, the Vietnamese community, including my beloved in-laws, has embraced me as one of their own. Their acceptance fills me with humility and pride. Just as my biological parents call me their son, so too do my wife's parents—and I am deeply honored, humbly and proudly accept.

### 5.     Dam Vinh Hung's betrayal of Gerard was driven by greed.

43.     The following excerpt sheds light on why Gerard was specifically targeted, illustrating how Defendant's earlier calculated approach was part of Defendant's larger agenda.

Gerard Williams III is the senior VP of engineering at Qualcomm and the former CEO, president, and cofounder of Nuvia, a semiconductor manufacturing company [created in 2019] that was acquired by Qualcomm for $1.4 billion in March 2021. Williams is an expert on low-power microprocessor architecture, micro-architecture, and implementation design techniques with over twenty years of working with the ARM architecture. Prior to starting Nuvia in 2019, Williams was senior director in platform architecture at Apple, an ARM fellow, and design team lead at Texas Instruments.

While at Apple, Williams served as the chief architect for all Apple CPU and SOC development, including most A-series SoCs for Apple. His departure from Apple and founding of Nuvia became the subject of a lawsuit, …. , the company filed to drop the suit without stating their reason why.

Williams holds an MSEE in Electrical and Computer Engineering from the Missouri University of Science and Technology and a BSE in

Electrical Engineering and Computer Science from Arkansas State University.  Throughout his career, Williams has been the inventor of more than fifty patents, with ARM, Apple, Nuvia, and Qualcomm. https://golden.com/wiki/Gerard_Williams_III-RJVN66. (Emphasis added.)

## V.

## TIMELINE OF EVENTS WITH DAM VINH HUNG BEFRIENDING GERARD

### 1.    July 8, 2018 - December 2, 2018

44.    Gerard first met Dam Vinh Hung at a show in San Jose, where Gerard was learning to sing in Vietnamese. He was invited to sing *Bình Minh Sẽ Mang Em Đi* with Dam Vinh Hung. Gerard later performed with Dam Vinh Hung again in San Jose.

### 2.    July 20, 2019 - December 13, 2019

45.    Gerard's family attended two of Dam Vinh Hung 's concerts in San Jose, where they met with him.

### 3.    July 30, 2021 - December 4, 2021

46.    Gerard's 50th birthday party was held at home, attended by well-known Vietnamese singers, friends, family, and Dam Vinh Hung. On December 4, 2021, Gerard performed with Dam Vinh Hung at a show with multiple singers, where Dam Vinh Hung recorded a video of Gerard singing while daringly standing dangerously on two chairs.

### 4. December 5, 2021

47.    Gerard attended a show with Dam Vinh Hung in Orange County, CA, where he performed *Xin Lỗi Tình Yêu* with him.

### 5. September 16, 2022 - October 1-10, 2022

48.    Gerard attended a Dam Vinh Hung concert in San Jose with Lien Pham. Later, in Vietnam, Gerard met with professors and students at Van Lang University to discuss his journey in American higher education. He also attended Dam Vinh Hung's concert in Hanoi and sang a newly mixed version of *Bình Minh Sẽ Mang Em Đi* with him, where Dam Vinh Hung introduced Gerard as an Apple chip architect and iPhone designer.  Dam Vinh Hung produced a video of this performance from his show on YouTube.

EXH. A_027

**6.    October 30, 2022**

49.    Gerard and Dam Vinh Hung both performed at the South Coast Plaza Restaurant in Costa Mesa, CA.

**7.    December 5, 2022**

50.    Dam Vinh Hung, along with family and dancers, visited Gerard and Tiffany's home, helping them assemble and decorate their Christmas tree.

**8.    December 2023 – February 5, 2024**

51.    Dam Vinh Hung discussed two upcoming shows in Ho Chi Minh City (March 8, 2024) and Hanoi (March 23, 2024) with Tiffany. They discussed sponsorship opportunities, including a Diamond Sponsorship of $150,000. Tiffany, Dam Vinh Hung, artist Daniel Winn, and others were involved in conversations about sponsoring Dam Vinh Hung's shows in Vietnam.

**VI.**

**THE INCIDENT CAUSED BY DAM VINH HUNG'S NEGLIGENCE AND FAULT, RESULTING IN DAMAGE TO GERARD'S PROPERTY AND INCURRED LOSSES**

**A.  February 19, 2024.**

52.    As stated above, a party was held at the lovely home of Gerard and Tiffany to celebrate the Vietnamese New Year, organized by Mong Linh and Tram Huong. Guests gathered in the central courtyard, where a special stage was constructed by Premiere Production for the band and singers. Dam Vinh Hung, among others, enjoyed the lively atmosphere, and Dam Vinh Hung invited Gerard to sing with Dam Vinh Hung for one song. Later, as Gerard excused himself to show a guest the backyard of the Villa, Dam Vinh Hung suddenly attempted to stand on the top of the fountain center piece with singer Hong Ngoc, all unbeknownst to Plaintiff, attempting to make a grand exit. However, the shocking negligence of Dam Vinh Hung resulted in the accident herein alleged.  Dam Vinh Hung fell into the fountain as it collapsed because of his weight, injuring his foot, and destroying Plaintiff's property. An ambulance was called to transport him to UCI hospital.

53.    A photo of the fountain[6] indicated how it had happened. Tiffany spoke with Hong Ngoc and Dam Vinh Hung, who clarified more details about both wanting to make an impromptu, dramatic grand exit to end the show.

54.    An expert on the fountain's structural integrity when a foreign weight is applied near the edge will testify that it is evident from the video that the top collapses when a person's weight is applied to the edge of the basin, leading the centerpiece to fall.

**VII.**

**POST- INCIDENT FOLLOW-UP WITH VIDEO EVIDENCE**

**A.  February 20, 2024.**

55.    Dam Vinh Hung's negligence cost Gerard $27,591.24 for his total hospital bills.[18]

**B.  March 2 - March 28, 2024.**

56.    Dam Vinh Hung was talking with Tiffany.  He indicated that Lisa Trinh[19] encouraging him to sue Gerard, and he replied that "we are best friends! I can't."  Gerard received another bill from Dam Vinh Hung regarding Paramedic Services on March 11, 2024,[20] addressed to Las Vegas, NV.  Gerard covered the payment[21]which was on March 28, 2024, totaling $1,988.80.

**C. April 10, 2024.**

57.    Upon information and belief, Gerard and Tiffany were informed that Chris "Vegas," Dam Vinh Hung 's bodyguard, was sent to Vietnam by a California law firm, solicitating and pushing Dam Vinh Hung to take legal action.

**D**. **April 14 – May 8, 2024.**

58.    Because since 2023, Tiffany indicated the Williams would sponsor Dam Vinh Hung's shows in Ho Chi Minh City and Hanoi, the Diamond sponsor of $300,000 USD[22] was transferred. At the end of April 2024, Gerard traveled to Vietnam to meet family and friends and attended the Dam Vinh Hung concert on May 4, 2024, in Saigon.  Prior to the concert, Gerard rehearsed with Dam Vinh Hung the song *Anh Còn Nợ Em,* and Dam Vinh Hung looked fine even after hours of daily

---

[18] Ex. 44: True and correct copy of UCI Hospital Payment made by Gerard, which is incorporated into this Cross Complaint and attached hereto.

[19] Ex. 45: True and correct copy of Dam Vinh Hung informed Tiffany that people were pushing him to sue, which is incorporated into this Complaint and attached hereto.

[20] Ex. 46: True and correct copy of Paramedic Service charge for Fire/Ambulance, which is incorporated into this Complaint and attached hereto.

[21] Ex. 47: True and correct copy of Payment of Paramedic Service charge to Newport Beach Fire and Ambulance Service, which is incorporated into this Complaint and attached hereto.

[22] Ex. 48 and Ex. 49: True and correct copy of Diamond Sponsor wire, which is incorporated into this Complaint and attached hereto.

EXH. A_029

1   practice.  Gerard performed a duet with him in the Ho Chi Minh City concert on May 4, singing this

2   song.

3                    **E. July 2 to 4, 2024: Dam Vinh Hung first demand- $15 million USD.**

4          59.     As stated above, on July 2, Gerard and Tiffany met with Dam Vinh Hung at the Pelican

5   Hill Resort.[23]  This meeting was unusual, as Dam Vinh Hung typically visited their home. During the

6   meeting, Dam Vinh Hung claimed he intended to retire from show business. On July 4, Dam Vinh

7   Hung messaged Tiffany and Gerard, alleging that his injuries had left him "disabled for life," and he

8   demanded $15 million USD.[10]

9                    **F. July 22, 2024: Dam Vinh Hung reduced his request to $5 million USD.**

10         60.     As stated above, on July 22, Dam Vinh Hung sent another payment request, claiming

11  he was forced to demand "financial assistance" due to his disability. However, Dam Vinh Hung was

12  unable to perform, because he had been banned from performing in Vietnam since July 16, 2024, and

13  had been prohibited from performing worldwide by the Vietnamese Government since July 18, 2024,

14  due to an unauthorized decoration on his performed uniform, none of which had anything to do with

15  Plaintiff.  By this date, Dam Vinh Hung had reduced his request to $5 million USD.[11]

16         **G. October 9, 2024: Dam Vinh Hung lamented that his life is completely ruined and**

17                              **demanded $20 million USD.**

18         61.     This time, Dam Vinh Hung lamented that his life was completely ruined and demanded

19  $20 million USD and will increase to $50 million USD.

20                                    **VIII.**

21  **DAM VINH HUNG'S INCONSISTENT CLAIMS OF PERMANENT INJURY/INABILITY**

22  **TO WORK VIS-A VIS POST- INCIDENT ACTIVITY DEMONSTRATE THAT HIS NOW-**

23                **DISMISSED LAWSUIT AGAINST PLAINTIFF WAS ALWAYS FRIVOLOUS**

24         62.     Dam Vinh Hung's alleged $50,000,000 loss claim was frivolous from the beginning

25  due to his inconsistent assertions of permanent injury and inability to work, which are contradicted

26  by his post-incident activities that clearly exposed the falsehoods alleged in that suit against Plaintiff.

27  _____

28  [23] Ex. 50: True and correct copy of Meeting at Pelican Resort Coliseum Grille, which is incorporated into this
    Complaint and attached hereto.

Specifically, while Dam Vinh Hung alleged that he could not and still cannot work and suffered severe mental anguish, pain and suffering, and his life was ruined due to the accident, the timeline of post-incident – including his twenty seven (27) singing and dancing sold-out shows and performances from Vietnam to the United States and pending shows in the U.S.[14] after the incident – clearly demonstrate that Dam Vinh Hung's allegations against Plaintiff were always false, and his now-dismissed lawsuit was frivolous.

- **02-22-2024 -** Arrival in Vietnam -Video of Dam Vinh Hung's admission of fault 1) that he decided to climb on top of the fountain because he and Hong-Ngoc wanted to make a Grand and Beautiful Exit Out and 2) that he would never take such a dangerous risk again (with and without subtitles in English)[8]
- **04-24-2024 -** Intensive practice[24] dancing and singing for several days
- **05-02-2024 –** Ho Chi Minh City, Vietnam **-** Rehearsal[25] for the show
- **05-03-2024 -** Dam Vinh Hung posts a message[26] disregarding advice from others
- **05-04-2024 -** Ho Chi Minh City, Vietnam **-** Major[27] show, 4+ hours, Show 1
- **05-13-2024 -** Ho Chi Minh City, Vietnam **-** Lavender[28] by Chang event (singing)
- **05-17-2024 -** Ha Noi, Vietnam – Rehearsal[29] for show
- **05-18-2024 -** Ha Noi, Vietnam **-** Major[30] show, 4+ hours, Show 2
- **05-21-2024 -** Ho Chi Minh City, Vietnam **-** Event[31] at Chu Van An School

---

[24] Ex. 51: True and correct copy of Facebook posts, which is incorporated into this Complaint and attached hereto.
[25] Ex. 52 to Ex. 53: True and correct copy of Facebook posting and images, which is incorporated into this Complaint and attached hereto.
[26] Ex. 54 to Ex. 55: True and correct copy of Facebook posting and images, which is incorporated into this Complaint and attached hereto.
[27] Ex. 56 to Ex. 59: True and correct copy of Poster of May 04 and May 18 shows, Facebook posting and images, which is incorporated into this Complaint and attached hereto.
[28] Ex. 60 to Ex. 71: True and correct copy of Facebook posting and images, which is incorporated into this Complaint and attached hereto.
[29] Ex. 72 to Ex. 78: True and correct copy of Facebook posting and images, which is incorporated into this Complaint and attached hereto.
[30] Ex. 79 to Ex. 86: True and correct copy of Facebook postings and images, which is incorporated into this Complaint and attached hereto.
[31] Ex. 87 to Ex. 88: True and correct copy of Facebook post and video, which is incorporated into this Complaint and attached hereto.

1  • **05-24-2024 -** Ho Chi Minh City, Vietnam - Phong Tra Dong Dao (*Lai Nho Nguoi Yeu*) [32]

2  • **05-25-2024 -** Ho Chi Minh City, Vietnam - Le Tri An Truong Thanh (High School) [33]

3  • **05-27-2024 –** Hoang Quoc Viet

4  • **05-28-2024 -** Ho Chi Minh City, Vietnam - Dat Tieng Van Loc 2[34]

5  • **05-31-2024 –** International Talent Show

6  • **06-01-2024 -** Ho Chi Minh City, Vietnam - Phong Tra Khong Ten (*Thang 6 Troi Mua*) [35]

7  • **06-xx-2024 -** Flight[36] to Ha Noi, Vietnam - Attending an event

8  • **06-08-2024 -** Dalat, Vietnam - *LuLuLola* (Life Show Nguyen Nhat Huy 50th Anniversary) [37]

9  • **06-11-2024 -** Ho Chi Minh City, Vietnam – *Extramen*[38] Show

10 • **06-11-2024 -** Ho Chi Minh City, Vietnam - Phong Tra Ben Thanh[39] (Thien Ha Tinh Khoi)

11 • **06-13-2024 -** Nha Trang, Vietnam - *See Beach Festival Event*

12 • **06-15-2024 -** Music video recording for Dam Vinh Hung

13 • **06-16-2024 -** Ho Chi Minh City, Vietnam - Phong Tra Khong Ten[40] (*Trieu Doa Hoa Hong*)

14 • **06-18-2024 -** Flight to USA and posting to perform at Casino in the U.S.[41]

15 • **06-22-2024 -** Immokalee, FL - Seminole Casino[42] (*Nua Van Trang*)

16 • **06-23-2024 -** Kinder, LA - Coushatta Casino[43] (*The Portrait*)

17 _____

18 [32] Ex. 89 to Ex. 91: True and correct copy of Facebook posts and poster of Event(s), which is incorporated into this Complaint and attached hereto.

19 [33] Ex. 92: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

20 [34] Ex. 93: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

21 [35] Ex. 94 to Ex 96: True and correct copy of Facebook posts and poster of Event, which is incorporated into this Complaint and attached hereto.

22 [36] Ex. 97: True and correct copy of Facebook post, which is incorporated into this Complaint and attached hereto.

23 [37] Ex. 98 to Ex. 99: True and correct copy of Facebook post and poster of Event, which is incorporated into this Complaint and attached hereto.

24 [38] Ex. 100 to Ex. 127: True and correct copy of Facebook poster of Event, video, and images, which is incorporated into this Complaint and attached hereto.

25 [39] Ex. 128: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

26 [40] Ex. 129: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

27 [41] Ex. 130: True and correct copy of Facebook post, which is incorporated into this Complaint and attached hereto.
[42] Ex. 131 to Ex. 138: True and correct copy of Facebook post, poster, and images, which is incorporated into this Complaint and attached hereto.

28 [43] Ex. 139: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

EXH. A_032

- **06-28-2024 -** Film released featuring Dam Vinh Hung's singing[44]
- **07-01-2024 -** Dam Vinh Hung posting[45] about film, sing and dancing.
- **07-02-2024 -** Dam Vinh Hung posting from Pelican Hill's Resort[46]
- **07-03-2024 -** Atlantic City, NJ - Bally's Casino,[47] 11 PM
- **07-04-2024 -** Dam Vinh Hung sends a Facebook Messenger**Error! Bookmark not defined.** text requesting a $15M US for his alleged injury
- **07-06-2024 -** Kansas City, KS - Harrah's Casino[48], 8 PM (Saturday)
- **07-09-2024 -** Music video premiere featuring Dam Vinh Hung singing and acting[49]
- **07-12-2024 -** Music video clip[50] from Facebook of Dam Vinh Hung dancing and singing
- **07-13-2024 -** Harrah's Resort, Southern CA[51] - (*Nguoi Tinh Bolero*)
- **07-14-2024 -** Durant, OK - Choctaw Casino[52] (*Lovers in the Night*)
- **07-16-2024 -** Dam Vinh Hung banned from singing in Vietnam by the Vietnamese government
- **07-18-2024 -** Dam Vinh Hung banned from singing worldwide by the Vietnamese government
- **07-18-2024 -** Seattle, WA - (banned) Apology to Seattle[53] fans
- **07-20-2024 -** Las Vegas, NV - (banned) Palm's Casino[54], 8 PM (Saturday)

---

[44] Ex. 140: True and correct copy of Facebook post of Dam Vinh Hung film, which is incorporated into this Complaint and attached hereto.
[45] Ex. 141: True and correct copy of Facebook post, which is incorporated into this Complaint and attached hereto.
[46] Ex. 142: True and correct copy of Facebook post at Pelican Hill's Resort, which is incorporated into this Complaint and attached hereto.
[47] Ex. 143: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.
[48] Ex. 144: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.
[49] Ex. 145 to Ex. 146: True and correct copy of Facebook poster of music video and film, which is incorporated into this Cross Complaint and attached hereto.
[50] Ex. 147 to Ex. 148: True and correct copy of Facebook post and video, which is incorporated into this Complaint and attached hereto.
[51] Ex. 149: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.
[52] Ex. 150: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.
[53] Ex. 151 to Ex 153: True and correct copy of Facebook post, video, and poster of Event, which is incorporated into this Complaint and attached hereto.
[54] Ex. 154: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

COMPLAINT AND DEMAND FOR TRIAL BY JURY
EXH. A_033

- **07-22-2024 -** Dam Vinh Hung sends a Facebook Messenger text[11] requesting $5M US for injury.

- **10-09-2024 –** Dam Vinh Hung's final letter demand letter for $20 million was issued, with a threat to increase it to $50 million, alleging permanent pain and disability.[12]

8.  Gerard refused to accept the extorted demand of money. Dam Vinh Hung sued and this Complaint ensued.

## PRAYERS

WHEREFORE, Gerard Williams, III, prays for judgment as follows:

1.  That Gerard Williams, III recover from Defendant Hung Huynh (a/k/a Dam Vinh Hung) for damages suffered, in the amount of $1.00.

2.  To the extent permitted by law and equity, Gerard Williams, III is entitled to reasonable costs including, *inter alia*, attorneys' fees, in the reduced amount of $1.00.

3.  For such other and further relief as the Court may deem just and proper.

DATED: December 2, 2024                              BY: _____
                                                    **Paul N. Philips, Esq.**
                                                    Counsel For Plaintiff
                                                    Gerard Richard Williams, III

                                                    **Lloyd E. Kelly. Esq.**
                                                    **Jack Cagle, Esq.**
                                                    *Co-Counsel for Defendant*
                                                    *Gerard Richard Williams, III*
                                                    *Pro hac vice* pending

                                                    **Minh-Tam (Tammy) Tran. Esp.**
                                                    *In-house General Counsel*
                                                    *Co -Counsel for Defendant*
                                                    *Gerard Richard Williams, III*
                                                    *Pro hac vice* pending

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT AND DEMAND FOR TRIAL BY JURY                    EXH. A_035

# Exhibit "B"

Electronically Filed by Superior Court of California, County of Orange, 12/09/2024 08:51:00 AM
30-2024-01443938-CU-PO-CJC - ROA # 12 - DAVID H. YAMASAKI, Clerk of the Court By M. Johnson, Deputy Clerk

1   PAUL N. PHILIPS, ESQ., SBN 187928
    LAW OFFICES OF PAUL N. PHILIPS, APLC
2   9440 Santa Monica Boulevard, Suite 301
    Beverly Hills, California 90210
3   Telephone: 323-813-1126
    Email: pnp@pnplegal.com
4
    LLOYD E. KELLEY, ESQ.
5   Texas State Bar No. 11203180
    2726 Bissonnet Ste 240 PMB 12
6   Houston, Texas 77005
    Telephone: 281-492-7766
7   Telecopier: 281-652-5973
    Email: kelley@lloydekelley.com
8   Pro hac vice pending

9   CACTUS JACK CAGLE, ESQ.
    CAGLE & ASSOCIATES
    Attorney, Mediator, Arbitrator, Former Judge
10  Texas State Bar No. 03591850
    The Texas Justice Center
11  4900 Fournace Place, #200
    Bellaire, Texas 77401
12  Email: jack@judgecagle.com
    Telephone: 713-927-0720
13  Pro hac vice pending

14  MINH-TAM (TAMMY) TRAN, ESQ.
    THE TAMMY TRAN LAW FIRM
15  Texas Bar No. 20186400
    4900 Fournace Place, Suite 418
16  Bellaire, Texas 77401
    Telephone: (832) 372-4403
17  Email: ttran@tt-lawfirm.com
    Pro hac vice pending

18      COUNSEL FOR PLAINTIFF GERARD WILLIAMS III

19              SUPERIOR COURT OF THE STATE OF CALIFORNIA

20                        COUNTY OF ORANGE

21
                                              Case No.: 30-2024-01443938-CU-PO-CJC
22  GERARD RICHARD WILLIAMS, III, an
    Individual,                               FIR            .        COMPLAINT AND
23                                            DEMAND FOR TRIAL BY JURY
                          Plaintiff,
24
    v.                                            1.  Negligence
25
    HUNG HUYNH, an Individual; DOES 1 to 15,
26  Inclusive,

27                        Defendants.

28

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY    EXH. B_001

Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 3 of 339    Page ID #:77

1    TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL:

2    COMES NOW, GERARD WILLIAMS, III (hereinafter "Plaintiff," or "Gerard") and

3    complains against Defendant Hung Huynh (a/k/a "Dam Vinh Hung" or "Defendant") as follows:

4    I.

5    **PARTIES**

6    1.    Plaintiff is a citizen of the State of California, and resident of the County of Orange,

7    State of California.

8    2.    Defendant is a citizen of Vietnam who, on information and belief, was lawfully

9    admitted for permanent residence in the U.S.[1] At times herein relevant, Defendant was an invitee at

10   the home of Plaintiff, located in Orange County ("the Property").

11   3.    At all relevant times, Plaintiff owned the Property and its fixtures.

12   4.    On or about February 19, 2024, Dam Vinh Hung entered the Property as an invitee.

13   5.    At The Property, Dam Vinh Hung's negligence included, *inter alia,*

14   a)    Failing to exercise reasonable care by climbing to and sitting on a fountainhead

15        located in the central courtyard of the premises which Dam Vinh Hung knew was

16        not intended for or suited for such purpose;

17   b)    Ignoring the visible, open, obvious, and apparent fragility of the fountain's

18        structure, specifically the fountainhead designed only for water flow, which was

19        never capable of supporting Dam Vinh Hung's weight. As such, it subsequently

20        collapsed under his heavy weight when he climbed it, causing the pedestal to crack

21        and collapse against the basin's edge. It should be noted that Dam Vinh Hung and

22        his dancers had performed on a stage far behind the fountain all evening, which

23        stage was constructed by Premiere Production, specifically for the performance;[2]

24

25
_____

26   [1] 28 U.S. Code Section 1332(a)(2).
     [2] Premiere Production is a highly reputable stage construction engineering and architecture firm, specializing in creating
27   stages for performers. Examples include Ex. 1 to Ex. 4: the construction of the stage prior to the concert, showcasing its
     intricate solid design and functionality; Ex. 5: Dam Vinh Hung and other dancers performing on the stage, highlighting
28   its capacity to support dynamic dancing and performances; Ex. 6: Gerard and Tiffany performing on stage, emphasizing
     the stage's versatility; and Ex. 7 the impressive qualifications of Premiere Production, which solidify its reputation as one
     of the leaders in the industry. All exhibits referenced but not contained herein will be lodged with the Court separately.

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY    EXH. B_002

1    c) Unilaterally causing and assuming the risk of a condition he knew to be dangerous,

2      unsafe, and ill-advised; and

3    d) Acting in a manner inconsistent with the level of ordinary care expected of an

4      invitee under similar circumstances.

5       **A. The Undisputed Facts via Video Footage.**

6    6.  On February 19, 2024, a party was held at the home of Gerard and his family to

7 celebrate the Vietnamese New Year, which party was organized by Mong Linh and Tram Huong, the

8 Event Organizers. The organizers had been granted the privilege of using the Williams' residence

9 free of charge, under condition of their promise to implement proactive safety measures for the event.

10 Early on, guests gathered in the central courtyard where a stage, far behind the fountain, was

11 professionally constructed for the band and singers by Premiere Production. Later in the evening, as

12 Dam Vinh Hung and others enjoyed the lively atmosphere, unbeknownst to Plaintiff, Dam Vinh Hung

13 suddenly climbed on top of the fountainhead, with the purpose of presenting to the partygoers his

14 dramatic exit. His reckless actions, however, caused an unfortunate accident in which Dam Vihn

15 Hung climbed a fountain at the Property which, unable to support his weight, collapsed. As a result

16 of his actions, Dam Vinh Hung destroyed the fountain, and injured himself.

17       **B. Video Evidence Cannot be Controverted.**

18    7.  The video shows early footage of the party, with Dam Vinh Hung and others singing

19 on stage with the live band also on the stage.[3] The video shows Dam Vinh Huong voluntarily

20 climbing onto the expensive fountainhead to make his grand exit from the event,[4] causing it to tilt

21 over and fall, breaking into pieces. In the event, the fountain's pedestal and upper structure were

22 destroyed. The fountain's lower basin contained about ten (10) inches of standing water. As

23 Defendant knew, the fountain pedestal and fountainhead were designed only as water features, and

24 not as climbing devices. Defendant's conduct as alleged herein caused what is, on information and

25 belief, tens of thousands of dollars in damage to Plaintiff's property.

26

27

28 [3] Ex. 8 to Ex 9, *infra*; True and correct copy of Videos, which is incorporated into this Complaint and attached hereto.
[4] Ex. 10, *infra*; True and correct copy of Picture of the fountain prior to the Incident, which is incorporated into this
Complaint and attached hereto.

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY EXH. B_003

8.      Additional specific footage[5] shows Dam Vinh Hung singing while standing at the edge
of the fountain basin, surrounded by a few people dancing nearby. At one point, the video shows an
individual named Hong-Ngoc testing the stability of the fountainhead by pushing against it twice.
She then pushes with both hands on the fountainhead, appearing to conduct her own makeshift
inspection of the structure of the pedestal before standing back up and signaling to Dam Vinh Hung
her apparent impression that it seemed safe for him to proceed.

9.      The video continues with Dam Vinh Hung placing both hands on the fountainhead's
edge, jumping forward and turning mid-air to sit on the fountainhead. The fountainhead immediately
tilts and topples upon contact with Dam Vinh Hung's weight, causing him and the fountainhead to
fall into the basin. The impact of the fountainhead against the pedestal cracks the fountain's pedestal
and upper structure, which collapses against the opposite side of basin's edge. Onlookers rush to assist,
with Hong-Ngoc pulling Dam Vinh Hung out of the basin's water before stepping back to steady
herself. The video ends, as Dam Vinh Hung is helped out of the fountain basin.

## II.

## FIRST CAUSE OF ACTION:  NEGLIGENCE

10.      At all times herein relevant, Defendant owed a duty to Plaintiff to conduct himself in
manners not likely to cause damage to Plaintiff or Plaintiff's property.

11.      Defendant knew or should have known that breaching said duties was likely to cause
Plaintiff damages as alleged herein, including without limitation property damage.

12.      By reason of Defendant's conduct and actions and failures to act, Defendant breached
his duties to Cross-Complainant;

13.      As a direct and proximate result of the conduct herein alleged, Defendant caused
substantial damage to Plaintiff's property.

---

[5] Ex. 11, *infra*. True and correct copy of Video, Dam Vinh Hung and Hong Ngoc were dancing on the edge of the fountain
which is incorporated into this Complaint and attached hereto.

- 4 -

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY        EXH. B_004

### III.

### DAM VINH HUNG'S LIES, BETRAYAL, AND EXTORTED DEMANDS

14.     Gerard Williams III, a nationally recognized American technology inventor who arose from humble Midwestern beginnings. Instilled with values of hard work, integrity, and resilience by his devout Christian parents, he became one of the top inventors in America, if not the world. Gerard has been the inventor of more than fifty patents, with ARM, Apple, NUVIA, and Qualcomm. Since 2013 and even until today, virtually all iPhones have contained processors that Gerard architected. He married his soulmate, a talented and beautiful Vietnamese artist and singer, who introduced him to Vietnamese culture, particularly its music. Gerard quickly developed a deep appreciation for this rich, beautiful art form and built friendships with many artists, including Plaintiff Dam Vinh Hung, who befriended Gerard and Tiffany since 2018.

#### A. February 19, 2024

15.     The Vietnamese New Year celebration took place at the Williams' residence, organized by co-Event Organizers Mong Linh and Tram Huong who were granted the privilege to use the premises free of charge. Toward the evening's end, Dam Vinh Hung elected to make a dramatic and risky exit, climbing atop the fountain centerpiece. Unfortunately, the fountain could not support Dam Vinh Hung's weight and collapsed, resulting in a crash that caused substantial damage to Plaintiff's property.

#### B. Ambulance Arrival and Hong Ngoc's Admission of Fault.

16.     Firefighters and paramedics arrived quickly, transporting Dam Vinh Hung to the hospital. Plaintiff and at least two (2) distressed partygoers traveled to the hospital.

17.     Plaintiff graciously covered all Dam Vinh Hung's medical expenses as a courtesy, after which Dam Vinh Hung confirmed his recovery.

////

- 5 -
FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY    EXH. B_005

Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 7 of 339    Page ID #:81

### C. February 20, 2024.

18.    A photo of the fountain[6] indicates what happened following Cross-Defendant's voluntary action. Subsequently both an individual named Hong Ngoc, and Dam Vinh Hung, provided more details about Defendant's desire to make an impromptu and dramatic grand exit to end the show.

### D. February 22, 2024.

19.    **After returning to his home in Vietnam,** Dam Vinh Hung expressed his deep gratitude in a Facebook post, highlighting Tuyen Nguyen (Tiffany) and Gerard Williams at the top of the list of beloved friends and family who had taken care of him "from beginning to end.[7]



---

[6] Ex. 12, *infra*: True and correct copy of Picture of the fountain after the Incident, which is incorporated into this Complaint and attached hereto.

[7] Dam Vinh Hung (February 22, 2024) - "Hung respectfully sends my special thanks to everyone… friends, colleagues, the media… who sent messages, called, encouraged, and offered me their best wishes. I am especially grateful to those who were concerned about me and took care of me from beginning to end. This includes my brothers, sisters, friends, and beloveds such as Tuyen Nguyen (Tiffany) and her husband Gerard Williams, my blood sisters An Pham and Hang Le, my little girl Ninja Tao Thao, my beloved Nha Trang Family, brother Nam Vong Bao Le, sister Linh Mong Nguyen, brother and sister Jay Nguyen and Jennifer Han Vu, sister Thu-anna Nguyen." (Emphasis added.)

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY    EXH. B_006

1  Ex. 13: True and correct copy of Dam Vinh Hung's February 22, 2024, Facebook posting by Dam
2  Vinh Hung, which is incorporated into this Answer and attached hereto.

3

4     **E. On the same day, Dam Vinh Hung posted a short video clip on his Facebook account.**

5          20.     In that post, he shared that he was doing fine. Dam Vinh Hung also unequivocally

6  admitted attempting a grand exit, taking what he termed a risk, by climbing onto the fountain's

7  centerpiece - an action that ultimately led to his fall, Plaintiff's property damage, and his injury.[8]

8          **F.  Dam Vinh's Lawsuit and Fanciful Demands for $15,000,000, later reduced**

9               **to $5,000,000, and then $20,000,000, and a threat to increase to $50,000,000.**

10         21.     In the following months, from May through July, Dam Vinh Hung performed twenty-

11 seven (27) sold-out shows in both Vietnam and the United States.  The performances highlighted his

12 usual singing and dancing talents.  However, after receiving a nine-month performance ban in

13 Vietnam and abroad from the Socialist Republic of Vietnam[9], effective July 16 and July 18, Dam

14 Vinh Hung turned to his "*beloved friend, Gerard*," to compensate for the temporary setback, suing

15 Plaintiff on October 31, 2024, disingenuously citing the February 19 incident in that lawsuit as the

16 culprit for a concocted lost income claim. Preceding the lawsuit, on July 4, 2024, Dam Vinh Hung

17 sent Gerard his first demand letter, asking for $15 million,[10] followed by a demand on July 22 for $5

18 million,[11] claiming permanent disability and inability to work for the rest of his life.  On October 9,

19 2024, Dam Vinh Hung formally caused a demand letter for $20 million to be issued, with a threat to

20 increase it to $50 million, alleging permanent pain and disability, attempting to rob Gerard's hard

21

22

23 ───────────────
   [7] Ex. 14 to Ex. 16: True and correct copy of Dam Vinh Hung's February 22, 2024, Facebook page (Ex. 14) and video
24 with subtitles (Ex. 15 None and Ex. 16 English) posting by Dam Vinh Hung, which is incorporated into this Complaint
   and attached hereto.

25 [9] Due to an unauthorized stage outfit that he wore previously in a performance.

26 [10] Ex. 17 to Ex. 20: True and correct copy of Dam Vinh Hung's July 4, 2024, Facebook Messenger, demanding $15M,
   which is incorporated into this Complaint and attached hereto.
27

28 [11] Ex. 21 to Ex. 24: True and correct copy of Dam Vinh Hung's July 22, 2024, Facebook Messenger, demanding $5M,
   which is incorporated into this Complaint and attached hereto.

Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 9 of 339    Page
ID #:83

1  work ethic and exploit his generosity. Dam Vinh Hung claimed and threatened in that demand as

2  follows:

3        Conclusion/Settle Offer

4        As discussed above, at trial we will be asking the jury to award [Dam
      Vinh Hung] north of $50,000,000 for past and future damages suffered.

5        It will be reasonable expected and not a surprise at all when the
      judgment is over this settlement opportunity of just $20 million.

6

7                                *****

    **Past & Future Non-Economic Damages**

8      Mr. Huynh's life has been completely turned upside down as a result of this incident. He was enjoying physical
9      activity, long drives, and physical interaction with friends. Now, he constantly is experiencing pain and
    difficulty. Things we take for granted, like a good night's sleep and doing chores around the house, are not
    the same and now cause him pain, and he's limited physically. He is often hesitant to engage in physical
10      activities due to fear of hurting himself. The relationship with people that were close to him has diminished
    significantly because of the ongoing pain and mental suffering. Both physically and mentally his life has been
11      ruined. He will never be the same as he was compared to prior to this incident. There is no doubt, his past and
    future non-economic damages have a value far greater than his economic damages.

12

13

14      22.    Plaintiff refused to negotiate with Defendant or his lawyers, as Defendant had

15  committed absolutely no wrongdoing, and caused Defendant absolutely no damage. On the contrary,

16  Plaintiff had only been exceedingly generous with Defendant at all times.

17      23.    **In his lawsuit, Dam Vinh Hung falsely complained:** He "is often hesitant to engage

18  in physical activities .... The relationship with people that were close to him **[the Fans]** has

19  diminished significantly because of the ongoing pain and mental suffering. Both physically and

20  mentally his life has been ruined."

21            **G.  Reaction of Dam Vinh Hung's Millions of "Fans."**

22      24.    Ironically, the news of Dam Vinh Hung filing a lawsuit against Gerard, his longtime

23  friend, sparked a wave of controversy. Dam Vinh Hung made false statements to the media in both

24  the U.S. and Vietnam regarding the incident. Over Thanksgiving, tens of thousands of negative

25  comments flooded social media, with Dam Vinh Hung's fans accusing him of betrayal, dishonesty,

26  and distorting the truth about the matter.

27  _____

28      Excerpt from DVH Demand Letter.

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY    EXH. B_008

EXHIBIT 3 PAGE 55

25.    On Friday, November 29, 2024, Dam Vinh Hung took to social media to share his so-called *First Letter*, which further fueled public outrage. In this statement, he controversially criticized millions of his fans and Vietnam itself, saying:

> "It is embarrassing to note via social media that Vietnam [the Socialist Republic of Vietnam] is officially ranked among the top five most uncivilized and barbaric countries in the world."[13]

26.    This shocking statement from Dam Vinh Hung's *First Letter* was widely condemned by his fans and followers. Many viewed it as unpatriotic and disparaging toward his country and the Vietnamese people who supported his rise from an unknown hairdresser in a small town to a celebrated singer.  The backlash intensified as fans expressed their dismay, accusing Dam Vinh Hung of disrespecting the very 2,000,000 Vietnamese Americans abroad, over 100,000,000 Vietnamese at home, and the homeland that have nurtured his success.

   **H. The reality of what Dam Vinh Hung has actually been since the injury:**

27.    As stated above, between May 2024 and July 16, 2024, *Dam Vinh Hung performed in* twenty-seven (27) sold-out shows,[14] including numerous hours dedicated to rehearsals and practice sessions. This results in an average of nine shows per month, including intensively dancing and singing, across venues in both Vietnam and the United States. Below are only a few examples from numerous videos and photos shared on Dam Vinh Hung's Facebook or used in his Advertisements and Marketing between May and July 17, 2024.

---

[13] Ex. 25 to Ex. 27: The Reaction of his Fans and his *First Letter* posted on November 29, 2024, controversially criticized millions of his fans and Vietnam itself. A true and correct copy is incorporated into this Cross- Complaint and attached hereto.

[14] Ex. 28 to Ex. 33: List of the 27 shows and the upcoming shows in Georgia and Texas and other casinos in the U.S. True and correct copy of the posters are submitted to the Court. (Ex. 28 is the List of the 27 shows; Ex. 29 to Ex. 33 are the Posters.) The posters, as public records, are attached hereto.

- 9 -

Case 2:25-cv-07351-JC   Document 13-2   Filed 09/04/25   Page 47 of 71   Page ID
#:308
Case 8:25-mc-00005-FWS-ADS   Document 1-7   Filed 02/25/25   Page 11 of 339   Page
ID #:85

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16  Ex. 34: Dam Vinh Hung's rehearsal for May 18, 2024, show in Ha Noi, Vietnam: Climbing the long
stairs, while having alleged that, physically and mentally, his life has been ruined.

17
18
19
20
21
22
23
24
25
26
27
28

Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 12 of 339    Page ID #:86



Ex. 35: Dam Vinh Hung jumping off stage onto platform (landing on the injured foot) at show in Ha Noi, Vietnam – May 18, 2024. The evidence taken from his post-incident performances clearly demonstrates that it does not appear that Dam Vinh Hung cannot engage in any physical activities.

Case 2:25-cv-07351-JC    Document 13-2    Filed 09/04/25    Page 49 of 71    Page ID
#:310
Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 13 of 339    Page
ID #:87



Ex. 36: Dancing from the May 18, 2024, Show in Ha Noi, Vietnam. It certainly does not seem like Dam Vinh Hung cannot engage in strenuous physical activity and that his life has been totally ruined as he alleged.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Ex. 37: Performance at *ExtraMen* Show on June 11, 2024, in Ho Chi Minh City, Vietnam: running position with injured foot in position. It also appears that Dam Vinh Hung has enjoyed publicly showing off being well and able to continue working and engaging in physical activities.

Ex. 38: Image taken from a dancing video, <u>jumping from leg to leg</u> - Performance in music video "Trời Ơi! Mình Đã Có Vợ Rồi" (*Oh My God, I have a Wife.*) which was released on July 9, 2024, showing DVH dancing.

Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 16 of 339    Page ID #:90



Ex. 39: Performance picture taken on June 11, 2024, at ExtraMan Show in Vietnam showing DVH dancing.



Ex. 40: Performance from Ha Noi, Vietnam performance on May 18, 2024, showing DVH dancing.

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY EXH. B_016

Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 18 of 339    Page
ID #:92

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15  Ex. 41: Performance at Ho Chi Minh City, Vietnam --- Lavender by Chang on May 13, 2024,
showing DVH singing and dancing
16
17
18
19
20
21
22
23
24
25
26
27
28

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY <span style="color:red">EXH. B_017</span>

EXHIBIT 2 PAGE 64

Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 19 of 339    Page ID # 93



1
2
3
4
5
6
7
8
9
10
11
12
13
14



15  Ex. 42: Performance at Ho Chi Minh City, Vietnam --- Lavender by Chang on May 13, 2024,
    showing DVH singing and dancing
16
17
18
19
20
21
22
23
24
25
26
27
28

EXH. B_018

28.    In various performances such as shown in the videos, as shown in footnote 14, and many other videos. Dam Vinh Hung is often seen performing, dancing, and jumping with joy all the while contending that his "life has been ruined."

29.    During this post-incident period, upon information and belief, Dam Vinh Hung earned and continues to earn approximately $30,000 to $50,000 per show, along with sponsorship income ranging from $150,000 to $300,000 per show. On information and belief, many it not all of the aforementioned shows were sold out. As such, Plaintiff respectfully requests the Court take judicial notice of Dam Vinh Hung's U.S. permanent resident status, which is an undisputed fact in the Vietnamese community in Orange County, acquired through his marriage with Lien Pham.[15] As a U.S. permanent resident, Dam Vinh Hung is on information and belief considered a tax resident for U.S. income tax purposes, and on information and belief his worldwide income is also subject to U.S. taxation. As such, under special legal doctrines, had Defendant proceeded with the lawsuit he falsely filed against Plaintiff, Plaintiff would have demanded that he produce his federal income tax returns with Schedule B, and his federal income tax transcripts for 2023 and 2024, in order to substantiate his past and recent earnings from post-incident to the present, given his fanciful claim for between $20,000,000 and $50,000,000. Part III of Schedule B of Dam Vinh Hung's Federal income tax returns requires a U.S. permanent resident like Dam Vinh Hung to report the income earned and existence of foreign accounts, such as bank and securities accounts, and requires Dam Vinh Hung to report the country in which each account is located, such as Vietnam. Given Dam Vinh Hung's claim of a **$50,000,000** loss, Plaintiff would have mandated that the tax documentation referenced herein be

---

[15]Ex. 43: Dam Vinh Hung's divorce documents with Lien Pham, a U.S. citizen. A court is mandated to take judicial notice of the status of U.S. resident aliens.

**California Evidence Code Sections 450–460: Judicial Notice.**
Judicial notice enables a court to recognize and accept certain facts as true without formal proof or evidence.
   o    Mandatory Judicial Notice (Section 451): The court *must* take judicial notice of Federal and State regulations.
Discretionary Judicial Notice (Section 452):
   o    The court *may* take judicial notice of:
          ▪    Regulations and administrative rules not covered in Section 451.
          ▪    Facts of general or common knowledge within the jurisdiction.
Effect of Judicial Notice (Sections 459–460):
   o    Judicially noticed facts are deemed conclusively established.
   o    In jury trials, the jury is required to accept judicially noticed facts as true.

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY    EXH. B_019

1  produced, on the basis that Defendant's federal and state tax returns privilege had been waived under

2  the *Schnabel* Court's two exceptions.[16]    Because Defendant's lawsuit was frivolous, and on

3

4

[16] Although under California law, Federal and State tax returns are generally privileged and not discoverable in litigation,
5  this privilege is not absolute and can be subject to exceptions under specific, limited circumstances and among them are:

6  **Waiver of Privilege**: In Dam Vinh Hung's lawsuit, where he claims to have sustained damages of $50,000,000, his
assertion of the Federal income tax return privilege, if any, in resisting the tax returns requested production is inherently
7  inconsistent with his claim. As a result, it could be concluded that the privilege has been waived. The reason is:  the issue
of damages, particularly the large amount claimed, may compel the Court to determine that the privilege has been
8  effectively waived.

9  **Public policy interests**, particularly those concerning the Vietnamese Americans community in this context, may
outweigh the confidentiality typically afforded to the requested production of Dam Vinh Hung's tax returns. Notably,
10  Dam Vinh Hung, a famous public figure and a U.S. permanent resident, has monthly earned substantial income in the
United States (millions of dollars) while maintaining a $ 5,000,000 domicile in Vietnam (Ex. 26). This raises significant
11  public policy concerns for the approximately 2,000,000 Vietnamese Americans in the U.S., which could justify the
disclosure of his tax returns in the interest of transparency, as illustrated in *Schnabel v. Superior Court*, 36 Cal. Rptr. 2d
12  677 (Cal. Ct. App. 1994) (citing *Miller v. Superior Court*, 111 Cal.App.3d 390 (Cal. Ct. App. 1980)). Millions of
Vietnamese Americans have worked so hard to support immigrants like Dam Vinh Hung, who has publicly boasted *about
13  possessing $5,000,000 home in Vietnam, by the income he made in the U.S. free of tax*. Under the new Trump's
immigration National Emergency, public policy justifies the waiving of Dam Vinh Hung's tax privilege.

14
Under *Schnabel*, the taxpayer privilege has three exceptions:
15      1.  Waiver or intentional relinquishment of the privilege.
        2.  The gravamen of the lawsuit is so inconsistent with the assertion of the taxpayer's privilege that it compels the
16          conclusion the privilege has been waived.
        3.  A public policy that outweighs the confidentiality of the tax returns. The *Schnabe* Court discussed:
17
            As explained in *Sammut v. Sammut, supra*, 103 Cal.App.3d at page 560, the privilege is waived or it does not
18          apply in one of the three situations: "(1) there is an intentional relinquishment (*Crest Catering Co. v. Superior
            Court* 62 Cal. 2d 274, 278 (1965)), (2) the *'gravamen of [the] lawsuit is so inconsistent with the continued
19          assertion of the taxpayer's privilege as to compel the conclusion that the privilege has in fact been waived'*
            (*Wilson v. Superior Court, supra*, 63 Cal.App.3d at p. 830), or (3) *a public policy greater than that of
20          confidentiality of tax returns is involved (Miller v. Superior Court, supra*, 71 Cal.App.3d at p. 149)."
            The first two of these situations do not apply here. Orange Container has not waived the privilege. It is not a
21          party to the underlying litigation, so has done nothing inconsistent with the assertion of the privilege. (Cf. *Wilson
            v. Superior Court, supra*, 63 Cal. App. 3d 825 (Cal. Ct. App. 1994) [**Plaintiff may not assert privilege as to
22          tax returns she placed into issue in a lawsuit alleging directly to the tax issue.**] The question we must decide
            is whether a public policy exception applies.
23
            In *Miller v. Superior Court, supra*, 71 Cal. App. 3d 145, contempt proceedings were instigated against the
24          petitioner for failure to pay child support. The petitioner claimed he was unable to pay the support but asserted
            the privilege against forced disclosure of his tax returns. *Relying on specific statutes that allowed public agencies
25          access to certain tax information, the court concluded that the "policy favoring the confidentiality of tax* returns
            must give way to the greater public policy of enforcing child support obligations." (*Id*. at p. 149.)
26                  *****

27          *The [] tax returns are clearly related to Marilyn's interest in determining the value of the corporation. The
            uncontroverted declaration of her accountant explained in detail why these returns were necessary. Moreover,
28          the quarterly payroll tax return information regarding Terry himself is related to Marilyn's interests in*

- 20 -
FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY    EXH. B_020

1    information and belief because he did not want to disclose his tax documentation, Defendant

2    dismissed his case against Plaintiff, with prejudice, on December 2, 2024.

3                                              IV.

4                              **THE RELEVANT FACTS**

5              **A. Gerard Williams, III: The childhood and career**

6                   **of a nationally renowned technology inventor.**

7          30.       Gerard's journey began over 40 years ago in the Midwest United States. Born into a

8    poor family, he grew up without modern conveniences—no running water, no electricity, and an

9    outdoor bathroom. The family relied on a cistern well for water, which often ran dry in summer.

10

11   _____

12   *ascertaining the parties' financial status and is thus discoverable. Marilyn is certainly entitled to information regarding the community's own taxes.*

13   *\*\*\*\*\**

14   *Thus, we conclude that the [] tax returns and the payroll tax returns regarding Terry himself are discoverable . .*

15       *III. Conclusion*
16   *The trial court acted within its discretion in compelling Orange Container to produce its business records and its corporate tax returns and quarterly payroll tax returns regarding Terry himself . . . .*

17   The *Schnabel* Court compel discovery of the numerous documents, including:

18       "FN 1. Specifically, the subpoena demanded production of numerous documents, among them were:
         "1. **Corporate tax returns prepared and/or filed for fiscal years ending September 30, 1990, covering the**
19       **period of 1986 to 1990.**
         "2. Copies of all profit and loss statements and financial statements relative to said corporation for the period
20       commencing with the end of the period for which the last corporate tax return was prepared and/or filed (to
         include but not limited to such financial records for period ending May 28 to June 30, 1991.)
21       "3. **Bank activity statements**, check registry setting forth nature of payment and payee (or canceled checks in
         lieu of check registry) for all bank depository accounts maintained in behalf of said corporation for the period of
22       January 1, 1991 to date. [Emphasis added.]

23   In *Wilson v. Superior Court*, 63 Cal.App.3d 825, (Cal. Ct. App. 1976),  the court found the privilege waived based on the
     fact that the plaintiff had placed the content and existence of her tax returns into issue and that the tax consequences of
24   the computations in the returns were crucial to establishing the elements of her case. The court stated, **"the establishment**
     **of all the essential elements of plaintiff's case will be impossible without proof of statements and computations in**
25   **her tax returns."** Similarly, Dam Vinh Hung may be deemed as waiving the privilege by seeking damages for lost
     income, particularly if he fails to provide other substantial evidence of that lost income.
26
     Arguably, by seeking damages for loss of income, <u>personal injury plaintiffs such as Dam Vinh Hung impliedly waive the</u>
27   <u>tax return privilege (at least if he refuses to produce any other substantial evidence of lost income.)</u>

28

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY    EXH. B_021

Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 23 of 339    Page
ID #:97

1  Despite these challenges, Gerard's parents worked tirelessly to provide a better life for their children,

2  making sacrifices and saving to improve their home. They instilled in their children a strong Christian

3  faith and American values centered on God, family, love, and hard work.

4      31.    Gerard's early life included weekly church bible and services. Every week, mom, dad,

5  and the children attended church where he discovered his love for singing traditional hymns and

6  Sunday school songs. Gerard enjoyed caring for farm animals, tending the garden, and completing

7  numerous chores on his family's little farm. As his parents began to earn a little extra money, they

8  remodeled their sweet home themselves with the help of all members of the family, learning trades

9  like plumbing, electrical work, and construction along the way.

10     32.    A little farm boy, Gerard, determined to excel in school, but his small-town high

11 school had limited resources, including no scholarships. His college admission was possible through

12 a Pell Grant, which covered tuition, books, and housing, allowing him to pursue higher education.

13     33.    Gerard poured himself into his studies, aiming to improve his education and create a

14 brighter future for both his family and him.  As such, unlike many young college students, Gerard

15 was dedicated to his studies, and, through hard work and prayers of the entire family, he succeeded.

16 Gerard earned a Bachelor of Science in Engineering with a minor in Computer Science, followed by

17 a Master of Electrical Engineering, both through scholarships.

18     34.    Gerard's career began at Texas Instruments (TI) in Houston, where he quickly proved

19 his skills. Within six months, he was promoted to lead an engineering team working on a

20 microcontroller product line for the automotive industry. However, his passion for microprocessor

21 development led him to leave TI and join ARM, Inc. in Austin, Texas, in 1998. ARM, a British

22 company headquartered in Cambridge, UK, was a burgeoning startup, and Gerard was excited to meet

23 the team and contribute to the ARM architecture.

24     35.    During his thirteen (13) years at ARM, Gerard gained invaluable experience,

25 collaborating with leading companies around the world, including Apple. At that time ARM had

26 already more than 1000 employees. He rose to become one of twelve ARM Fellows, ARM's highest

27 technical rank. Eventually, Gerard joined Apple in Cupertino, California, as a director, leading CPU

28 engineering and architecture development. He later became a Senior Director, overseeing SoC

Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 24 of 339    Page
ID #:98

1   architecture. Since 2013 and even until today, virtually all iPhones have contained processors that
2   Gerard architected. One of his greatest projects was that he has the honor to lead the re-architecture
3   of Apple's Mac lineup, culminating in the design and development of the Apple M1 MAC compute
4   lineup.

5           **B.  The Love of His Life: A Beautiful Vietnamese Artist/Singer,**

6           **Deeply Cultivated In Both Vietnamese and American Culture.**

7       36.    During this time, Gerard met the love of his life, Bich-Tuyen a/k/a Tiffany—a talented
8   Vietnamese artist/singer and devout Christian. Their love story began on Match.com (yes, believe it
9   or not). After several attempts to connect, Tiffany finally noticed Gerard's patience and the phone
10   number he had shared and decided to reach out. Their first phone conversation lasted through the
11   night, sparking an immediate and deep connection rooted in their love for God and shared desire to
12   make a difference in the world.

13       37.    From that fateful night, they have been inseparable. For both Gerard and Tiffany, it
14   was essentially love at first sight. A year later, with the blessing of God and their families, Gerard
15   and Tiffany exchanged vows on a romantic Hawaiian beach. Gerard has always proudly proclaimed,
16   **"We are still happily married with seven children."**

17           **C.    The Rich Cultural History of Vietnam in the Eyes of Gerard.**

18           **1.    Vietnam and its heroic people.**

19       38.    During their courtship, Gerard became captivated by the rich history and culture of
20   Vietnam. His partner, Tiffany, an artist, introduced him to the nation's history, cuisine, arts, and
21   especially its music. Through Tiffany and her parents, Gerard learned about the stories of the
22   Vietnamese people, who had shown remarkable resilience over 4,000 years of defending their
23   homeland. As a small yet beautiful country rich in resources, Vietnam faced repeated invasions from
24   neighboring nations, including the formidable Chinese empire. The tales of Vietnamese men and
25   women uniting heroically and courageously, fighting for their freedom and democracy deeply moved
26   Gerard. He learned about a century under French colonial rule, marked by hardship and bloodshed,
27   but ultimately and resiliently overcome by the bravery of people like Tiffany's ancestors, who
28   courageously fought to reclaim their beloved homeland from the colonizers.

Case 2:25-cv-07351-JC    Document 13-2    Filed 09/04/25    Page 61 of 71    Page ID
#:322
Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 25 of 339    Page
ID #:99

### 2.    Vietnamese food.

39.    Gerard developed a deep appreciation for Vietnamese culture, especially through its cuisine. Vietnamese cooking, with its simple and healthful organic ingredients, became a staple in his home. Tiffany and her parents—who live next door—daily cook for Gerard, sharing their culinary traditions and enriching Gerard's understanding and enjoyment of Vietnamese delectable food.

### 3.    Vietnamese culture, especially music.

40.    Vietnamese music also holds a special place in Gerard's heart. Its themes of spirituality, heroism, romance, and sacrifice resonate deeply with him. Tiffany taught him Vietnamese songs, which he still enjoys singing today.

### 4.    Gerard's Memoir reflects on his Christian upbringing and expresses his deep love and appreciation for his wife's contribution to his success and raising children.

41.    Gerard also expresses his love for Vietnamese culture, especially music, celebrating the richness and beauty that his lovely wife brought which inspires his career (his mission to make a difference in the world) and personal life.

> I spent countless hours over the years teaching myself to make many of the language's sounds. However, I discovered that the tonal aspect of Vietnamese was something I just couldn't pick up right away. It took nearly seven years for my ear to fully adapt.
>
> My beautiful wife introduced me to Vietnamese culture, food, and various community activities. Due to my upbringing, I've always been eager to learn about different people and communities. More importantly, I wanted to communicate directly with my wife's parents, who speak limited English. I wanted to understand their history and be able to share who I am without translation getting in the way.
>
> It is necessary to address the incorrect information perpetuated by media, in its variety of forms, which has placed a spotlight on our fortune. Tiffany and I were married when I was working at Apple on the Mac program architecting the Apple M1 pro, max, and ultra chipsets. I decided to depart Apple after talking to a few friends about a startup idea. At this startup called Nuvia, I tirelessly worked around the clock for a few years designing and architecting, with over 200 engineers, a datacenter server for enterprise and hyper-scaler companies. Many countless hours of hard work, sacrifice, and perseverance that have gone into building what I have today. Tiffany has been much more than a partner in our journey to create something meaningful in the world. We have both been there for our children, family and friends along the journey. And her advice and support have

- 24 -
FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY    EXH. B_024

been instrumental every step of the way. We have faced many countless challenges, celebrated victories, and remained committed to our shared vision of making a positive impact in the world. I hope that our story shared with both the American and Vietnamese communities will inspire the youth to understand that happiness and success are not a simple matter of luck or entitlement but hard work over many years. Even though we both have our imperfections, our willingness to accept them and turn them into strengths makes the seemingly impossible become achievable. And our journey is proof that dreaming the impossible, when pursued with passion, love, perseverance, and prayer, can become a reality through hard work.

As to my love for Vietnamese music, I seized every opportunity to sing with Tiffany, her parents, and her friends, who spent many hours helping to correct my pronunciation. While I can talk about my career confidently in front of thousands of attendees, singing live in front of people is a completely different experience—I was incredibly nervous. But after many attempts, I began to realize that the Vietnamese people appreciate someone who loves and wants to learn their language. They were particularly proud to hear their songs sung from the heart of a foreigner. With each performance, they were so polite and encouraging. Now, at every family gathering, my wife's family always asks me to sing for them. I feel truly honored.

42.     Throughout the years, Gerard became more and more proficient at singing Vietnamese music. The sole hobby of Gerard and Tiffany (in addition to taking and picking up their little girl to and from school every morning) is singing with his Tiffany's parents and little Sophia, and occasionally attending concerts and music performances. Along the journey, Tiffany introduced Gerard to many of the legendary Vietnamese artists and composers,[17] Together with Tiffany, Gerard has had the opportunity to visit Vietnam and enjoy a small part of the country. Through his wife, he learned many stories of her childhood, her school, the places where she visited, the churches, the temples, and the food. He wrote in his Memoir:

When I think of Vietnam, I used to picture its places only in my mind. But the moment I set foot on its soil and saw those places for myself, a whole new world unfolded before me. The stories I once imagined came

---

[17] Gerard has had the opportunity to sing with many legendary Vietnamese artists, singers and composers and enjoy their company both publically and privately. Many have encouraged Gerard to sing more and more. Gerard has participated in many shows around the USA, including singing on Paris by Night twice. The first time was a solo song, *Viễn Khúc Việt Nam* which depicts the deep love of the Vietnamese for their mother land. And the second time was a duet with Thanh Tuyen, singing *Bông Hồng Cài Áo*. Unfortunately, he had to decline many invitations due to his full-time job and obligation as an Inventor.

- 25 -

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY     EXH. B_025

1    alive in vivid detail. I met countless wonderfully simple people whose
2    warmth and kindness left an indelible mark on my heart. I savored the
     simple, authentic flavors of street food, each bite a celebration of love
3    and tradition. I sat quietly in small coffee/tea shops at dawn, soaking in
     the serene beauty of the glorious mornings. I journeyed through the
4    countryside, where time seemed to slow, and took tranquil river tours,
     breathing in the delicate, sweet fragrance of wildflowers in the summer
5    air.

6    The heavenly country cuisine and fresh fruits of Vietnam have since
     become a cherished part of my daily life, lovingly prepared by my
7    beautiful wife and my dear in-laws, "Ba Minh" and "Ma Ha." These
     daily meals in their warm and cozy kitchen are not just food but a
8    heartfelt expression of loving care and culture. Vietnam's deeply rich
9    traditions have woven themselves into the fabric of my existence,
     becoming a part of who I am.
10
     Though I am not Vietnamese by birth, the Vietnamese community,
11   including my beloved in-laws, has embraced me as one of their own.
     Their acceptance fills me with humility and pride. Just as my biological
12   parents call me their son, so too do my wife's parents—and I am deeply
13   honored, humbly and proudly accept.

14
        **5.    Dam Vinh Hung's betrayal of Gerard was driven by greed.**
15
16   43.    The following excerpt sheds light on why Gerard was specifically targeted, illustrating

     how Defendant's earlier calculated approach was part of Defendant's larger agenda.
17
18       Gerard Williams III is the senior VP of engineering at Qualcomm and
         the former CEO, president, and cofounder of Nuvia, a semiconductor
19       manufacturing company [created in 2019] that was acquired by
         Qualcomm for $1.4 billion in March 2021. Williams is an expert on low-
20       power    microprocessor    architecture,    micro-architecture,    and
         implementation design techniques with over twenty years of working
21       with the ARM architecture. Prior to starting Nuvia in 2019, Williams
         was senior director in platform architecture at Apple, an ARM fellow,
22       and design team lead at Texas Instruments.

23       While at Apple, Williams served as the chief architect for all Apple CPU
         and SOC development, including most A-series SoCs for Apple. His
24       departure from Apple and founding of Nuvia became the subject of a
         lawsuit, .... , the company filed to drop the suit without stating their
25       reason why.

26       Williams holds an MSEE in Electrical and Computer Engineering from
27
         the Missouri University of Science and Technology and a BSE in
28

                                    - 26 -

1    Electrical Engineering and Computer Science from Arkansas State

2    University.  Throughout his career, Williams has been the inventor of

3    more than fifty patents, with ARM, Apple, Nuvia, and Qualcomm.

4    https://golden.com/wiki/Gerard_Williams_III-RJVN66. (Emphasis added.)

5                                          V.

6    **TIMELINE OF EVENTS WITH DAM VINH HUNG BEFRIENDING GERARD**

7                        **1.    July 8, 2018 - December 2, 2018**

8         44.    Gerard first met Dam Vinh Hung at a show in San Jose, where Gerard was learning to

9    sing in Vietnamese. He was invited to sing *Bình Minh Sẽ Mang Em Đi* with Dam Vinh Hung. Gerard

10   later performed with Dam Vinh Hung again in San Jose.

11                        **2. July 20, 2019 - December 13, 2019**

12        45.    Gerard's family attended two of Dam Vinh Hung's concerts in San Jose, where they

13   met with him.

14                        **3. July 30, 2021 - December 4, 2021**

15        46.    Gerard's 50th birthday party was held at home, attended by well-known Vietnamese

16   singers, friends, family, and Dam Vinh Hung. On December 4, 2021, Gerard performed with Dam

17   Vinh Hung at a show with multiple singers, where Dam Vinh Hung recorded a video of Gerard

18   singing while daringly standing dangerously on two chairs.

19                              **4. December 5, 2021**

20        47.    Gerard attended a show with Dam Vinh Hung in Orange County, CA, where he

21   performed *Xin Lỗi Tình Yêu* with him.

22                   **5. September 16, 2022 - October 1-10, 2022**

23        48.    Gerard attended a Dam Vinh Hung concert in San Jose with Lien Pham. Later, in

24   Vietnam, Gerard met with professors and students at Van Lang University to discuss his journey in

25   American higher education. He also attended Dam Vinh Hung's concert in Hanoi and sang a newly

26   mixed version of *Bình Minh Sẽ Mang Em Đi* with him, where Dam Vinh Hung introduced Gerard as

27   an Apple chip architect and iPhone designer.  Dam Vinh Hung produced a video of this performance

28   from his show on YouTube.

Case 2:25-cv-07351-JC   Document 13-2   Filed 09/04/25   Page 65 of 71   Page ID
#:326
Case 8:25-mc-00005-FWS-ADS   Document 1-7   Filed 02/25/25   Page 29 of 339   Page
ID #:103

6.      **October 30, 2022**

49.     Gerard and Dam Vinh Hung both performed at the South Coast Plaza Restaurant in Costa Mesa, CA.

7.      **December 5, 2022**

50.     Dam Vinh Hung, along with family and dancers, visited Gerard and Tiffany's home, helping them assemble and decorate their Christmas tree.

8.      **December 2023 – February 5, 2024**

51.     Dam Vinh Hung discussed two upcoming shows in Ho Chi Minh City (March 8, 2024) and Hanoi (March 23, 2024) with Tiffany. They discussed sponsorship opportunities, including a Diamond Sponsorship of $150,000. Tiffany, Dam Vinh Hung, artist Daniel Winn, and others were involved in conversations about sponsoring Dam Vinh Hung's shows in Vietnam.

**VI.**

**THE INCIDENT CAUSED BY DAM VINH HUNG'S NEGLIGENCE AND FAULT,**

**RESULTING IN DAMAGE TO GERARD'S PROPERTY AND INCURRED LOSSES**

**A. February 19, 2024.**

52.     As stated above, a party was held at the lovely home of Gerard and Tiffany to celebrate the Vietnamese New Year, organized by Mong Linh and Tram Huong. Guests gathered in the central courtyard, where a special stage was constructed by Premiere Production for the band and singers. Dam Vinh Hung, among others, enjoyed the lively atmosphere, and Dam Vinh Hung invited Gerard to sing with Dam Vinh Hung for one song. Later, as Gerard excused himself to show a guest the backyard of the Villa, Dam Vinh Hung suddenly attempted to stand on the top of the fountain center piece with singer Hong Ngoc, all unbeknownst to Plaintiff, attempting to make a grand exit. However, the shocking negligence of Dam Vinh Hung resulted in the accident herein alleged. Dam Vinh Hung fell into the fountain as it collapsed because of his weight, injuring his foot, and destroying Plaintiff's property. An ambulance was called to transport him to UCI hospital.

53.     A photo of the fountain[6] indicated how it had happened. Tiffany spoke with Hong Ngoc and Dam Vinh Hung, who clarified more details about both wanting to make an impromptu, dramatic grand exit to end the show.

- 28 -

EXHIBIT 2 PAGE 75

1   54.   An expert on the fountain's structural integrity when a foreign weight is applied near

2   the edge will testify that it is evident from the video that the top collapses when a person's weight is

3   applied to the edge of the basin, leading the centerpiece to fall.

### VII.

### POST- INCIDENT FOLLOW-UP WITH VIDEO EVIDENCE

#### A. February 20, 2024.

7   55.   Dam Vinh Hung's negligence cost Gerard $27,591.24 for his total hospital bills.[18]

#### B. March 2 - March 28, 2024.

9   56.   Dam Vinh Hung was talking with Tiffany. He indicated that Lisa Trinh[19] encouraging

10   him to sue Gerard, and he replied that "we are best friends! I can't." Gerard received another bill

11   from Dam Vinh Hung regarding Paramedic Services on March 11, 2024,[20] addressed to Las Vegas,

12   NV. Gerard covered the payment[21] which was on March 28, 2024, totaling $1,988.80.

#### C. April 10, 2024.

14   57.   Upon information and belief, Gerard and Tiffany were informed that Chris "Vegas,"

15   Dam Vinh Hung's bodyguard, was sent to Vietnam by a California law firm, soliciting and pushing

16   Dam Vinh Hung to take legal action.

#### D. April 14 – May 8, 2024.

18   58.   Because since 2023, Tiffany indicated the Williams would sponsor Dam Vinh Hung's

19   shows in Ho Chi Minh City and Hanoi, the Diamond sponsor of $300,000 USD[22] was transferred.

20   At the end of April 2024, Gerard traveled to Vietnam to meet family and friends and attended the

21   Dam Vinh Hung concert on May 4, 2024, in Saigon. Prior to the concert, Gerard rehearsed with Dam

22   Vinh Hung the song *Anh Còn Nợ Em,* and Dam Vinh Hung looked fine even after hours of daily

23

---

24   [18] Ex. 44: True and correct copy of UCI Hospital Payment made by Gerard, which is incorporated into this Cross Complaint and attached hereto.

25   [19] Ex. 45: True and correct copy of Dam Vinh Hung informed Tiffany that people were pushing him to sue, which is incorporated into this Complaint and attached hereto.

26   [20] Ex. 46: True and correct copy of Paramedic Service charge for Fire/Ambulance, which is incorporated into this Complaint and attached hereto.

27   [21] Ex. 47: True and correct copy of Payment of Paramedic Service charge to Newport Beach Fire and Ambulance Service, which is incorporated into this Complaint and attached hereto.

28   [22] Ex. 48 and Ex. 49: True and correct copy of Diamond Sponsor wire, which is incorporated into this Complaint and attached hereto.

1   practice.  Gerard performed a duet with him in the Ho Chi Minh City concert on May 4, singing this
2   song.

3                  **E. July 2 to 4, 2024: Dam Vinh Hung first demand- $15 million USD.**

4            59.    As stated above, on July 2, Gerard and Tiffany met with Dam Vinh Hung at the Pelican
5   Hill Resort.[23]  This meeting was unusual, as Dam Vinh Hung typically visited their home. During the
6   meeting, Dam Vinh Hung claimed he intended to retire from show business. On July 4, Dam Vinh
7   Hung messaged Tiffany and Gerard, alleging that his injuries had left him "disabled for life," and he
8   demanded $15 million USD.[10]

9                  **F. July 22, 2024: Dam Vinh Hung reduced his request to $5 million USD.**

10           60.    As stated above, on July 22, Dam Vinh Hung sent another payment request, claiming
11  he was forced to demand "financial assistance" due to his disability. However, Dam Vinh Hung was
12  unable to perform, because he had been banned from performing in Vietnam since July 16, 2024, and
13  had been prohibited from performing worldwide by the Vietnamese Government since July 18, 2024,
14  due to an unauthorized decoration on his performed uniform, none of which had anything to do with
15  Plainiff.  By this date, Dam Vinh Hung had reduced his request to $5 million USD.[11]

16           **G. October 9, 2024: Dam Vinh Hung lamented that his life is completely ruined and**
17                              **demanded $20 million USD.**

18           61.    This time, Dam Vinh Hung lamented that his life was completely ruined and demanded
19  $20 million USD and will increase to $50 million USD.

20                                     **VIII.**

21  **DAM VINH HUNG'S INCONSISTENT CLAIMS OF PERMANENT INJURY/INABILITY**
22  **TO WORK VIS-A VIS POST- INCIDENT ACTIVITY DEMONSTRATE THAT HIS NOW-**
23                  **DISMISSED LAWSUIT AGAINST PLAINTIFF WAS ALWAYS FRIVOLOUS**

24           62.    Dam Vinh Hung's alleged $50,000,000 loss claim was frivolous from the beginning
25  due to his inconsistent assertions of permanent injury and inability to work, which are contradicted
26  by his post-incident activities that clearly exposed the falsehoods alleged in that suit against Plaintiff.

27

28  [23] Ex. 50: True and correct copy of Meeting at Pelican Resort Coliseum Grille, which is incorporated into this
    Complaint and attached hereto.

                                     - 30 -

1  Specifically, while Dam Vinh Hung alleged that he could not and still cannot work and suffered

2  severe mental anguish, pain and suffering, and his life was ruined due to the accident, the timeline of

3  post-incident – including his twenty seven (27) singing and dancing sold-out shows and performances

4  from Vietnam to the United States and pending shows in the U.S.[14] after the incident – clearly

5  demonstrate that Dam Vinh Hung's allegations against Plaintiff were always false, and his now-

6  dismissed lawsuit was frivolous.

7    • **02-22-2024** - Arrival in Vietnam -Video of Dam Vinh Hung's admission of fault 1) that he

8       decided to climb on top of the fountain because he and Hong-Ngoc wanted to make a Grand

9       and Beautiful Exit Out and 2) that he would never take such a dangerous risk again (with and

10      without subtitles in English)[8]

11   • **04-24-2024** - Intensive practice[24] dancing and singing for several days

12   • **05-02-2024** – Ho Chi Minh City, Vietnam - Rehearsal[25] for the show

13   • **05-03-2024** - Dam Vinh Hung posts a message[26] disregarding advice from others

14   • **05-04-2024** - Ho Chi Minh City, Vietnam - Major[27] show, 4+ hours, Show 1

15   • **05-13-2024** - Ho Chi Minh City, Vietnam - Lavender[28] by Chang event (singing)

16   • **05-17-2024** - Ha Noi, Vietnam – Rehearsal[29] for show

17   • **05-18-2024** - Ha Noi, Vietnam - Major[30] show, 4+ hours, Show 2

18   • **05-21-2024** - Ho Chi Minh City, Vietnam - Event[31] at Chu Van An School

19

20

21

22  [24] Ex. 51: True and correct copy of Facebook posts, which is incorporated into this Complaint and attached hereto.
    [25] Ex. 52 to Ex. 53: True and correct copy of Facebook posting and images, which is incorporated into this Complaint and

23  attached hereto.
    [26] Ex. 54 to Ex. 55: True and correct copy of Facebook posting and images, which is incorporated into this Complaint and

24  attached hereto.
    [27] Ex. 56 to Ex. 59: True and correct copy of Poster of May 04 and May 18 shows, Facebook posting and images, which

25  is incorporated into this Complaint and attached hereto.
    [28] Ex. 60 to Ex. 71: True and correct copy of Facebook posting and images, which is incorporated into this Complaint and

26  attached hereto.
    [29] Ex. 72 to Ex. 78: True and correct copy of Facebook posting and images, which is incorporated into this Complaint and

27  attached hereto.
    [30] Ex. 79 to Ex. 86: True and correct copy of Facebook postings and images, which is incorporated into this Complaint

28  and attached hereto.
    [31] Ex. 87 to Ex. 88: True and correct copy of Facebook post and video, which is incorporated into this Complaint and
    attached hereto.

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY  EXH. B_031

EXHIBIT 2 PAGE 78

1  • **05-24-2024** - Ho Chi Minh City, Vietnam - Phong Tra Dong Dao (*Lai Nho Nguoi Yeu*) [05]

2  • **05-25-2024** - Ho Chi Minh City, Vietnam - Le Tri An Truong Thanh (High School) [00]

3  • **05-27-2024** – Hoang Quoc Viet

4  • **05-28-2024** - Ho Chi Minh City, Vietnam - Dat Tieng Van Loc 2 [02]

5  • **05-31-2024** – International Talent Show

6  • **06-01-2024** - Ho Chi Minh City, Vietnam - Phong Tra Khong Ten (*Thang 6 Troi Mua*) [06]

7  • **06-xx-2024** - Flight [07] to Ha Noi, Vietnam - Attending an event

8  • **06-08-2024** - Dalat, Vietnam - *LuLuLola* (Life Show Nguyen Nhat Huy 50th Anniversary) [08]

9  • **06-11-2024** - Ho Chi Minh City, Vietnam – *Extramen* [04] Show

10  • **06-11-2024** - Ho Chi Minh City, Vietnam - Phong Tra Ben Thanh [09] (Thien Ha Tinh Khoi)

11  • **06-13-2024** - Nha Trang, Vietnam - *See Beach Festival Event*

12  • **06-15-2024** - Music video recording for Dam Vinh Hung

13  • **06-16-2024** - Ho Chi Minh City, Vietnam - Phong Tra Khong Ten [21] (*Trieu Doa Hoa Hong*)

14  • **06-18-2024** - Flight to USA and posting to perform at Casino in the U.S. [23]

15  • **06-22-2024** - Immokalee, FL - Seminole Casino [25] (*Nua Van Trang*)

16  • **06-23-2024** - Kinder, LA - Coushatta Casino [20] (*The Portrait*)

17

18  [93] Ex. 89 to Ex. 91: True and correct copy of Facebook posts and poster of Event(s), which is incorporated into this Complaint and attached hereto.

19  [99] Ex. 92: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

20  [92] Ex. 93: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

21  [94] Ex. 94 to Ex 96: True and correct copy of Facebook posts and poster of Event, which is incorporated into this Complaint and attached hereto.

22  [95] Ex. 97: True and correct copy of Facebook post, which is incorporated into this Complaint and attached hereto.

23  [96] Ex. 98 to Ex. 99: True and correct copy of Facebook post and poster of Event, which is incorporated into this Complaint and attached hereto.

24  [97] Ex. 100 to Ex. 127: True and correct copy of Facebook poster of Event, video, and images, which is incorporated into this Complaint and attached hereto.

25  [98] Ex. 128: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

26  [20] Ex. 129: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

27  [21] Ex. 130: True and correct copy of Facebook post, which is incorporated into this Complaint and attached hereto.
[23] Ex. 131 to Ex. 138: True and correct copy of Facebook post, poster, and images, which is incorporated into this Complaint and attached hereto.

28  [29] Ex. 139: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

EXHIBIT 2 PAGE 79

Case 8:25-mc-00005-FWS-ADS    Document 1-7    Filed 02/25/25    Page 34 of 339    Page
ID #:108

- **06-28-2024** - Film released featuring Dam Vinh Hung's singing[44]
- **07-01-2024** - Dam Vinh Hung posting[45] about film, sing and dancing.
- **07-02-2024** - Dam Vinh Hung posting from Pelican Hill's Resort[46]
- **07-03-2024** - Atlantic City, NJ - Bally's Casino,[47] 11 PM
- **07-04-2024** - Dam Vinh Hung sends a Facebook Messenger**Error! Bookmark not defined.** text requesting a $15M US for his alleged injury
- **07-06-2024** - Kansas City, KS - Harrah's Casino[48], 8 PM (Saturday)
- **07-09-2024** - Music video premiere featuring Dam Vinh Hung singing and acting[49]
- **07-12-2024** - Music video clip[50] from Facebook of Dam Vinh Hung dancing and singing
- **07-13-2024** - Harrah's Resort, Southern CA[51] - (*Nguoi Tinh Bolero*)
- **07-14-2024** - Durant, OK - Choctaw Casino[52] (*Lovers in the Night*)
- **07-16-2024** - Dam Vinh Hung banned from singing in Vietnam by the Vietnamese government
- **07-18-2024** - Dam Vinh Hung banned from singing worldwide by the Vietnamese government
- **07-18-2024** - Seattle, WA - (banned) Apology to Seattle[53] fans
- **07-20-2024** - Las Vegas, NV - (banned) Palm's Casino[54], 8 PM (Saturday)

[55] Ex. 140: True and correct copy of Facebook post of Dam Vinh Hung film, which is incorporated into this Complaint and attached hereto.

[58] Ex. 141: True and correct copy of Facebook post, which is incorporated into this Complaint and attached hereto.

[59] Ex. 142: True and correct copy of Facebook post at Pelican Hill's Resort, which is incorporated into this Complaint and attached hereto.

[50] Ex. 143: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

[56] Ex. 144: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

[51] Ex. 145 to Ex. 146: True and correct copy of Facebook poster of music video and film, which is incorporated into this Cross Complaint and attached hereto.

[83] Ex. 147 to Ex. 148: True and correct copy of Facebook post and video, which is incorporated into this Complaint and attached hereto.

[84] Ex. 149: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

[87] Ex. 150: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

[82] Ex. 151 to Ex. 153: True and correct copy of Facebook post, video, and poster of Event, which is incorporated into this Complaint and attached hereto.

[85] Ex. 154: True and correct copy of Facebook poster of Event, which is incorporated into this Complaint and attached hereto.

1    • **07-22-2024** - Dam Vinh Hung sends a Facebook Messenger text[11] requesting $5M US for

2       injury.

3    • **10-09-2024** – Dam Vinh Hung's final letter demand letter for $20 million was issued, with a

4       threat to increase it to $50 million, alleging permanent pain and disability.[12]

5

6    8.   Gerard refused to accept the extorted demand of money. Dam Vinh Hung sued and this

7       Complaint ensued.

8                                    **PRAYERS**

9           WHEREFORE, Gerard Williams, III, prays for judgment as follows:

10   1.   That Gerard Williams, III recover from Defendant Hung Huynh (a/k/a Dam Vinh Hung)

11      for damages suffered, in the amount of $1.00.

12

13   2.   To the extent permitted by law and equity, Gerard Williams, III is entitled to reasonable costs

14      including, *inter alia*, attorneys' fees, in the reduced amount of $1.00.

15

16   3.   An apology from Defendant, to be filed with the court, in compensation for damage

17      Defendant has caused to the honor of Plaintiff and his immediate and distant family.

18

19   4.   For such other and further relief as the Court may deem just and proper.

20   DATED: December 9, 2024                    BY: _____
                                               Paul N. Philips, Esq.
21                                             Counsel For Plaintiff
                                               Gerard Richard Williams, III
22

23                                             **Lloyd E. Kelly. Esq.**
                                               **Jack Cagle, Esq.**
24                                             *Co-Counsel for Defendant*
                                               *Gerard Richard Williams, III*
25                                             *Pro hac vice* pending

26                                             **Minh-Tam (Tammy) Tran. Esp.**
                                               *In-house General Counsel*
27                                             *Co -Counsel for Defendant*
                                               *Gerard Richard Williams, III*
28                                             *Pro hac vice* pending

                                    - 34 -