# Exhibit "C"

12/30/2024 9:59 PM
Teneshia Hudspeth
County Clerk
Harris County

Harris County - County Civil Court at Law No. 1



CAUSE NO. **1242113** _____

| | | |
|---|---|---|
| GERARD RICHARD WILLIAMS III, | § | IN THE COUNTY CIVIL COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | AT LAW NO. _____ |
| | § | |
| | § | |
| DAI DUONG PHAM (AKA DEREK PHAM), | § | |
| THU THUONG DOAN, and NHU TA, | § | |
| | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **GERARD RICHARD WILLIAMS III**, (hereafter "Plaintiff" or "Gerard Williams") complaining of **DAI DUONG PHAM (A/K/A DEREK PHAM), THU THUONG DOAN**, and **NHU TA** (collectively referred to as "Defendants") and respectfully shows the Honorable Court and Jury the following:

### I.
### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 2, pursuant to Rule 190 of the Texas Rules of Civil Procedure.

### II.
### PARTIES AND SERVICE

2.      Plaintiff **GERARD RICHARD WILLIAMS III** is a resident of California.

3.      Defendant **DAI DUONG PHAM (A/K/A DEREK PHAM)** (hereafter referred to as "Derek Pham") is an individual and a resident of California. Service is requested and DEREK PHAM can be served at 24835 Sun Rose Ci Menifee, CA 92584-0321 or wherever he may be found.

4898-4404-8651.1

EXH. C_001

4.      Defendant **THU THUONG DOAN** is an individual and a resident of Tennessee. Service is requested and THU THUONG DOAN can be served at 6320 Thornfield Dr, Memphis, TN 38134-7734 or wherever she may be found.

5.      Defendant **NHU TA** is an individual and a resident of Harris County, Texas. Service is requested and NHU TA can be served at 11003 Wooddale Bridge Ct, Houston, Texas 77498 or wherever she may be found.

### III.
### JURISDICTION AND VENUE

6.      The subject matter of this controversy falls within the jurisdictional limits of this Court. Defendants Derek Pham and Thu Thuong have conducted business within this jurisdiction and, as a result, have subjected themselves to the general jurisdiction of this Court.

7.      Plaintiff Gerard Williams seeks damages for loss of reputation and slander per se in an amount within the jurisdictional limits of this Court. Additionally, Gerard Williams seeks exemplary damages against each Defendant independently, rather than jointly and severally.

8.      This Court has jurisdiction over the parties because one of the Defendants is a resident of Houston, Harris County, Texas, and the slanderous statements were made in Texas.

9.      Venue in Harris County is proper in this case because the defamatory campaign against the Plaintiff occurred in Harris County, where over 250,000 Vietnamese residents reside. Furthermore, the forum Defendant, Nhu Ta, resides in Harris County.

### IV.
### RELEVANT FACTS

10.     On December 11, 2024, December 12, 2024, and December 13, 2024, Defendants orchestrated a horrible smear campaign lasting two to three and a half hours per session through Mr. Derek Pham's YouTube livestream channel, *Nua Vong Trai Dat*. This campaign, conducted in

4898-4404-8651 1

UNOFFICIAL COPY

collaboration with Mr. Derek Pham and Ms. Thu Thuong Doan, and joined by Defendant Nhu Ta, targeted Gerard Williams.

11.     The relevant statements were made in reference to litigation between Gerard Williams and Dam Vinh Hung, which is currently pending in the Superior Court of Orange County, California.

12.     The     following     statements     made     on     Defendants'     channel (https://www.youtube.com/channel/UCfl_G9BwH-DhtNn-y0q_7aA) during this live stream were:

    1)  Directed to third parties;

    2)  False;

    3)  Not protected under judicial or quasi-judicial privilege; and

    4)  Caused damage to Gerard Williams.

13.     **A)** The smear campaign against Gerard Williams and his wife ("Gerard Williams"), which began in December, has escalated significantly. During the livestream on December 13, 2024, a caller using a phone number ending in 510 allegedly contacted Mr. Derek Pham, a close associate of Dam Vinh Hung and a Vietnamese Lady known as "An." Mr. Derek Pham repeatedly invited the "510 Caller" to return to the livestream, encouraging and inciting this individual to wear a billboard and stage a protest outside Qualcomm in San Diego where Gerard Williams presently served as Senior Vice President. The protest was to allegedly demand "Justice for Dam Vinh Hung, who lost three toes at Gerard Williams' home due to Gerard's negligence, cruelty, and misappropriation of the insurance proceeds." Mr. Pham's actions constituted extortion, and the statement was blatantly false and slanderous.

4898-4404-8651.1

EXH. C_003

14.    **B)** Mr. Pham encouraged the livestream audience to falsely accuse Gerard Williams of sending his wife, Tuyen Williams, to travel to Vietnam to meet with reputable media outlets, in an effort to smear singer Dam Vinh Hung. This allegation is entirely untrue.

15.    The Williams did not travel to Vietnam and Gerard Williams did not smear anyone to the media. Gerard Williams responses to the media were solely in reaction to the statements made in Mr. Dam Vinh Hung's complaint.

16.    The statement from Dam Vinh Hung first appeared in *Thanh Nien* on June 11, 2024, at 10:42 a.m., alleging: "On February 19, 2024, Mr. Gerard Richard Williams III misused a concrete fountain by turning it into a stage and a table for beverages during a party. This caused the fountain to topple and fall, injuring singer Đàm Vĩnh Hưng's foot."

17.    Gerard Williams had every right to refute these allegations. Đàm Vĩnh Hưng in fact demanded $15 million USD (approximately 381 billion VND) from Gerard Williams to avoid filing a lawsuit. However, Gerard Williams found the demand entirely unreasonable, as the accident was not our fault at all.

18.    In fact, Gerard Williams' response to *Thanh Nien* on November 20, 2024, at 6:01 p.m. was that Gerard Williams genuinely cherished Đàm Vĩnh Hưng; he regarded Đàm Vĩnh Hưng as a family member, like a close brother, since they were both born in the Year of the Pig (1971). He even still has CD signed by Đàm Vĩnh Hưng for his 'brother,' with the note, 'My best friend.'

4898-4404-8651 1

EXH. C_004



[The CD with singer Đàm Vĩnh Hưng's signature was shared by Mrs. Gerard Williams with Thanh Niên. Photo: Provided by the individual (NVCC).]

19.    Gerard Williams's truthful statements made in response to *Thanh Nien* were far from Defendant's media manipulation. As such, the accusation was blatantly false and slanderous.

20.    **C)** Furthermore, Defendants Derek and Thu Thuong Doan manipulated the audience, including a caller named "Sister Trang" who repeatedly called in alongside Derek Pham to slander Gerard Williams. Derek Pham also persistently pressured a so-called "Doctor Hoa" and other audience members in Canada, Australia, and various states to falsely accuse Gerard Williams of defrauding Dam Vinh Hung. The aim was to allege that Gerard Williams failed to report to his home insurance carrier into compensating Dam Vinh Hung for several million dollars. Additionally, they insinuated that Gerard Williams committed insurance fraud and misappropriated the proceeds. These accusations were entirely baseless and slanderous.

4898-4404-8651.1

21.     **D)** Based on these false allegations, Ms. Doan blatantly accused Gerard Williams of being "despicable" and "vile" for allegedly manipulating the media to harm Đàm Vĩnh Hưng. The terms "despicable" and "vile" (spoken in Vietnamese as "hèn hạ và bỉ ổi") were presented in their broadcasts as statements of fact rather than opinion. Combined with the baseless claims of misconduct, these terms are defamatory and slanderous, causing significant harm to Gerard Williams's reputation. This accusation was entirely false.

22.     **Clarification of Public Figure Status:** Gerard Williams is not a public figure, which reinforces his protections under defamation laws. The false statements made against him therefore carry heightened legal liability.

**The Youtuber is not a public figure:** Derek Pham and Thu Thuong Doan are not public figures. This case is an action between private citizens.

23.     **Legal Violations:** Defendants' actions constitute a clear violation of defamation and slanderous laws and infringe upon the rights and reputation of Gerard Williams.

24.     **Cease and Desist Letter was sent:** Gerard Williams and his wife have requested that Defendants cease all activities associated with "the slandering campaign" before it was too late. Gerard Williams expressed that he took no joy or satisfaction in pursuing legal action and demanded the immediate cessation of all defamatory actions and behaviors.

25.     **Defendants' Defamatory Actions Escalated to Daily Threats and Violence:** Defendants were requested to comply with the Cease-and-Desist Letter but refused. Instead, their defamatory actions escalated to include violent threats, hacking Mr. Williams's wife's Facebook account, and making threats of violence against Mr. Williams's family members.

EXH. C_006

## V.
## DEFAMATION/SLANDER *PER SE* AND *PER QUOD* PER THE FIRST COURT OF APPEALS' RULING IN *NGUYEN V. DANGELAS*

26.      "Defamation is generally defined as the invasion of a person's interest in her reputation and good name." *Hancock v. Variyam*, 400 S.W.3d 59, 63 (Tex. 2013). The tort includes libel and slander. *Neely v. Wilson*, 418 S.W.3d 52, 60 (Tex. 2013). Defamatory statements are those that tend to (1) "injure a living person's reputation and thereby expose the person to public hatred, contempt or ridicule, or financial injury" as well as those statement that (2) "impeach any person's honesty, integrity, virtue, or reputation." TEX. CIV. PRAC. & REM. CODE § 73.001; *see Mem'l Hermann Health Sys. v. Khalil*, No. 01-16-00512-CV, 2017 WL 3389645, at *6-7 (Tex. App.—Houston [1st Dist.] 2017, pet. denied) (mem. op.); *Double Diamond, Inc. v. Van Tyne*, 109 S.W.3d 848, 854 (Tex. App.—Dallas 2003, no pet.). The elements of a defamation claim include (1) the publication of a false statement of fact to a third party that was defamatory concerning the plaintiff, (2) the requisite degree of fault, and (3) in some cases, damages. *In re Lipsky*, 460 S.W.3d at 593.

27.      A statement is considered "published" when it is communicated to a third person who is capable of understanding its defamatory meaning and in such a way that the person did understand its defamatory meaning. *Thomas-Smith v. Mackin*, 238 S.W.3d 503, 507 (Tex. App.—Houston [14th Dist.] 2007, no pet.).

28.      The requisite degree of fault is determined based on the status of the individual allegedly defamed (or, in some cases, the context of the statement made). See Neely, 418 S.W.3d at 61; *Maewal v. Adventist Health Sys./Sunbelt, Inc.*, 868 S.W.2d 886, 893 (Tex. App.—Fort Worth 1993, writ denied); *Combined Law Enf't Ass'ns of Tex. v. Sheffield*, No. 03-13-00105-CV, 2014 WL 411672, at *6-8 (Tex. App.—Austin Jan. 31, 2014, pet. denied) (mem. op.). A public figure suing for defamation is required to prove actual malice in the making of the defamatory statement; a private individual is required to prove only negligence. *Neely*, 418 S.W.3d at 61.

4898-4404-8651 1

EXH. C_007

29.    In the instant case, Gerard Williams met the burden to prove his claim for slander *per se*, when Gerard Williams presented: 1) the publication of a false statement of fact to third parties that was defamatory concerning Gerard Williams, (2) the requisite degree of fault, (3) Not protected under judicial or quasi-judicial privilege; and (4) Caused damage to Gerard Williams's reputation.

30.    As such, Defendants' false statements caused injury to Gerard Williams and Gerard Williams seeks (a) damages for loss of reputation and (b) nominal damages for defamation per se.

## VI.
## RETRACTION DEMAND

31.    Gerard Williams has requested that Defendants retract, repair, and correct the false statements by apologizing to them and acknowledging it was wrong to make false accusations about Gerard Williams in the same manner in public and as the original statement.  Not only did Defendants flatly refuse, but they also used profane language to answer on their Facebook and YouTube.

## VII.
## REQUEST FOR JURY TRIAL

32.    Gerard Williams hereby demands and pays a jury trial in this cause.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Gerard Richard Williams III respectfully prays that Defendants be cited to appear and answer herein, and Plaintiff further respectfully prays that upon a trial on the merits, judgment be entered for Plaintiff against Defendants for the following:

a.    Damages for loss of reputation;

b.    Damages for slander per se;

c.    Retracting, repairing, correcting, and apologizing their slanderous statements;

Page 8 of 9

4898-4404-8651 1

EXH. C_008

d.  Prejudgment and post-judgment interest;

e.  Court costs and expenses; and

f.  All other relief to which Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: /s/ *Cactus Jack Cagle*
**CACTUS JACK CAGLE**
**CAGLE & ASSOCIATES**
Attorney, Mediator, Arbitrator, Former Judge
Texas State Bar No. 03591850
The Texas Justice Center
4900 Fournace Place, #200, Bellaire, Texas 77401
1773 Jeddo Rd, Rosanky, TX 78953
Email: *jack@judgecagle.com*
Telephone: 713-927-0720

**COUNSEL FOR GERARD RICHARD
WILLIAMS III**

4898-4404-8651.1

EXH. C_009

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Courtney Cagle on behalf of Cactus Jack Cagle
Bar No. 3591850
courtney@judgecagle.com
Envelope ID: 95739813
Filing Code Description: Petition
Filing Description: With Jury Demand
Status as of 12/31/2024 10:51 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Courtney Cagle | | courtney@judgecagle.com | 12/31/2024 7:39:23 AM | NOT SENT |
| Cactus JackCagle | | jack@judgecagle.com | 12/31/2024 7:39:23 AM | NOT SENT |

UNOFFICIAL COPY

# Exhibit "D"

Case 2:25-cv-07351-JC    Document 13-13421F3iled 09/04/25    Page 13 of 120    Page ID
#:345

2/13/2025 8:46 PM
Teneshia Hudspeth
County Clerk
Harris County

Harris County - County Civil Court at Law No. 1

CAUSE NO. 1242113

| | | |
|---|---|---|
| GERARD RICHARD WILLIAMS III | § | IN THE COUNTY CIVIL COURT |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | AT LAW NO. 1 |
| | § | |
| DAI DUONG PHAM (A/K/A DEREK PHAM), | § | |
| THU THUONG DOAN, TU NGUYEN, | § | |
| (A/K/A THANH TU NGUYEN) and NHU TA, | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

---

### PLAINTIFF'S VERIFIED SECOND AMENDED PETITION, APPLICATION FOR TEMPORARY INJUNCTION, PERMANENT INJUNCTION, AND REQUEST FOR DISCLOSURES

---

COMES NOW Plaintiff, Gerard Richard Williams III (hereafter "Gerard Williams" or "Plaintiff Gerard Williams"), and files this Verified Second Amended Petition, including an Application for Temporary Injunction, Permanent Injunction, and Request for Disclosures, and respectfully shows the Court as follows:

## I.    INTRODUCTION

> *[It's] hard to believe that anyone with an average level of intelligence could think that by using freedom of speech as an excuse they could say all of these insults . . . freely on social media and believe that the target won't feel attacked and that the system won't respond . . .*

1.     The above statement, made just last month by the Spanish Supreme Court in the *Dalas Review* matter (2023),[1] emphasizes that in today's world, defamatory and overtly harassing

---

[1] *See* Azmi Haroun, *Spanish YouTuber Dalas Review will have to read his defamation sentence on his channel weekly for a month. He was taken to court after calling his ex-girlfriend's dad a 'sick coward' who hits 'defenseless women'*, BUSINESS INSIDER (May 24, 2023), https://www.businessinsider.com/youtuber-dalas-review-must-read-defamation-sentence-insulted-exs-dad-2023-5. In that case, Spanish YouTuber Daniel Santomé, known as *Dalas Review*, was held liable for insulting his ex-father-in-law in multiple videos, calling him a "maltratador" (abuser) among other derogatory terms. The *Dalas Review* Court ordered the Youtuber Daniel Santomé to pay damages to the victim and read the court's decision on his channel weekly. The victim's daughter celebrated the Judge's ruling: "To all the [content] creators who have received insults and been harassed by this person or other toxic people, I want to say: It's

1

EXH. D_001

comments on social media platforms—as well as viewer or subscribers' endorsement of such comments—are not protected free speech. Freedom of speech has some critical boundaries, and like in *Dalas Review*, those boundaries have been crossed here.

2.      This case arises from Defendants' deliberate and egregious campaign of daily internet defamation and criminal cyber harassment aimed at spreading misinformation to the over 300,000 Vietnamese American residents in Texas (including more than 150,000 residents in Houston alone) [2] in order to incite hysteria and potential violence against Plaintiff and his family.

3.      Since at least November 2024, Defendants have undertaken a targeted defamation and harassment campaign on their YouTube channels and Facebook pages and livestreams against Plaintiff and his family. On information and belief, the Defendants are working jointly as fans, friends, relatives, and/or paid Youtubers and/or Facebook commentators with whom Dam Vinh Hung, a famous Vietnamese singer (**"Dam Vinh Hung"**), has a close relationship. They include:

> Defendant Tu Nguyen (a/k/a Thanh Tu Nguyen) (**"Nguyen"**);
>
> Defendant Nhu Ta (**"Ta"**);
>
> Defendant Dai Duong Pham (a/k/a Derek Pham) (**"Pham"**); and
>
> Defendant Thu Thuong Doan (**"Doan"**).

---

time to stop putting your head down and being scared of them, damn it. Be brave like my family has been. And you're welcome for paving the way."

[2] The Greater Houston area is home to the second-largest Vietnamese population in the country, with approximately 143,000 people, according to 2019 numbers from the Pew Research Center. *See* Rosie Nguyen, *ABC13 shares stories of Vietnamese refugees who made all-or-nothing escape and rebuilt their lives*, ABC13 HOUSTON (June 1, 2022), https://abc13.com/vietnamese-vietnam-war-refugees-immigrants/11913968/; see also Top 10 U.S. metropolitan areas by Vietnamese population, 2019, Pew Research Center (Apr. 29, 2021), https://www.pewresearch.org/chart/top-10-u-s-metropolitan-areas-by-vietnamese-population-2019/. As of 2023, approximately 2.4 million Vietnamese Americans reside in the United States, with Texas being home to about 14% of this population. This equates to roughly 336,000 Vietnamese Americans in Texas. *See U.S. Census Bureau Releases Key Stats in Honor of 2023 Asian American, Native Hawaiian, and Pacific Islander Heritage Month*, U.S. Dep't of Commerce (May 1, 2023), https://www.commerce.gov/news/blog/2023/05/us-census-bureau-releases-key-stats-honor-2023-asian-american-native-hawaiian-and.

EXH. D_002

4.       Defendants' smear campaign stems from Plaintiff's former lawsuit with Dam Vinh Hung. The lawsuit was based on a self-inflicted injury that Dam Vinh Hung sustained when performing at Plaintiff's residence in February 2024. Dam Vinh Hung sought over $50,000,000 in damages against Plaintiff. But Dam Vinh Hung voluntarily dismissed the lawsuit at the end of last year.[3]

5.       Despite the dismissal, Defendants continue in their coordinated efforts to tarnish Plaintiff and his family's reputation through inflammatory posts and online interviews.

6.       These posts, interviews and comments promulgated by Defendants are toxic, untrue, and in some instances, extremely threatening and alarming. As set forth herein, Defendants have encouraged their fans to contact Plaintiff and coerce him into paying Dam Vinh Hung millions of dollars. Defendants have provided viewers with Plaintiff's home address and information about his family. Defendants' viewers, subscribers and commentators have called Plaintiff and his wife terrible, derogatory terms. Some of them have even made death threats and called for Plaintiff to be murdered, causing Plaintiff to fear for his and his family's lives. And in each instance, Defendants took no action to discourage their subscribers or commentators from making such comments.

7.       These statements go far beyond protected free speech. The slanderous, libelous, and violent statements made and encouraged by Defendants have caused significant harm to both Plaintiff Gerard Williams' reputation and that of his wife, exposing them to public hatred,

---

[3] Although Dam Vinh Hung initially dismissed the premises liability action against Plaintiff with prejudice on December 2, 2024, he reversed his position fourteen (14) days later. Both parties are now awaiting the trial court's decision on whether to adhere to California Supreme Court precedent, which establishes that a request for dismissal with prejudice is legally irreversible once filed. After such a filing, the court is deprived of jurisdiction over the matter as a matter of law.

3

EXH. D_003

contempt, ridicule, financial damage, and fear for their lives. Plaintiff respectfully asks that this

Court intervene to stop Defendants' harmful, coordinated actions.

## II.    DISCOVERY CONTROL PLAN

8.    Plaintiff Gerard Williams asserts that discovery in this matter should be conducted

pursuant to TEX. R. CIV. P. 190.3 (Level 2).

## III.    PARTIES

9.    Plaintiff GERARD RICHARD WILLIAM III is a private individual residing in

California and a former resident of Texas. Relevant here, Plaintiff maintains a number of contacts

in Houston's Vietnamese American community and regularly conducts business in this district.

10.    Defendant DAI DUONG PHAM (a/k/a Derek Pham) ("Pham") was personally

served and has made a general appearance in this Court. Plaintiff asserts that this Defendant has

waived his personal jurisdiction claim and venue challenge.

11.    Defendant THU THUONG DOAN ("Doan") was personally served and has made

a general appearance in this Court. Plaintiff asserts that this Defendant has waived her personal

jurisdiction claim and venue challenge.

12.    Defendant NHU TA (a/k/a Nhu Ngoc) ("Ta") was served and has made a general

appearance in this Court.

13.    Defendant TU NGUYEN (a/k/a Thanh Tu Nguyen) ("Nguyen"), a Texas resident,

was personally served and has filed an answer in this Court.

## IV.    THIS COURT CAN EXERCISE SUBJECT MATTER & PERSONAL
## JURISDICTION OVER ALL DEFENDANTS

14.    This Court has subject matter jurisdiction over this Second Amended Petition

because the amount in controversy meets this Court's jurisdictional requirements under Tex. Gov't

Code Sec. §§ 24.007, 24.008 and Tex. R. Civ. P. 47.

EXH. D_004

15.    The Court has personal jurisdiction of Defendants Nguyen and Ta because both are residents of Harris County, Texas. As stated above, both Defendants Nguyen and Ta have already made appearances in this matter, and do not contest jurisdiction or venue.

16.    This Court may also exercise personal jurisdiction over non-resident Defendants Pham and Doan because, *inter alia*: (i) each waived its challenge to personal jurisdiction by failing to adhere to the special appearance requirements under Texas Rule of Civil Procedure 120a; (ii) each has substantial contacts with Texas and targeted audience members, users, subscribers and commentators located in Texas in posting their online content; (iii) the damage resulting from Defendants Pham and Doan's conduct was felt, at least in part, in this district; and (iv) each is part of a joint civil conspiracy with two Texas residents.

A.  **The Non-Resident Defendants Waived Their Challenge to Personal Jurisdiction.**

17.    Defendants Pham and Doan failed to strictly comply with Texas Rule of Civil Procedure 120a's special appearance requirements to challenge personal jurisdiction. As such, these non-resident Defendants waived their challenge to personal jurisdiction.

18.    Additionally, the two non-resident Defendants' motions challenging personal jurisdiction are conclusory. Even if their assertions were accurate (they are not), Defendants failed to substantiate their allegations with competent evidence, even for *in-camera* review.

B.  **This Court Alternatively Has Personal Jurisdiction Over The Non-Resident Defendants Under Texas's Long-Arm Statute.**

19.    In the addition and alternative, this Court can exercise personal jurisdiction over Defendants Pham and Doan under the Texas long-arm statute because they are committing a tort, in whole or in part, in Texas. TEX. CIV. PRAC. & REM. CODE ANN. § 17.042.

20.    Upon information and belief, Defendants Pham and Doan conspired with the two Harris County Forum Defendants Nguyen and Ta. This conduct was undertaken with the intent to

EXH. D_005

coerce Plaintiff into settling and paying Dam Vinh Hung. This campaign included a coordinated effort to tarnish the reputation of Plaintiff and his wife through inflammatory posts and interviews published by Defendants to encourage and endorse their guests and their viewers to slander Plaintiff and his wife.

21.     Defendants Pham and Doan intentionally targeted and interacted with residents of Texas (particularly those in Harris County) and have amassed hundreds of thousands of views on their content. Since December 2024, Defendant Pham has appeared nightly on his YouTube channel, *Nua Vong Trai Dai*, alongside guests such as Defendant Doan. Additionally, Mr. Mai Tien Dung of *TD TV*, a close associate of Dam Vinh Hung and/or his agent, invited Forum Defendant Nguyen to his livestream broadcasts on January 10, 2025, and January 13, 2025. During these livestreams, these non-resident Defendants interacted with Texas and Harris County viewers and subscribers, encouraging and endorsing slanderous statements against Plaintiff.

22.     Similarly, since December 2024, Defendant Doan has daily posted defamatory content on her Facebook page and YouTube channel. Through these posts, she has actively encouraged and endorsed her viewers to disparage Plaintiff and his wife. She has jeopardized Plaintiff's safety and endanger his life.

23.     These actions were neither untargeted nor random; rather, they were deliberately directed at Texas residents, distinguishing them from activities that might incidentally affect other states.

24.     By engaging in defamatory activity aimed at Vietnamese American Texas residents, Defendants had fair warning that they could be sued in Texas. If one chooses to instigate a conflict in Texas, it is reasonable to expect the matter to be resolved in this Texas Court.

EXH. D_006

25.   The non-resident Defendants have failed to challenge each basis for personal jurisdiction, although it is their burden.

## V.   VENUE IS PROPER IN THIS COURT

26.   Venue is proper in Harris County because it is where all or a substantial part of the events at issue here took place. TEX. CIV. PRAC. & REM. CODE ANN. § 15.002(A)(1). Additionally, Defendants Ta and Nguyen reside in Harris County; and all claims against all Defendants arise out of the same transaction, occurrence, or series of transactions or occurrences. *See id.* §§ 15.005, 15.002(a)(2).

27.   Alternatively, non-resident Defendants Pham and Doan waived their venue challenge because they failed to raise the issue in their first pleading in response to the lawsuit with competent facts and evidence. TEX. CIV. PRAC. & REM. CODE ANN. § 15.063; *Gordon v. Jones,* 196 S.W. 3d 376, 383 (Tex. App.—Houston [1st Dist.] 2006, no pet.).

## VI.   FACTUAL BACKGROUND[4]

### A.  False and Malicious Internet Defamation and Cyber Harassment Conducted by Defendant Pham.

#### 1.  Defamatory Smear Campaign on Defendant Pham's YouTube Livestream

28.   On December 8, 2024, December 12, 2024, December 13, 2024, and every day thereafter, Defendants Pham and Doan, joined by forum Defendant Nguyen, orchestrated a defamatory smear campaign through Defendant Pham's YouTube livestream channel, *Nửa Vòng Trái Đai TV* (https://www.youtube.com/channel/UCfl_G9BwH-DhtNn-y0q_7aA). Defendant Pham's channel has amassed over 362,000 subscribers, and the total number of views on all of his videos exceeds 180 million.

---

[4] As incorporated and adopted from Appendix B and Plaintiff's Affidavit attached hereto as Appendix C.

EXH. D_007

29.    Each video targeted Plaintiff and Plaintiff's wife. Each session lasted two to three and a half hours and invited and encouraged listeners, commentators, and subscribers— particularly those in Texas and Harris County— and other places to interact by calling in, verbally commenting, or leaving messages about Plaintiff and his pending lawsuit with Dam Vinh Hung.

30.    The alarming content in the smear campaign has escalated significantly over the last four months. For example, during the livestream on December 13, 2024, a caller using a phone number ending in 510 allegedly contacted Defendant Pham. During the livestreamed call, Defendant Pham repeatedly invited the "510 Caller" to return to the livestream, and further encouraged and incited to wear a billboard and stage a protest outside Qualcomm in San Diego (where Plaintiff presently serves as a Senior Vice President of Engineering). The protest was to allegedly demand "Justice for Dam Vinh Hung, who lost three toes at Plaintiff Gerard Williams' home without compensation due to Plaintiff's negligence, cruelty, and misappropriation of the insurance proceeds which belong to Dam Vinh Hung."

31.    Defendant Pham further told his livestream audience that Plaintiff sent his wife, Tuyen Williams, to Vietnam in order to meet with reputable media outlets, in an effort to smear singer Dam Vinh Hung's name. This allegation is entirely untrue.

32.    The Williams did not travel to Vietnam and at no time has Plaintiff make any comment to the Vietnamese media about his dispute with Dam Vinh Hung. His wife did make responses to the Vietnamese press, but these comments were truthful and based on statements made in Dam Vinh Hung's public complaint.

33.    Similarly, Plaintiff Gerard Williams did not make any comments to the press about his dispute with Dam Vinh Hung. In a statement made by Dam Vinh Hung to *Thanh Nien* on June 11, 2024, he alleged: "On February 19, 2024, Mr. Gerard Richard Williams III misused a concrete

EXH. D_008

fountain by turning it into a stage and a table for beverages during a party. This caused the fountain to topple and fall, injuring singer • àm V•nh H• ng's foot."

34.    This statement is patently false. The accident was not Plaintiffs' fault at all. Dam Vinh Hung's injury was a self-inflicted product of his own negligence. Dam Vinh Hung confirmed this in a video posted on his Facebook page shortly thereafter, where he unequivocally admitted that he had decided to jump onto the Fountainhead in an attempt to make a dramatic exit.

*See* **Exhibits 1 and 1A below.**

9

EXH. D_009

Exhibit 1: Still image from Exhibit 1 video.



EXH. D_010

Exhibit 1A: Still image from Exhibit 1 video.



11

EXH. D_011

35.    In response to Dam Vinh Hung's statement on June 11, 2024, Plaintiff Gerard Williams stated to *Thanh Nien* on November 20, 2024 that he genuinely cherished Dam Vinh Hung; Dam Vinh Hung was regarded as a family member, like a close brother, since they were both born in the Year of the Pig (1971). Plaintiff even still has CD signed by Mr. H•ng for his "brother," with the note, "My best friend."



**Exhibit 2:** *The CD with singer • àm V•nh H•ng's signature was shared by Mrs. Gerard Williams with Thanh Niên. Photo: Provided by the individual (NVCC).*

36.    Plaintiff Gerard Williams' truthful statements made in response to *Thanh Nien* are a far cry from Defendant Pham's false rumors that Plaintiffs met with media outlets to smear Dam Vinh Hung's name. No such conduct occurred and as such, Defendant Pham's accusation was blatantly false and slanderous.

EXH. D_012

37.    Furthermore, Defendant Pham, joined by Defendant Doan, manipulated Defendant Pham's audience during his livestream, including a caller named "Sister Trang" who repeatedly called to slander Plaintiff Gerard Williams. Defendant Pham also persistently pressured a so-called "Doctor Hoa" and other audience members in Canada, Australia, and various states to falsely accuse Plaintiff Gerard Williams of defrauding Dam Vinh Hung. The aim was to allege that Plaintiff Gerard Williams failed to report to his home insurance carrier into compensating Dam Vinh Hung for several million dollars. Additionally, they insinuated that Plaintiff Gerard Williams committed insurance fraud and misappropriated the proceeds. These accusations were entirely baseless and slanderous.

38.    Below is a non-exhaustive list of the videos posted by Defendant Pham in an effort to defame Plaintiff Gerard Williams.

**Additional Videos posted by Derek Pham:**

Exhibit 3: Video on December 13, 2024 - • •c quy•n: • àm V•nh H• ng, Gerard và M• ng Linh tr• • c khi r•n n• t tình b•n (8.3k views as of 02/13/2024)

https://www.youtube.com/watch?v=KTHhd_kWwkk

Exhibit 4: Video on December 8, 2024 - Lawyer: *Gerard Williams's Counter-Suing • àm V•nh H• ng Is A Waste of Time*" | Perspective by Nguy•n Hoàng Duyên (9:8k views as of 02/13/2024)

https://www.youtube.com/watch?v=uGrYGKy-9C0

Exhibit 5: Video on December 22, 2024 - • àm V•nh H• ng Encounters A 'Die-Hard Fan' After The Lawsuit Is "Revived." (13k views as of 02/13/2024)

https://www.youtube.com/watch?v=-41dhzoSWgs

Exhibit 6: Video on December 23, 2024 - • àm V•nh H• ng's Close Friend Compares Nguy•n Ph• • ng H• ng's 'Move' To That Of An American Tycoon [Gerard Williams] (12k views as of 02/13/2024)

https://www.youtube.com/watch?v=j0BbOrNC3kc

13

EXH. D_013

**Exhibit 7:** Video on December 23, 2024 - *Evidence of D•ng Taylor saying "Yellow skin, black hair should not mess with white Americans"* | #NoRacism (17k views as of 02/13/2024)

https://www.youtube.com/watch?v=CChDF-cqkJA

**Exhibit 8:** Video on December 11, 2024 - *The • àm V•nh H•ng Lawsuit: Audiences Scrutinize Singer Bich Tuy•n's [Gerard Williams's Wife]'s Words And Actions* (20k views as of 02/13/2024)

https://www.youtube.com/watch?v=X2sX5y3SV0g

**Exhibit 9:** Video on December 12, 2024 - *LIVE: Leaked clip of Gerard nearly falling into a fountain with • àm V•nh H•ng Actions* (38k views as of 02/13/2024)

https://www.youtube.com/watch?v=2634Z-4DRo4

**Exhibit 10:** Video on December 15, 2024 - *Without The Yellow Flag, • àm V•nh H•ng Still Managed to Overwhelm American Security Guards Actions* (31k views as of 02/13/2024)

https://www.youtube.com/watch?v=SADpMz8rgJg

**Exhibit 11:** Video on December 16, 2024 - *Shocking! • àm V•nh H•ng's Lawsuit Has Been "Revived." Actions* (58k views as of 02/13/2024)

https://www.youtube.com/watch?v=ATzeFMh-8KM

**Exhibit 12:** Video on December 24, 2024 - *We Cannot Let D•ng Taylor Trample On The Vietnamese People* | #NoRacism (43k views as of 02/13/2024)

https://www.youtube.com/watch?v=_DBxnfdA-fs

**Exhibit 13:** Video on December 25, 2024 - *D•ng Taylor Criticized By Show Promoter Liên For Trampling On The Vietnamese People* | #NoRacism (27k views as of 02/13/2024)

https://www.youtube.com/watch?v=eAybVKpLZUo

**Exhibit 14:** Video on December 26, 2024 - *D•ng Taylor "Harmed" Gerard [Williams]. Is it really over?*

https://www.youtube.com/watch?v=SS49qoSbN4Q

**Exhibit 15:** Video on December 27, 2024 - *• àm V•nh H•ng Speaks Out: "A Good Movie Must Be Watched From The Beginning!"* (53k views as of 02/13/2024)

https://www.youtube.com/watch?v=dnC1aIAQnnw

**Exhibit 16:** Video on December 28, 2024 - *Regarding The • àm V•nh H•ng Case, An Interview With An Insurance Expert.* (19k views as of 02/13/2024)

https://www.youtube.com/watch?v=MhleGsLpU5Q

14

EXH. D_014

**Exhibit 17:** Video on December 30, 2024 - *Revealed: • àm V•nh H•ng Is About To Be Sabotaged.* (18k views as of 02/13/2024)

https://www.youtube.com/watch?v=sZ7O9e5LewM

**Exhibit 18:** Video on December 31, 2024 - *Tycoon Gerard [Williams] Sues The Owner of N• a Vòng Trái • •t TV; Derek Ph•m Will Continue To Defend The Truth.* (28k views as of 02/13/2024)

https://www.youtube.com/watch?v=LzRIysUFiN4

**Exhibit 19:** Video on January 1, 2025 - *Big Reveal! Who Owns The House Where • àm V•nh H•ng Fell And Broke His Leg?* (41k views as of 02/13/2024)

https://www.youtube.com/watch?v=HAHMW5G7PuM

**Exhibit 20:** Video on January 2, 2025 - *Disaster The fountain was built without a permit. Is • àm V•nh H• ng leading 1-0?* (32k views as of 02/13/2024)

https://www.youtube.com/watch?v=dbxYPp-g07o

**Exhibit 21:** Video on January 3, 2025 - *• àm V•nh H• ng "Strikes Back" With A Shocking Revelation* (34k views as of 02/13/2024)

https://www.youtube.com/watch?v=IObFRpla6gQ

**Exhibit 22:** Video on January 4,2025 - *Oh My! The Architect "Concludes" That • àm V•nh H• ng Will Win. Why?* (32k views as of 02/13/2024)

https://www.youtube.com/watch?v=AbcCfmoX7fo

**Exhibit 23:** Video on January 6, 2025 - *Big News! Gerard Withdraws His Countersuit Against • àm V•nh H• ng After The Court Merges The Two Cases Into One* (40k views as of 02/13/2024)

https://www.youtube.com/watch?v=JbNVC9MALl0

**Exhibit 24:** Video on January 7, 2025 - D• ng Taylor is "humiliated" as Gerard's request is rejected by the court on January 7 (41k views as of 02/13/2024)

https://www.youtube.com/watch?v=Iy0_4eZ0PpY&t

**Exhibit 25:** Video on January 10, 2025 - *The Mr. • àm Case: After the 'failure' on January 7, is the American tycoon trying to 'buy time'???* (25k views as of 02/13/2024)

https://www.youtube.com/watch?v=TFYI2Zb04rY

**Exhibit 26:** Video on January 12, 2025 - *Evidence of D• ng Taylor lying and maliciously targeting • àm V•nh H• ng from the very beginning.* (31k views as of 02/13/2024)

https://www.youtube.com/watch?v=Jddv6B5k_1s

15

EXH. D_015

*All Videos and Livestreams Are Being Supplemented and Translated into English
Using AI Technologies to Retrieve which are authenticated by Plaintiff Gerard Williams
via his affidavit, and adopted into and attached hereto.*

**2.  Defendant Pham Encourages his YouTube Viewers and Subscribers to Make
Threats of Violence and Murder Against Plaintiffs.**

39.     In addition to the false allegations above, Defendant Pham continues to encourage
and endorse threats of violence and murder against Plaintiff through the comments made by his
viewers on his daily livestreams. For example, one user commented on Defendant Pham's
December 31, 2024 livestream to, "Just send someone to murder Gerard; why let him take up space
on this Earth?". And under the January 3, 2025 livestream, another user commented to, "Fully
back Derek Pham in the ongoing plan to murder Gerard for ruining DVH [• àm V•nh H• ng] do
not let him live."



16

EXH. D_016

Exhibit 27

| Translation | |
|---|---|
| **Breaking News 31.12.2024**<br>**Billionaire Gerard Sues the Owner of *Nua Vong Trai Dat TV*** <br>**Comments:**<br><br>Support Nua Vong Trai Dat TV by sharing the video so more people know about it. Thank you, dear readers.<br><br>@ThaoDuong-e1m<br><br>Support Derek Pham! Don't fear that vile and cruel billionaire. Just send someone to murder Gerard; why let him take up space on this Earth? Gerard ruined DVH [• àm V•nh H• ng]'s entire singing career. | **Breaking News 3.1.2025**<br>**• àm V•nh H• ng "Strikes Back" With A Shocking Revelation**<br>**Comments:**<br><br>@ThaoDuong-e1m<br><br>Support Derek Pham. Fight to the end against the cruel, hypocrite capitalist who tries to silence the voice of NVTD [Nua Vong Trai Dat TV]. Fully back Derek Pham in the ongoing plan to murder Gerard for ruining DVH [• àm V•nh H• ng] do not let him live. |

40.    Plaintiff Gerard Williams should not be subjected to the daily verbal attacks and threats to him and his family's safety that accompany Defendant Pham's livestreams.

**B. False and Malicious Internet Defamation and Harassment Comments Written by Defendant Ta.**

41.    Defendant Ta, a Vietnamese American and Houston resident, stated on Facebook that Plaintiff and his wife illegally cheated an insurance carrier and spent all the funds that should have been used to pay Dam Vinh Hung. This statement is false and not substantiated by evidence.

42.    As shown in the two comments by Defendant Ta below, Defendant Ta has commented falsehoods about Plaintiff Gerard Williams in response to Defendant Pham and Defendant Doan's posts. One comment by Defendant Ta reads, "[Plaintiff and Plaintiff's wife] scammed and cheat insurance money, spent it all; didn't let DVH [• àm V•nh H• ng] claim, and even harmed him. They bought the media." And in response to Defendant Doan's Facebook Live, Defendant Ta commented, "Mr. Williams are vile, despicable, disgusting, and cowardly. [Defendant Doan] spoke well. Those people are truly cruel, thinking that with their money they could do anything." None of these comments are true. Plaintiff Gerard Williams was not

17

responsible for Dam Vinh Hung's accident and did not cheat his insurance carrier to allegedly avoid paying Dam Vinh Hung.

## Exhibit 28





| Translation | |
|---|---|
| Derek Phạm<br>Nov 23<br>Year 2025 and the truth about Mr. • àm's accident at the billionaire's house<br><br>**Unveiling • àm V•nh H• ng's Many Chances of Winning the Lawsuit Against The Billionaire! Why? 23.11.24 Live**<br><br>Như Ngọc<br><br>The couple, singer Bích Tuy•n and her husband, are truly vile and despicable. They're disgusting, vile, and cowardly, deserving everyone's contempt. They scammed and cheat insurance money, spent it all, didn't let DVH [• àm V•nh H• ng] claim, and even | • oàn Thu Th• • ng was live<br><br>Tiên Lê<br><br>Bích Tuy•n is despicable.<br><br>Như Ngọc<br><br>Tiên Lê, exactly! Thu Th• • ng spoke so well, cursing them perfectly; BT [Bích Tuy•n] and Mr. Williams are vile, despicable, disgusting, and cowardly. Thu Th• • ng spoke well. Those people are truly cruel, thinking that with their money they could do anything. |

18

EXH. D_018

| harmed him. They bought the media. I feel so sorry for • àm V•nh H• ng. | |

### C. False and Malicious Internet Defamation and Cyber Harassment Campaign Conduct by Defendant Nguyen.

43.     Upon information and belief, Defendant Pham, Defendant Doan, and their coconspirators entered an ongoing relationship with the Texas resident Defendant Nguyen and Ta. Specifically, during a recent interview on *TD TV* on January 10 and January 13, 2025, Defendant Nguyen unequivocally admitted that he had signed a Non-Disclosure Agreement (NDA) with others concerning Plaintiff Gerard Williams's inducing Dam Vinh Hung to dismiss the lawsuit with prejudice. In the January 10, 2025, interview, Defendant Nguyen alleged that, as a forensic and cyber investigator and specialist (sic), he could get into people's telephone (sic). He alleged:

(a) Dam Vinh Hung must sue Gerard Williams' wife who is definitely liable, because the party where Dam Vinh Hung was injured was a commercial event organized for profit by the Williams, who allegedly sold tickets and sponsored the event without a permit. (This statement is false. In reality, Plaintiff Gerard Williams and his wife only allowed Mong Linh Nguyen who was a mutual friend of Dam Vinh Hung Plaintiff to use his residence for a Vietnamese New Year celebration. No tickets were issued or sold by Plaintiff Gerard Williams and his wife for the private party. All attendees are invited guests. The invitation mentioned Gerard Williams, Bich Tuyen, Duong Trieu Vu, Dinh Thiet, Quoc Cuong, and Huy Dien only as the singers for the private party. At the bottom of the invitation, it was noted: "At the entrance, please inform the security guard that [you wish to] enter the residence of Gerard Williams and Tiffany Nguyen" for guest verification purposes.)

(b) Gerard Williams cruelly used wealth to influence Vietnamese media to harm Dam Vinh Hung. (Again, this statement is likewise untrue without being substantiated with evidence. The Vietnamese media follows the case because Mr. Dam Vinh Hung is a very famous Vietnamese singer, and Plaintiff is only a private citizen.)

EXH. D_019

(c) Gerard Williams always refers to himself as a "billionaire" to defame Dam Vinh Hung by portraying Dam Vinh Hung as someone attempting to extort a wealthy man. (However, this claim is untrue. Plaintiff's name sometimes is referred to as a "billionaire" by his technology colleagues, following the 2021 sale of his Nuvia Inc to Qualcomm for $1.4 billion and thereafter becoming Senior Vice President of Qualcomm. In reality, neither Plaintiff Gerard Williams nor his wife has ever referred to ourselves as "billionaires." In fact, the couple and their seven children lead a very simple life.

(d) Gerard Williams induced Dam Vinh Hung into dismissing the underlying premise liability case with prejudice; and Thanh Tu Nguyen has evidence but he could not reveal because he did sign an NDA. (However, this claim is false.) Also, Thanh Tu Nguyen's Declaration stated he never sign any NDA.

*See* **Exhibit 29:** https://www.youtube.com/watch?v=lob2Q1PZ3d0.

44.    Defendant Nguyen also actively participated in platforms associated with the coconspirator Mai Tien Dung, including TD Media's YouTube channel and other platforms, thereby <u>directly</u> engaging in coordinated efforts with Dam Vinh Hung, Defendant Pham, and Defendant Doan to defame Plaintiff Gerard Williams and his wife.

**D.  False and Malicious Internet Defamation and Cyber Harassment Campaign Conduct by Defendant Doan.**

45.    Since December 2024, Defendant Doan has published defamatory statements about Plaintiff and his wife. Her YouTube alone has over 149,000 subscribers and a total viewership count of over 16 million. Moreover, she is an avid user of Facebook Live, amassing thousands of viewers and attracting multiples shares and comments. Through these posts, she has actively interacted and encouraged her viewers and followers, including forum Defendant Ta, to disparage Plaintiff Gerard Williams and his wife, jeopardizing his safety and endangering his life.

46.    Additionally, Defendant Doan has continued to work in conjunction with Defendant Pham. Defendant Doan has appeared as a guest on Defendant Pham's YouTube Channel to further the daily online defamation campaign targeting Plaintiff Gerard Williams and

EXH. D_020

his wife. Even after appearing on Defendant Pham's livestream, Defendant Doan republishes and summarizes the contents of Defendant Pham's livestreams.

47.     Upon information and belief, it appears that Defendant Doan has been using her platform to spread online hate at the behest of Dam Vinh Hung. On December 11, 2024, Defendant Doan appeared on a YouTube video unequivocally admitting her very close relationship with Dam Vinh Hung, and that she was a key person advising him to dismiss the premise liability lawsuit against Gerard Williams. (*See* Exhibit 30.). Dam Vinh Hung has also made statements on Defendant Doan's Facebook posts, calling her his "blood sister."

EXH. D_021

**Exhibit 30:** On December 11, 2024, Defendant Thu Thuong Doan appeared on a YouTube video unequivocally admitting her very close relationship with Dam Vinh Hung and that she was a key person advising him to dismiss the premise liability lawsuit against Gerard Williams.



## Description                                            ✕

**Thu Thương, Nam Râu,Tony Tèo Bùng Nổ Vụ Kiện ĐÀM-GERARD.**

| **1.2K** | **26,853** | **Dec 11** |
|---|---|---|
| Likes | Views | 2024 |

In **Exhibit 30**, YouTuber Nguyen Tien Dung asked: "Do you know the reason why • àm V•nh H• ng withdrew the lawsuit? Some people say it's because he saw he was going to lose, so he withdrew. Others say his lawyer advised him to do so. Some claim there must have been external pressure that coerced him to withdraw. So, in your opinion, what is the real reason?"

At **45:22**, • oàn Thu Th• • ng said: "Yes, I'm speaking sincerely now. I said, "Anh H• ng [• àm V•nh H• ng], I beg you, please withdraw the lawsuit." Yes, honestly, I really meant it. I also said, "Just drop it, let it all go, just withdraw the lawsuit. Please, I beg you, just withdraw it." Basically, people kept pushing him—his siblings, sister, and friends—also pressured him to drop the lawsuit, and I was one of the people persistently urging him, saying, "Please, please, I beg you, withdraw the lawsuit." So yes, I did push for it. That's the truth, and I also talked about it online."

EXH. D_022

This admission by • oàn Thu Th••ng provides crucial context regarding the
dismissal of the lawsuit in Orange County, California, and • àm V•nh H•ng's
decision to dismiss it with prejudice. It reveals that his decision was significantly
influenced by his close associates—family, sisters, friends, and, most notably, the
persistent urging of Thu Th••ng • oàn for • àm V•nh H•ng to withdraw the
premises liability lawsuit. Subsequently, • oàn has posted defamatory content
daily on her Facebook page and YouTube channel, named *Doan Thu Thuong*,
accusing Gerard Williams and his wife of inducing • àm V•nh H•ng to dismiss the
lawsuit. She also encouraged and endorsed her viewers to disparage and curse
Gerard Williams and his family members.

48.    These statements constituted slander and libel per quod, as they impeach Gerard's

honesty, integrity, virtue, or reputation, exposing him to public contempt or ridicule. They also

impair his honesty and integrity. In the exhibits below, Defendant Doan has used her platform to

interact with users in perpetrating online hate against Plaintiff Gerard Williams. Defendant Doan

lauds in the fact that "… many more interesting articles [about Plaintiff and his wife]" are coming,

and her commenters even thank her for "purportedly" reporting the truth. However, these

interactions have only fueled the online smear campaign of Plaintiff and his wife.

### 1.  Posts on Thu Thuong Doan's Facebook

Profile: https://www.facebook.com/profile.php?id=100087747975518

### (1) Dec 29, 2024 (Exhibit 31)[5]

The Story of a Tycoon Who Spent $300,000 to Supposedly Support
and Sponsor His Friend

The story of a certain tycoon spending $300,000 to invest in and
sponsor Mr. • àm's show is just laughable to me. Even if the
investment were $500,000 or $1 million, I would still find it utterly
ridiculous.

Ladies and gentlemen, I don't care where that $300,000 was spent,
what program or organization it sponsored, or how many times it
was used. The more I follow this story, *the clearer the face of the
man who is immoral as a stinky whore to me*.

---

[5] https://www.facebook.com/permalink.php?story_fbid=561794320088829&id=100087747975518

EXH. D_023

To me, this is simply that [the billionaire] spent money to buy fame, to stand next to a star, [DVH] to step onto big stages, to be praised, admired, and bask in the spotlight. Now, the whole world knows about this couple. So, isn't it still quite cheap?

Mr. • àm's life and success today didn't come easily. He endured immense hardships, performed tirelessly at big and small stages across Saigon, and waited endlessly for a chance to become a stand-in singer. He navigated countless competitions, enduring bruises and setbacks, just to step onto the stage.

Why am I saying this? Because I was given more opportunities than they were, but one day I realized I had fallen far behind my peers. I had to accept that I had lost, and I had lost significantly. They surpassed me in passion, dedication, and a fiery love for their craft. They excelled because they embraced sacrifice, risked their reputation, and pursued their dreams with unwavering determination to reach new heights.

To that certain tycoon, I won't call you a billionaire anymore because you and your wife are the ones who have pushed this story into the media stream, inviting everyone to dig into it. The more people dig, the clearer it becomes—your wife's *unbelievably dirty/infamous past*, isn't it?

Before trying to demean or harm others, why not reflect on yourself first? Today, it's not just you and your wife confronting Mr. • àm; you are standing against society and the people who genuinely love and support him. Honestly, your wife has an infamous and notorious past, doesn't she? Isn't it clean? Isn't it pure? Isn't it compassionate and not immoral? Just like the way you preach on media platform,

Let me tell you, that $300,000 to buy fame for you and your family is still way too cheap. Many artists have spent hundreds of thousands on investments and image-building, but where did it get them? Nowhere. I can't help but laugh when I hear about a billionaire spending *$300,000 to buy fame cheaply and then calling it sponsorship or support*. It doesn't add up.

No one in this life gives something for nothing; it's merely a trade-off. You wanted to enjoy the glory of standing next to a big star and abusively use his fame. Dear tycoon, that's cheap—very, very cheap. *The more you boast, the more you expose yourself to being cheap and despicable.*

To achieve what Mr. • àm has today would require far more than just your $300,000. *And yet, you [Gerard Williams] and your wife*

24

EXH. D_024

*have already established a brand for yourselves: you are rich but a whore, you are rich but cunning, deceitful, you are rich but inhuman; you are rich but quick to change like flipping a rice paper.*

*Stop using filthy tricks to harm others.* One day, everything you're doing to others will come back to you. Karma is real; don't mess with it. I'll have many more interesting articles [about you] coming. Stay tuned.

**Thu Th• • ng**

(2) **Dec 29, 2024 (Exhibit 32)**



Tuong Vy Hoang: 1 [one] filthy, despicable rich from Husband and wife "living like hypocrites" Very treacherous. You write so well Doan Thu Thuong!

Doan Thu Huong: "Thank you Tuong Vy Hoang."

**Exhibit 33: Interacting Chats and Comments on Thu Thuong Doan's Facebook Post**

EXH. D_025

UNOFFICIAL COPY



**Tiên Lê**

How *disgusting is this billionaire couple—among the dirtiest of this century! Polluting an entire civilized and intellectual world.* Billionaires? Their character is filthy and rotten, *along with Tuy•n's shameless immorality!* Tuy•n the *filthy prostitute. Her odorous underarms and her cowardly husband!*

You and your husband will pay a very high price GOD will not forgive these two people... Cowardly. . . ,,

• oàn Thu Th•• ng
Tiên Lê, you're absolutely right,

**Hoa Bích**
This is a wonderful written post. Thanks to TT [Thu Th•• ng,] the online community is seeing more clearly the vile and despicable nature of this billionaire couple. We sympathize with • àm V•nh H• ng.

[*Tuyen is Plaintiff's wife]

---

**Jennifer Nguyen**

Your words are right on point, no more no less. That couple is wealthy, but they play dirty and are incredibly despicable. Look closely at their faces—does their appearance show any kindness or virtue? Especially the wife's face, with eyes that look like they want to devour others—so aggressive. They're rich, but their behavior is worse than a scavenger's. From the beginning, this couple already wanted to climb onto DVH [Dam Vinh Hung]'s head and sit, playing all sorts of manipulative tricks. But because he is too trusting and soft-hearted, he ended up with today's consequences. Still, I believe the law and justice will protect him.

**Vo Huong**
Expose their shameless faces, TT [Thu Th•• ng] Wishing you good health and beauty.

•• •ng M• Ninh
So filthy, so dirty, yet they think they're saints—utterly pathetic.

---

**Doan Thu Thuong**

To achieve that Mr. • âm has today would require far more than just your $300,000 to build    his    brand,    sir.

But you and your wife already have a brand of for yourselves, *you are rich but a whore, you are rich but cunning, deceitful, you are rich but inhuman, you are rich but quick to change like flipping a rice paper.*

*Stop using filthy tricks to harm others.* One day, everything you're doing to others will come back to you. Karma is real; don't mess with it. I'll have many more interesting articles [about you] coining. Stay tuned.

Thu Th•• ng

EXH. D_026













**Screenshot 1 (15:24):**

Đoàn Thu Thương •
Dec 29, 2024 •

Đoàn Thu Thương •
Lo Thanh Cảm ơn bạn Thanh

1w  Like  Reply  1

Write a reply...

Tường Vy Hoàng • Follow
1 Phú trọc đổ hèn, dở bản từ chồng cho đến vợ, & được một cái là sống rất " đạo đức giả"
Thật tởm lợm.
Em viết hay quá Đoàn Thu Thương ơi
Phục & nể em quá!

1w  Like  Reply  5

Author
Đoàn Thu Thương •
Tường Vy Hoàng em cảm ơn chị

1w  Like  Reply  1

Write a reply...

Ruby Zhang
Chị Thu Thương nói rất đúng...

Write a comment...

**Screenshot 2 (15:22):**

Đoàn Thu Thương

Posts  Photos  Videos

với toàn XH và chính những con người thường yêu anh ấy thực sự. Phải nói rằng cô vợ ông có một quá khứ rất lẫy lừng và danh tiếng Sạch dữ chưa, thơm dữ chưa...? Từ tổ đạo đức và thương người dữ chưa như cái cách mà các người ngồi trên truyền thông rao giảng.

Xin thưa 300 ngàn us đó để mua danh cho ông và gia đình ông còn quá quá rẻ. Đã rất nhiều văn nghệ sĩ bỏ ra vài trăm ngàn tồi, đầu tư đồ, xây dựng hình ảnh đó, có đi được tới đâu chưa.... ??Tôi phì cười khi nghe một ông tỷ phú nào đó bỏ 300 ngàn us mua danh xong thì gọi là tài trợ, nào là cho bạn và giúp bạn. Cái này mà nó sai sai sao ấy nha..

Đời này có ai cho không ai, chỉ là một cuộc đổi chát khi ông muốn được tiếng thơm ,muốn được hưởng chút hào quang khi được đứng cạnh một ngôi sao lớn. Ông đại gia kia ơi, vậy là rẻ, rẻ rẻ lắm lắm rồi. Cáng kể lỗ thì chỉ càng thấy mình rẻ rúm và bần tiện hơn thôi.

Để được như MR Đàm hôm nay thì phải nhiều lắm lắm có 300ngàn us của ông mới làm lên thương hiệu của người ta đấy ông a..

Mà ông và con vợ của ông cũng có thương hiệu rồi đấy, giàu mà điếm, giàu mà lác, giàu mà thủ đoạn, giàu mà bất nhân, giàu mà trở

Follow    Message

**Screenshot 3 (15:22):**

Đoàn Thu Thương

Posts  Photos  Videos

thì, trầy da tróc vẩy đổ cổ thể bước lên được sân khấu.

Tại sao tôi nói những điều này, bởi tôi được trời cho tôi cơ hội nhiều hơn họ, nhưng đến một ngày tôi chợt nhận ra mình đã tụt lại phía sau rất rất xa so với những người đồng nghiệp khác, không có gì hơn là tôi phải chấp nhận mình thua và đã rất thua xa họ. Họ hơn tôi vì nhiệt huyết, vì sự đam mê mãnh liệt, hơn tôi vì tình thần yêu nghề và làm việc nghiêm túc, hơn nhiều hơn nữa là chấp nhận hi sinh, chấp nhận xả thân, chấp nhận sống chết, đổi khi là phải hạ danh dự xuống vì niềm đam mê mãnh liệt để thực hiện ước mơ vươn tới những tầm cao.

Ví dụ gần nào đó đi, tôi sẽ ko gọi ông bằng tỷ phú nữa, bởi chính ông và con vợ của ông tự đẩy câu chuyện này lên truyền thông để mọi người đào bởi và đục khoét. Đúng là càng đào càng đục nó lại càng rất đẹp, đẹp lắm lắm, đẹp với một quá khứ không tưởng của vợ ông.

Trước khi muốn chà đạp; muốn hạ bệ, muốn chơi người khác sao không tự nhìn lại mình. Ngày hôm nay không phải hại ông bà đổi đầu với MR Đàm mà ông bà đang đổi đầu với toàn XH và chính những con người thường yêu mến đã thức sự nhất mất cống cô

Follow    Message

---

T•ng Vy Hoàng

A nouveau riche couple *who are filthy and stinky,* from the husband to the wife, *They live very hypocritically. Absolutely revolting.*

Doan Thu Th•ng, your writing is incredible! I truly admire and respect you!

• òan Thu Th• • ng

T•• ng Vy Hoàng, thank you, sister.

Ruby Zhang

Sister Thu Thuong speaks truthfully,

Doan Thu Thuong

.. , Honestly, *your wife had an infamous and notorious past, doesn't she?* Isn't it clean? Isn't it pure? Isn't it compassionate and not immoral? Just like the way you preach on media platform.

Let me tell you, that $300,000 spent to buy fame for you and your family is still far too cheap. Many artists have spent hundreds of thousands, invested in their images, and where did it take them? Nowhere. I can't help but laughing when I hear a so-called billionaire spends $300,000 to buy fame, then calls it sponsorship or aid for a friend. It doesn't add up.

Nobody in this life gives without expecting something in return. It's merely an exchange when you want to gain recognition, to bask in a little glory by standing next to a big star. Dear billionaire, that's cheap, very, very cheap. The more you explain, the more pitiful and petty you seem.

Why am I saying this? Because I was given more opportunities by God than they were, but one day, I realized I had fallen far, far behind my peers. I had to accept that I had lost—and lost significantly. They surpassed me in passion, in their fiery dedication, in their love for their craft, in their seriousness in work, and even more, in their willingness to sacrifice, to risk everything, to put their honor on the line for the sake of their dreams to reach greater heights. Dear billionaire, I won't call you a billionaire anymore, because you and your wife are the ones who pushed this story into the media for everyone to dig up and scrutinize. The more people dig, the clearer it becomes—*unbelievably dirty/infamous past,* isn't it?

EXH. D_027



Đoàn Thu Thương

It's going to be very expensive for me.

Thi Thương Huynh

A billionaire, yet bullying those less fortunate than yourself? Truly disgraceful. If I encounter someone who is poorer than me, even if they lash out at me, I'd let it go. But if that someone who is wealthier than me, but climbing onto my head? Sorry, love! F*** him immediately!

Đoàn Thu Thương

The story of a certain tycoon spending $300,000 to invest in and sponsor Mr. • âm's show—honestly, I can't help but laugh. Even if it were $500,000 or $1 million, I'd still find it utterly ridiculous. Ladies and gentlemen, I don't care where that $300,000 went, whether it was spent on a program or an organization, or how many times it was "sponsored." The more I follow this story, the clearer it becomes— *the clearer the face of the man who is immoral as a stinky whore to me.*

To me, that's just money spent to buy fame, to stand next to a star, to step onto big stages, to be praised, admired, and shine in the spotlight. Now, the whole world knows about this couple, and yet it's still dirt cheap... isn't it?

Mr. • âm's success today didn't come easy. He endured countless hardships, performed tirelessly at big and small stages across Saigon, waited endlessly for the chance to be a stand-in singer. He competed in numerous contests, suffered scratches and bruises, just to step onto the stage.

Đoàn Thu Thương

Hoa Huynh
If you can't win, you play dirty, then sue people—what a disgrace for a so-called billionaire!

EXH. D_028



**Doan Thu Thuong**

**Hoa Bích**
I fully support TT [Thu Th• • ng].
Honestly, I may be ugly, but *that midget
wife of the billionaire is so ugly it hurts,
so ugly it's offensive to anyone who looks
at her.* I'd never even heard of that
woman until this case, but Now, at last, I
can fully behold her true, devilish
Dracula appearance. My values align
with TT's; I always stand in solidarity
with the poor. As for the wealthy who
exploit others and play dirty, *I curse their
family for three generations to come.*

**Nguyenngoc Hong Thủy**
*Bích Tuy•n's dirty, lusty past is not easy to
bury.* Everyone knows what her dirty past
was like. Since she met the billionaire, she's
transformed herself through countless
cosmetic surgeries—everything about her,
from head to toe, is fake. And kindness is
nowhere to be found. *Bích Tuy•n wears a
mask to hide the cruelty and harm she inflicts
on others.*

**Que Anh**

Always support you

EXH. D_029



| | |
|---|---|
| Why is the billionaire suing Thu Th•·ng...? | **Doan Thu Thuong** |
| | **Nhung Ha**<br>Absolutely amazing, Thu Th•·ng! |
| | **Hoa Bich**<br>TT [Thu Th•·ng] is a person with both heart and vision, a moral individual who always leans toward justice and stands up for the voiceless. I truly despise that billionaire couple for playing such a vile game, hiring media to smear and bring down DVH [• àm V•nh H•·ng.] And yet, they have the nerve to call him a "close friend." Close friend? More like "everyone fends for himself," as they tried to destroy his reputation and career. Is that what a close friend looks like, a billionaire couple? *They only cling to famous people to make themselves known on social media. It's so despicable.* |
| | I fully support TT[Thu Th•·ng] I've been following DVH [• àm V•ih H•·ng] for 23 years. He is someone who has always lived for the poor. I will always support and love • VH! |

EXH. D_030

## 2. Thu Thuong Doan's Livestreams on YouTube

Channel:     https://www.youtube.com/@thuthuong-cuocsongmy-USA/streams

**Exhibit 34:** Video on Dec 2, 2024 - *Through the Lawsuit Between Mr. • àm [Vinh Hung] and the Billionaire, What Do We See...?* (19k views as of 02/13/2024)

   https://www.youtube.com/watch?v=GSY_euFA_uA

**Exhibit 35:** Video on Dec 4, 2024 - *Why Did Mr. • àm Withdraw the Lawsuit?* (19k views as of 02/13/2024)

   https://www.youtube.com/watch?v=fN09j4cLTp0

**Exhibit 36:** Video on Dec 9, 2024 - *Questions for Mr. Gerard Williams Regarding the Lawsuit with • àm V•nh H• ng* (15k views as of 02/13/2024)

   https://www.youtube.com/watch?v=juKv-pmI2Ys

**Exhibit 37:** Video on Dec 11, 2024 - *The Hidden Truths Behind Half the Story: What Is Mr. • àm's Side?* (23k views as of 02/13/2024)

   https://www.youtube.com/watch?v=CC_n7JAjhVU

**Exhibit 38:** Video on Dec 13, 2024 - *35 Pages of Billionaire Williams' Lawsuit Against • àm V•nh H• ng* (15k views as of 02/13/2024)

   https://www.youtube.com/watch?v=kgUvWmvz9hY

**Exhibit 39:** Video on Dec 16, 2024 - *The Story of • àm V•nh H• ng: The Curtain Is Gradually Being Lifted* (15k views as of 02/13/2024)

   https://www.youtube.com/watch?v=eHHm-gyggfY

**Exhibit 40:** Video on Dec 17, 2024 - *The Court Has Rejected • àm V•nh H• ng's Request to Withdraw the Lawsuit* (16k views as of 02/13/2024)

   https://www.youtube.com/watch?v=Yo0QChwXN-k

**Exhibit 41:** Video on Dec 20, 2024 - *Is Thu Th•• ng Being Sued by the American Billionaire Couple?* (41k views as of 02/13/2024)

   https://www.youtube.com/watch?v=DEz8HxPcwWs

**Exhibit 42:** Video on Dec 21, 2024 - *Have • àm V•nh H• ng's Messages with Tuy•n Amazon Been Leaked?* (16k views as of 02/13/2024)

   https://www.youtube.com/watch?v=emFHZOdL5xU

**Exhibit 43:** Video on Dec 27, 2024 - *Did Mr. • àm Send Messages to the Billionaire Couple Asking for Money...?* (10k views as of 02/13/2024)

   https://www.youtube.com/watch?v=jKmPN-zBx0s

UNOFFICIAL COPY

EXH. D_031

**Exhibit 44:** Video on Dec 28, 2024 - *Exposing a Major Truth About Social Media: The Tricks to Frame Mr. • àm.* (11k views as of 02/13/2024)

> https://www.youtube.com/watch?v=sDzG670 qpo

**Exhibit 45:** Video on Jan 3, 2025 - *Is the Wealthy Businessman Suing Thu Th• • ng?* (21k views as of 02/13/2024)

> https://www.youtube.com/watch?v=ug8059KoeOM

**Exhibit 46:** Video on Jan 6, 2025 - *Summarizing Mr. • àm's Story?* (9.8k views as of 02/13/2024)

> https://www.youtube.com/watch?v=ut3ghX31ygk

**Exhibit 47:** Video on Jan 8, 2025 - *Why Did the Billionaire Couple Withdraw the Lawsuit?* (11k views as of 02/13/2024)

> https://www.youtube.com/watch?v=XrzXVODPB_Y

**Exhibit 48:** Video on Jan 11, 2025 - *Let's continue the story of Mr. • àm* (8.8k views as of 02/13/2024)

> https://www.youtube.com/watch?v=1W5QK_8orTE

**Exhibit 49:** Video on Jan 16, 2025 (After Defendant Thu Thuong received the Application for Temporary Injunction) - *The Wife of The Tycoon Meets Lao • •ng Newspaper and Says What...?[6]* (15k views as of 02/13/2024)

> https://www.youtube.com/watch?v=bIIapGIsY64https://www.youtube.com/watch?v=bIIapGIsY64

> *"She constantly uses the time thinking and planning ways to harm and wants Brother Hung[• àm V•nh H• ng] todie."*

*See* **Exhibit 50:** Video January 1, 2025 Big Reveal! *Who Owns The House Where • àm V•nh H• ng Fell And Broke His Leg?* (41k views as of 02/13/2024)

> https://www.youtube.com/watch?v=HAHMW5G7PuM

*All Videos and Livestreams Are Being Supplemented and Translated into English Using AI Technologies to Retrieve which are authenticated by Plaintiff Gerard Williams via his affidavit and adopted into and attached hereto.*

---

[6] Thu Thuong Doan and her coconspirators, without fact checking, alleged that Tiffany, Gerard Williams's wife, said that if her husband won the lawsuit against Singer Dam Vinh Hung, they would donate everything for charitable organization in Vietnam to help the poor. The truth is she neither met with *Lao • •ng Newspaper nor said anything*. Tiffany is very busy with the children and the couple's charitable organizations. She did not meet or *Lao • •ng Newspaper and says anything*.

EXH. D_032

**E.  Defendants are Believed to be Conspiring Together Against Plaintiff.**

49.    Upon information and belief, the false statements and conduct endorsing the smear campaign of Plaintiff Gerard Williams is not a mere coincidence. This smear campaign started in December 2024 when Defendants decided to advance false stories and defamatory comments, as well as endorse violence against Plaintiff Gerard Williams. Furthermore, the smear campaign goes beyond the creation of content defaming Plaintiff. The smear campaign against Plaintiff is being perpetuated by the use of clickbait titles, comments, likes, and other interactions Defendants engage in to spin the narrative of Dam Vinh Hung's accident. As previously mentioned, Defendant Nguyen appeared on Defendant Pham's *TD TV* livestream of unequivocally admitting the signing of an NDA concerning the allegation of Plaintiff inducing Dam Vinh Hung to dismiss the lawsuit with prejudice. Similarly, Defendant Nguyen interacted with Defendant Pham's content, pushing the false narrative that Plaintiff cheated his insurance carrier. And finally, Defendant Doan is believed to be working with Defendant Pham in creating content defaming Plaintiff. Defendant Doan, like Defendant Pham, has been using Facebook Live and her YouTube channel to spread misinformation. Defendants Pham, Doan, Ta, Nguyen, and with their coconspirators, made these statements knowing that such statements would be repeated to and by others. These statements continue to be repeated and reposted throughout Facebook and other social media, to the injury of Plaintiff Gerard Williams and his family.

**VII.   DEFENDANTS' CONDUCT IS NOT PROTECTED FREE
SPEECH OR MERE OPINION**

50.    A YouTuber (also known as a content creator) or Facebook poster can be held liable for defamation if he or she actively encourages, interacts, participates in, or endorses defamatory statements made by a guest speaker or a viewer during a livestream. Endorsement in this context means the YouTuber does not immediately fact-check or take action to stop the guest speaker or

33

EXH. D_033

viewers from making such defamatory statements. *See* Internet and Social Media Expert's opinion

regarding internet defamation. As a well-known podcast expert explained, "After all, it is the

YouTuber's video content, his recording, and his publishing. He should expect lability."[7]

51.    In *Robertson v. Upchurch*, 3:23-cv-00770, (M.D. Tenn. 2024), a defamation claim

was allowed to proceed against YouTuber Ryan Upchurch, who made statements denying the

circumstances of a young woman's death. Upchurch argued that his statements were only opinions

and protected by the First Amendment. Upchurch contended that the specific language and the

context demonstrated that the statements were opinions.[8] However, taking the allegations in the

First Amended Complaint as true, the court found that Upchurch's statements were expressed in

terms of absolute certainty and are objectively capable of being proven false. And therefore, they

were not opinions.

52.    The same principles should apply here. As set forth below, Defendants should not

be able to hide behind what they claim to be "mere opinion." Defendants' conduct goes beyond

the protections provided to them by the First Amendment. Defendants cannot and have not proved

that the statements about Plaintiff Gerard Williams are true.

---

[7] Simply adding the words "in my opinion" to the beginning of a sentence will not necessarily help a YouTuber. For example, if his viewer said: "In my opinion, Mayor Jones is taking bribes from local developers," the YouTuber could be liable for defamation, unless the statement is true. In addition, if the opinion implies the existence of facts that can be proven true or false, then it is a statement of fact and not opinion for legal purposes, and the YouTuber could be held liable for publishing it if the underlying facts turn out to be false.

[8] In response, Plaintiffs argued that YouTuber Upchurch's statements may be proven false by objective evidence. In support of this argument, Plaintiffs point to Upchurch's statement that ". *Kiely Rodni is not real. Her grandfather is not real. Her dad is not real. Her mom is not real...All the pictures and videos you're seeing of this Kiely Rodni person are actual pictures and videos from someone else named Callie, that are five to seven years old... I'm about to post the proof and show you guys.*" Plaintiffs also contended that Upchurch represented that Kiely Rodni's death was a scam to make money via the related GoFundMe website set up for her family. Likewise, on January 1,2025, Youtuber Derek Pham called Plaintiff Gerard William "a liar" as he alleged that Plaintiff induced Singer Dam Vinh Hung to dismiss the lawsuit. This statement may be proven false by objective evidence; therefore, it is not an opinion, but an assertion of facts. The objective evidence demonstrated by Thu Thuong Doan's admission. *See* Exhibit 2.

EXH. D_034

## VIII.  CAUSES OF ACTION AGAINST ALL DEFENDANTS

### COUNT 1 – DEFAMATION

53.    Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

54.    Defendants published defamatory statements online through social media platforms, YouTube and Facebook, to defame Plaintiff Gerard Williams.

55.    Further, Defendants' statements involve a matter of private concern since Plaintiff Gerard Williams is not a general public figure or limited public figure.

56.    Regardless of whether a statement constitutes libel or slander, a defamatory statement per se is actionable without proof of damages if it falls within one of four (4) recognized categories where it:

    (1)    Injures a person in his office, profession, or occupation by accusing her of lacking a peculiar or unique skill that is necessary for the proper conduct of her profession;

    (2)    Imputes the commission of a crime. *See Leyendecker & Assocs., Inc. v. Wechter*, 683 S.W.2d 369, 374 (Tex. 1984) (letter written by employee of builder falsely accusing homeowners of attempting to conspire with builder to *file fraudulent insurance claims constituted libel per se*); *Miranda v. Byles*, 390 S.W.3d 543, 552 (Tex. App.—Houston [1st Dist.] 2012, pet. denied) (defendant's oral statement that plaintiff had sexually molested his step-granddaughter imputed both sexual misconduct and commission of a crime);

    (3)    Imputes contraction of a "loathsome disease;" and

    (4)    Imputes sexual misconduct.

57.    The following are defamatory statements *made by* Defendants' guest speakers and/or viewers. These false statements were encouraged and *endorsed* by Defendants against Plaintiff Gerard Williams. These statements falsely accuse Plaintiff of committing serious crimes.

35

EXH. D_035

Additionally, they injure Plaintiff Gerard Williams's reputation, and exposed him to public hatred, contempt, or ridicule. They also impair his honesty, integrity, virtue, or reputation.

a) Gerard Williams is a "dishonest, deceitful, inhuman insurance fraudster." (Slander Libel per se, as they imputed the commission of a crime.) *See Leyendecker & Assocs., Inc. v. Wechter*, 683 S.W.2d 369, 374 (Tex. 1984) (These statements also constituted Slander and libel per quod, as they "impeach Gerard's honesty, integrity, virtue, or reputation, exposing him to public contempt, or ridicule. They also impair his honesty and integrity.)" This statement constituted slander per se as they imputed the commission of a crime.

b) Gerard Williams is a person who "engaged in illegal activities by defrauding the insurance carrier and misusing insurance proceeds by not paying Dam Vinh Hung." (Slander and Libel per se, as they imputed the commission of a crime.) (These statements also constituted Slander and Libel per quod.)[9]

c) Gerard Williams is a "scammer as he induced Dam Vinh Hung into dismissing the lawsuit." (Defamation per quod, as the statement impeached Gerard's honesty, integrity, virtue, or reputation, and exposed him to public contempt, or ridicule. They also impair his honesty and integrity.)[10][11][12][13]

*See* **PLAINTIFF'S DEFAMATION - CHART NO. 1**

58.    Furthermore, in an effort to coerce Plaintiff Gerard Williams into paying Dam Vinh Hung, Defendants encouraged and endorsed defamatory statements made by their speakers and viewers, thereby tarnishing the reputation of his wife, Tuyen Nguyen Williams (Tuyen). These statements falsely allege:

a) Gerard Williams' wife is a "scammer and cheater because she induced Dam Vinh Hung to drop the lawsuit." (Defamation per quod, as the statement impeached her honesty, integrity, virtue, or reputation, and exposed him to public contempt, or ridicule. They also impair his honesty and integrity.)

b) Gerard Williams' wife is an "odorous prostitute," (Libel per se, as the statement imputed sexual misconduct.)

---

[9] Slanderous Statements encouraged and endorsed the viewers by Defendant Pham. **Exhibit 9** dated December 12, 2024.

[10] Slanderous Statements directly published, and encouraged and endorsed the viewers, by Defendants Pham and Donn. **Exhibit 3** dated December 13, 2024.

[11] Slanderous Statements encouraged and endorsed his guest speaker by Defendant Pham. *See* **Exhibit 19** dated January 1, 2025; **Exhibit 23** dated January 6, 2025; and **Exhibit 25** dated January 10, 2025.

[12] Libelous Statements directly published on her Facebook Account by Defendant Doan. *See* **Exhibit 33.**

EXH. D_036

c) Gerard Williams' wife is "lascivious and a lustful prostitute who has a dirty past." (Libel per se, as this statement imputed sexual misconduct.)

d) Gerard Williams' wife engaged in sexual misconduct, promiscuity, and immoral behavior. (Libel per se, as this statement imputed sexual misconduct.)

e) Tuyen Williams, "spent all day planning how to harm and wishing Dam Vinh Hung death." (Slander and Libel per se, as these statements imputed the commission of a crime.)

*See* **PLAINTIFF'S DEFAMATION - CHART NO. 2**

59.     Not only are these slanderous and libelous statements false, but they also are very offensive, deeply hurtful, and blatantly dehumanizing.

**A. Mrs. Tuyen Nguyen Williams's Character**

60.     None of these slanderous statements about Plaintiff's wife are true. As Plaintiff stated in his Affidavit, Tuyen Nguyen Williams is an extraordinary Christian—loving, wise, brilliant, kind, compassionate, benevolent, and dignified. She is deeply cherished and respected by her husband, children, extended family, in-laws, and friends.

61.     She does not deserve to endure such dehumanizing attacks, as she has done nothing wrong other than supporting her husband.

62.     It is clear that Defendants' defamatory statements are false and baseless. For each of these defamatory statements, Defendants do not substantiate any evidence in support of these lies.

63.     Defendants knew these statements were false and acted with both negligence and actual malice. Defendants were fully aware of the significant emotional distress they would inflict upon Plaintiff and his wife, parents, and children. It is also evident that Defendants embraced falsities about Plaintiff Gerard Williams and rallied their subscribers and viewers to disseminate these defamatory statements.

37

EXH. D_037

64.    As a result of Defendants' publication of the defamatory statements, Defendants' false statements have directly and proximately caused injury to Plaintiff Gerard Williams. This has resulted in Plaintiff's Gerard Williams having suffered damages for loss of reputation and defamation, which is an amount within the jurisdictional limits of the Court.

### COUNT 2 – INVASION OF PRIVACY

65.    Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

66.    Defendants intentionally intruded in Plaintiff's private affairs when defendants, to further their campaign of harassment against Plaintiff Gerard Williams, shared private photos of Plaintiff Gerard Williams's home, himself, his family, and friends and associates.

67.    Defendants further intentionally intruded in plaintiff's private affairs when Defendants were believed to have engaged in efforts to hack Plaintiff's wife's phone.

68.    The intrusions of these kinds are highly offensive to a reasonable person since Defendants, who are *strangers* to Plaintiff Gerard Williams, continue to post information that expose Plaintiff and his loved ones to possible harm from those involved in the smear campaign against him. As a result of Defendants' actions, Plaintiff Gerard Williams lives in fear of the death threats he has received.

69.    Defendant's wrongful acts caused injury to plaintiff, which resulted in damages of mental anguish such as public humiliation and shame for alleged actions Plaintiff has not committed and defamatory statements that are patently untrue.

70.    As a result of Defendant's invasion of Plaintiffs' privacy, Plaintiff seeks damages within the jurisdictional limits of this Court.

### COUNT 3 – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

71.    Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

EXH. D_038

72.    In the alternative to other counts, Defendants intentionally caused plaintiff emotional distress.

73.    Plaintiff Gerard Williams brings suit against Defendants in Plaintiff's individual capacity.

74.    Defendants' conduct in spreading defamatory statement against Plaintiff Gerard Williams was reckless. In particular, Defendants knew of that these defamatory statements would incite their subscribers and/or viewers to harass Plaintiff Gerard Williams. Advancing and endorsing the defamatory statements against Plaintiff Gerard Williams, Defendants deliberately refused to remove or censor comments calling for violence and death threats against Plaintiff Gerard Williams.

75.    Recently, upon learning that their friend and idol's case was likely either to be dismissed with prejudice on July 7, 2025, or prolonged in the appellate courts, the Defendants changed their strategy to extort Plaintiff and his wife by threatening to kill Plaintiff.

76.    Defendants Pham, Doan, *Forum Defendant* Nguyen, and their co-conspirators encouraged and endorsed statements made by commentators, including:

a) "Support Derek Pham. Fight to the end against the cruel, hypocrite capitalist who tries to silence the voice of NVTD [N• a Vòng Trái • •t TV]. Fully back Derek Pham in murdering Gerard for ruining DVH [• âm V•nh H• ng]. Do not let him survive."

b) "Support Derek Pham! Don't fear that vile and cruel billionaire. Just send someone to murder Gerard; why let him take up space on this Earth? Gerard ruined DVH [• âm V•nh H• ng]'s entire singing career."

77.    Some fans explicitly posted on Defendant Pham's Facebook page, advocating for **Gerard to be "murdered."** Despite these alarmingly violent threats, Defendant Pham took no action to discourage his fans or commentators from making or sharing such comments.

*See* **PLAINTIFF'S DEATH THREATS - CHART NO. 3**

39

EXH. D_039

78.    In addition to the harassment suffered by Plaintiff Gerard Williams from Defendants' and their co-conspirators, Plaintiff's Counsel has also been subjected to harassment at the hands of the Defendants. Plaintiff's Counsel, a former County Civil Court at Law Judge who presided over 724 jury trials and served as a Harris County Commissioner and brings 30 years of experience as a jurist and public servant, has never before encountered the level of cyber harassment and illegal conduct exhibited by Defendants. Below are the twenty-one profane voicemail messages left on Plaintiff's Counsel's cell phone after he sent Defendants Pham and Doan a cease-and-desist letter.

**DEFENDANTS' HARASSMENT AGAINST HIS COUNSEL - CHART NO. 4[14]**

| Exhibit No. | Date and Time | Voicemail ID |
|---|---|---|
| Exhibit 54 | *December 17, 2024, at 09:41 PM* | voicemail-12914084800.m4a |
| | Profane Voice Message 12/17/2024 9:41 pm | |
| | (n) voicema...0.m4a | |
| | (n) voicemail-12914084800.m4a  61 KB | |
| Exhibit 55 | *December 17, 2024, at 09:55 PM* | voicemail-12912875840.m4a |
| | Profane Voice Message 12/17/2024 9:55 pm | |
| | (n) voicema...0.m4a | |
| | (n) voicemail-12912875840.m4a  206 KB | |
| Exhibit 56 | *December 17, 2024, at 10:05 PM* | voicemail-12913178816.m4a |
| | Profane Voice Message 12/17/2024 10:05 pm | |
| | (n) voicema...0.m4a | |
| | (n) voicemail-12913178816.m4a  173 KB | |

---

[14] Exhibits 51-53 will be supplemented.

EXH. D_040

**Exhibit 57**   *December 17, 2024, at 10:19 PM*   voicemail-12913474656.m4a

Profane Voice Message 12/17/2024 10:19 pm

voicema..6.m4a

voicemail-12913474656.m4a
459 KB

**Exhibit 58**   *December 17, 2024, at 10:25 PM*   voicemail-12914084448.m4a

Profane Voice Message 12/17/2024 10:25 pm

voicema..8.m4a

voicemail-12914084448.m4a
483 KB

**Exhibit 59**   *December 17, 2024, at 10:29 PM*   voicemail-12913233440.m4a

Profane Voice Message 12/17/2024 10:29 pm

voicema..0.m4a

voicemail-12913233440.m4a
391 KB

**Exhibit 60**   *December 17, 2024, at 10:34 PM*   voicemail-12913021472.m4a

Profane Voice Message 12/17/2024 10:34 pm

voicema..2.m4a

voicemail-12913021472.m4a
416 KB

**Exhibit 61**   *December 17, 2024, at 10:40 PM*   voicemail-12913276000.m4a

Profane Voice Message 12/17/2024 10:40 pm

voicema..0.m4a

voicemail-12913276000.m4a
484 KB

**Exhibit 62**   *December 17, 2024, at 10:46 PM*   voicemail-12913211744.m4a

Profane Voice Message 12/17/2024 10:46 pm

voicema..4.m4a

voicemail-12913211744.m4a
482 KB

EXH. D_041

**Exhibit 63**      *December 17, 2024, at 11:24 PM*     voicemail-12913076576.m4a

Profane Voice Message 12/17/2024 11:24 pm

[𝄐] voicema..6.m4a

[𝄐] voicemail-12913076576.m4a
481 KB

**Exhibit 64**      *December 17, 2024, at 11:30 PM*     voicemail-12913246016.m4a

Profane Voice Message 12/17/2024 11:30 pm

[𝄐] voicema..6.m4a

[𝄐] voicemail-12913246016.m4a
479 KB

**Exhibit 65**      *December 17, 2024, at 11:48 PM*     voicemail-12913082144.m4a

Profane Voice Message 12/17/2024 11:48 pm

[𝄐] voicema..4.m4a

[𝄐] voicemail-12913092144.m4a
385 KB

**Exhibit 66**      *December 18, 2024, at 12:08 AM*     voicemail-12913210144.m4a

Profane Voice Message 12/18/2024 12:08 am

[𝄐] voicema..4.m4a

[𝄐] voicemail-12913210144.m4a
230 KB

**Exhibit 67**      *December 18, 2024, at 12:12 AM*     voicemail-12912986496.m4a

Profane Voice Message 12/18/2024 12:12 am

[𝄐] voicema..6.m4a

[𝄐] voicemail-12912986496.m4a
157 KB

**Exhibit 68**      *December 18, 2024, at 12:12 AM*     voicemail-12913176288.m4a

Profane Voice Message 12/18/2024 12:12 am

[𝄐] voicema..6.m4a

[𝄐] voicemail-12913176288.m4a
341 KB

**Exhibit 69**      *December 18, 2024, at 12:27 AM*     voicemail-12887348192.m4a

UNOFFICIAL COPY

EXH. D_042

Profane Voice Message 12/18/2024 12:27 am

🖉  [♫] voicema..2.m4a

[♫] voicemail-12887348192.m4a
301 KB
⌄

**Exhibit 70**    *December 18, 2024, at 01:18 AM*    voicemail-12887356992.m4a

Profane Voice Message 12/18/2024 01:18 am

🖉  [♫] voicema..2.m4a

[♫] voicemail-12887356992.m4a
103 KB
⌄

**Exhibit 71**    *December 28, 2024, at 11:41 PM*    voicemail-12887740704.m4a

Profane Voice Message 12/28/2024 11:41 pm

🖉  [♫] voicema..4.m4a

[♫] voicemail-12887740704.m4a
30 KB
⌄

**Exhibit 72**    *December 28, 2024, at 11:43 PM*    voicemail-12887851552.m4a

Profane Voice Message 12/28/2024 11:43 pm

🖉  [♫] voicema..2.m4a

[♫] voicemail-12887851552.m4a
35 KB
⌄

**Exhibit 73**    *December 28, 2024, at 11:46 PM*    voicemail-12888381376.m4a

Profane Voice Message 12/28/2024 11:46 pm

🖉  [♫] voicema..6.m4a

[♫] voicemail-12888381376.m4a
32 KB
⌄

**Exhibit 74**    *December 28, 2024, at 11:49 PM*    voicemail-12888279168.m4a

Profane Voice Message 12/28/2024 11:49 pm

🖉  [♫] voicema..8.m4a

[♫] voicemail-12888279168.m4a
27 KB
⌄

43

EXH. D_043

79.     Defendants' actions amount to extreme and outrageous conduct. The extremities to which this online smear campaign has called for Plaintiffs' death exceeds what is tolerable in a civilized community.

80.     Defendants' conduct proximately caused severe emotion distress to Plaintiff. Defendants' comments and death threats have caused Plaintiff Gerard Williams and his wife to live in constant fear for their lives and suffer constant feelings of worry, anxiety, and humiliation.

81.     As a result of the damages Plaintiff Gerard Williams has incurred as a result of Defendant's intentional infliction of emotional distress, Plaintiff seeks damages within the jurisdictional limits of this Court.

## IX.     DAMAGES

82.     Plaintiff Gerard Williams has suffered injury to himself, as a result of Defendants' defamatory statements. Plaintiff Gerard Williams seeks all actual damages available at law or equity, including exemplary damages.

## X.     CONDITIONS PRECEDENT

83.     Pursuant to Rule 54, Texas Rules of Civil Procedure, Plaintiff Gerard Williams maintains all conditions precedent, if any, have been performed or have occurred or have been frustrated by Defendants' actions.

84.     Plaintiff Gerard Williams has served Defendant Pham with a request to remove the defamatory material, as required by the Defamation Mitigation Act. Plaintiff Gerard Williams has made multiple attempts to serve Defendant Doan with a request to remove the defamatory material, but to date has been unable to serve Defendant Ta.

44

EXH. D_044

## XI.    REQUEST FOR LIMITED JURISDICTIONAL DISCOVERY

85.    Plaintiff Gerard Williams respectfully requests that this Honorable Court follow the precedent set in *X Corp. v. Media Matters*[15] for America to permit immediate, limited discovery, including but not limited to emergency depositions of Defendants and their conspirators.

## XII.    APPLICATION FOR INJUNCTIVE RELIEF

86.    Injunctive relief is necessary to prevent the ongoing defamation, disparagement, and damage to Plaintiff Gerard Williams's personal and business reputation. Additionally, such relief is essential to halt the continued threats of physical harm (such as murder) to Plaintiff Gerard Williams and his family.

87.    Immediate action by the Court is crucial. The Court should set a hearing on this matter with notice to Defendants Pham, Doan, Nguyen, Ta, and their conspirators. As outlined herein, daily livestreams and posts by Defendants have harmed Plaintiff Gerard Williams's personal and business reputation and have placed him and his wife at significant risk of physical violence, harm, and public hatred. Defendants' previous posts have already resulted in death threats and other serious threats of physical violence against Plaintiff Gerard Williams.

88.    Despite receiving a notice demanding that they cease posting false statements, Defendants Pham, Doan, and Nguyen continue to publish false and defamatory content about Plaintiff Gerard Williams.

### A. Plaintiff Gerard Williams Has a Probable Right to Recover Against Defendants for their Defamatory Statements.

89.    Plaintiff Gerard Williams has a probable right to recover and a substantial likelihood of success on the merits of his defamation claims against Defendants Pham, Doan, Nguyen, and Ta, along with their coconspirators. Accordingly, Plaintiff is entitled to a Temporary

---

[15] *See X Corp. v. Media Matters for Am.*, No. 4:23-CV-01175-O, 2024 WL 4416887 (N.D. Tex. Sept. 27, 2024).

EXH. D_045

Injunction. *Walling v. Metcalfe*, 863 S.W.2d 56, 58 (Tex. 1993) (per curiam) (holding that applicants for a Temporary Injunction need not prove they will prevail at final trial, only that preservation of the status quo until trial is warranted).

90.    In this lawsuit, Plaintiff alleges that Defendants Pham, Doan, Nguyen, and Ta made false and defamatory statements about him. These statements were knowingly and maliciously made with the intent to harm Plaintiff's personal and business reputation and to place Plaintiff and his family at risk of physical harm.

91.    The defamatory statements by Defendants, including claims that Plaintiff Gerard Williams is a liar, a cheater, and that he deprived his wife of community property, were made with the specific intent of damaging Plaintiff's reputation and family well-being.

92.    Plaintiff Gerard Williams is therefore substantially likely to succeed on the merits of his defamation claims against Defendants.

### B. Probability of Immediate Irreparable Injury

93.    Without the entry of a Temporary Injunction, there is nothing to prevent the continued online dissemination of statements likely to incite violence against Plaintiff and his family.

94.    Despite being personally served with a notice letter demanding they cease posting defamatory statements about Plaintiff Gerard Williams, Defendants, particularly Defendants Pham, Nguyen, and Doan, have continued to make false and defamatory statements, exacerbating the risk of harm to Plaintiff and his family.

### C. Immediate and Irreparable Harm

95.    Defendants made these defamatory statements on YouTube channels and social media platforms with the knowledge that they would incite, encourage, and inflict immediate and irreparable harm on Plaintiff and his wife, including:

EXH. D_046

a) Severely and irreparably damaging Plaintiff's reputation and that of his wife, as it is
   difficult to fully restore a tarnished reputation.

b) Exposing Plaintiff Gerard Williams and his wife as the statements "injure their
   reputation and thereby expose them to public hatred, contempt or ridicule, or financial
   injury" as well as those statements "impeach any person's honesty, integrity, virtue, or
   reputation."[16]

c) Inciting, encouraging, and endorsing immediate violence, physical attacks, and even
   threats against Plaintiff Gerard Williams's life.

d) Causing Plaintiff Gerard Williams and his wife to live in constant fear, worry, anxiety,
   humiliation, and severe emotional distress.

e) Inflicting significant emotional harm, including extreme humiliation and psychological
   pain.

f) Damaging personal relationships, as these defamatory statements have led to strained
   and broken relationships with friends and business associates.

g) Creating a loss of trust and social ostracism, which can have long-lasting effects.

h) Subjecting Plaintiff Gerard Williams, his wife, and family to social stigma and isolation
   as they were well respected individuals.

i) Disrupting the normal life and well-being of Plaintiff Gerard Williams and his wife.

j) Accusing moral turpitude can lead to persistent social ostracism and stigma, even after
   the truth is revealed.

k) Being unable to reverse societal judgments formed based on the defamatory statement.

l) Directly endorsing statements inciting hostility and created a significant risk of physical
   harm to Plaintiff Gerard Williams and his wife. For instance, on January 3, 2025,
   Defendant Pham's livestreams encouraged fans of Dam Vinh Hung to target Plaintiff,
   resulting in widespread death threats.

*See* **PLAINTIFF'S CHART NO. 5: IMMEDIATE AND IRREPARABLE HARM.**

96.     The defamatory statements, incitement of violence, and public dissemination of

falsehoods warrant the issuance of a temporary injunction to prevent further harm. Additionally,

---

[16] TEX. CIV. PRAC. & REM. CODE § 73.001; *see Mem'l Hermann Health Sys. v. Khalil*, No. 01-16-00512-CV,
2017 WL 3389645, at *6-7 (Tex. App.— Houston [1st Dist.] 2017, pet. denied) (mem. op.); *Double Diamond, Inc.
v. Van Tyne*, 109 S.W.3d 848, 854 (Tex. App.—Dallas 2003, no pet.).

EXH. D_047

Defendants are not only disseminating false and defamatory statements about Plaintiff Gerard Williams and making threats against his life, but they are also sharing his personal information, including his location, residency, photos of his daughter, and photos of his neighborhood. These actions endanger the lives of Plaintiff Gerard Williams, his wife, and his children.

### D. No Adequate Remedy at Law

97.    By making false and defamatory statements, Defendants Pham, Doan, Nguyen, and Ta have incited hatred against Plaintiff Gerard Williams and provoked violence. These statements have already resulted in threats of physical harm directed toward Plaintiff Gerard Williams and his family. Defendants have intentionally incited hatred and encouraged physical harm against Plaintiff Gerard Williams. The ongoing threats to his safety represent an injury for which Plaintiff Gerard Williams lacks an adequate remedy at law.

98.    A Temporary Injunction is the only means to prevent further threats of violence against Plaintiff and his family and to stop the continued dissemination of Plaintiff Gerard Williams' personal and non-public information. Injunctive relief may be proper where restraining the publication of a defamatory statement would be essential to avoid an impending danger or protect a person that is threatened by intimidation or coercion. *Hajek v. Bill Mowbray Motors, Inc.*, 647 S.W.2d 253, 255 (Tex. 1983). *Kinney v. Barnes*, 443 S.W.3d 87, 94–99 (Tex. 2014) is also instructive. The language of the order when courts issue speech-related injunctions that are not prior restraints, such as ordering the deletion of <u>past</u> defamatory statements posted on internet, is permissible. Mandatory injunctions calling for the removal of the past speech that <u>has been adjudicated</u> defamatory during the injunction hearing should be issued.[17]

---

[17] Trial courts thus are armed with an additional tool to protect defamed parties. *Kinney v. Barnes*, 443 S.W.3d 87, 94–99 (Tex. 2014).

EXH. D_048

99.    Plaintiff prays that:

Defendants Be Ordered to Delete All <u>PAST</u> YouTube Content, Facebook Posts, and Any
Other Social Media Postings That Directly or Indirectly Reference, Concern, or Pertain to
Any Statements Involving the Slander or Libel (Whether Per Se or Per Quod) of Gerard
Williams III, His Wife Tuyen Nguyen, [18] and/or Their Family Members, including but not
limited to:

    (c) Gerard Williams is a "dishonest, deceitful, inhuman insurance
       fraudster."

- Gerard Williams is person who "engaged in illegal
  activities by defrauding the insurance carrier and
  misusing insurance proceeds by not paying Dam
  Vinh Hung."

- Gerard Williams is a "scammer."

- Gerard Williams is a "liar."

E. **Threats of Violence and Death.** Defendants be required to delete all PAST YouTube
content, Facebook posts, and other social media postings that <u>directly or indirectly</u>
mention, concern, or pertain to any statements of physical violent a/or death threats
including but not limited to:



- "Support Derek Pham. Fight to the end against the
  cruel, hypocrite capitalist who tries to silence the
  voice of NVTD [N• a Vòng Trái • •t TV]. Fully
  back Derek Pham <u>in murdering Gerard</u> for ruining
  DVH [• àm V•nh H• ng]. Do not let him survive."

- "Support Derek Pham! Don't fear that vile and
  cruel billionaire. <u>Just send someone to murder
  Gerard; why let him take up space on this Earth?</u>
  Gerard ruined DVH [• àm V•nh H• ng]'s entire
  singing career."

- Advocating for "**Gerard being murdered.**"
  Despite these alarming threats, Derek Pham took
  no action to discourage his fans or commentators
  from making or sharing such comments.

---

[18] *See* **PLAINTIFF'S CHART NO. 6.**

EXH. D_049

F. Defendants be ordered to delete any PAST threats of Plaintiff's Legal Team or representatives.

**Implementation:** The Court to appoint a special master to supervise the implementation and compliance of the Temporary Injunction Order.

## XIII.   REQUEST FOR INJUNCTIVE RELIEF

100.   The Emergency Temporary Injunction Hearing is currently set on February 20, 2025.

101.   The exigent circumstances surrounding the false and defamatory statements by Defendants warrant the holding of an Evidentiary Temporary Injunction. Despite having received the Notice Letter requesting that Defendants remove any statements regarding Plaintiff Gerard Williams, Defendants continue to post false and defamatory statements regarding Plaintiff Gerard Williams.

102.   Furthermore, allowing Defendants' false and defamatory posts and comments about Plaintiff Gerard Williams to remain on Defendants' YouTube and/or Facebook pages is tantamount to allowing Defendants to have these false and defamatory statements reposted and repeated about Plaintiff Gerard Williams.

## XIV.   BOND REQUIREMENT

103.   Plaintiff requests a bond requirement in the amount of $100 for the issuance of the temporary injunction in conformity with the law.

## XV.   JURY DEMAND

104.   Plaintiff Gerard Williams demands a jury trial on all triable issues.

## XVI.   REQUEST FOR DISCLOSURE

105.   Defendants are requested to disclose, within 50 days of service of this request, the information or material described in Texas Rule of Civil Procedure 194.2.

50

EXH. D_050

## XVII.  PRAYER FOR RELIEF

106.    For these reasons, Plaintiff Gerard Williams respectfully requests that the Court

immediately issue the injunctive relief described above in this matter. Plaintiff further requests that

at trial, the Court issue a permanent injunction and Plaintiff be awarded all actual and exemplary

damages sought together with all appropriate pre- and post-judgment interest thereon, costs to trial

and appeal in this matter, expenses, court fees; and all such other relief to which Plaintiff Gerard

Williams is entitled in equity or law.

Dated: February 14, 2025                              Respectfully submitted,


                                                      By: /s/ Cactus Jack Cagle
                                                      Cactus Jack Cagle
                                                      CAGLE & ASSOCIATES
                                                      Texas State Bar No. 03591850
                                                      The Texas Justice Center
                                                      4900 Fournace Place, #200
                                                      Bellaire, Texas 77401
                                                      1773 Jeddo Rd
                                                      Rosanky, TX 78953
                                                      Email: jack@judgecagle.com
                                                      Telephone: 713-927-0720

                                                      Tyler G. Doyle
                                                      BAKER & HOSTETLER LLP
                                                      Texas State Bar No. 24072075
                                                      811 Main St., Suite 1100
                                                      Houston, TX 77002
                                                      Telephone: 713-751-1600
                                                      Email: tgdoyle@bakerlaw.com

                                                      COUNSEL FOR PLAINTIFF

51

EXH. D_051

## VERIFICATION

I, GERARD RICHARD WILLIAMS III, declare as follows:

My name is Gerard Richard Williams III. I am over eighteen years of age and fully competent to make the statements contained in this verification. I declare under penalty of perjury under the laws of the State of Texas that the statements below are true and correct and based on my personal knowledge.

I, Gerard Richard Williams III, am an American technology inventor fluent in English. Together with his wife, Tuyen Nguyen Williams, who is fluent in both Vietnamese and English, I have been reviewing all the content, posts, and livestreams of the Defendants' YouTube channels, Facebook pages, and other social media platforms. The factual statements (as opposed to legal contentions) contained in *Plaintiff's Verified Second Amended Petition, Application for Temporary Injunction, Permanent Injunction, and Request for Disclosures* are true and correct based on my personal knowledge and my review of the translations of Defendants' social media channels, pages, and postings.

I am an engineer with extensive experience in technology. Any posting or broadcast by the Defendants has been reviewed and translated daily by my AI engineer and in-house IT engineer. The statements were then accurately translated by Mr. Hai Le, a certified translator. Following this, both Plaintiff and his wife I reviewed the translated statements with Hai Nguyen, who is fluent in both Vietnamese and English. Finally, the translated statements and livestreams were forwarded to my legal counsel for inclusion in this Second Amended Petition and attached as Exhibits 1 to 74.

These exhibits are true and correct screenshots and recordings of the YouTube livestreams, videos, Facebook postings, and comments made by *Nua Vong Trai Dat* and Dai Duong Pham

EXH. D_052

(a.k.a. Derek Pham) individually, *Doan Thu Thuong* and Thu Thuong Doan individually, Thanh Tu Nguyen, Nhu Ta, *TD TV*, Mai Tien Dung individually, as well as their guest speakers and viewers. To the best of my understanding, the translations appearing in my Second Amended Petition and Application for Temporary Injunction are accurate renditions of the relevant portions of the aforementioned YouTube livestreams, videos, Facebook postings, and comments made by the Defendants, as translated by Hai Nguyen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2025, in Orange County, California.

Signed by:

*Gerard R Williams III*

3DF85B3EDCCF485...

GERARD RICHARD WILLIAMS III

UNOFFICIAL COPY

EXH. D_053

CAUSE NO. 1242113

| | | |
|---|---|---|
| GERARD RICHARD WILLIAMS III | § | IN THE COUNTY CIVIL COURT |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | AT LAW NO. 1 |
| | § | |
| DAI DUONG PHAM (A/K/A DEREK PHAM), | § | |
| THU THUONG DOAN, TU NGUYEN, | § | |
| (A/K/A THANH TU NGUYEN) and NHU TA, | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

---

## DECLARATION OF GERARD RICHARD WILLIAMS III

---

Before me, the undersigned notary, **GERARD RICHARD WILLIAMS III**, a person whose identity is known to me, being duly sworn, certifies that the following information is true and correct and within personal knowledge:

1. My name is GERARD RICHARD WILLIAMS III. I am over the age of 18 years and have personal knowledge of the facts stated in this affidavit. I am competent to give the testimony contained in this affidavit and swear that the statements contained in this affidavit are true and correct and within my personal knowledge.

2. This case arises from Defendants' deliberate and egregious campaign of daily internet defamation and criminal cyber harassment aimed at spreading misinformation to the over 300,000 Vietnamese American residents in Texas (including more than 150,000 residents in Houston alone) [1] in order to incite hysteria and potential violence against my family and me.

3. Since at least November 2024, Defendants have undertaken a targeted defamation and harassment campaign on their YouTube channels and Facebook pages and livestreams against my family and me.

---

[1] The Greater Houston area is home to the second-largest Vietnamese population in the country, with approximately 143,000 people, according to 2019 numbers from the Pew Research Center. https://abc13.com/vietnamese-vietnam-war-refugees-immigrants/11913968/; https://www.pewresearch.org/chart/top-10-u-s-metropolitan-areas-by-vietnamese-population-2019/. As of 2023, approximately 2.4 million Vietnamese Americans reside in the United States, with Texas being home to about 14% of this population. This equates to roughly 336,000 Vietnamese Americans in Texas. https://en.wikipedia.org/wiki/Vietnamese_Americans?utm_source=chatgpt.com

1

4.    The defamatory statements were disseminated through Defendants' video content using YouTube and Facebook platforms. Since November 2024, Defendants have repeatedly discussed with their guest speakers as well as encouraging and endorsing the defamatory statements of their viewers on their livestreams and Facebook posts. The topic involved the premise liability litigation between Dam Vinh Hung, a famous Vietnamese singer (**"Dam Vinh Hung"**) and me.

5.    On information and belief, Defendants are working jointly as fans, friends, relatives, and/or paid Youtubers and/or Facebook commentators with whom Dam Vinh Hunghas a close relationship. They include:

> Defendant Tu Nguyen (a/k/a Thanh Tu Nguyen) (**"Nguyen"**);
> Defendant Nhu Ta (**"Ta"**);
> Defendant Dai Duong Pham (a/k/a Derek Pham) (**"Pham"**); and
> Defendant Thu Thuong Doan (**"Doan"**).

6.    Defendants' smear campaign stems from my former lawsuit with Dam Vinh Hung. The lawsuit was based on a self-inflicted injury that Dam Vinh Hung sustained when performing at my residence on February 19, 2024. Dam Vinh Hung sought from $20,000,000 to $50,000,000 in damages against me. But Dam Vinh Hung voluntarily dismissed the lawsuit with prejudice on December 2, 2024.[2]

7.    Despite the dismissal, Defendants continue in their coordinated efforts to tarnish the reputation of my wife, my family, and me through inflammatory posts and online interviews.

8.    These posts, interviews and comments promulgated by Defendants are toxic, untrue, and in some instances, extremely threatening and alarming. As set forth herein, Defendants have encouraged their fans to contact my family in order to coerce me into paying Dam Vinh Hung millions of dollars. Defendants have provided viewers with my home address and information about my family. Defendants' viewers, subscribers and commentators have called my wife and me terrible, derogatory terms. Some of them have even made death threats and called for me to be murdered, causing me to fear for my family's lives and my life. And in each instance, Defendants took no action to discourage their viewers, subscribers, or commentators from making such comments.

9.    These statements go far beyond protected free speech. The slanderous, libelous, and violent statements published, encouraged, endorsed by Defendants have caused significant harm to my reputation and that of my wife, exposing us to public hatred, contempt, ridicule, financial damage, and fear for their lives. I respectfully ask that this Honorable Court intervene to stop Defendants' harmful, coordinated actions.

---

[2] Although Dam Vinh Hung initially dismissed the premises liability action against me with prejudice on December 2, 2024, he reversed his position fourteen (14) days later. Both parties are now awaiting the trial court's decision on whether to adhere to California Supreme Court precedent, which establishes that a request for dismissal with prejudice is legally irreversible once filed.

2

EXH. D_055

10.   Defendants Pham and Doan intentionally targeted and interacted with residents of Texas,
      particularly those in Harris County. Since December 2024, Defendant Pham has appeared
      nightly on his YouTube channel, *Nua Vong Trai Dat*, alongside guests such as Defendant
      Doan. Additionally, Mr. Mai Tien Dung of TD TV, a close associate of Dam Vinh Hung
      and/or his agent, invited the forum Defendant Nguyen to his livestream broadcasts on
      January 10, 2025, and January 13, 2025. During these livestreams, these non-resident
      Defendants interacted with Texas and Harris County viewers and subscribers, encouraging
      and endorsing slanderous statements against me.

11.   Similarly, since December 2024, Defendant Doan has daily posted defamatory content on
      her Facebook page and YouTube channel. Through these posts, she has actively
      encouraged and endorsed her viewers disparagement of my wife and me. She has
      jeopardized my safety and endangered my life. These actions were neither untargeted nor
      random; rather, they were deliberately directed at Texas residents, distinguishing them
      from activities that might incidentally affect other states.

   A: **False and Malicious Internet Defamation and Cyber Harassment Conducted by
      Defendant Pham.**

      1.  **Defamatory Smear Campaign on Defendant Pham's YouTube Livestream**

12.   On December 8, 2024, December 12, 2024, December 13, 2024, and every day thereafter,
      Defendants Pham and Doan conspired with forum Defendants Nguyen, orchestrated a
      defamatory smear campaign through Defendant Pham's YouTube livestream channel, and
      TDTV media: *Nua Vong Trai Dat TV* (https://www.youtube.com/channel/UCfl_G9BwH-
      DhtNn-y0q_7aA).

13.   Each video targeted my wife and me. Each session lasted two to three and a half hours and
      invited and encouraged listeners, commentators, and subscribers—particularly those in
      Texas and Harris County—and other places to interact by calling in, verbally commenting,
      or leaving messages about my dismissed lawsuit with Dam Vinh Hung.

14.   The alarming content in the smear campaign has escalated significantly over the last three
      months. For example, during the livestream on December 13, 2024, a caller using a phone
      number ending in 510 allegedly contacted Defendant Pham. During the livestreamed call,
      Defendant Pham repeatedly invited the "510 Caller" to return to the livestream, and further
      encouraged and incited to wear a billboard and stage a protest outside Qualcomm in San
      Diego (where I presently serve as a Senior Vice President of Engineering). The protest was
      to allegedly demand "Justice for Dam Vinh Hung, who lost three toes at Gerard Williams'
      home without compensation due to Gerard Williams' negligence, cruelty, and
      misappropriation of the insurance proceeds which belong to Dam Vinh Hung."

15.   Defendant Pham further told his livestream audience that I sent my wife, Tuyen Williams,
      to Vietnam in order to meet with reputable media outlets, in an effort to influence and
      smear singer Dam Vinh Hung's name. This allegation is entirely untrue.

EXH. D_056

16. None of us traveled to Vietnam and at no time have I made any comment to any media outlets in Vietnam about my dispute with Dam Vinh Hung. My wife did make a response to one outlet, but this comment was truthful and based on statements made in Dam Vinh Hung's public complaint.

17. In a statement made by Dam Vinh Hung to *Thanh Nien* on June 11, 2024, he alleged: "On February 19, 2024, Mr. Gerard Richard Williams III misused a concrete fountain by turning it into a stage and a table for beverages during a party. This caused the fountain to topple and fall, injuring singer Đàm Vĩnh Hưng's foot."

18. This statement is patently false. The accident was not my fault at all. Dam Vinh Hung's injury was a self-inflicted product of his own negligence. Dam Vinh Hung confirmed this in a video posted on his Facebook page shortly thereafter, where he unequivocally admitted that he had decided to jump onto a fountain in an attempt to make a dramatic exit.

*See* Exhibits 1 and 1A below.

UNOFFICIAL COPY

4

EXH. D_057

Exhibit 1: Still image from Exhibit 1 video.



EXH. D_058

Exhibit 1A: Still image from Exhibit 1 video.



6

EXH. D_059



**Exhibit 2:** *The CD with singer Đàm Vĩnh Hưng's signature was shared by Mrs. Gerard Williams with Thanh Niên. Photo: Provided by the individual (NVCC).*

19. My wife's truthful statements made in response to *Thanh Nien* are a far cry from Defendant Pham's false rumors that I met with media outlets in Vietnam to smear Dam Vinh Hung's name. No such conduct occurred and as such, Defendant Pham's accusation was blatantly false.

20. Furthermore, Defendant Pham, joined by Defendant Doan, manipulated Defendant Pham's audience during his livestream, including a caller named "Sister Trang" who repeatedly called to slander me. Defendant Pham also persistently pressured a so-called "Doctor Hoa" and other audience members in Canada, Australia, and various states to falsely accuse me of defrauding Dam Vinh Hung. The aim was to allege that I failed to report to my home insurance carrier into compensating Dam Vinh Hung for several million dollars. Additionally, they insinuated that I committed insurance fraud and misappropriated the proceeds. These accusations were entirely baseless and slanderous.

21. Below is a non-exhaustive list of the videos posted by Defendant Pham in an effort to defame me.

EXH. D_060

Additional Videos posted by Derck Pham:

**Exhibit 3:** Video on December 13, 2024 - Độc quyền: Đàm Vĩnh Hưng, Gerard và Mộng
Linh trước khi rạn nứt tình bạn

https://www.youtube.com/watch?v=KTHhd_kWwkk

**Exhibit 4:** Video on December 8, 2024 - Lawyer: *Gerard Williams's Counter-Suing Đàm
Vĩnh Hưng Is A Waste of Time*" | Perspective by Nguyễn Hoàng Duyên

https://www.youtube.com/watch?v=uGrYGKy-9C0

**Exhibit 5:** Video on December 22, 2024 - *Đàm Vĩnh Hưng Encounters A 'Die-Hard Fan'
After The Lawsuit Is "Revived."*

https://www.youtube.com/watch?v=_41dhzoSWgs

**Exhibit 6:** Video on December 23, 2024 - *Đàm Vĩnh Hưng's Close Friend Compares
Nguyễn Phương Hằng's 'Move' To That Of An American Tycoon [Gerard
Williams]*.

https://www.youtube.com/watch?v=j0BbOrNC3kc

**Exhibit 7:** Video on December 23, 2024 - *Evidence of Dũng Taylor saying "Yellow skin,
black hair should not mess with white Americans"* | #NoRacism

https://www.youtube.com/watch?v=CChDF-cqkJA

**Exhibit 8:** Video on December 11, 2024 - *The Đàm Vĩnh Hưng Lawsuit: Audiences
Scrutinize Singer Bích Tuyền's [Gerard Williams's Wife]'s Words And Actions.*

https://www.youtube.com/watch?v=X2sX5v3SV0g

**Exhibit 9:** Video on December 12, 2024 - LIVE: *Leaked clip of Gerard nearly falling into
a fountain with Đàm Vĩnh Hưng*.

https://www.youtube.com/watch?v=2634Z-4DRo4

**Exhibit 10:** Video on December 15, 2024 - *Without The Yellow Flag, Đàm Vĩnh Hưng Still
Managed to Overwhelm American Security Guards.*

https://www.youtube.com/watch?v=SADpMz8rgJg

**Exhibit 11:** Video on December 16, 2024 - *Shocking! Đàm Vĩnh Hưng's Lawsuit Has Been
"Revived."*

https://www.youtube.com/watch?v=ATzeFMh-8KM

**Exhibit 12:** Video on December 24, 2024 - *We Cannot Let Dũng Taylor Trample On The
Vietnamese People* | #NoRacism

https://www.youtube.com/watch?v=_DBxnfdA-fs

8

EXH. D_061

**Exhibit 13:** Video on December 25, 2024 - *Dũng Taylor Criticized By Show Promoter Liên For Trampling On The Vietnamese People* | #NoRacism

https://www.youtube.com/watch?v=eAybVKpLZUo

**Exhibit 14:** Video on December 26, 2024 - *Dũng Taylor "Harmed" Gerard [Williams]: Is it really over?*

https://www.youtube.com/watch?v=SS49qoSbN4Q

**Exhibit 15:** Video on December 27, 2024 - *Đàm Vĩnh Hưng Speaks Out: "A Good Movie Must Be Watched From The Beginning!"*

https://www.youtube.com/watch?v=dnC1aIAQnnw

**Exhibit 16:** Video on December 28, 2024 – *Regarding The Đàm Vĩnh Hưng Case,   An Interview With An Insurance Expert.*

https://www.youtube.com/watch?v=MhleGsLpU5Q

**Exhibit 17:** Video on December 30, 2024 - *Revealed: Đàm Vĩnh Hưng Is About To Be Sabotaged.*

https://www.youtube.com/watch?v=sZ7O9e5LewM

**Exhibit 18:** Video on December 31, 2024 - *Tycoon Gerard [Williams] Sues The Owner of Nửa Vòng Trái Đất TV: Derek Phạm Will Continue To Defend The Truth.*

https://www.youtube.com/watch?v=LzRIysUFiN4

**Exhibit 19:** Video on January 1, 2025 - *Big Reveal! Who Owns The House Where Đàm Vĩnh Hưng Fell And Broke His Leg?*

https://www.youtube.com/watch?v=HAHMW5G7PuM

**Exhibit 20:** Video on January 2, 2025 - *Disaster The fountain was built without a permit. Is Đàm Vĩnh Hưng leading 1-0?*

https://www.youtube.com/watch?v=dbxYPp-g07o

**Exhibit 21:** Video on January 3, 2025 - Đàm Vĩnh Hưng "Trikes Back "With A Shocking Revelation.

https://www.youtube.com/watch?v=IObFRpla6gQ

**Exhibit 22:** Video on January 4,2025 - *Oh My! The Architect "Concludes" That Đàm Vĩnh Hưng Will Win. Why?*

https://www.youtube.com/watch?v=AbeCfmoX7fo

**Exhibit 23:** Video on January 6, 2025 - *Big News! Gerard Withdraws His Countersuit Against Đàm Vĩnh Hưng After The Court Merges The Two Cases Into One.*

https://www.youtube.com/watch?v=JbNVC9MALl0

EXH. D_062

**Exhibit 24:** Video on January 7, 2025 - Dũng Taylor is "humiliated" as Gerard's request is rejected by the court on January 7.

https://www.youtube.com/watch?v=1y0_4eZ0PpY&t

**Exhibit 25:** Video on January 10, 2025 - The Mr. Đàm Case: After the 'failure' on January 7, is the American tycoon trying to 'buy time'???

https://www.youtube.com/watch?v=TFYI2Zb04rY

**Exhibit 26:** Video on January 12, 2025 - Evidence of Dũng Taylor lying and maliciously targeting Đàm Vĩnh Hưng from the very beginning.

https://www.youtube.com/watch?v=Jddv6B5k_Is

*All Videos and Livestreams Are Being Supplemented and have been Translated into English Using AI Technologies to Retrieve which are authenticated via my affidavit, and adopted into and attached hereto.*

### 2. Defendant Pham Encourages his YouTube Viewers and Subscribers to make Threats of Violence and Murder Against Me.

22.    In addition to the false allegations above, Defendant Pham continues to encourage and endorse threats of violence and murder against me through the comments made by his viewers on his daily livestreams. For example, one user commented on Defendant Pham's December 31, 2024 livestream to, "Just send someone to murder Gerard; why let him take up space on this Earth?". And under the January 3, 2025 livestream, another user commented to, "Fully back Derek Pham in the ongoing plan to murder Gerard for ruining DVH [Đàm Vĩnh Hưng] do not let him live."

EXH. D_063



**Exhibit 27**

| Translation | |
| --- | --- |
| Breaking News 31.12.2024 Billionaire Gerard Sues the Owner of *Nua Vong Trai Dat TV* | Breaking News 3.1.2025 Đàm Vĩnh Hưng "Strikes Back" With A Shocking Revelation |
| Comments: | Comments: |
| Support Nua Vong Trai Dat TV by sharing the video so more people know about it. Thank you, dear readers. | @ThaoDuong-e1m |
| @ThaoDuong-e1m | Support Derek Pham. Fight to the end against the cruel, hypocrite capitalist who tries to silence the voice of NVTD [Nua Vong Trai Dat TV]. Fully back Derek Pham in the ongoing plan to murder Gerard for ruining DVH [Đàm Vĩnh Hưng] do not let him live. |
| Support Derek Pham! Don't fear that vile and cruel billionaire. Just send someone to murder Gerard; why let him take up space on this Earth? Gerard ruined DVH [Đàm Vĩnh Hưng]'s entire singing career. | |

EXH. D_064

23.  I should not be subjected to the daily verbal attacks and threats to my family's and my
safety that accompany Defendant Pham's livestreams.

B.  **False and Malicious Internet Defamation and Harassment Comments Written by
Defendant Ta.**

24.  Defendant Ta, a Vietnamese American and Houston resident, stated on Facebook that my
wife and I illegally cheated an insurance carrier and spent all the funds that should have
been used to pay Dam Vinh Hung. This statement is false and not substantiated by
evidence.

25.  As shown in the two comments by Defendant Ta below, Defendant Ta has made comments
containin falsehoods about me  in response to Defendant Pham and Defendant Doan's
posts. One comment by Defendant Ta reads, "[my wife and I]" scammed and cheat
insurance money, spent it all, didn't let DVH [Đàm Vĩnh Hưng] claim, and even harmed
him. They bought the media." And in response to Defendant Doan's Facebook Live,
Defendant Ta commented, "Mr. Williams are vile, despicable, disgusting, and cowardly.
[Defendant Doan] spoke well. Those people are truly cruel, thinking that with their money
they could do anything." None of these comments are true. I was not responsible for Dam
Vinh Hung's accident and did not cheat my insurance carrier to allegedly avoid paying
Dam Vinh Hung.

12

EXH. D_065

Exhibit 28




| Translation | |
|---|---|
| **Derek**      **Pham**<br>**Nov**      **23**<br>Year 2025 and the truth about Mr. Đàm's accident at the billionaire's house<br><br>**Unveiling Đàm Vĩnh Hưng's Many Chances of Winning the Lawsuit Against The Billionaire! Why? 23.11.24 Live**<br><br>**Nhu Ngọc**<br><br>The couple, singer Bích Tuyền and her husband, are truly vile and despicable. They're disgusting, vile, and cowardly, deserving everyone's contempt. They scammed and cheat insurance money, spent it all, didn't let DVH [Đàm Vĩnh Hưng] claim, and even harmed him. They bought the media. I feel so sorry for Đàm Vĩnh Hưng. | **Đoàn Thu Thương was live**<br><br>**Tiên Lê**<br><br>Bích Tuyền is despicable.<br><br>**Nhu Ngọc**<br><br>Tiên Lê, exactly! Thu Thương spoke so well, cursing them perfectly! BT [Bích Tuyền] and Mr. Williams are vile, despicable, disgusting, and cowardly. Thu Thương spoke well. Those people are truly cruel, thinking that with their money they could do anything. |

13

EXH. D_066

**C. False and Malicious Internet Defamation and Cyber Harassment Campaign Conduct
by Defendant Nguyen.**

26.     Upon Information and belief, Defendant Pham, Defendant Doan, and their coconspirators
entered an ongoing relationship with the Texas resident Defendant Nguyen and Ta.
Specifically, during a recent interview on *TD TV* on January 10 and January 13, 2025,
Defendant Nguyen unequivocally admitted that he had signed a Non-Disclosure
Agreement (NDA) with others concerning my alleged inducement to Dam Vinh Hung to
dismiss the lawsuit with prejudice. In the January 10, 2025, interview, Defendant Nguyen
alleged that, as a forensic and cyber investigator and specialist (sic), he could get into
people's telephone (sic). He alleged:

(a) Dam Vinh Hung must sue Gerard Williams' wife who is
definitely liable, because the party where Dam Vinh Hung was
injured was a commercial event organized for profit by the
Williams, who allegedly sold tickets and sponsored the event
without a permit. (This statement is false. In reality, my wife and
I only allowed Mong Linh Nguyen who was a mutual friend of
Dam Vinh Hung to use my residence for a Vietnamese New
Year celebration. No tickets were issued or sold by my wife and
me for the private party. All attendees are invited guests. The
invitation mentioned Gerard Williams, Bich Tuyen, Duong
Trieu Vu, Dinh Thiet, Quoc Cuong, and Huy Dien only as the
singers for the private party. At the bottom of the invitation, it
was noted: "At the entrance, please inform the security guard
that[you wish to] enter the residence of Gerard Williams and
Tiffany Nguyen" for guest verification purposes.)

(b) Gerard Williams cruelly used wealth to influence Vietnamese
media to harm Dam Vinh Hung. (Again, this statement is
likewise untrue without being substantiated with evidence. The
Vietnamese media follows the case because Mr. Dam Vinh
Hung is a very famous Vietnamese singer, and I am only a
private citizen.)

(c) Gerard Williams induced Dam Vinh Hung into dismissing the
underlying premises liability case with prejudice; and Thanh Tu
Nguyen has evidence but he could not reveal because he did sign
a NDA. (However, this claim is false.) Also, Thanh Tu Nguyen's
Declaration stated he never sign any NDA.

*See* **Exhibit 29:** https://www.youtube.com/watch?v=Iob2Q1PZ3d0.

27.     Defendant Nguyen also actively participated on platforms associated with the
coconspirator Mai Tien Dung, including TD Media's YouTube channel and other

14

EXH. D_067

platforms, thereby <u>directly</u> engaging in coordinated efforts with Dam Vinh Hung, Defendant Pham, and Defendant Doan to defame my wife and me.

**D. False and Malicious Internet Defamation and Cyber Harassment Campaign Conduct by Defendant Doan.**

28. Since December 2024, Defendant Doan has published defamatory statements about my wife and me. Through these posts, she has actively encouraged her viewers and followers, including forum Defendant Ta, to further disparage my wife and me, jeopardizing our safety and endangering our lives.

29. Additionally, Defendant Doan has continued to work with Defendant Pham. Defendant Doan has appeared as a guest on Defendant Pham's YouTube Channel to further the daily online defamation campaign targeting my wife and me. Even after appearing on Defendant Pham's livestream, Defendant Doan republishes and summarizes the contents of Defendant Pham's livestreams.

30. Upon information and belief, Defendant Doan has been using her platform to spread online hate at the behest of Dam Vinh Hung. On December 11, 2024, Defendant Doan appeared on a YouTube video in which she unequivocally admitted her very close relationship with Dam Vinh Hung, and that she was a key person advising him regarding the premises liability lawsuit that Dam Vinh Hung brought against me. (*See* Exhibit 30.). Dam Vinh Hung has also made statements on Defendant Doan's Facebook posts, calling her his "blood sister."

EXH. D_068

**Exhibit 30:** On December 11, 2024, Defendant Thu Thuong Doan appeared on a YouTube video unequivocally admitting her very close relationship with Dam Vinh Hung and that she was a key person advising him to dismiss the premises liability lawsuit against Gerard Williams.



### Description   ✕

**Thu Thương, Nam Râu,Tony Tèo Bùng Nổ Vụ Kiện
ĐÀM-GERARD.**

| 1.2K | 26,853 | Dec 11 |
|---|---|---|
| Likes | Views | 2024 |

In **Exhibit 30,** YouTuber Nguyen Tien Dung asked: "Do you know the reason why Đàm Vĩnh Hưng withdrew the lawsuit? Some people say it's because he saw he was going to lose, so he withdrew. Others say his lawyer advised him to do so. Some claim there must have been external pressure that coerced him to withdraw. So, in your opinion, what is the real reason?"

At **45:22,** Đoàn Thu Thương said: "Yes, I'm speaking sincerely now. I said, "Anh Hưng [Đàm Vĩnh Hưng], I beg you, please withdraw the lawsuit."

31.   In the excerpts below, it can be seen how Defendant Doan has used her platform to perpetrate online hate against me. Defendant Doan lauds warns that "... many more interesting articles [about my wife and me]" are coming, and her commenters even thank her for reporting the (purported) truth.

16

EXH. D_069

1. Posts on Thu Thuong Doan's Facebook

Profile: https://www.facebook.com/profile.php?id=100087747975518

(1) Dec 29, 2024 (Exhibit 31)[3]

The Story of a Tycoon Who Spent $300,000 to Supposedly Support and Sponsor His Friend

The story of a certain tycoon spending $300,000 to invest in and sponsor Mr. Đàm's show is just laughable to me. Even if the investment were $500,000 or $1 million, I would still find it utterly ridiculous.

Ladies and gentlemen, I don't care where that $300,000 was spent, what program or organization it sponsored, or how many times it was used. The more I follow this story, *the clearer the face of the man who is immoral as a stinky whore to me.*

To me, this is simply that [the billionaire] spent money to buy fame, to stand next to a star, [DVH] to step onto big stages, to be praised, admired, and bask in the spotlight. Now, the whole world knows about this couple. So, isn't it still quite cheap?

Mr. Đàm's life and success today didn't come easily. He endured immense hardships, performed tirelessly at big and small stages across Saigon, and waited endlessly for a chance to become a stand-in singer. He navigated countless competitions, enduring bruises and setbacks, just to step onto the stage.

Why am I saying this? Because I was given more opportunities than they were, but one day I realized I had fallen far behind my peers. I had to accept that I had lost, and I had lost significantly. They surpassed me in passion, dedication, and a fiery love for their craft. They excelled because they embraced sacrifice, risked their reputation, and pursued their dreams with unwavering determination to reach new heights.

To that certain tycoon, I won't call you a billionaire anymore because you and your wife are the ones who have pushed this story into the media stream, inviting everyone to dig into it. The more people dig, the clearer it becomes—your wife's *unbelievably dirty/infamous past*, isn't it?

Before trying to demean or harm others, why not reflect on yourself first? Today, it's not just you and your wife confronting Mr. Đàm;

---

[3] https://www.facebook.com/permalink.php?story_fbid=561794320088829&id=100087747975518

EXH. D_070

you are standing against society and the people who genuinely love
and support him. Honestly, your wife has an infamous and notorious
past, doesn't she? Isn't it pure? Isn't it clean? Isn't it compassionate
and not immoral? Just like the way you preach on media platform.

Let me tell you, that $300,000 to buy fame for you and your family
is still way too cheap. Many artists have spent hundreds of thousands
on investments and image-building, but where did it get them?
Nowhere. I can't help but laugh when I hear about a billionaire
spending *$300,000 to buy fame cheaply and then calling it
sponsorship or support. It doesn't add up*.

No one in this life gives something for nothing; it's merely a trade-
off. You wanted to enjoy the glory of standing next to a big star and
abusively use his fame. Dear tycoon, that's cheap—very, very
cheap. *The more you boast, the more you expose yourself to being
cheap and despicable.*

To achieve what Mr. Đàm has today would require far more than
just your $300,000. *And yet, you [Gerard Williams] and your wife
have already established a brand for yourselves: you are rich but a
whore, you are rich but cunning, deceitful, you are rich but
inhuman, you are rich but quick to change like flipping a rice paper.*

*Stop using filthy tricks to harm others.* One day, everything you're
doing to others will come back to you. Karma is real; don't mess
with it. I'll have many more interesting articles [about you] coming.
Stay tuned.

Thu Thương

## (2) Dec 29, 2024 (Exhibit 32)



Tuong Vy Hoang: 1 [one] filthy, despicable rich from Husband and
wife "living like hypocrites" Very treacherous. You write so well
Doan Thu Thuong!

Doan Thu Huong: "Thank you Tuong Vy Hoang."

EXH. D_071



**Exhibit 33: Interacting Chats and Comments on Thu Thuong Doan's Facebook Post**

| Tiền | Lê | Jennifer | Nguyen | Doan Thu Thuong |
|---|---|---|---|---|
| How *disgusting* is this billionaire couple—among the *dirtiest of this century!* Polluting an entire civilized and intellectual world. Billionaires? Their character is filthy and rotten, *along with Tuyền's shameless immorality!* Tuyền Amazon, *Tuyền the filthy prostitute. Her odorous underarms and her cowardly husband!* | | Your words are right on point, no more no less. That couple is wealthy, but they play dirty and are incredibly despicable. Look closely at their faces—does their appearance show any kindness or virtue? Especially the wife's face, with eyes that look like they want to devour others—so aggressive. They're rich, but their behavior is worse than a scavenger's. From the beginning, this couple already wanted to climb onto DVH [Đam Vinh Hung]'s head and sit, playing all sorts of manipulative tricks. But because he is too trusting and soft-hearted, he ended up with today's consequences. Still, I believe the law and justice will protect him. | | To achieve that Mr. Dam has today would require far more than just your $300,000 to build his brand, sir.

But you and your wife already have a brand of your yourselves, *you are rich but a whore, you are rich but cunning, deceitful, you are rich but Inhuman, you are rich but quick to change like flipping a rice paper.*

*Stop using filthy tricks to harm others.* One day, everything you're doing to others will come back to you. Karma is real; don't mess with it. I'll have many more interesting articles [about you] coming. Stay tuned. |
| *You and your husband will pay a very high price* GOD will not forgive these two people... Cowardly.... | | | | Thu Thương |
| Đoàn Thu Thương. Tiến Lê, you're absolutely right. | | Vo | Huong | |
| | | Expose their shameless faces, TT [Thu Thương] Wishing you good health and beauty. | | |
| Hoa | Bích | Đặng | Mỹ | Ninh | |
| This is a wonderful written post. Thanks to TT [Thu Thương,] the online community is seeing more clearly the vile and despicable nature of this billionaire couple. We sympathize with Đàm Vĩnh Hưng. | | So filthy, so dirty, yet they think they're saints—utterly pathetic. | | |

19

EXH. D_072

[*Tuyen is my wife]



---

**Tường Vy Hoàng**

A nouveau riche couple *who are filthy and stinky*, from the husband to the wife, *They live very hypocritically. Absolutely revolting.*

Đoàn Thu Thương, your writing is incredible! I truly admire and respect you!

**Đoàn    Thu    Thương**
Tường Vy Hoàng, thank you, sister.

**Ruby Zhang**

Sister Thu Thương speaks truthfully

---

**Đoàn Thu Thương**

. . . Honestly, *your wife had an infamous and notorious past, doesn't she?* Isn't it clean? Isn't it pure? Isn't it compassionate and not immoral? Just like the way you preach on media platform.

Let me tell you, that $300,000 spent to buy fame for you and your family is still far too cheap. Many artists have spent hundreds of thousands, invested in their images, and where did it take them? Nowhere. I can't help but laughing when I hear a so-called billionaire spends $300,000 to buy fame, then calls it sponsorship or aid for a friend. It doesn't add up.

Nobody in this life gives without expecting something in return. It's merely an exchange when you want to gain recognition, to bask in a little glory by standing next to a big star. Dear billionaire, that's cheap, very, very cheap. The more you explain, the more pitiful and petty you seem.

---

Why am I saying this? Because I was given more opportunities by God than they were, but one day, I realized I had fallen far, far behind my peers. I had to accept that I had lost—and lost significantly. They surpassed me in passion, in their fiery dedication, in their love for their craft, in their seriousness in work, and, even more, in their willingness to sacrifice, to risk everything, to put their honor on the line for the sake of their dreams to reach greater heights. Dear billionaire, I won't call you a billionaire anymore, because you and your wife are the ones who pushed this story into the media for everyone to dig up and scrutinize. The more people dig, the clearer it becomes— *unbelievably dirty/infamous past*, isn't it?

EXH. D_073



**Panel 1 (13:39)**

Đoàn Thu Thương ● Jan 1 ● ⊙

Kỷ này tốn tiền lắm ...
1w  Like  Reply  40♥

Thiluong Huynh
Mang tiếng ở Phú ai lại ăn hiếp người nghèo hơn mình trời , tui nói thiệt Á ; tui ra đường tui thấy ai khổ hơn tui lớn tiếng tui tui cũng bỏ qua ah ! Chứ giàu hơn tui đì mà trèo lên đầu tui là xin lỗi tình yêu ah ! Dụ mọ liền
1w  Like  Reply  1♥

Kattie Pham
Thiluong HuynhBạn nói chính xác
6d  Like  Reply

Write a reply...

Ly Cương
Thấy nói hay lắm vậy bây giờ có bị kiến chưa em, từ từ rồi chào cũng như nhà ơ
1w  Like  Reply  2♥

Trần Thị Loan

Write a comment...

**Panel 2 (15:22)**

Đoàn Thu Thương

Posts  Photos  Videos

Đoàn Thu Thương ●
Dec 20, 2024 ● ⊙

Câu chuyện vị đại gia bỏ 300 ngàn us giúp và tài trợ cho bạn.😂😂😂😂😂😂😂
Câu chuyện vị đại gia nào đó bỏ ra 300 ngàn us đầu tư, và tài trợ cho show của MR Đàm tôi chỉ nực cười thôi. Có đầu tư đến 500ngàn hay 1triệu us thì tôi vẫn nực và rất nực cười.

Thưa quý vị tôi không cần biết 300 ngàn us kia, được tài trợ vào chương trình hay tổ chức nào , tài trợ bao nhiêu lần , nhưng càng theo câu chuyện này tôi lại càng rõ hơn bộ mặt của những kẻ gọi là trân tráo và điếm th...ối.

Với tôi đó được gọi là tiền đầu tư để mua danh , để được đứng cạnh một ngôi sao, để được bước lên những sân khấu lớn, để được tung hô được tán dương và được rộng rõ. Nay cả Thế Giới biết đến hai vợ chồng ông rồi.Vậy thì vẫn còn quá rẻ.... phải không,....?

Cuộc đời của MR Đàm có được như hôm nay, anh ấy phải trãi qua biết bao cơ cực, rong đuổi biết bao tụ điểm sân khấu lớn nhỏ ở Sài gòn, phải ngồi chờ đợi mong mỏi để được làm ca sĩ thế thân, len lõi biết bao cuộc thi, trầy da tróc vẫy để có thể bước lên được sân khấu.

[Follow]  [Message]

**Panel 3 (13:37)**

Đoàn Thu Thương ● Jan 1 ● ⊙

Hoa Huynh
Chơi xấu, chơi ko lại dí kiện người ta , thiệt nhục cho đại gia
6d  Like  Reply  1♥

Wat Zup
Hoa Huynh ai chơi xấu? nói không đúng sự thật người ta kiện phải rồi
6d  Like  Reply

Write a reply...

😂  😍  😂  Bravo!

Write a comment...

I    We    The

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123

return

---

**Bottom translations:**

**Doan Thu Thuong**

It's going to be very expensive for me

**Thi Thuong Huynh**

A billionaire, yet bullying those less fortunate than yourself? Truly disgraceful. If I encounter someone who is poorer than me, even if they lash out at me, I'd let it go. But if that someone who is wealthier than me, but climbing onto my head? Sorry, love! F*** him immediately!

**Doan Thu Thuong**

The story of a certain tycoon spending $300,000 to invest in and sponsor Mr. Đàm's show—honestly, I can't help but laugh. Even if it were $500,000 or $1 million, I'd still find it utterly ridiculous. Ladies and gentlemen, I don't care where that $300,000 went, whether it was spent on a program or an organization, or how many times it was "sponsored." The more I follow this story, the clearer it becomes— *the clearer the face of the man who is immoral as a stinky whore to me.*

To me, that's just money spent to buy fame, to stand next to a star, to step onto big stages, to be praised, admired, and shine in the spotlight. Now, the whole world knows about this couple, and yet it's still dirt cheap... isn't it?

Mr. Đàm's success today didn't come easy. He endured countless hardships, performed tirelessly at big and small stages across Saigon, waited endlessly for the chance to be a stand-in singer. He competed in numerous contests, suffered scratches and bruises, just to step onto the stage.

**Doan Thu Thuong**

Hoa                    Huynh

If you can't win, you play dirty, then use people—what a disgrace for a so-called billionaire!

EXH. D_074
UNOFFICIAL COPY



**Doan Thu Thuong**

Hoa                                Bích
I fully support TT [Thu Thuong].
Honestly, I may be ugly, but *that midget
wife of the billionaire is so ugly it hurts,
so ugly it's offensive to anyone who looks
at her.* I'd never even heard of that woman
until this case, but Now, at last, I can fully
behold her true, devilish Dracula
appearance. My values align with TT's; I
always stand in solidarity with the poor.
As for the wealthy who exploit others and
play dirty, *I curse their family for three
generations to come.*

**Doan Thu Thuong**

Nguyenngoc    Hong    Thúy
*Bich Tuyen's dirty, lusty past is not easy to
bury.* Everyone knows what her dirty past was
like. Since she met the billionaire, she's
transformed herself through countless
cosmetic surgeries—everything about her,
from head to toe, is fake. And kindness is
nowhere to be found. *Bich Tuyen wears a mask
to hide the cruelty and harm she inflicts on
others.*

Que Anh

Always support you

EXH. D_075



| | | |
|---|---|---|
| Why is the billionaire suing Thu Thương...? | **Doan Thu Thuong** | |
| | Nhung                                           Ha<br>Absolutely amazing, Thu Thương! | |
| | Hoa                                            Bich<br>TT [Thu Thương] is a person with both heart and vision, a moral individual who always leans toward justice and stands up for the voiceless. I truly despise that billionaire couple for playing such a vile game, hiring media to smear and bring down DVH [Đàm Vĩnh Hưng.] And yet, they have the nerve to call him a "close friend." Close friend? More like "everyone fends for himself," as they tried to destroy his reputation and career. Is that what a close friend looks like, a billionaire couple? *They only cling to famous people to make themselves known on social media. It's so despicable.*<br><br>I fully support TT[Thu Thương] I've been following DVH [Đàm Vĩnh Hưng] for 23 years. He is someone who has always lived for the poor. I will always support and love DVH! | |

23

## 2. Thu Thuong Doan's Livestreams on YouTube

Channel:    https://www.youtube.com/@thuthuong-cuocsongmy-USA/streams

Exhibit 34: Video on Dec 2, 2024 - *Through the Lawsuit Between Mr. Đàm [Vĩnh Hưng] and the Billionaire, What Do We See...?*

https://www.youtube.com/watch?v=GSY_euFA_uA

Exhibit 35: Video on Dec 4, 2024 - *Why Did Mr. Đàm Withdraw the Lawsuit?*

https://www.youtube.com/watch?v=fN09j4cLTp0

Exhibit 36: Video on Dec 9, 2024 - *Questions for Mr. Gerard Williams Regarding the Lawsuit with Đàm Vĩnh Hưng.*

https://www.youtube.com/watch?v=iuKv-pmI2Ys

Exhibit 37: Video on Dec 11, 2024 - *The Hidden Truths Behind Half the Story: What Is Mr. Đàm's Side?*

https://www.youtube.com/watch?v=CC_n7JAjhVU

Exhibit 38: Video on Dec 13, 2024 - *35 Pages of Billionaire Williams' Lawsuit Against Đàm Vĩnh Hưng.*

https://www.youtube.com/watch?v=keUvWmvz9hY

Exhibit 39: Video on Dec 16, 2024 - *The Story of Đàm Vĩnh Hưng: The Curtain Is Gradually Being Lifted.*

https://www.youtube.com/watch?v=cHHm-gyggfY

Exhibit 40: Video on Dec 17, 2024 - *The Court Has Rejected Đàm Vĩnh Hưng's Request to Withdraw the Lawsuit.*

https://www.youtube.com/watch?v=Yo0QChwXN-k

Exhibit 41: Video on Dec 20, 2024 - *Is Thu Thương Being Sued by the American Billionaire Couple?*

https://www.youtube.com/watch?v=DEz8HxPcwWs

Exhibit 42: Video on Dec 21, 2024 - *Have Đàm Vĩnh Hưng's Messages with Tuyền Amazon Been Leaked?*

https://www.youtube.com/watch?v=cmFHZOdL5xU

Exhibit 43: Video on Dec 27, 2024 - *Did Mr. Đàm Send Messages to the Billionaire Couple Asking for Money...?*

https://www.youtube.com/watch?v=jKmPN-zBx0s

EXH. D_077

**Exhibit 44:** Video on Dec 28, 2024 - *Exposing a Major Truth About Social Media: The
Tricks to Frame Mr. Đàm.*

https://www.youtube.com/watch?v=sDzG670_qpo

**Exhibit 45:** Video on Jan 3, 2025 - *Is the Wealthy Businessman Suing Thu Thương?*

https://www.youtube.com/watch?v=ug8059KoeOM

**Exhibit 46:** Video on Jan 6, 2025 - *Summarizing Mr. Đàm's Story?*

https://www.youtube.com/watch?v=ut3ghX31ygk

**Exhibit 47:** Video on Jan 8, 2025 - Why Did the Billionaire Couple Withdraw the Lawsuit?

https://www.youtube.com/watch?v=XrzXVODPB_Y

**Exhibit 48:** Video on Jan 11, 2025 - *Let's continue the story of Mr. Đàm*

- https://www.youtube.com/watch?v=TW5QK_8orTE

**Exhibit 49:** Video on Jan 16, 2025 (After Defendant Thu Thuong received the Application
for Temporary Injunction) - *The Wife of The Tycoon Meets Lao Động Newspaper
and Says What...?*[4]

https://www.youtube.com/watch?v=bIIapGIsY64https://www.youtube.com/watch
?v=bIIapGIsY64

"*She constantly uses the time thinking and planning ways to harm and wants
Brother Hung[Đàm Vĩnh Hưng] todie.*"

See **Exhibit 50:** Video January 1, 2025 Big Reveal! *Who Owns The House Where Đàm
Vĩnh Hưng Fell And Broke His Leg?*

https://www.youtube.com/watch?v=HAHMW5G7PuM

All videos and livestreams are being translated into English and will be
authenticated by affidavit.

**E. Defendants are Believed to be Conspiring Together Against Me.**

31. Upon information and belief, the campaign of false statements, smears and threats and
encouragement of violence directed at me and my family started in December 2024.

This campaign goes beyond the creation of content defaming me. The smear campaign
against me is also being perpetuated by the use of clickbait titles, comments, likes, and
other interactions Defendants engage in to spin the narrative of Dam Vinh Hung's
accident. As previously mentioned, Defendant Nguyen appeared on Defendant TDTV's
livestream of Mai Tien Dung unequivocally admitting the signing of an NDA concerning

---

[4] Thu Thuong Doan and her coconspirators, without fact checking, alleged that Tiffany, Gerard Williams' wife, said
that if her husband won the lawsuit against Singer Dam Vinh Hung, they will donate everything to a charitable
organization in Vietnam to help the poor. The truth is she neither met with *Lao Động Newspaper nor said anything.*

EXH. D_078

the allegation that I induced Dam Vinh Hung to dismiss the lawsuit with prejudice.
Similarly, Defendant Nguyen interacted with Defendant Pham's content, pushing the false
narrative that I cheated my insurance carrier. And finally, Defendant Doan is believed to
be working with Defendant Pham in creating content defaming me. Defendant Doan, like
Defendant Pham, has been using Facebook Live and her YouTube channel to spread
misinformation. Defendants Pham, Doan, Ta, Nguyen, and with their coconspirators, made
these statements knowing that such statements would be repeated to and by others. These
statements continue to be repeated and reposted throughout Facebook and other social
media, to the injury of my family and me. On information and belief, they have received
tens of thousands of views.

32.   As set forth below, Defendants should not be able to hide behind what they claim to be
      "mere opinion." Defendants cannot and have not proved that the statements about my wife
      and me are true.

33.   Defendants published defamatory statements online through social media platforms,
      YouTube and Facebook, to defame me.

34.   Further, Defendants' statements involve a matter of private concern since I am not a general
      public figure or limited public figure.

*See* **PLAINTIFF'S DEFAMATION - CHART NO. 1**

The following are defamatory statements *made by* Defendants' guest speakers and/or
viewers. These false statements were encouraged and *endorsed* by Defendants against me.

These statements falsely accuse me of committing serious crimes. Additionally, they
injured my reputation, and exposed me to public hatred, contempt, or ridicule. They also
impaired my honesty, integrity, virtue, or reputation.

a)  Gerard Williams is a "dishonest, deceitful, inhuman insurance fraudster."

b)  Gerard Williams is a person who "engaged in illegal activities by defrauding the insurance
    carrier and misusing insurance proceeds by not paying Dam Vinh Hung."

c)  Gerard Williams is a "scammer as he induced Dam Vinh Hung into dismissing the lawsuit."

*See also* **PLAINTIFF'S DEFAMATION - CHART NO. 1**

Furthermore, in an effort to coerce me into paying Dam Vinh Hung, Defendants
encouraged and endorsed defamatory statements made by their speakers and viewers,
which they published on their social media channels, thereby tarnishing the reputation of
my wife, Tuyen Nguyen Williams (Tuyen). These statements falsely allege:

a)  Gerard Williams' wife is "a scammer and cheater because she induced Dam Vinh Hung to
    drop the lawsuit."

b)  Gerard Williams' wife is an "odorous prostitute,"

EXH. D_079

c) Gerard Williams' wife is "lascivious and a lustful prostitute who has a dirty past."

d) Gerard Williams' wife engaged in sexual misconduct, promiscuity, and immoral behavior.

e) Tuyen Williams; "spent all day planning how to harm and wishing Dam Vinh Hung death."

These statements are false, offensive, deeply hurtful, and blatantly dehumanizing.

*See also* **PLAINTIFF'S DEFAMATION - CHART NO. 2**

A. **Tuyen Nguyen Williams's Character**

35. None of these slanderous statements about my wife are true. Tuyen Nguyen Williams is an extraordinary Christian—loving, wise, brilliant, kind, compassionate, benevolent, and dignified. She is deeply cherished and respected by me, her children, extended family, in-laws, and friends.

36. She does not deserve to endure such dehumanizing attacks, as she has done nothing wrong other than supporting me, her husband.

37. Defendants' defamatory statements are false and baseless. Defendants were fully aware of the significant emotional distress they would inflict upon my wife, parents, children, and me. Defendants spread falsehoods about me and rallied, encouraged and endorsed their subscribers and viewers to disseminate these defamatory statements.

38. Defendants' false statements have directly and proximately caused injury to me. This has resulted in my having suffered damages for loss of reputation and defamation.

37. Defendants intentionally intruded in my private affairs when Defendants, to further their campaign of harassment against me, shared private photos of my home, myself, my family, and friends and associates.

38. Defendants further intentionally intruded in my private affairs when Defendants on information and belief engaged in efforts to hack my wife's phone.

39. These intrusions are highly offensive to any reasonable person. Defendants, who are *strangers* to me, continue to post information that expose my loved ones and me to possible harm from those involved in the smear campaign against me. As a result of Defendants' actions, I have lived in fear of the death threats I have received.

40. Defendant's wrongful acts caused injury to me, including mental anguish, public humiliation and shame for alleged actions that I have not committed and defamatory statements that are patently untrue.

41. I seek damages within the jurisdictional limits of this Court.

27

EXH. D_080

42. I also assert that Defendants intentionally caused me emotional distress.

43. Defendants' conduct in spreading defamatory statement against me was reckless. In particular, Defendants knew of that these defamatory statements would incite their subscribers and/or viewers to harass me. Advancing and endorsing the defamatory statements against me, Defendants deliberately refused to remove or censor comments calling for violence and death threats against me.

44. Recently, upon learning that their friend and idol's case was likely either to be dismissed with prejudice on July 7, 2025, or prolonged in the appellate courts, Defendants changed their strategy to extort my wife and me by threatening to kill me.

45. Defendants Pham, Doan, *Forum Defendant* Nguyen, and their co-conspirators encouraged and endorsed statements made by commentators, including:

   a) "Support Derek Pham. Fight to the end against the cruel, hypocrite capitalist who tries to silence the voice of NVTD [Nửa Vòng Trái Đất TV]. Fully back Derek Pham in murdering Gerard for ruining DVH [Đàm Vĩnh Hưng]. Do not let him survive."

   b) "Support Derek Pham! Don't fear that vile and cruel billionaire. Just send someone to murder Gerard; why let him take up space on this Earth? Gerard ruined DVH [Đàm Vĩnh Hưng]'s entire singing career."

Some fans explicitly posted on Defendant Pham's Facebook page, advocating for **Gerard being "murdered."** Despite these alarmingly violent threats, Defendant Pham took no action to discourage his fans or commentators from making or sharing such comments.

*See* **PLAINTIFF'S DEATH THREATS - CHART NO. 3**

46. In addition to the harassment that I have suffered from Defendants' and their co-conspirators, I have been subjected to harassment at the hands of the Defendants. My Counsel, a former County Civil Court at Law Judge who presided over 724 jury trials and served as a Harris County Commissioner and brings 30 years of experience as a jurist and public servant, has never before encountered the level of cyber harassment and illegal conduct exhibited by Defendants. Below are the twenty-one profane voicemail messages left on my Counsel's cell phone after he sent Defendants Pham and Doan a cease-and-desist letter.

EXH. D_081

DEFENDANTS' HARASSMENT AGAINST MY COUNSEL - CHART NO. 4[5]

| Exhibit No. | Date and Time | Voicemail ID |
|---|---|---|
| **Exhibit 54** | *December 17, 2024, at 09:41 PM* | voicemail-12914084800.m4a |

Profane Voice Message 12/17/2024 9:41 pm

[♫] voicema..0.m4a

[♫] voicemail-12914084800.m4a
81 KB

| **Exhibit 55** | *December 17, 2024, at 09:55 PM* | voicemail-12912875840.m4a |

Profane Voice Message 12/17/2024 9:55 pm

[♫] voicema..0.m4a

[♫] voicemail-12912875840.m4a
208 KB

| **Exhibit 56** | *December 17, 2024, at 10:05 PM* | voicemail-12913178816.m4a |

Profane Voice Message 12/17/2024 10:05 pm

[♫] voicema..6.m4a

[♫] voicemail-12913178816.m4a
173 KB

| **Exhibit 57** | *December 17, 2024, at 10:19 PM* | voicemail-12913474656.m4a |

Profane Voice Message 12/17/2024 10:19 pm

[♫] voicema..6.m4a

[♫] voicemail-12913474656.m4a
459 KB

| **Exhibit 58** | *December 17, 2024, at 10:25 PM* | voicemail-12914084448.m4a |

Profane Voice Message 12/17/2024 10:25 pm

[♫] voicema..8.m4a

[♫] voicemail-12914084448.m4a
483 KB

| **Exhibit 59** | *December 17, 2024, at 10:29 PM* | voicemail-12913233440.m4a |

---

[5] Exhibit 51-53 will be supplemented.

EXH. D_082

Profane Voice Message 12/17/2024 10:29 pm

⌀    |♫| voicema..0.m4a

    |♫| voicemail-12913233440.m4a
        391 KB

**Exhibit 60**          *December 17, 2024, at 10:34 PM*          voicemail-12913021472.m4a

Profane Voice Message 12/17/2024 10:34 pm

⌀    |♫| voicema..2.m4a

    |♫| voicemail-12913021472.m4a
        476 KB

**Exhibit 61**          *December 17, 2024, at 10:40 PM*          voicemail-12913276000.m4a

Profane Voice Message 12/17/2024 10:40 pm

⌀    |♫| voicema..0.m4a

    |♫| voicemail-12913276000.m4a
        484 KB

**Exhibit 62**          *December 17, 2024, at 10:46 PM*          voicemail-12913211744.m4a

Profane Voice Message 12/17/2024 10:46 pm

⌀    |♫| voicema..4.m4a

    |♫| voicemail-12913211744.m4a
        482 KB

**Exhibit 63**          *December 17, 2024, at 11:24 PM*          voicemail-12913076576.m4a

Profane Voice Message 12/17/2024 11:24 pm

⌀    |♫| voicema..6.m4a

    |♫| voicemail-12913076576.m4a
        481 KB

**Exhibit 64**          *December 17, 2024, at 11:30 PM*          voicemail-12913246016.m4a

Profane Voice Message 12/17/2024 11:30 pm

⌀    |♫| voicema..0.m4a

    |♫| voicemail-12913246016.m4a
        479 KB

30

EXH. D_083

**Exhibit 65**  *December 17, 2024, at 11:48 PM*   voicemail-12913082144.m4a

Profane Voice Message 12/17/2024 11:48 pm

  ⌀   ⌐⌐ voicema..4.m4a

     ⌐⌐ voicemail-12913082144.m4a   ⌄
        385 KB

**Exhibit 66**  *December 18, 2024, at 12:08 AM*   voicemail-12913210144.m4a

Profane Voice Message 12/18/2024 12:08 am

  ⌀   ⌐⌐ voicema..4.m4a

     ⌐⌐ voicemail-12913210144.m4a   ⌄
        230 KB

**Exhibit 67**  *December 18, 2024, at 12:12 AM*   voicemail-12912986496.m4a

Profane Voice Message 12/18/2024 12:12 am

  ⌀   ⌐⌐ voicema..6.m4a

     ⌐⌐ voicemail-12912986496.m4a   ⌄
        157 KB

**Exhibit 68**  *December 18, 2024, at 12:12 AM*   voicemail-12913176288.m4a

Profane Voice Message 12/18/2024 12:12 am

  ⌀   ⌐⌐ voicema..6.m4a

     ⌐⌐ voicemail-12913176288.m4a   ⌄
        341 KB

**Exhibit 69**  *December 18, 2024, at 12:27 AM*   voicemail-12887348192.m4a

Profane Voice Message 12/18/2024 12:27 am

  ⌀   ⌐⌐ voicema..2.m4a

     ⌐⌐ voicemail-12887348192.m4a   ⌄
        301 KB

**Exhibit 70**  *December 18, 2024, at 01:18 AM*   voicemail-12887356992.m4a

Profane Voice Message 12/18/2024 01:18 am

  ⌀   ⌐⌐ voicema..2.m4a

     ⌐⌐ voicemail-12887356992.m4a   ⌄
        303 KB

**Exhibit 71**  *December 28, 2024, at 11:41 PM*   voicemail-12887740704.m4a

31

EXH. D_084

Profane Voice Message 12/28/2024 11:41 pm

¹    [♫] voicema..4.m4a

[♫] voicemail-12887740704.m4a
30 KB

**Exhibit 72**        *December 28, 2024, at 11:43 PM*        voicemail-12887851552.m4a

Profane Voice Message 12/28/2024 11:43 pm

♫    [♫] voicema..2.m4a

[♫] voicemail-12887851552.m4a
55 KB

**Exhibit 73**        *December 28, 2024, at 11:46 PM*        voicemail-12888381376.m4a

Profane Voice Message 12/28/2024 11:46 pm .

♫    [♫] voicema..6 m4a

[♫] voicemail-12888381376.m4a
32 KB

**Exhibit 74**        *December 28, 2024, at 11:49 PM*        voicemail-12888279168.m4a

Profane Voice Message 12/28/2024 11:49 pm

♫    [♫] voicema..8m4a

[♫] voicemail-12888279168.m4a
27 kb

47.    Defendants' actions amount to extreme and outrageous conduct. Tthis online smear
campaign which has called for my death exceeds what is tolerable in a civilized
community.

48.    Defendants' conduct caused severe emotion distress to me. Defendants' comments and
death threats have caused my wife and me to live in constant fear for our lives and suffer
constant feelings of worry, anxiety, and humiliation.

49.    As a result of the damages I have incurred as a result of Defendant's intentional infliction
of emotional distress, I am therefore seeking damages within the jurisdictional limits of
this Court.

50.    I have suffered injury to myself, as a result of Defendants' defamatory statements. I
respectfully request all actual damages available at law or equity, including exemplary
damages.

EXH. D_085

**APPLICATION FOR INJUNCTIVE RELIEF**

51.   Injunctive relief is necessary to prevent the ongoing defamation, disparagement, and damage to my personal and business reputation. Additionally, such relief is essential to halt the continued threats of physical harm (such as murder) to my family and me.

52.   Immediate action by the Court is crucial. As outlined, daily livestreams and posts by Defendants have harmed my personal reputation and have placed my wife and me at significant risk of physical violence, harm, and public hatred. Defendants' previous posts have already resulted in death threats and other serious threats of physical violence against me.

53.   Despite receiving a notice demanding that they cease posting false statements, Defendants continue to publish false and defamatory content about me.

   A. **I have a Right to Recover Against Defendants for their Defamatory Statements.**

54.   I have a probable right to recover and a substantial likelihood of success on the merits of my defamation claims against Defendants Pham, Doan, Nguyen, and Ta, along with their coconspirators. Accordingly, I am entitled to a Temporary Injunction as I need not prove I will prevail at final trial, and that preservation of the status quo until trial is warranted.

55.   In this lawsuit, Defendants Pham, Doan, Nguyen, and Ta made false and defamatory statements about me. These statements were knowingly and maliciously made with the intent to harm me personal and to place my family and me at risk of physical harm.

56.   The defamatory statements by Defendants, including claims that I am a liar, a cheater, and that I deprived my wife of community property, were made with the specific intent of damaging my reputation and family well-being.

57.   I am therefore substantially likely to succeed on the merits of my defamation claims against Defendants.

   B. **Probability of Immediate Irreparable Injury**

58.   Without the entry of a Temporary Injunction, there is nothing to prevent the continued online dissemination of statements likely to incite violence against my family and me.

59.   Despite being personally served with a notice letter demanding they cease posting defamatory statements about me and my wife, Defendants, particularly Defendants Pham, Nguyen, and Doan, have continued to make false and defamatory statements, exacerbating the risk of harm to my wife, my family, and me.

EXH. D_086

### C. Immediate and Irreparable Harm

60.    Defendants made these defamatory statements on YouTube channels and social media platforms with the knowledge that they would incite, encourage, and inflict immediate and irreparable harm on my wife, my family, and me including:

    a)  Severely and irreparably damaging my reputation and that of my wife, as it is difficult to fully restore a tarnished reputation.

    b)  Exposing my wife and I as the statements "injure their reputation and thereby expose them to public hatred, contempt or ridicule, or financial injury" as well as those statements "impeach any person's honesty, integrity, virtue, or reputation."

    c)  Inciting, encouraging, and endorsing immediate violence, physical attacks, and even threats against my life.

    d)  Causing my wife and me to live in constant fear, worry, anxiety, humiliation, and severe emotional distress.

    e)  Inflicting significant emotional harm, including extreme humiliation and psychological pain.

    f)  Damaging personal relationships, as these defamatory statements have led to strained and broken relationships with friends and business associates.

    g)  Creating a loss of trust and social ostracism, which can have long-lasting effects.

    h)  Subjecting my wife, my family, and me to social stigma and isolation as we were well respected individuals.

    i)  Disrupting the normal life and well-being of my wife and me.

    j)  Accusing moral turpitude can lead to persistent social ostracism and stigma, even after the truth is revealed.

    k)  Being unable to reverse societal judgments formed based on the defamatory statement.

    l)  Directly endorsing statements inciting hostility and created a significant risk of physical harm to my wife and me. For instance, on January 3, 2025, Defendant Derek Pham's livestreams encouraged fans of Dam Vinh Hung to target me, resulting in widespread dead threats.

*See also* **PLAINTIFF'S CHART NO. 5: IMMEDIATE AND IRREPARABLE HARM.**

61..    The defamatory statements, incitement of violence, and public dissemination of falsehoods warrant the issuance of a temporary injunction to prevent further harm. Additionally, Defendants are not only disseminating false and defamatory statements about me and making threats against my life, but they are also sharing my personal

EXH. D_087

information, including my location, residency, photos of my daughter, and photos of
my neighborhood. These actions endanger the lives of my wife, my children and me.

### D. No Adequate Remedy at Law

62.    By making false and defamatory statements, Defendants Pham, Doan, Nguyen, and Ta
have incited hatred against me and provoked violence. These statements have already
resulted in threats of physical harm directed toward my family and me. Defendants have
intentionally incited hatred and encouraged physical harm against me. The ongoing threats
to the safety of my wife, my family, and me represent an injury for which I lack an adequate
remedy at law.

63.    A Temporary Injunction is the only means to prevent further threats of violence against my
family and me and to stop the continued dissemination of my personal and non-public
information. My understanding is that injunctive relief may be proper where restraining the
publication of a defamatory statement would be essential to avoid an impending danger or
protect a person that is threatened by intimidation or coercion. The language of the
order when courts issue speech-related injunctions that are not prior restraints, such as
ordering the deletion of past defamatory statements posted on internet, is permissible.
Mandatory injunctions calling for the removal of the past speech that has been
adjudicated defamatory during the injunction hearing should be issued.

64.    As such I pray that:

A. Defendants Be Ordered to Delete All PAST YouTube Content, Facebook Posts, and
Any Other Social Media Postings That Directly or Indirectly Reference, Concern, or
Pertain to Any Statements Involving the Slander or Libel (Whether Per Se or Per
Quod) of me including but not limited to:

Gerard Williams is a "dishonest, deceitful, inhuman insurance
fraudster."

Gerard Williams is person who "engaged in illegal activities by
defrauding the insurance carrier and misusing insurance
proceeds by not paying Dam Vinh Hung."

Gerard Williams is a "scammer."

B. Defendants be ordered to delete all PAST YouTube content, Facebook posts, and
other social media postings that directly or indirectly mention, concern, or pertain to
any statements of physical violent a/or death threats including but not limited to:

• "Support Derek Pham. Fight to the end against the
cruel, hypocrite capitalist who tries to silence the
voice of NVTD [Nửa Vòng Trái Đất TV]. Fully

35

EXH. D_088

back Derek Pham in murdering Gerard for ruining DVH [Đàm Vĩnh Hưng]. Do not let him survive,"

- "Support Derek Pham! Don't fear that vile and cruel billionaire. Just send someone to murder Gerard; why let him take up space on this Earth? Gerard ruined DVH [Đàm Vĩnh Hưng]'s entire singing career."

- Advocating for **"Gerard being murdered."** Despite these alarming threats, Derek Pham took no action to discourage his fans or commentators from making or sharing such comments.

C. Defendants be ordered to delete all **PAST** YouTube content, Facebook posts, and other social media postings that <u>directly or indirectly</u> mention, concern, or pertain to any statements which targeted his wife, Tuyen Nguyen Williams (or "Bich Tuyen").

D. Defendants be ordered to delete any **PAST** derogative verbally and/or in writing directly and/or indirectly about any lawyer of My Legal Team or representatives.

I pray that the Court appoints a special master to supervise the implementation and compliance of the Temporary Injunction Order.

1.    The Emergency Temporary Injunction Hearing is currently set on February 20, 2025.

2.    The exigent circumstances surrounding the false and defamatory statements by Defendants warrant the holding of an Evidentiary Temporary Injunction. Despite having received the Notice Letter requesting that Defendants remove any statements regarding my wife and me, Defendants continue to post false and defamatory statements regarding my wife and me.

3.    Furthermore, allowing Defendants' false and defamatory posts and comments about my wife and I to remain on Defendants' YouTube and/or Facebook pages is tantamount to allowing Defendants to have these false and defamatory statements reposted and repeated about my wife and me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2025, in Orange County, California.

Signed by:
*Gerard R Williams III*
39F85B3EDCCF485...

**GERARD RICHARD WILLIAMS III**

36

EXH. D_089

CAUSE NO. 1242113

| | | |
|---|---|---|
| GERARD RICHARD WILLIAMS III | § | IN THE COUNTY CIVIL COURT |
|     *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | AT LAW NO. 1 |
| | § | |
| DAI DUONG PHAM (A/K/A DEREK PHAM) | § | |
| THU THUONG DOAN, and NHU TA, | § | |
|     *Defendants.* | § | HARRIS COUNTY, TEXAS |

### BUSINESS RECORDS DECLARATION OF GERARD WILLIAMS III

    My name is **GERARD WILLIAMS III**. I am over the age of 18 and confirm that, based upon matters within my personal knowledge, the statements contained herein are true and correct.

1.     I am personally familiar with the following documents attached hereto and in support of *Plaintiff's Verified Second Amended Petition, Application for Temporary Injunction, Permanent Injunction, and Request for Disclosures* as **Exhibits 1 through 74**. The records attached hereto are the original or exact duplicates of the original.

2.     The records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth.

3.     The records were made by, or from information transmitted by, persons with knowledge of the matters set forth.

4.     The records were kept in the course of regularly conducted business activity.

5.     It is the regular practice of the business activity to make the records.

Signed this the 13th day of February 2025.

Signed by:
*Gerard R Williams III*
3DF85B3EDCCF465...

Signed: **GERARD WILLIAMS III**

EXH. D_090

CAUSE NO. 1242113

| GERARD RICHARD WILLIAMS III | § | IN THE COUNTY CIVIL COURT |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | AT LAW NO. 1 |
| | § | |
| DAI DUONG PHAM (A/K/A DEREK PHAM), | § | |
| THU THUONG DOAN, TU NGUYEN, | § | |
| (A/K/A THANH TU NGUYEN) and NHU TA, | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S VERIFIED SECOND AMENDED PETITION
## EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1. | Still image from Exhibit 1 video |
| 1a. | Still image from Exhibit 1 video |
| 2. | CD signed by Đàm Vĩnh Hưng's for his "brother," with the note, "My best friend." |
| 3. | Video on December 13, 2024 - Độc quyền: Đàm Vĩnh Hưng, Gerard và Mộng Linh trước khi rạn nứt tình bạn<br><br>https://www.youtube.com/watch?v=KTHhd_kWwkk |
| 4. | Video on December 8, 2024 - Lawyer: Gerard Williams's Counter-Suing Đàm Vĩnh Hưng Is A Waste of Time" \| Perspective by Nguyễn Hoàng Duyên<br><br>https://www.youtube.com/watch?v=uGrYGKy-9C0 |
| 5. | Video on December 22, 2024 - Đàm Vĩnh Hưng Encounters A 'Die-Hard Fan' After The Lawsuit Is "Revived."<br><br>https://www.youtube.com/watch?v=_41dhzoSWgs |
| 6. | Video on December 23, 2024 - Đàm Vĩnh Hưng's Close Friend Compares Nguyễn Phương Hằng's 'Move' To That Of An American Tycoon [Gerard Williams].<br><br>https://www.youtube.com/watch?v=j0BbOrNC3kc |
| 7. | Video on December 23, 2024 - Evidence of Dũng Taylor saying "Yellow skin, black hair should not mess with white Americans" \| #NoRacism<br><br>https://www.youtube.com/watch?v=CChDF-cqkJA |

| 8. | Video on December 11, 2024 - The Đàm Vĩnh Hưng Lawsuit: Audiences Scrutinize Singer Bích Tuyền's [Gerard Williams's Wife]'s Words And Actions. |
| | https://www.youtube.com/watch?v=X2sX5y3SV0g |
| 9. | Video on December 12, 2024 - LIVE: Leaked clip of Gerard nearly falling into a fountain with Đàm Vĩnh Hưng. |
| | https://www.youtube.com/watch?v=2634Z-4DRo4 |
| 10. | Video on December 15, 2024 - Without The Yellow Flag, Đàm Vĩnh Hưng Still Managed to Overwhelm American Security Guards. |
| | https://www.youtube.com/watch?v=SADpMz8rgJg |
| 11. | Video on December 16, 2024 - Shocking! Đàm Vĩnh Hưng's Lawsuit Has Been "Revived." |
| | https://www.youtube.com/watch?v=ATzeFMh-8KM |
| 12. | Video on December 24, 2024 - We Cannot Let Dũng Taylor Trample On The Vietnamese People | #NoRacism |
| | https://www.youtube.com/watch?v=_DBxnfdA-fs |
| 13. | Video on December 25, 2024 - Dũng Taylor Criticized By Show Promoter Liên For Trampling On The Vietnamese People | #NoRacism |
| | https://www.youtube.com/watch?v=eAybVKpLZUo |
| 14. | Video on December 26, 2024 - Dũng Taylor "Harmed" Gerard [Williams]. Is it really over? |
| | https://www.youtube.com/watch?v=SS49qoSbN4Q |
| 15. | Video on December 27, 2024 - Đàm Vĩnh Hưng Speaks Out: "A Good Movie Must Be Watched From The Beginning!" |
| | https://www.youtube.com/watch?v=dnC1aIAQnnw |
| 16. | Video on December 28, 2024 - Regarding The Đàm Vĩnh Hưng Case, An Interview With An Insurance Expert. |
| | https://www.youtube.com/watch?v=MhleGsLpU5Q |
| 17. | Video on December 30, 2024 - Revealed: Đàm Vĩnh Hưng Is About To Be Sabotaged. |
| | https://www.youtube.com/watch?v=sZ7O9e5LewM |
| 18. | Video on December 31, 2024 - Tycoon Gerard [Williams] Sues The Owner of Nửa Vòng Trái Đất TV: Derek Phạm Will Continue To Defend The Truth. |
| | https://www.youtube.com/watch?v=LzRlysUFiN4 |
| 19. | Video on January 1, 2025 - Big Reveal! Who Owns The House Where Đàm Vĩnh Hưng Fell And Broke His Leg? |
| | https://www.youtube.com/watch?v=HAHMW5G7PuM |

4917-3159-8618.1

EXH. D_092

| 20. | Video on January 2, 2025 - Disaster The fountain was built without a permit. Is Đàm Vĩnh Hưng leading 1-0?<br><br>https://www.youtube.com/watch?v=dbxYPp-g07o |
|---|---|
| 21. | Video on January 3, 2025 - Đàm Vĩnh Hưng "Strikes Back"With A Shocking Revelation.<br><br>https://www.youtube.com/watch?v=IObFRpla6gQ |
| 22. | Video on January 4, 2025 - Oh My! The Architect "Concludes" That Đàm Vĩnh Hưng Will Win. Why?<br><br>https://www.youtube.com/watch?v=AbeCfmoX7fo |
| 23. | Video on January 6, 2025 - Big News! Gerard Withdraws His Countersuit Against Đàm Vĩnh Hưng After The Court Merges The Two Cases Into One.<br><br>https://www.youtube.com/watch?v=JbNVC9MALl0 |
| 24. | Video on January 7, 2025 - Dũng Taylor is "humiliated" as Gerard's request is rejected by the court on January 7.<br><br>https://www.youtube.com/watch?v=1y0_4eZ0PpY&t |
| 25. | Video on January 10, 2025 - The Mr. Đàm Case: After the 'failure' on January 7, is the American tycoon trying to 'buy time'???<br><br>https://www.youtube.com/watch?v=TFYI2Zb04rY |
| 26. | Video on January 12, 2025 - Evidence of Dũng Taylor lying and maliciously targeting Đàm Vĩnh Hưng from the very beginning.<br><br>https://www.youtube.com/watch?v=Jddv6B5k_Is |
| 27. | Comments to Defendant Pham's Dec 31, 2025 Live Stream and January 3, 2025 Live Stream |
| 28. | Defendant Ta's comments to Defendant Pham and Defendant Thu Thuong Doan's Facebook Post on or about November 23, 2024 |
| 29. | https://www.youtube.com/watch?v=Iob2Q1PZ3d0 |
| 30. | On December 11, 2024, Defendant Thu Thuong Doan appeared on a YouTube video unequivocally admitting her very close relationship with Dam Vinh Hung and that she was a key person advising him to dismiss the premise liability lawsuit against Gerard Williams. (See Exhibit 2.)<br><br>https://www.youtube.com/watch?v=Iob2Q1PZ3d0 |
| 31. | Dec 29, 2024: The Story of a Tycoon Who Spent $300,000 to Supposedly Support and Sponsor His Friend<br><br>https://www.facebook.com/permalink.php?story_fbid=561794320088829&id=100087747975518 |

4917-3159-8618.1

EXH. D_093

| 32. | Dec 29, 2024 |
| --- | --- |
| |  |
| | Tuong Vy Hoang: 1 [one] filthy, despicable rich from Husband and wife "living like hypocrites" Very treacherous. You write so well Doan Thu Thuong! |
| | Doan Thu Huong: "Thank you Tuong Vy Hoang." |
| 33. | Interacting Chats and Comments on Thu Thuong Doan's Facebook Post - Libelous Statements directly published on her Facebook Account by Defendant Doan |
| 34. | Video on Dec 2, 2024 - Through the Lawsuit Between Mr. Đàm [Vinh Hung] and the Billionaire, What Do We See...? |
| | https://www.youtube.com/watch?v=GSY_euFA_uA |
| 35. | Video on Dec 4, 2024 - Why Did Mr. Đàm Withdraw the Lawsuit? |
| | https://www.youtube.com/watch?v=fN09j4cLTp0 |
| 36. | Video on Dec 9, 2024 - Questions for Mr. Gerard Williams Regarding the Lawsuit with Đàm Vĩnh Hưng. |
| | https://www.youtube.com/watch?v=iuKv-pmI2Ys |
| 37. | Video on Dec 11, 2024 - The Hidden Truths Behind Half the Story: What Is Mr. Đàm's Side? |
| | https://www.youtube.com/watch?v=CC_n7JAjhVU |
| 38. | Video on Dec 13, 2024 - 35 Pages of Billionaire Williams' Lawsuit Against Đàm Vĩnh Hưng. |
| | https://www.youtube.com/watch?v=kgUvWmvz9hY |
| 39. | Video on Dec 16, 2024 - The Story of Đàm Vĩnh Hưng: The Curtain Is Gradually Being Lifted. |
| | https://www.youtube.com/watch?v=eHHm-gyggfY |
| 40. | Video on Dec 17, 2024 - The Court Has Rejected Đàm Vĩnh Hưng's Request to Withdraw the Lawsuit. |
| | https://www.youtube.com/watch?v=Yo0QChwXN-k |

4917-3159-8618.1

EXH. D_094

| 41. | Video on Dec 20, 2024 - Is Thu Thương Being Sued by the American Billionaire Couple?<br><br>https://www.youtube.com/watch?v=DEz8HxPcwWs |
| --- | --- |
| 42. | Video on Dec 21, 2024 - Have Đàm Vĩnh Hưng's Messages with Tuyền Amazon Been Leaked?<br><br>https://www.youtube.com/watch?v=emFHZOdL5xU |
| 43. | Video on Dec 27, 2024 - Did Mr. Đàm Send Messages to the Billionaire Couple Asking for Money...?<br><br>https://www.youtube.com/watch?v=jKmPN-zBx0s |
| 44. | Video on Dec 28, 2024 - Exposing a Major Truth About Social Media: The Tricks to Frame Mr. Đàm.<br><br>https://www.youtube.com/watch?v=sDzG670_qpo |
| 45. | Video on Jan 3, 2025 - Is the Wealthy Businessman Suing Thu Thương?<br><br>https://www.youtube.com/watch?v=ug8059KoeOM |
| 46. | Video on Jan 6, 2025 - Summarizing Mr. Đàm's Story?<br><br>https://www.youtube.com/watch?v=ut3ghX31ygk |
| 47. | Video on Jan 8, 2025 - Why Did the Billionaire Couple Withdraw the Lawsuit?<br><br>https://www.youtube.com/watch?v=XrzXVODPB_Y |
| 48. | Video on Jan 11, 2025 - Let's continue the story of Mr. Đàm<br><br>https://www.youtube.com/watch?v=1W5QK_8orTE |
| 49. | Video on Jan 16, 2025 (After Defendant Thu Thuong received the Application for Temporary Injunction) - The Wife of The Tycoon Meets Lao Động Newspaper and Says What...?<br><br>https://www.youtube.com/watch?v=bIIapGlsY64https://www.youtube.com/watch?v=bIIapGlsY64 |
| 50. | Video January 1, 2025 Big Reveal! Who Owns The House Where Đàm Vĩnh Hưng Fell And Broke His Leg?<br><br>https://www.youtube.com/watch?v=HAHMW5G7PuM |
| 51. | Will be supplemented |
| 52. | Will be supplemented |
| 53. | Will be supplemented |
| 54. | December 17, 2024, at 09:41 PM        voicemail-12914084800.m4a |
| 55. | December 17, 2024, at 09:55 PM        voicemail-12912875840.m4a |
| 56. | December 17, 2024, at 10:05 PM        voicemail-12913178816.m4a |

5

EXH. D_095

| 57. | December 17, 2024, at 10:19 PM | voicemail-12913474656.m4a |
| 58. | December 17, 2024, at 10:25 PM | voicemail-12914084448.m4a |
| 59. | December 17, 2024, at 10:29 PM | voicemail-12913233440.m4a |
| 60. | December 17, 2024, at 10:34 PM | voicemail-12913021472.m4a |
| 61. | December 17, 2024, at 10:40 PM | voicemail-12913276000.m4a |
| 62. | December 17, 2024, at 10:46 PM | voicemail-12913211744.m4a |
| 63. | December 17, 2024, at 11:24 PM | voicemail-12913076576.m4a |
| 64. | December 17, 2024, at 11:30 PM | voicemail-12913246016.m4a |
| 65. | December 17, 2024, at 11:48 PM | voicemail-12913082144.m4a |
| 66. | December 18, 2024, at 12:08 AM | voicemail-12913210144.m4a |
| 67. | December 18, 2024, at 12:12 AM | voicemail-12912986496.m4a |
| 68. | December 18, 2024, at 12:12 AM | voicemail-12913176288.m4a |
| 69. | December 18, 2024, at 12:27 AM | voicemail-12887348192.m4a |
| 70. | December 18, 2024, at 01:18 AM | voicemail-12887356992.m4a |
| 71. | December 28, 2024, at 11:41 PM | voicemail-12887740704.m4a |
| 72. | December 28, 2024, at 11:43 PM | voicemail-12887851552.m4a |
| 73. | December 28, 2024, at 11:46 PM | voicemail-12888381376.m4a |
| 74. | December 28, 2024, at 11:49 PM | voicemail-12888279168.m4a |

4917-3159-8618.1

EXH. D_096

## APPENDIX B

### (attached to the Second Amended Petition)

### A.   YOUTUBERS, AND FACEBOOK POSTERS ARE NOT ABOVE THE LAW

**Point 1:** In the United States, a YouTuber (also known as a content creator) or Facebook Posters can be held liable for defamation if he or she actively *encourages, participates in, or endorses defamatory statements made by a guest speaker or a viewer during a livestream.* Endorsement in this context means The YouTuber does not immediately fact-check or take action to stop the guest speaker or viewers from making such defamatory statements. As a well-known podcast expert explained, "After all, it is the YouTuber's video content, his recording, and his publishing. He should expect lability." [1]

1. In *Robertson v. Upchurch*, 3:23-cv-00770, (M.D. Tenn. 2024), a defamation claim was allowed to proceed against YouTuber Ryan Upchurch, who made statements denying the circumstances of a young woman's death. Upchurch argued that his statements were only opinions and protected by the First Amendment. Upchurch contended that the specific language and the context demonstrated that the statements were opinions.[2] Taking the

---

[1] For instance, when a YouTuber allowed his guest speaker to assert on his channel that a statement like: "*I am telling you, Bich Tuyen is worse than a 'prostitute,*'" and "*Gerard is crueller and more inhuman than a communist or Hitler,*" it does not absolve the YouTuber from defamation liability if he does not fact-check or stop such statement. Such statements, even when prefaced by the speaker or viewer with phrases like "it is only my opinion," are delivered with a tone of absolute certainty and are objectively capable of being proven false. Consequently, these remarks constitute slander *per se*. As such, the YouTuber may be held liable for the defamatory statements made by his guest, because as a well-known podcast expert explained, "After all, it is the YouTuber's video content, his recording, and his publishing. He should expect lability."

Be aware that simply adding the words "in my opinion" to the beginning of a sentence will not necessarily help a YouTuber. For example, if his viewer said: "In my opinion, Mayor Jones is taking bribes from local developers," the YouTuber could be liable for defamation, unless the statement is true. In addition, if the opinion implies the existence of facts that can be proven true or false, then it is a statement of fact and not opinion for legal purposes, and the YouTuber could be held liable for publishing it if the underlying facts turn out to be false.

[2] In response, Plaintiffs argued that YouTuber Upchurch's statements may be proven false by objective evidence. In support of this argument, Plaintiffs point to Upchurch's statement that "*I would not say this unless I was 100% confident. Kiley Rodni is not real. Her grandfather is not real. Her dad is not real. Her mom is not real…All the*

allegations in the First Amended Complaint as true, the Court found that Upchurch's statements **were expressed in terms of absolute certainty and are objectively capable of being proven false**. And therefore, they were not opinions.

2. In *Cardi B v. Tasha K* (2022),[3] rapper Cardi B brought a defamation lawsuit against YouTuber Tasha K, alleging that Tasha K, through her videos and interacting chats with her viewers, falsely claimed, *among other accusations*, that Cardi B was a prostitute. Cardi B contended that these statements were part of a "malicious" campaign intended to "damage and destroy" her reputation. The United States District Court for the Northern District of Georgia agreed and ruled in Cardi B's favor, awarding a judgment of $4 million in damages against Tasha K. This YouTuber appealed the decision, arguing that the evidence did not demonstrate the "actual malice" standard required to establish defamation of a public figure. The appellate court upheld the lower court's ruling, rejecting the YouTuber's arguments.

3. In *Dalas Review Case* (2025), Spanish YouTuber Daniel Santomé, known as Dalas Review, was convicted for insulting his ex-father-in-law in multiple videos, calling him a "maltratador" (abuser) among other derogatory terms. The court ordered Dalas to pay damages and to read the court's decision on his channel weekly.[4]

---

*pictures and videos you're seeing of this Kiely Rodni person are actual pictures and videos from someone else named Callie, that are five to seven years old... I'm about to post the proof and show you guys."* Plaintiffs also contend that Upchurch represented that Kiely Rodni's death was a scam to make money via the related GoFundMe website set up for her family. Likewise, on January 1,2025,Youtuber Derek Pham called Plaintiff Gerard William "a liar." This statement may be proven false by objective evidence; therefore, it is not an opinion, but an assertion of facts.

[3] https://www.documentcloud.org/documents/21186333-cardi-b-complaint/
[4] The judge declared YouTuber Daniel Santomé guilty of defaming his ex-girlfriend's father and issued a punishment unheard of until now. The Judge ordered this YouTuber to read his sentence weekly on his channel for a month. Dalas Review/ Daniel Santomé will also have to pay his former partner's father damages.
The peculiar sentence was the latest development in the public fight between Dalas Review, legal name Daniel Santomé, and his ex-girlfriend, the streamer Miare's Project, legal name María Rubio. According to Spanish outlet elDiario, which first reported on the sentence, Santomé had taken aim at Rubio's father in the couple's spat,

To establish an internet defamation claim in Texas, the plaintiff must typically prove the

following elements:

  a. **A false statement was made:** The statement must be objectively false.

  b. **The statement was published or spoken to a third party:** Sharing the statement with

  viewers or repeating a false statement during a livestream fulfills this criterion.

  c. **The statement caused injury:** This includes harm to reputation, emotional distress, or

  other tangible damages.

  d. **The statement was made without adequate research into its truthfulness:** This

  may involve negligence or actual malice, depending on whether the plaintiff is a public or

  private figure.

---

calling the man an "**abuser**," "**an aggressor that's full of shit**," and a "**sick coward who's messed up in the head**"
on his YouTube channel. Reviewing Derek Pham's and Thu Thuong Doan's YouTube channels and Facebook posts,
the Court can observe that the comments and/or endorses made by the YouTubers in these cases pale in comparison
to the slanderous and libelous statements directed at the Plaintiff and his wife. Gerard and his wife were subjected to
being called terms such as "scammer," "cheater," "odorous prostitute," "hypocrites," "midget," "liar," "insurance
fraudsters," "uneducated," and "abuser."

In total, Santomé published nine videos insulting Rubio's father, whose name has not been revealed in local reports.
Santomé was and is an established voice in the Spanish streaming scene and has been active for more than a decade.
He has more than 10 million followers on YouTube. Santomé's prominence in the streaming world played a role in
the judge's decision, elDiario reported. The judge stated that, because Santomé had "social relevance" and was
followed by "thousands of adolescents," his insults take on a degree of importance. The judge also disagreed that the
YouTuber's comments were protected freedom of speech.

"[It's] hard to believe that anyone with an average level of intelligence could think that by using freedom of speech
as an excuse they could say all of these insults, which are recognized as insults by the RAE [Royal Spanish
Academy, the language's governing body], freely on social media and believe that the target won't feel attacked and
that the system won't respond," the judge wrote.

Besides reading his sentence and paying damages, the judge ordered Santomé to delete the nine videos where he
insults his ex-girlfriend's father. In addition, the judge specifically highlighted the YouTuber's statement that
Rubio's father was an "abuser" and said such false accusations can't be made today, especially considering the
government's efforts to stop violence against women.

Rubio, for her part, celebrated the judge's sentence. "We won another one," she said on Twitter. "To all the
[content] creators who have received insults and been harassed by this person or other toxic people, I want to say:
**It's time to stop putting your head down and being scared of them, damn it. Be brave like my family has
been. And you're welcome for paving the way.**"

4906-8695-6570.1

If a YouTuber encourages a speaker or viewers, or actively participates during a livestream in making defamatory statements, they may be considered a co-publisher of the content. YouTubers should, therefore, exercise caution during livestreams, ensuring *they neither engage in nor promote defamatory statements made by guests or viewers*. Active participation or endorsement of such content can lead to significant legal liability for defamation.YouTubers should exercise caution during livestreams, ensuring they do not engage in or promote defamatory statements made by guests or viewers. Active participation or endorsement of such content can result in legal liability for defamation.

**The *Actual Malice* Standard Established in *New York Times Co. V. Sullivan*, 376 U.S. 254.**

**B.**   **Public and Private Figures**

Texas law defines when a plaintiff is a public official, all-purpose public figure, and limited-purpose public figure in more-or-less the way described in the general Actual Malice and Negligence section. Some examples of individuals deemed to be public officials or all-purpose public figures by Texas courts include:

- law enforcement officers including a county sheriff, a deputy sheriff, and an undercover narcotics agent with the Texas Department of Public Safety;

- a Texas Child Protective Services specialist in charge of investigating cases of alleged child abuse and neglect and providing services for the children involved;

- an assistant regional administrator of a branch office of the United States Securities and Exchange Commission; and

- a court-appointed child psychologist in a child custody case who had the authority to determine visitation rights.

Some examples of individuals deemed to be limited-purpose public figures by Texas courts include:

EXH. D_100

- a candidate for city counsel, because he thrust himself into the middle of a public controversy;

- a former special counsel for a court of inquiry investigating alleged irregularities in county fund management;

- a zoologist who actively participated in a controversy involving his work with <u>kinkajous</u> by appearing on television, giving interviews to magazines, and orchestrating a letter-writing campaign;

- a broadcast news reporter who hosted a segment that regularly appeared on television;

- an abortion clinic protester who regularly appeared on a public street near the entrance to the clinic;

- a group of hackers called Legion of Doom who sought publicity in a controversy over computer security.

## C.   **Actual Malice and Negligence**

**Public Figures**

There are two types of "public figures" recognized under defamation law: "all-purpose" public figures and "limited-purpose" public figures.

All-purpose public figures are private individuals who occupy "positions of such persuasive power and influence that they are deemed public figures for all purposes. . . . They invite attention and comment." *Gertz v. Robert Welch, Inc.*, 418 U.S. 323, 345 (1972). For these individuals, the actual malice standard extends to virtually all aspects of their lives.

This category includes movie stars, elite professional athletes, and the heads of major corporations. Tom Cruise is one; that character actor we recognize instantly but can't quite name is probably not an all-purpose public figure.

4906-8695-6570.1

As with public officials, the passage of time does not cause this class of individuals to lose their public figure status as long as the original source of their fame is of continued interest to the public.

**Limited-Purpose Public Figures**

The second category of public figures is called "limited-purpose" public figures. These are individuals who "have thrust themselves to the forefront of particular controversies in order to influence the resolution of the issues involved." *Gertz v. Robert Welch Inc.*, 418 U.S. 323 (U.S. 1974). They are the individuals who deliberately shape debate on particular public issues, especially those who use the media to influence that debate.

This category also includes individuals who have distinguished themselves in a particular field, making them "public figures" regarding only those specific activities. These limited-purpose public figures are not the Kobe Bryants, who are regarded as all-purpose public figures, but rather the journeymen basketball players of the league.

For limited-purpose public figures, the actual malice standard extends only as far as defamatory statements involve matters related to the topics about which they are considered public figures. To return to our basketball example, the actual malice standard would extend to statements involving the player's basketball career; however, it would not extend to the details of his marriage.

As regards figures who become prominent through involvement in a current controversy, the law is unfortunately rather murky. In general, emphasis is placed not on whether the controversy is a subject of public interest, but rather:

- **The depth of the person's participation in the controversy.**

EXH. D_102

- **The amount of freedom he or she has in choosing to engage in the controversy in the first place (*e.g.*, if they were forced into the public light).**
**See *Wolston v. Reader's Digest Association*, 443 U.S. 157 (1979).**

> We do not agree with respondents and the lower courts that petitioner can be classed as such a limited purpose public figure. First, the undisputed facts do not justify the conclusion of the District Court and Court of Appeals that petitioner **"voluntarily thrust" or "injected" himself into the forefront of the public** controversy surrounding the investigation of Soviet espionage in the United States. *See Time, Inc. v. Firestone, supra,* at 453-454; *Gertz* v. *Robert Welch, Inc., supra,* at 352; *Curtis Publishing Co.* v. *Butts, supra,* at 155 (plurality opinion). It would be more accurate to say that petitioner was dragged unwillingly into the controversy.

- **Whether Plaintiff has taken advantage of the media to advocate his cause.**
**See *Time, Inc. v. Firestone*, 424 U.S. 448 (U.S. 1976).**

- In Ms. Firestone's case, the Court held that she was a private figure because she did not occupy a position of "pervasive power and influence" in Palm Beach society nor had she voluntarily thrust herself into the controversy. Filing a divorce suit, noted Justice Rehnquist, was mandated by state law.

Courts have found the following individuals to be limited-purpose public figures:

- A retired general who advocated on national security issues. *See Secord v. Cockburn*, 747 F.Supp. 779 (1990).

- A scientist who was prominent and outspoken in his opposition to nuclear tests. *See Pauling v. Globe-Democrat Publishing Co.*, 362 F.2d 188 (1966).
- A nationally-known college football coach accused of fixing a football game. *See Curtis Publishing Co. v. Butts*, 388 U.S. 130 (1967).
- A professional belly dancer for a matter related to her performance. *See James v. Gannet Co.*, 40 N.Y.2d 415 (1976).
- A Playboy Playmate for purpose of a parody. *See Vitale v. National Lampoon, Inc.*, 449 F. Supp 442 (1978).

Courts have found the following individuals not to be limited-purpose public figures (and

therefore private figures):

- A well-known lawyer and civic leader engaged in a very public trial involving police brutality. *See Gertz v. Robert Welch Inc.*, 418 U.S. 323 (1972).
- A socialite going through a divorce **who both collected press clippings on herself and held press conferences regarding the divorce**. See *Time, Inc. v. Firestone*, 424 U.S. 448 (U.S. 1976).

4906-8695-6570.1

- A Penthouse Pet for purposes of parody. *See Pring v. Penthouse Int'l Ltd.*, 695 F.2d 438 (1982).

**Evaluating Public Officials, Public Figures, and Limited-Purpose Public Figures**

A public official is a person who holds a position of authority in the government and would be of interest to the public even if the controversy in question had not occurred.

- The actual malice standard extends to statements touching on virtually any aspect of the public official's life.
- Even after passage of time or leaving office, public officials must still meet the actual malice standard because the public has a continued interest in the misdeeds of its leaders.
- 

**All-purpose public figures** are those whose fame reaches widely and pervasively throughout society.

- The actual malice standard extends to statements involving virtually any aspect of their private lives.
- Passage of time does not affect their status as public figures as long as the source of their fame is of continued interest to the public.

A **limited-purpose public figure** is either:

1. One who voluntarily becomes a key figure in a particular controversy, **or**
2. One who has gained prominence in a particular, limited field, but whose celebrity has not reached an all-encompassing level.

- The actual malice standard applies only to subject matter related to the controversy in question or to the field in which the individual is prominent, not to the person's entire life.
- 

In Texas defamation law, individuals who voluntarily become key figures in particular controversies are often classified as **limited-purpose public figures**. This classification affects the burden of proof required in defamation cases. Specifically, limited-purpose public figures must demonstrate that the defamatory statements were made with actual malice, meaning the defendant knew the statement was false or acted with reckless disregard for its truth.

4906-8695-6570.1

EXH. D_104

The Texas Supreme Court, in *WFAA-TV, Inc. v. McLemore*, adopted a three-part test to

determine whether an individual qualifies as a limited-purpose public figure:

> **Public Controversy**: The controversy must be public, contrary to the instant case, the personal injury case is not a matter of public concern, in the sense that people are discussing it and it impacts individuals beyond the immediate participants.
>
> **Plaintiff's Role**: The plaintiff must have more than a trivial or tangential role in the controversy.
>
> **Relevance of Alleged Defamation**: The alleged defamation must be germane to the plaintiff's participation in the controversy. All of the alleged defamation has nothing to do with the plaintiff's participation in the controversy, if any.
>
> This framework ensures that individuals who inject themselves into public debates cannot claim the same protections as private individuals when it comes to defamation. By requiring proof of actual malice, the law balances protecting individuals' reputations with upholding freedom of speech, especially on matters of public concern.
>
> Understanding this distinction is crucial for both plaintiffs and defendants in defamation cases, as it influences the level of proof required and the potential defenses available.
>
> WFAA-TV, Inc. v. McLemore
>
> **Facts**
>
> John McLemore, a reporter, and his cameraman were the only media representatives present during the 1993 ATF raid on the Branch Davidian compound in Waco, Texas. Following the raid, media reports questioned the role of the local media in the raid's failure, including allegations that the media had prior knowledge of the raid and may have inadvertently tipped off the Branch Davidians.
>
> WFAA-TV reported on these allegations, suggesting McLemore's possible                              involvement. McLemore sued WFAA-TV for defamation, claiming the reports damaged his reputation.
>
> **Issue**

EXH. D_105

The main issue is whether McLemore, by participating in the media coverage of the ATF raid, became a public figure for the purposes of defamation law, which would require him to prove actual malice in the defamation claim against WFAA-TV.

**Holding**

The Texas Supreme Court held that McLemore was a limited-purpose public figure regarding the controversy surrounding the failed ATF raid. Consequently, McLemore needed to prove that WFAA-TV acted with actual malice. The court concluded McLemore did not meet this burden and rendered judgment in favor of WFAA-TV, meaning McLemore would take nothing from his claims.

**Reasoning**

The court determined that McLemore had become a limited-purpose public figure based on several factors: The controversy over the ATF raid and the media's role in it was a significant public issue discussed by many, including on national platforms.

McLemore had more than a trivial or tangential role in this controversy as he was physically present during the raid, reported live, and engaged actively with other media about his experiences. The defamatory statements were germane to McLemore's participation in the controversy since they pertained directly to his actions and role during the raid. Given these conditions, McLemore's involvement elevated him to a public figure status concerning this issue. The court applied the legal standard requiring public figures to prove actual malice in defamation cases — that WFAA-TV made defamatory statements with knowledge of their falsity or with reckless disregard for the truth. WFAA-TV provided evidence negating actual malice, showing the reports were based on informed sources and were believed to be accurate. McLemore did not sufficiently counter this evidence, leading to the court's decision in favor of WFAA-TV.

*See* this Chart of Public vs Private Individuals for additional examples.

Defining who is a public figure for purposes of First Amendment protections is a question of federal constitutional law, and therefore the federal courts say on the matter is decisive and binding on state courts. Accordingly, state courts *cannot* remove public-figure status from those

4906-8695-6570.1

who have been deemed public figures by the federal courts, but states *can* broaden the scope of the classification.

**Negligence Standard and Private Figures**

Those who are not classified as public figures are considered private figures. To support a claim for defamation, in most states a private figure need only show negligence by the publisher, a much lower standard than "actual malice." Some states, however, impose a higher standard on private figures, especially if the statement concerns a matter of public importance.

A plaintiff can establish negligence on the part of the defendant by showing that the defendant did not act with a reasonable level of care in publishing the statement at issue. This basically turns on whether the defendant did everything reasonably necessary to determine whether the statement was true, including the steps the defendant took in researching, editing, and fact checking his work. Some factors that the court might consider include:

- the amount of research undertaken prior to publication;

- the trustworthiness of sources;

- attempts to verify questionable statements or solicit opposing views; and

- whether the defendant followed other good journalistic practices.

EXH. D_107

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kathleen Nash on behalf of Tyler Doyle
Bar No. 24072075
knash@bakerlaw.com
Envelope ID: 97374414
Filing Code Description: Amended Petition
Filing Description: Second Amended Petition, Application for Temporary
Injunction, Perm Injunction and Request for Disclosures
Status as of 2/14/2025 10:16 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cactus JackCagle | | jack@judgecagle.com | 2/13/2025 8:46:38 PM | SENT |
| Courtney Cagle | | courtney@judgecagle.com | 2/13/2025 8:46:38 PM | SENT |
| Thu Thuong Doan | | thuthuong962@gmail.com | 2/13/2025 8:46:38 PM | SENT |
| Dai DuongPham | | nuavongtraidattv@gmail.com | 2/13/2025 8:46:38 PM | SENT |
| Nhu Ta | | tawendy@gmail.com | 2/13/2025 8:46:38 PM | SENT |
| Thu Thuong Doan | | doanthuthuong8@gmail.com | 2/13/2025 8:46:38 PM | SENT |
| Tyler G.Doyle | | tgdoyle@bakerlaw.com | 2/13/2025 8:46:38 PM | SENT |