# Exhibit "L"

Court of Appeal, Fourth Appellate District, Division Three
Brandon L. Henson, Clerk/Executive Officer
Electronically FILED on 8/7/2025 by Amy Garza, Deputy Clerk

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

GERARD RICHARD WILLIAMS III,

    Petitioner,

    v.

THE SUPERIOR COURT OF
ORANGE COUNTY,

    Respondent;

HUNG HUYNH,

    Real Party in Interest.

G065798

(Super. Ct. No. 30-2024-01436961)

O R D E R

THE COURT:*

    The petition for writ of mandate is DENIED.

MOTOIKE, ACTING P. J.

*  Before Motoike, Acting P. J., Delaney, J., and Scott, J.

# Exhibit "M"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Monday, August 11, 2025 2:31 PM |
| **To:** | 'Paul Philips'; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law) |
| **Cc:** | Tammy Tran; Jack Cagle; Lloyd Kelley; Vincent Lam; Molina, Marco |
| **Subject:** | RE: Huynh v. Williams (24013.001) |

Counsel – we would like to meet and confer with you regarding a possible motion for remand as required under the local rules.  We stilling reviewing your notice but we currently see two issues which require remand: 1) the notice of removal is well beyond the 30-day statutory period for removal; and 2) the removal violates the forum defendant rule (28 U.S.C.A. § 1441(b)(2).)

Please advise as to the legal basis for removing this matter after the 30-day period and why you believe the forum defendant rule does not apply to your client.

Brandon Q. Tran
Senior Counsel
***Dhillon Law Group Inc.***
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Thursday, August 7, 2025 11:10 PM
**To:** Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Huynh v. Williams (24013.001)

**External Email**

Counsel:

EXH. M_001

Please see the attached service copy of Defendant Gerard Williams III's Notice of Removal.  Please advise immediately if you have any difficulty opening the document.

Kind regards,

**PAUL N. PHILIPS, ESQ.**



**LAW OFFICES OF PAUL N. PHILIPS, APLC**
*www.pnplegal.com*
*Instagram @losangeleslitigator*
*#pnplegal*

9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Tel: (323) 813-1126
Fax: (310) 854-6902

CONFIDENTIAL COMMUNICATION:
The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone and return the message to the Law Offices of Paul N. Philips, A.P.L.C., 9440 Santa Monica, Suite 301, Beverly Hills, California 90210 and delete it from your system.

Circular 230 Disclosure. United States Treasury regulations effective June 21, 2005 require us to notify you that to the extent that this communication, or any of its attachments, contains or constitutes advice regarding any U.S. Federal tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. If you are not the original addressee of this communication, and if any tax advice in the communication or any of its attachments is being used to promote, market, or recommend any transaction or investment to you, the Treasury regulations require us to notify you that (1) the advice was written to support the promotion or marketing of the transaction or investment, and (2) you should seek advice from an independent tax advisor regarding the transaction or investment based on your particular circumstances.

EXH. M_002

# Exhibit "N"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Saturday, August 23, 2025 3:54 PM |
| **To:** | Paul Philips; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law) |
| **Cc:** | Tammy Tran; Jack Cagle; Lloyd Kelley; Vincent Lam; Molina, Marco |
| **Subject:** | RE: Huynh v. Williams (24013.001) |

Counsel:

This is my second attempt to meet and confer with you regarding our motion for remand.  To add to my prior points, I would like to also discuss why your client represented in the notice of removal that he is domiciled in Missouri when all the prior pleadings and declarations in numerous jurisdictions stated that he resides, works, and is domiciled in California.

Brandon Q. Tran
Senior Counsel
***Dhillon Law Group Inc.***
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Brandon Tran (Dhillon Law)
**Sent:** Monday, August 11, 2025 2:31 PM
**To:** 'Paul Philips' <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Counsel – we would like to meet and confer with you regarding a possible motion for remand as required under the local rules.  We stilling reviewing your notice but we currently see two issues which require remand: 1) the notice of removal is well beyond the 30-day statutory period for removal; and 2) the removal violates the forum defendant rule (28 U.S.C.A. § 1441(b)(2).)

Please advise as to the legal basis for removing this matter after the 30-day period and why you believe the forum defendant rule does not apply to your client.

EXH. N_001

Brandon Q. Tran
Senior Counsel
***Dhillon Law Group Inc.***
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Thursday, August 7, 2025 11:10 PM
**To:** Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Huynh v. Williams (24013.001)

**External Email**

Counsel:

Please see the attached service copy of Defendant Gerard Williams III's Notice of Removal.  Please advise immediately if you have any difficulty opening the document.

Kind regards,

**PAUL N. PHILIPS, ESQ.**



**LAW OFFICES OF PAUL N. PHILIPS, APLC**
*www.pnplegal.com*
*Instagram @losangeleslitigator*
*#pnplegal*

9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Tel: (323) 813-1126
Fax: (310) 854-6902

CONFIDENTIAL COMMUNICATION:
The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly

EXH. N_002

prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone and return the message to the Law Offices of Paul N. Philips, A.P.L.C., 9440 Santa Monica, Suite 301, Beverly Hills, California 90210 and delete it from your system**.**

Circular 230 Disclosure. United States Treasury regulations effective June 21, 2005 require us to notify you that to the extent that this communication, or any of its attachments, contains or constitutes advice regarding any U.S. Federal tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. If you are not the original addressee of this communication, and if any tax advice in the communication or any of its attachments is being used to promote, market, or recommend any transaction or investment to you, the Treasury regulations require us to notify you that (1) the advice was written to support the promotion or marketing of the transaction or investment, and (2) you should seek advice from an independent tax advisor regarding the transaction or investment based on your particular circumstances.

EXH. N_003

# Exhibit "O"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Wednesday, August 27, 2025 8:35 AM |
| **To:** | Paul Philips; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law) |
| **Cc:** | Tammy Tran; Jack Cagle; Lloyd Kelley; Vincent Lam; Molina, Marco |
| **Subject:** | RE: Huynh v. Williams (24013.001) |

Mr. Philips:

I just called your office and left a voicemail to discuss the removal and our potential motion for remand.  Please call me back at your earliest convenience.

Thank you.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Brandon Tran (Dhillon Law)
**Sent:** Saturday, August 23, 2025 3:54 PM
**To:** Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Counsel:

This is my second attempt to meet and confer with you regarding our motion for remand.  To add to my prior points, I would like to also discuss why your client represented in the notice of removal that he is domiciled in Missouri when all the prior pleadings and declarations in numerous jurisdictions stated that he resides, works, and is domiciled in California.

EXH. O_001

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Brandon Tran (Dhillon Law)
**Sent:** Monday, August 11, 2025 2:31 PM
**To:** 'Paul Philips' <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Counsel – we would like to meet and confer with you regarding a possible motion for remand as required under the local rules.  We stilling reviewing your notice but we currently see two issues which require remand: 1) the notice of removal is well beyond the 30-day statutory period for removal; and 2) the removal violates the forum defendant rule (28 U.S.C.A. § 1441(b)(2).)

Please advise as to the legal basis for removing this matter after the 30-day period and why you believe the forum defendant rule does not apply to your client.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

EXH. O_002

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Thursday, August 7, 2025 11:10 PM
**To:** Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Huynh v. Williams (24013.001)


**External Email**

Counsel:

Please see the attached service copy of Defendant Gerard Williams III's Notice of Removal.  Please advise immediately if you have any difficulty opening the document.

Kind regards,

**PAUL N. PHILIPS, ESQ.**



**LAW OFFICES OF PAUL N. PHILIPS, APLC**
*www.pnplegal.com*
*Instagram @losangeleslitigator*
*#pnplegal*

9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Tel: (323) 813-1126
Fax: (310) 854-6902

CONFIDENTIAL COMMUNICATION:
The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone and return the message to the Law Offices of Paul N. Philips, A.P.L.C., 9440 Santa Monica, Suite 301, Beverly Hills, California 90210 and delete it from your system.

Circular 230 Disclosure. United States Treasury regulations effective June 21, 2005 require us to notify you that to the extent that this communication, or any of its attachments, contains or constitutes advice regarding any U.S. Federal tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. If you are not the original addressee of this communication, and if any tax advice in the communication or any of its attachments is being used to promote, market, or recommend any transaction or investment to you, the Treasury regulations require us to notify you that (1) the advice was written to support the promotion or marketing of the transaction or investment, and (2) you should seek advice from an independent tax advisor regarding the transaction or investment based on your particular circumstances.

EXH. O_003

# Exhibit "P"

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **To:** | Tammy Tran; Paul Philips; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law) |
| **Cc:** | Jack Cagle; Lloyd Kelley; Molina, Marco |
| **Subject:** | RE: Huynh v. Williams (24013.001) |
| **Date:** | Wednesday, August 27, 2025 9:11:00 AM |
| **Attachments:** | image001.png |
| | image002.png |

Counsel:

I am sorry to hear that. I certainly do not want to bother Mr. Philips while he is dealing with his family matters. So can one of the other 5 or 6 law firms that are representing Mr. Williams give me a call so we can meet and confer about this?

Brandon Q. Tran
Senior Counsel
***Dhillon Law Group Inc.***
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



**This email may be privileged communication. If you received it in error, please destroy it and inform the sender.**

**From:** Tammy Tran <ttran@tt-lawfirm.com>
**Sent:** Wednesday, August 27, 2025 9:08 AM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)

**External Email**

Dear Esteemed Colleague:

Good morning. I hope this message finds you and your family in good health and spirits.

This is Minh-Tam (Tammy) Tran. Mr. Phillips has been away attending to family matters,
but he will certainly respond to you as soon as he has reliable access to the internet.

Wishing you and your family a blessed day.

Warm regards,

Tammy

**The Tammy Tran Law Firm,**
**Attorneys at Law, LLP**
4900 Fournace Place, Suite 418 (4th Floor)
Bellaire, Texas 77401
Tel: 713.655.0737
Cell: 832.372.4403
Fax: 713.655.0823
ttran@tt-lawfirm.com
www.tammytranlaw.net
26 years of serving and contributing to our community.


**NOTICE OF CHANGE OF OUR MAIN ADDRESS:**
The Tammy Tran Law Firm is now located in the building of The Texas Justice Center which
is located at 4900 Fournace Place Bellaire, Texas 77401.

We are so blessed and would be very honored to have you visit The Texas Justice Center and
our Office.

CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or
privileged. This email is intended to be reviewed by only the individual or organization named
above. If you are not the intended recipient or an authorized representative of the intended
recipient, you are hereby notified that any review, dissemination or copying of this email and
its attachments, if any, or the information contained herein is prohibited. If you have received
this email in error, please immediately notify the sender by return email and delete this email
from your system.

---

**From:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Sent:** Wednesday, August 27, 2025 10:34 AM
**To:** Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>;
Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley
<kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco
<mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Mr. Philips:

EXH. P_002

I just called your office and left a voicemail to discuss the removal and our potential motion for remand.  Please call me back at your earliest convenience.

Thank you.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



**This email may be privileged communication. If you received it in error, please destroy it and inform the sender.**

**From:** Brandon Tran (Dhillon Law)
**Sent:** Saturday, August 23, 2025 3:54 PM
**To:** Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Counsel:

This is my second attempt to meet and confer with you regarding our motion for remand.  To add to my prior points, I would like to also discuss why your client represented in the notice of removal that he is domiciled in Missouri when all the prior pleadings and declarations in numerous jurisdictions stated that he resides, works, and is domiciled in California.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building

4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



**This email may be privileged communication. If you received it in error, please destroy it and inform the sender.**

**From:** Brandon Tran (Dhillon Law)
**Sent:** Monday, August 11, 2025 2:31 PM
**To:** 'Paul Philips' <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Counsel – we would like to meet and confer with you regarding a possible motion for remand as required under the local rules.  We stilling reviewing your notice but we currently see two issues which require remand: 1) the notice of removal is well beyond the 30-day statutory period for removal; and 2) the removal violates the forum defendant rule (28 U.S.C.A. § 1441(b)(2).)

Please advise as to the legal basis for removing this matter after the 30-day period and why you believe the forum defendant rule does not apply to your client.

Brandon Q. Tran
Senior Counsel
***Dhillon Law Group Inc.***
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



**This email may be privileged communication. If you received it in error, please destroy it and inform the sender.**

---

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Thursday, August 7, 2025 11:10 PM
**To:** Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Huynh v. Williams (24013.001)

**External Email**

Counsel:

Please see the attached service copy of Defendant Gerard Williams III's Notice of Removal.  Please advise immediately if you have any difficulty opening the document.

Kind regards,

**PAUL N. PHILIPS, ESQ.**



**LAW OFFICES OF PAUL N. PHILIPS, APLC**

*www.pnplegal.com*

*Instagram @losangeleslitigator*

*#pnplegal*

9440 Santa Monica Boulevard, Suite 301

Beverly Hills, California 90210

Tel: (323) 813-1126

Fax: (310) 854-6902

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone and return the message to the Law Offices of Paul N. Philips, A.P.L.C., 9440 Santa Monica, Suite 301, Beverly Hills, California 90210 and delete it from your system.


Circular 230 Disclosure. United States Treasury regulations effective June 21, 2005 require us to notify you that to the extent that this communication, or any of its attachments, contains or constitutes advice regarding any U.S. Federal tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. If you are not the original addressee of this communication, and if any tax advice in the communication or any of its attachments is being used to promote, market, or recommend any transaction or investment to you, the Treasury regulations require us to notify you that (1) the advice was written to support the promotion or marketing of the transaction or investment, and (2) you should seek advice from an independent tax advisor regarding the transaction or investment based on your particular circumstances.

# Exhibit "Q"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Wednesday, August 27, 2025 2:54 PM |
| **To:** | kelley@lloydekelley.com; 'Tammy Tran'; 'Paul Philips'; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law); kimberly@lloydekelley.com |
| **Cc:** | 'Jack Cagle'; 'Molina, Marco' |
| **Subject:** | RE: Huynh v. Williams (24013.001) |

Counsel:

I did not attach any documents to my prior emails.  The meet and confer is based on my prior emails.  My first email stated the following:

Counsel – we would like to meet and confer with you regarding a possible motion for remand as required under the local rules.  We stilling reviewing your notice but we currently see two issues which require remand: 1) the notice of removal is well beyond the 30-day statutory period for removal; and 2) the removal violates the forum defendant rule (28 U.S.C.A. § 1441(b)(2).)

Please advise as to the legal basis for removing this matter after the 30-day period and why you believe the forum defendant rule does not apply to your client.

In my next email, I stated the following:

Counsel:

This is my second attempt to meet and confer with you regarding our motion for remand.  To add to my prior points, I would like to also discuss why your client represented in the notice of removal that he is domiciled in Missouri when all the prior pleadings and declarations in numerous jurisdictions stated that he resides, works, and is domiciled in California.

Those are the issues I wanted to meet and confer about for my motion for remand.

Brandon Q. Tran
Senior Counsel
**Dhillon Law Group Inc.**
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



EXH. Q_001

This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** kelley@lloydekelley.com <kelley@lloydekelley.com>
**Sent:** Wednesday, August 27, 2025 2:50 PM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; 'Tammy Tran' <ttran@tt-lawfirm.com>; 'Paul Philips' <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com
**Cc:** 'Jack Cagle' <jack@judgecagle.com>; 'Molina, Marco' <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)


**External Email**

Mr. Tran,
I don't want you to think I am ignoring you but I am sure you would agree that authority and jurisdiction are similar concepts. As I am not counsel in the federal cases and as such I have no authority to make agreements or other commitments in those matters. However, since you sent your correspondence to me, I am happy to facilitate any discussion and see if I can be of service.  With that understanding, can you send me a copy of the pleadings your previous emails cryptically referenced?  Depending on the volume, it should not take me long to review and then we can have a call that same day.

Does that work for you?

---

**From:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Sent:** Wednesday, August 27, 2025 2:46 PM
**To:** Tammy Tran <ttran@tt-lawfirm.com>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; Lloyd Kelley <kelley@lloydekelley.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Mr. Kelley,

Please allow this email to confirm that I just called but your line does not allow me to leave a voicemail.   Please call me back today so that we can discuss the removal issue.

Thank you.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com

EXH. Q_002



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Brandon Tran (Dhillon Law)
**Sent:** Wednesday, August 27, 2025 12:41 PM
**To:** Tammy Tran <ttran@tt-lawfirm.com>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Thank you.  I will reach out to Mr. Kelley.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Tammy Tran <ttran@tt-lawfirm.com>
**Sent:** Wednesday, August 27, 2025 12:34 PM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)

**External Email**

Dear Esteemed Attorney Tran:

EXH. Q_003

We have coordinated with Mr. Lloyd Kelley to contact you directly. Thank you very much for your kind patience and understanding.

Warmest regards,

**Tammy Tran**
**The Tammy Tran Law Firm,**
**Attorneys at Law, LLP**
4900 Fournace Place, Suite 418 (4th Floor)
Bellaire, Texas 77401
Tel: 713.655.0737
Cell: 832.372.4403
Fax: 713.655.0823
ttran@tt-lawfirm.com
www.tammytranlaw.net
26 years of serving and contributing to our community.

**NOTICE OF CHANGE OF OUR MAIN ADDRESS:**
The Tammy Tran Law Firm is now located in the building of The Texas Justice Center which is located at 4900 Fournace Place Bellaire, Texas 77401.

We are so blessed and would be very honored to have you visit The Texas Justice Center and our Office.

CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

---

**From:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Sent:** Wednesday, August 27, 2025 11:11 AM
**To:** Tammy Tran <ttran@tt-lawfirm.com>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Counsel:

I am sorry to hear that. I certainly do not want to bother Mr. Philips while he is dealing with his family matters. So can one of the other 5 or 6 law firms that are representing Mr. Williams give me a call so we can meet and confer about this?

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968

EXH. Q_004

Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Tammy Tran <ttran@tt-lawfirm.com>
**Sent:** Wednesday, August 27, 2025 9:08 AM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)


**External Email**

Dear Esteemed Colleague:

Good morning. I hope this message finds you and your family in good health and spirits.

This is Minh-Tam (Tammy) Tran. Mr. Phillips has been away attending to family matters, but he will certainly respond to you as soon as he has reliable access to the internet.

Wishing you and your family a blessed day.

Warm regards,
Tammy

**The Tammy Tran Law Firm,**
**Attorneys at Law, LLP**
4900 Fournace Place, Suite 418 (4th Floor)
Bellaire, Texas 77401
Tel: 713.655.0737
Cell: 832.372.4403
Fax: 713.655.0823
ttran@tt-lawfirm.com
www.tammytranlaw.net
26 years of serving and contributing to our community.


**NOTICE OF CHANGE OF OUR MAIN ADDRESS:**
The Tammy Tran Law Firm is now located in the building of The Texas Justice Center which is located at 4900 Fournace Place Bellaire, Texas 77401.

We are so blessed and would be very honored to have you visit The Texas Justice Center and our Office.

EXH. Q_005

CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

**From:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Sent:** Wednesday, August 27, 2025 10:34 AM
**To:** Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Mr. Philips:

I just called your office and left a voicemail to discuss the removal and our potential motion for remand.  Please call me back at your earliest convenience.

Thank you.

Brandon Q. Tran
Senior Counsel
***Dhillon Law Group Inc.***
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Brandon Tran (Dhillon Law)
**Sent:** Saturday, August 23, 2025 3:54 PM
**To:** Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Counsel:

EXH. Q_006

This is my second attempt to meet and confer with you regarding our motion for remand. To add to my prior points, I would like to also discuss why your client represented in the notice of removal that he is domiciled in Missouri when all the prior pleadings and declarations in numerous jurisdictions stated that he resides, works, and is domiciled in California.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Brandon Tran (Dhillon Law)
**Sent:** Monday, August 11, 2025 2:31 PM
**To:** 'Paul Philips' <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Counsel – we would like to meet and confer with you regarding a possible motion for remand as required under the local rules. We stilling reviewing your notice but we currently see two issues which require remand: 1) the notice of removal is well beyond the 30-day statutory period for removal; and 2) the removal violates the forum defendant rule (28 U.S.C.A. § 1441(b)(2).)

Please advise as to the legal basis for removing this matter after the 30-day period and why you believe the forum defendant rule does not apply to your client.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com

EXH. Q_007



**This email may be privileged communication. If you received it in error, please destroy it and inform the sender.**

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Thursday, August 7, 2025 11:10 PM
**To:** Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Vincent Lam <vhlam@tt-lawfirm.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Huynh v. Williams (24013.001)

**External Email**

Counsel:

Please see the attached service copy of Defendant Gerard Williams III's Notice of Removal.  Please advise immediately if you have any difficulty opening the document.

Kind regards,

**PAUL N. PHILIPS, ESQ.**



**LAW OFFICES OF PAUL N. PHILIPS, APLC**

*www.pnplegal.com*

*Instagram @losangeleslitigator*

*#pnplegal*

9440 Santa Monica Boulevard, Suite 301

Beverly Hills, California 90210

8

EXH. Q_008

Tel: (323) 813-1126

Fax: (310) 854-6902

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone and return the message to the Law Offices of Paul N. Philips, A.P.L.C., 9440 Santa Monica, Suite 301, Beverly Hills, California 90210 and delete it from your system.

Circular 230 Disclosure. United States Treasury regulations effective June 21, 2005 require us to notify you that to the extent that this communication, or any of its attachments, contains or constitutes advice regarding any U.S. Federal tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. If you are not the original addressee of this communication, and if any tax advice in the communication or any of its attachments is being used to promote, market, or recommend any transaction or investment to you, the Treasury regulations require us to notify you that (1) the advice was written to support the promotion or marketing of the transaction or investment, and (2) you should seek advice from an independent tax advisor regarding the transaction or investment based on your particular circumstances.

# Exhibit "R"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Thursday, August 28, 2025 3:28 PM |
| **To:** | Paul Philips |
| **Cc:** | Tammy Tran; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law); kimberly@lloydekelley.com; Jack Cagle; Molina, Marco |
| **Subject:** | Re: Huynh v. Williams (24013.001) |

Counsel - I spoke to opposing counsel in my other matter and I think I should be able to arrange to take a break at noon to have a call with you.

Brandon Q. Tran
Senior Counsel
Dhillon Law Group, Inc.
MacArthur Court - Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
(949) 293-1470
Btran@dhillonlaw.com

---

**From:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Sent:** Thursday, August 28, 2025 2:32:30 PM
**To:** Paul Philips <pnp@pnplegal.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; kelley@lloydekelley.com <kelley@lloydekelley.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com <kimberly@lloydekelley.com>; Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)

Can you talk now?

Brandon Q. Tran
Senior Counsel
Dhillon Law Group, Inc.
MacArthur Court - Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
(949) 293-1470
Btran@dhillonlaw.com

---

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Thursday, August 28, 2025 2:26:39 PM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; kelley@lloydekelley.com <kelley@lloydekelley.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>;

EXH. R_001

kimberly@lloydekelley.com <kimberly@lloydekelley.com>; Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)


**External Email**

I'm 9 hours ahead of you.  What time are you thinking will work?


Kind regards,

PAUL N. PHILIPS, ESQ.

LAW OFFICES OF PAUL N. PHILIPS, APLC
www.pnplegal.com
Instagram @losangeleslitigator
#pnplegal

9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Tel: (323) 813-1126
Fax: (310) 854-6902

CONFIDENTIAL COMMUNICATION:
The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone and return the message to the Law Offices of Paul N. Philips, A.P.L.C., 9440 Santa Monica, Suite 301, Beverly Hills, California 90210 and delete it from your system.

Circular 230 Disclosure. United States Treasury regulations effective June 21, 2005 require us to notify you that to the extent that this communication, or any of its attachments, contains or constitutes advice regarding any U.S. Federal tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. If you are not the original addressee of this communication, and if any tax advice in the communication or any of its attachments is being used to promote, market, or recommend any transaction or investment to you, the Treasury regulations require us to notify you that (1) the advice was written to support the promotion or marketing of the transaction or investment, and (2) you should seek advice from an independent tax advisor regarding the transaction or investment based on your particular circumstances.


On Thu, Aug 28, 2025 at 11:02 PM Brandon Tran (Dhillon Law) <BTran@dhillonlaw.com> wrote:
> Mr. Philips - I am in a deposition tomorrow.  Can we do it in the afternoon after my deposition is completed?

EXH. R_002

Brandon Q. Tran
Senior Counsel
Dhillon Law Group, Inc.
MacArthur Court - Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
(949) 293-1470
Btran@dhillonlaw.com

---

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Thursday, August 28, 2025 2:00:45 PM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; kelley@lloydekelley.com <kelley@lloydekelley.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com <kimberly@lloydekelley.com>; Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>

**Subject:** Re: Huynh v. Williams (24013.001)


**External Email**

Mr. Tran:

As I was made to travel out of country, it has been difficult for me to secure WiFi access.  That said, I am happy to talk with you tomorrow (Friday).

Are you available at any time between 10 and noon your time?


Kind regards,

PAUL N. PHILIPS, ESQ.

LAW OFFICES OF PAUL N. PHILIPS, APLC
www.pnplegal.com
Instagram @losangeleslitigator
#pnplegal

9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Tel: (323) 813-1126
Fax: (310) 854-6902

CONFIDENTIAL COMMUNICATION:
The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not

EXH. R_003

the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone and return the message to the Law Offices of Paul N. Philips, A.P.L.C., 9440 Santa Monica, Suite 301, Beverly Hills, California 90210 and delete it from your system.

Circular 230 Disclosure. United States Treasury regulations effective June 21, 2005 require us to notify you that to the extent that this communication, or any of its attachments, contains or constitutes advice regarding any U.S. Federal tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. If you are not the original addressee of this communication, and if any tax advice in the communication or any of its attachments is being used to promote, market, or recommend any transaction or investment to you, the Treasury regulations require us to notify you that (1) the advice was written to support the promotion or marketing of the transaction or investment, and (2) you should seek advice from an independent tax advisor regarding the transaction or investment based on your particular circumstances.


On Thu, Aug 28, 2025 at 3:55 AM Brandon Tran (Dhillon Law) <BTran@dhillonlaw.com> wrote:

Counsel,


I am confused.  So in the state action in Orange County Superior Court, everyone on this email are the attorneys for Mr. Williams.  Everyone here is on the proof of service.  But once the matter is removed to the federal court, now the only law firm that represents Mr. Williams is Mr. Philips' firm.


We will patiently wait till the end of the week for a call from Mr. Philips or one of the firms that still represents Mr. Williams.  After that, we will just file the motion, as I believe we complied with our obligation to meet and confer given all the attempts we have made to hold this conference since August 11, 2025.


Brandon Q. Tran

Senior Counsel

*Dhillon Law Group Inc.*

MacArthur Court – Newport Beach Building

4675 MacArthur Court, Suite 1410

Newport Beach, California 92660

4

EXH. R_004

Office: (949) 340-1968

Mobile: (949) 293-1470

E-Mail: btran@dhillonlaw.com

_____



**This email may be privileged communication. If you received it in error, please destroy it and inform the sender.**

---

**From:** Tammy Tran <ttran@tt-lawfirm.com>
**Sent:** Wednesday, August 27, 2025 6:47 PM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; kelley@lloydekelley.com; 'Paul Philips' <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com
**Cc:** 'Jack Cagle' <jack@judgecagle.com>; 'Molina, Marco' <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)

**External Email**

Good evening Mr. Tran:

The attorney of record in the recently removed federal case is Mr. Paul Philips. Neither Mr. Cagle, Mr. Kelley, nor I am counsel of record in the federal case. The attorney of record is Mr. Paul Philips. Mr. Marco Molina of the Baker Team is counsel in charge of the §1782 proceedings.

As stated, at present, Mr. Philips is attending to an emergency personal matter. In the interim, Mr. Kelley has said that:

   "[S]ince you sent your correspondence to me, I am happy to facilitate any discussion and see if I can be of service. With that understanding, can you send me a copy of the

EXH. R_005

pleadings your previous emails cryptically referenced? Depending on the volume, it
should not take me long to review, and then we can have a call that same day."

Have a blessed evening

Warmest regards,
**Attorneys at Law, LLP**
4900 Fournace Place, Suite 418 (4th Floor)
Bellaire, Texas 77401
Tel: 713.655.0737
Cell: 832.372.4403
Fax: 713.655.0823
ttran@tt-lawfirm.com
www.tammytranlaw.net
26 years of serving and contributing to our community.


**NOTICE OF CHANGE OF OUR MAIN ADDRESS:**

The Tammy Tran Law Firm is now located in the building of The Texas Justice Center which is located at
4900 Fournace Place Bellaire, Texas 77401.

We are so blessed and would be very honored to have you visit The Texas Justice Center and our Office.


CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This
email is intended to be reviewed by only the individual or organization named above. If you are not the
intended recipient or an authorized representative of the intended recipient, you are hereby notified that any
review, dissemination or copying of this email and its attachments, if any, or the information contained herein
is prohibited. If you have received this email in error, please immediately notify the sender by return email
and delete this email from your system.

---

**From:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Sent:** Wednesday, August 27, 2025 6:25 PM
**To:** kelley@lloydekelley.com <kelley@lloydekelley.com>; Tammy Tran <ttran@tt-lawfirm.com>; 'Paul Philips'
<pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law)
<MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com <kimberly@lloydekelley.com>
**Cc:** 'Jack Cagle' <jack@judgecagle.com>; 'Molina, Marco' <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)


I understand.  Can you tell me who within the group of law firms is representing Mr. Williams in the
federal case that was recently removed?

EXH. R_006

Brandon Q. Tran

Senior Counsel

*Dhillon Law Group Inc.*

MacArthur Court – Newport Beach Building

4675 MacArthur Court, Suite 1410

Newport Beach, California 92660

Office: (949) 340-1968

Mobile: (949) 293-1470

E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** kelley@lloydekelley.com <kelley@lloydekelley.com>
**Sent:** Wednesday, August 27, 2025 4:24 PM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; 'Tammy Tran' <ttran@tt-lawfirm.com>; 'Paul Philips' <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com
**Cc:** 'Jack Cagle' <jack@judgecagle.com>; 'Molina, Marco' <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)


**External Email**

Mr. Tran,

I am not currently counsel of record in any federal case regarding your client.

EXH. R_007

**From:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Sent:** Wednesday, August 27, 2025 4:56 PM
**To:** kelley@lloydekelley.com; 'Tammy Tran' <ttran@tt-lawfirm.com>; 'Paul Philips' <pnp@pnplegal.com>; Shawn
Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>;
kimberly@lloydekelley.com
**Cc:** 'Jack Cagle' <jack@judgecagle.com>; 'Molina, Marco' <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Mr. Kelley,

Just to be clear, your office is not representing Mr. Williams in the federal case that was just
removed?  Because you are right, I should not be meeting and conferring with you if you are not
counsel.

Brandon Q. Tran

Senior Counsel

*Dhillon Law Group Inc.*

MacArthur Court – Newport Beach Building

4675 MacArthur Court, Suite 1410

Newport Beach, California 92660

Office: (949) 340-1968

Mobile: (949) 293-1470

E-Mail: btran@dhillonlaw.com

8

EXH. R_008



**This email may be privileged communication. If you received it in error, please destroy it and inform the sender.**

---

**From:** kelley@lloydekelley.com <kelley@lloydekelley.com>
**Sent:** Wednesday, August 27, 2025 2:50 PM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; 'Tammy Tran' <ttran@tt-lawfirm.com>; 'Paul Philips' <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com
**Cc:** 'Jack Cagle' <jack@judgecagle.com>; 'Molina, Marco' <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

**External Email**

Mr. Tran,

I don't want you to think I am ignoring you but I am sure you would agree that authority and jurisdiction are similar concepts. As I am not counsel in the federal cases and as such I have no authority to make agreements or other commitments in those matters. However, since you sent your correspondence to me, I am happy to facilitate any discussion and see if I can be of service.  With that understanding, can you send me a copy of the pleadings your previous emails cryptically referenced?  Depending on the volume, it should not take me long to review and then we can have a call that same day.

Does that work for you?

---

**From:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Sent:** Wednesday, August 27, 2025 2:46 PM
**To:** Tammy Tran <ttran@tt-lawfirm.com>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; Lloyd Kelley <kelley@lloydekelley.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

9

EXH. R_009

Mr. Kelley,


Please allow this email to confirm that I just called but your line does not allow me to leave a voicemail.   Please call me back today so that we can discuss the removal issue.


Thank you.


Brandon Q. Tran

Senior Counsel

***Dhillon Law Group Inc.***

MacArthur Court – Newport Beach Building

4675 MacArthur Court, Suite 1410

Newport Beach, California 92660

Office: (949) 340-1968

Mobile: (949) 293-1470

E-Mail: btran@dhillonlaw.com





This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

EXH. R_010

**From:** Brandon Tran (Dhillon Law)
**Sent:** Wednesday, August 27, 2025 12:41 PM
**To:** Tammy Tran <ttran@tt-lawfirm.com>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Thank you. I will reach out to Mr. Kelley.

Brandon Q. Tran

Senior Counsel

*Dhillon Law Group Inc.*

MacArthur Court – Newport Beach Building

4675 MacArthur Court, Suite 1410

Newport Beach, California 92660

Office: (949) 340-1968

Mobile: (949) 293-1470

E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

EXH. R_011

**From:** Tammy Tran <ttran@tt-lawfirm.com>
**Sent:** Wednesday, August 27, 2025 12:34 PM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon_Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)

**External Email**

Dear Esteemed Attorney Tran:

We have coordinated with Mr. Lloyd Kelley to contact you directly. Thank you very much for your kind patience and understanding.

Warmest regards,

**Tammy Tran**
**The Tammy Tran Law Firm,**
**Attorneys at Law, LLP**
4900 Fournace Place, Suite 418 (4th Floor)
Bellaire, Texas 77401
Tel: 713.655.0737
Cell: 832.372.4403
Fax: 713.655.0823
ttran@tt-lawfirm.com
www.tammytranlaw.net
26 years of serving and contributing to our community.

**NOTICE OF CHANGE OF OUR MAIN ADDRESS:**

The Tammy Tran Law Firm is now located in the building of The Texas Justice Center which is located at 4900 Fournace Place Bellaire, Texas 77401.

We are so blessed and would be very honored to have you visit The Texas Justice Center and our Office.

CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein

12

EXH. R_012

is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

---

**From:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Sent:** Wednesday, August 27, 2025 11:11 AM
**To:** Tammy Tran <ttran@tt-lawfirm.com>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Counsel:

I am sorry to hear that.  I certainly do not want to bother Mr. Philips while he is dealing with his family matters.  So can one of the other 5 or 6 law firms that are representing Mr. Williams give me a call so we can meet and confer about this?

Brandon Q. Tran

Senior Counsel

*Dhillon Law Group Inc.*

MacArthur Court – Newport Beach Building

4675 MacArthur Court, Suite 1410

Newport Beach, California 92660

Office: (949) 340-1968

Mobile: (949) 293-1470

E-Mail: btran@dhillonlaw.com

---

EXH. R_013



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Tammy Tran <ttran@tt-lawfirm.com>
**Sent:** Wednesday, August 27, 2025 9:08 AM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>; Paul Philips <pnp@pnplegal.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>
**Cc:** Jack Cagle <jack@judgecagle.com>; Lloyd Kelley <kelley@lloydekelley.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)

**External Email**

Dear Esteemed Colleague:

Good morning. I hope this message finds you and your family in good health and spirits.

This is Minh-Tam (Tammy) Tran. Mr. Phillips has been away attending to family matters, but he will certainly respond to you as soon as he has reliable access to the internet.

Wishing you and your family a blessed day.

Warm regards,
Tammy

**The Tammy Tran Law Firm,**
**Attorneys at Law, LLP**
4900 Fournace Place, Suite 418 (4th Floor)
Bellaire, Texas 77401
Tel: 713.655.0737
Cell: 832.372.4403
Fax: 713.655.0823
ttran@tt-lawfirm.com
www.tammytranlaw.net
26 years of serving and contributing to our community.

**NOTICE OF CHANGE OF OUR MAIN ADDRESS:**

EXH. R_014

The Tammy Tran Law Firm is now located in the building of The Texas Justice Center which is located at
4900 Fournace Place Bellaire, Texas 77401.

We are so blessed and would be very honored to have you visit The Texas Justice Center and our Office.


CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This
email is intended to be reviewed by only the individual or organization named above. If you are not the
intended recipient or an authorized representative of the intended recipient, you are hereby notified that any
review, dissemination or copying of this email and its attachments, if any, or the information contained herein
is prohibited. If you have received this email in error, please immediately notify the sender by return email
and delete this email from your system.

_____

**From:** Brandon Tran (Dhillon Law) <

EXH. R_015

# Exhibit "S"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Saturday, August 30, 2025 5:57 AM |
| **To:** | Paul Philips |
| **Cc:** | Tammy Tran; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law); kimberly@lloydekelley.com; Jack Cagle; Molina, Marco |
| **Subject:** | Re: Huynh v. Williams (24013.001) |

Paul - yes.  I am available all day.

Brandon Q. Tran
Senior Counsel
Dhillon Law Group, Inc.
MacArthur Court - Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
(949) 293-1470
Btran@dhillonlaw.com

---

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Saturday, August 30, 2025 1:29:08 AM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; kelley@lloydekelley.com <kelley@lloydekelley.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com <kimberly@lloydekelley.com>; Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)

**External Email**

Good morning, Brandon. Please call me Paul.

Is there a chance we can talk Monday?

Kind regards,

PAUL N. PHILIPS, ESQ.

LAW OFFICES OF PAUL N. PHILIPS, APLC
www.pnplegal.com
Instagram @losangeleslitigator
#pnplegal

9440 Santa Monica Boulevard, Suite 301

1

EXH. S_001

# Exhibit "T"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Monday, September 1, 2025 11:27 AM |
| **To:** | Paul Philips |
| **Cc:** | Tammy Tran; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law); kimberly@lloydekelley.com; Jack Cagle; Molina, Marco |
| **Subject:** | RE: Huynh v. Williams (24013.001) |

Paul,

I do not have a draft motion to share with you at this time, but I can provide you with the particulars of our motion.

First, we believe Defendant's notice of removal is untimely, as it is 8-months late.  The 30-day removal clock started on November 27, 2024, when Defendant was served with a copy of the lawsuit.  Defendant argues that it was not until July 8, 2025, when the state court denied his Motion to Enforce Dismissal, that Defendant could first ascertain that the State Court deemed this a "live, active, and therefore removable controversy." We disagree. Defendant first ascertained that the state court considered this a live and active controversy on December 16, 2024, when the court rejected the Request for Dismissal.

Second, we believe the action should be remanded based on the forum defendant rule set forth in 28 U.S.C. § 1441(b)(2).  The Forum Defendant Rule "confines removal on the basis of diversity jurisdiction to instances where no defendant is a citizen of the forum state." (*Lively v. Wild Oats Mkts, Inc.*, 456 F.3d 933, 939 (9th Cir. 2006).)  The rationale of the rule is that "[r]emoval based on diversity jurisdiction is intended to protect out-of-state defendants from possible prejudices in state court" and that "[t]he need for such protection is absent ... in cases where the defendant is a citizen of the state in which the case is brought." (*Id.* at 940.)

Here, despite his self-serving declaration in support of the Notice of Removal, Defendant is unquestionably a citizen of California.  In numerous filing with various courts, including the Superior Court of California, Central District of California, and Harris County, Texas, Defendant represented that he is a citizen of California, resides in California, works in California (and has worked in California since 2010), has ties to the Vietnamese community in Orange County, and that his wife and children lives in California.

Finally, we will also be asking for the award of attorney's fees and costs pursuant to 28 U.S.C. 1447(c).  Unfortunately, I do not have a number to give you currently because the process of drafting and filing the motion for remand is not completed.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968

EXH. T_001

Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



**This email may be privileged communication. If you received it in error, please destroy it and inform the sender.**

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Monday, September 1, 2025 10:51 AM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com; Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)

**External Email**

Brandon will you please send me the motion you were anticipating filing so that we can talk productively.

Our grounds for removing are all stated in the petition and accompanying documents, but I don't know what your particular challenges to that notice are going to be. I think the court would expect us to discuss the issues you intend to raise specifically in order that we might be able to reach some agreement.

Kind regards,

PAUL N. PHILIPS, ESQ.

LAW OFFICES OF PAUL N. PHILIPS, APLC
www.pnplegal.com
Instagram @losangeleslitigator
#pnplegal

9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Tel: (323) 813-1126
Fax: (310) 854-6902

CONFIDENTIAL COMMUNICATION:
The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email

2

<span style="color:red">EXH. T_002</span>

# Exhibit "U"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Tuesday, September 2, 2025 9:28 AM |
| **To:** | Paul Philips |
| **Cc:** | Tammy Tran; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law); kimberly@lloydekelley.com; Jack Cagle; Molina, Marco |
| **Subject:** | RE: Huynh v. Williams (24013.001) |

Paul – I intend to get this motion on file by Thursday.  If you or one of your colleagues want to meet and confer about this motion before it is filed, I am available today and tomorrow.

Brandon Q. Tran
Senior Counsel
**Dhillon Law Group Inc.**
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Brandon Tran (Dhillon Law)
**Sent:** Monday, September 1, 2025 11:27 AM
**To:** Paul Philips <pnp@pnplegal.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com; Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Paul,

I do not have a draft motion to share with you at this time, but I can provide you with the particulars of our motion.

First, we believe Defendant's notice of removal is untimely, as it is 8-months late.  The 30-day removal clock started on November 27, 2024, when Defendant was served with a copy of the lawsuit.  Defendant argues that it was not until July 8, 2025, when the state court denied his Motion to Enforce Dismissal, that Defendant could first ascertain that the State Court deemed this a "live, active, and therefore removable

EXH. U_001

# Exhibit "V"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Tuesday, September 2, 2025 10:36 AM |
| **To:** | Paul Philips |
| **Cc:** | Tammy Tran; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law); kimberly@lloydekelley.com; Jack Cagle; Molina, Marco |
| **Subject:** | RE: Huynh v. Williams (24013.001) |

Paul,

I must have misunderstood you. I thought you wanted my motion, which I do not have a draft to share yet.  If you need the prior filings that all the attorneys on this email thread filed, I will have my paralegal sent it via a Sharefile.  I tried to send it via regular email but my email was rejected

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Tuesday, September 2, 2025 10:14 AM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com; Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)

**External Email**

Brandon:

EXH. V_001

I am fine with meeting and conferring on your proposed motion, but we have repeatedly requested that you send me the two (2) documents you reference in your Item 2 "In numerous courts…" You will have to file those documents anyway, so there isn't any reason we shouldn't both be viewing and discussing them.

As to the first issue you raise, I believe the question is whether the case existed during that 8 month period. If the case was non-suited by the dismissal, then there was no case to remove during the time you contend any removal should have been made.

I'm happy to discuss with you, but again, I think any discussion will be far more productive if you send me the documents so that I can review them first. Otherwise, you'll mention them during our call, I'll be made to tell you I haven't seen them, and we'll be back at square one.

I'm trying to fulfill my obligation to meet and confer with you, but as you must know, I'm handicapped without being provided the documents on which you say you want to move the court.

Kind regards,

**PAUL N. PHILIPS, ESQ.**



**LAW OFFICES OF PAUL N. PHILIPS, APLC**
*www.pnplegal.com*
*Instagram @losangeleslitigator*
*#pnplegal*

9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Tel: (323) 813-1126
Fax: (310) 854-6902

CONFIDENTIAL COMMUNICATION:
The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone and return the message to the Law Offices of Paul N. Philips, A.P.L.C., 9440 Santa Monica, Suite 301, Beverly Hills, California 90210 and delete it from your system.

Circular 230 Disclosure. United States Treasury regulations effective June 21, 2005 require us to notify you that to the extent that this communication, or any of its attachments, contains or constitutes advice regarding any U.S. Federal tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. If you are not the original addressee of this communication, and if any tax advice in the communication or any of its attachments is being used to promote, market, or recommend any transaction or investment to you, the Treasury regulations require us to notify you that (1) the advice was written to support the promotion or marketing of the transaction or investment, and (2) you should seek advice from an independent tax advisor regarding the transaction or investment based on your particular circumstances.

On Tue, Sep 2, 2025 at 6:27 PM Brandon Tran (Dhillon Law) <BTran@dhillonlaw.com> wrote:

Paul – I intend to get this motion on file by Thursday. If you or one of your colleagues want to meet and confer about this motion before it is filed, I am available today and tomorrow.

Brandon Q. Tran

EXH. V_002

# Exhibit "W"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Wednesday, September 3, 2025 10:25 AM |
| **To:** | Paul Philips |
| **Cc:** | Tammy Tran; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law); kimberly@lloydekelley.com; Jack Cagle; Molina, Marco |
| **Subject:** | RE: Huynh v. Williams (24013.001) |

Paul,

If you intend to call me today to meet and confer, I am generally available. If you can send me an email giving me 10 minutes notice, I can make sure I am at my desk for your call.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Brandon Tran (Dhillon Law)
**Sent:** Tuesday, September 2, 2025 10:36 AM
**To:** Paul Philips <pnp@pnplegal.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com; Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Paul,

I must have misunderstood you. I thought you wanted my motion, which I do not have a draft to share yet. If you need the prior filings that all the attorneys on this email thread filed, I will have my paralegal sent it via a Sharefile. I tried to send it via regular email but my email was rejected

Brandon Q. Tran

1

EXH. W_001

# Exhibit "X"

**Brandon Tran (Dhillon Law)**

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Wednesday, September 3, 2025 5:43 PM |
| **To:** | 'Paul Philips' |
| **Cc:** | 'Tammy Tran'; 'kelley@lloydekelley.com'; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law); 'kimberly@lloydekelley.com'; 'Jack Cagle'; 'Molina, Marco' |
| **Subject:** | RE: Huynh v. Williams (24013.001) |

Paul,

This is my final attempt to meet and confer with you by telephone on this matter. I intend to file the motion for remand at or around 1:00 pm my time. Feel free to call me before then.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
Office: (949) 340-1968
Mobile: (949) 293-1470
E-Mail: btran@dhillonlaw.com



This email may be privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** Brandon Tran (Dhillon Law)
**Sent:** Wednesday, September 3, 2025 10:25 AM
**To:** Paul Philips <pnp@pnplegal.com>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com; Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Huynh v. Williams (24013.001)

Paul,

If you intend to call me today to meet and confer, I am generally available. If you can send me an email giving me 10 minutes notice, I can make sure I am at my desk for your call.

Brandon Q. Tran
Senior Counsel
*Dhillon Law Group Inc.*
MacArthur Court – Newport Beach Building

EXH. X_001

# Exhibit "Y"

**Brandon Tran (Dhillon Law)**

---

| | |
|---|---|
| **From:** | Brandon Tran (Dhillon Law) |
| **Sent:** | Thursday, September 4, 2025 7:43 AM |
| **To:** | Paul Philips |
| **Cc:** | Tammy Tran; kelley@lloydekelley.com; Shawn Cowles (Dhillon Law); Matthew Hoesly (Dhillon Law); kimberly@lloydekelley.com; Jack Cagle; Molina, Marco |
| **Subject:** | Re: Huynh v. Williams (24013.001) |

Paul - why didn't anyone say anything sooner?  The files were sent Tuesday and all the attorneys on this thread were so preoccupied that no one had the time to advise that there was an issue until approximately 2-days later?

Regardless, these are all documents you and all the attorneys on this thread drafted and filed, so they are not unfamiliar to your side.  So, if you want to call me to discuss, I am open all day.

I will try to send you the files piecemeal shortly.

Brandon Q. Tran
Senior Counsel
Dhillon Law Group, Inc.
MacArthur Court - Newport Beach Building
4675 MacArthur Court, Suite 1410
Newport Beach, California 92660
(949) 293-1470
Btran@dhillonlaw.com

---

**From:** Paul Philips <pnp@pnplegal.com>
**Sent:** Thursday, September 4, 2025 1:45 AM
**To:** Brandon Tran (Dhillon Law) <BTran@DHILLONLAW.COM>
**Cc:** Tammy Tran <ttran@tt-lawfirm.com>; kelley@lloydekelley.com <kelley@lloydekelley.com>; Shawn Cowles (Dhillon Law) <scowles@DHILLONLAW.COM>; Matthew Hoesly (Dhillon Law) <MHoesly@dhillonlaw.com>; kimberly@lloydekelley.com <kimberly@lloydekelley.com>; Jack Cagle <jack@judgecagle.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Huynh v. Williams (24013.001)

**External Email**

Brandon:

Unfortunately three of us have had difficulty opening the link you provided, and I am receiving both text messages and emails late.  On that point, as I have said,  am out of the country and reception has been abysmal here. While that may have something to do with my issue opening the link, I believe my colleagues have experienced the same inability.

EXH. Y_001

Kind regards,

PAUL N. PHILIPS, ESQ.

LAW OFFICES OF PAUL N. PHILIPS, APLC
www.pnplegal.com
Instagram @losangeleslitigator
#pnplegal

9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Tel: (323) 813-1126
Fax: (310) 854-6902

CONFIDENTIAL COMMUNICATION:
The information contained in this e-mail message is legally privileged and confidential information
intended only for the use of the individual or entity named above. If the receiver of this message is not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this email
message is strictly prohibited and may violate the legal rights of others. If you have received this message
in error, please immediately notify the sender by reply email or telephone and return the message to the
Law Offices of Paul N. Philips, A.P.L.C., 9440 Santa Monica, Suite 301, Beverly Hills, California 90210
and delete it from your system.

Circular 230 Disclosure. United States Treasury regulations effective June 21, 2005 require us to notify
you that to the extent that this communication, or any of its attachments, contains or constitutes advice
regarding any U.S. Federal tax issue, such advice is not intended or written to be used, and cannot be
used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal
Revenue Service. If you are not the original addressee of this communication, and if any tax advice in the
communication or any of its attachments is being used to promote, market, or recommend any
transaction or investment to you, the Treasury regulations require us to notify you that (1) the advice was
written to support the promotion or marketing of the transaction or investment, and (2) you should seek
advice from an independent tax advisor regarding the transaction or investment based on your particular
circumstances.

On Thu, Sep 4, 2025 at 2:43 AM Brandon Tran (Dhillon Law) <BTran@dhillonlaw.com> wrote:

Paul,

This is my final attempt to meet and confer with you by telephone on this matter.  I intend to file the
motion for remand at or around 1:00 pm my time. Feel free to call me before then.

Brandon Q. Tran

EXH. Y_002