Shawn E. Cowles (CA Bar No. 163826)
scowles@dhillonlaw.com
Brandon Q. Tran (CA Bar No. 223435)
btran@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
(949) 340-1968 (voice and fax)

Attorneys for Plaintiff Hung Huynh

**IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| HUNG HUYNH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GERARD RICHARD WILLIAMS III, an individual,<br><br>Defendant. | Case No.: 2:25-cv-07351-JC<br><br>**PLAINTIFF HUNG HUYNH'S NOTICE OF AND REQUEST FOR JUDICIAL NOTICE**<br><br>[Filed concurrently with Notice of Motion and Motion for Remand, and Declaration of Brandon Q. Tran in Support]<br><br>Judge:   Hon. Jacqueline Chooljian<br><br>Date:         October 7, 2025<br>Time:        9:30 a.m.<br>Courtroom:  750, 7th Floor |

1

**PLAINTIFF HUNG HUYNH'S REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, and upon the grounds set forth in the attached Memorandum of Points and Authorities, Plaintiff Hung Huynh ("Plaintiff") hereby requests that the Court take judicial notice of the following documents:

1. The Complaint Defendant filed against Plaintiff in the Superior Court of the State of California, County of Orange, on December 2, 2024. A true and correct copy of the Complaint is attached as Exhibit A to the Declaration of Brandon Q. Tran.

2. The First Amended Complaint that Defendant filed against Plaintiff on December 9, 2024 in the Superior Court of the State of California, County of Orange. A true and correct copy of the Complaint is attached as Exhibit B to the Declaration of Brandon Q. Tran.

3. Defendant's Original Petition filed on December 30, 2024 in the County Civil Court of Harris County, Texas. A true and correct copy of the Original Petition is attached as Exhibit C to the Declaration of Brandon Q. Tran.

4. Defendant's Verified Second Amended Petition, Application for Temporary Injunction, Permanent Injunction, and Request for Disclosures filed on February 13, 2025, in County Civil Court of Harris County, Texas. A true and correct copy of the Second Amended Petition is attached as Exhibit D to the Declaration of Brandon Q. Tran.

5. Defendant's Declaration in support of his Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding filed on February 25, 2025, in the Central District of California. A true and correct copy of the Declaration is attached as Exhibit F to the Declaration of Brandon Q. Tran.

6. Defendant's Verified Supplemental Second Amended Petition, Application for Temporary Injunction, Permanent Injunction, and Request for Disclosures, filed on February 17, 2025, in the County Civil Court of Harris County,

Texas. A true and correct copy of the Supplemental Second Amended Petition is attached as Exhibit G to the Declaration of Brandon Q. Tran.

7. Defendant's Declaration in support of his Response to anti-SLAPP motions filed on May 12, 2025. A true and correct copy of the Declaration is attached as Exhibit H to the Declaration of Brandon Q. Tran.

8. Defendant's Cross-Complaint filed On February 13, 2020 in the Superior Court of California, County of Santa Clara. A true and correct copy of the Cross-Complaint is attached as Exhibit I to the Declaration of Brandon Q. Tran.

These documents are directly relevant to a determination of the matter presently before the Court because they are contain Defendant's express admissions that he is a citizen of California, resides in California, and works in California.

This Request is based on this Notice, the attached Memorandum of Points and Authorities, the record in this case, and any oral or documentary evidence presented at or prior to the hearing of this matter.

Date:  September 4, 2025              **DHILLON LAW GROUP INC.**


By: */s/ Brandon Q. Tran*
                 Shawn E. Cowles
                 Brandon Q. Tran
        Attorneys for Plaintiff Hung Huynh

**PLAINTIFF HUNG HUYNH'S REQUEST FOR JUDICIAL NOTICE**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiff Hung Huynh ("Plaintiff") requests that the Court take judicial notice of pleadings filed by Defendant Gerard Richard Williams III in related matters before this Court, as well as other courts. All the pleadings are being submitted because they directly involve the issue of whether Defendant is a citizen of California or Missouri.

Plaintiff requests the Court to take judicial notice of the following:

1. The Complaint Defendant filed against Plaintiff in the Superior Court of the State of California, County of Orange, on December 2, 2024, that arose from the same incident that gave rise to Plaintiff's Complaint. A true and correct copy of the Complaint is attached as Exhibit A to the Declaration of Brandon Q. Tran.

2. The First Amended Complaint that Defendant filed against Plaintiff on December 9, 2024, in the Superior Court of the State of California, County of Orange. Again, this First Amended Complaint arises from the same incident that gave rise to Plaintiff's Complaint. A true and correct copy of the Complaint is attached as Exhibit B to the Declaration of Brandon Q. Tran.

3. Defendant's Original Petition filed on December 30, 2024, in the County Civil Court of Harris County, Texas, alleging claims for defamation against various defendants concerning their statements relating to the subject matter of Plaintiff's Complaint. A true and correct copy of the Original Petition is attached as Exhibit C to the Declaration of Brandon Q. Tran.

4. Defendant's Verified Second Amended Petition, Application for Temporary Injunction, Permanent Injunction, and Request for Disclosures filed on February 13, 2025, in County Civil Court of Harris County, Texas, alleging claims of defamation against defendants concerning their statements relating to the subject matter of Plaintiff's Complaint. A true and correct copy of the Second Amended Petition is attached as Exhibit D to the Declaration of Brandon Q. Tran.

5. Defendant's Declaration in support of his Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding filed on February 25, 2025, in the Central District of California, where Defendant sought Plaintiff's deposition. A true and correct copy of the Declaration is attached as Exhibit F to the Declaration of Brandon Q. Tran.

6. Defendant's Verified Supplemental Second Amended Petition, Application for Temporary Injunction, Permanent Injunction, and Request for Disclosures, filed on February 17, 2025, in the County Civil Court of Harris County, Texas, against various defendants concerning their statements relating to this matter. A true and correct copy of the Supplemental Second Amended Petition is attached as Exhibit G to the Declaration of Brandon Q. Tran.

7. Defendant's Declaration in support of his Response to anti-SLAPP motions filed on May 12, 2025, relating to his defamation claims that arose from Plaintiff's Complaint. A true and correct copy of the Declaration is attached as Exhibit H to the Declaration of Brandon Q. Tran.

8. Defendant's Cross-Complaint filed in the Superior Court of California, County of Santa Clara on February 13, 2020 that alleges that he is a resident of California. A true and correct copy of the Cross-Complaint is attached as Exhibit I to the Declaration of Brandon Q. Tran.

This Court is entitled to take judicial notice of pleadings filed before this and other courts, and, therefore, this Court should take judicial notice of the pleadings requested herein.

## II.   LEGAL AUTHORITIES

### A.   The Court Is Entitled To Take Judicial Notice of Admissions By The Parties In Pleadings In Related Matters

Pursuant to Federal Rule of Evidence 201, this Court may take judicial notice of Defendant's statements made in his pleadings and declarations that were submitted in related matters. (*See, e.g., Burbank-Glendale-Pasadena Airport Auth. v. City of*

*Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (courts may take judicial notice of pleadings in related matters); *see also Ritchey v. Upjohn Drug Co.*, 139 F.3d 1313, 1319 (9th Cir. 1998) (judicial notice taken of judgment in a related matter).)

In this case, Defendant filed several pleadings in various jurisdictions that are related to this matter. All the other matters arise from the events that caused Plaintiff's injuries that are alleged in this litigation. Accordingly, Plaintiff should be permitted to rely on Defendant's admissions. This Court can and should take judicial notice of such pleadings.

**B.    The Court Is Entitled to Take Judicial Notice of Pleadings Filed In Other Litigation That Bears On Issues Before The Court.**

Plaintiff also requests that the Court take judicial notice of the pleadings because the filings involve the issue before the Court, which is whether Defendant is a citizen of California or Missouri. Courts may take judicial notice of pleadings from other cases where such pleadings bear on the issues before the Court. (*See*, *e.g.*, Fed. R. Evid. 201; *MGIC Indem. Corp. v. Weisman*, 803 F. 2d 500, 504 (9th Cir. 1986); *cf.* Cal. Evidence Code §452(d) (under California law courts may take judicial notice of records of any state or federal court). Consequently, the Court should take judicial notice of Defendant's filings in other related matters.

Date:  September 4, 2025                               **DHILLON LAW GROUP INC.**


                                                       By:/s/ *Brandon Q. Tran*
                                                              Shawn E. Cowles
                                                              Brandon Q. Tran
                                                       Attorneys for Plaintiff Hung Huynh