Shawn E. Cowles (CA Bar No. 163826)
scowles@dhillonlaw.com
Brandon Q. Tran (CA Bar No. 223435)
btran@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
(949) 340-1968 (voice and fax)

Attorneys for Plaintiff Hung Huynh

# IN THE UNITED STATES DISTRICT COURT
# FOR CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HUNG HUYNH, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>GERARD RICHARD WILLIAMS III, an individual,<br><br>  Defendant. | Case No.: 2:25-cv-07351-JC<br><br>**[PROPOSED] ORDER ON PLAINTIFF HUNG HUYNH'S MOTION FOR REMAND**<br><br>Judge:   Hon. Jacqueline Chooljian<br><br>Date:      October 7, 2025<br>Time:     9:30 a.m.<br>Courtroom: 750, 7th Floor |

1

**PROPOSED ORDER ON PLAINTIFF HUNG HUYNH'S MOTION FOR REMAND**

# [PROPOSED] ORDER

The Court has considered all arguments and submissions in connection with Plaintiff Hung Huynh's Motion for Remand.

Good cause appearing, the Motion is **GRANTED**. Accordingly, it is **IT IS HEREBY ORDERED**:

1. This action is remanded back to the Superior Court of California, County of Orange; and
2. Defendant is ordered to pay to Plaintiff the total sum of $14,994.00 pursuant to 28 U.S.C. 1447(c).

Dated: _____        _____
                                     Magistrate Judge Jacqueline Chooljian
                                     U.S. District Court, Central District of California