**CALLAHAN & BLAINE, PC**
Edward Susolik (SBN 151081)
es@callahan-law.com
Raphael Cung (SBN 201829)
rcung@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444

**LAW OFFICES OF PAUL N. PHILIPS, APLC**
Paul N. Philips (SBN 187928)
pnp@pnplegal.com
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Telephone: (323) 813-1126

*Additional counsel listed on next page*

Attorneys for Defendant GERARD RICHARD WILLIAMS III

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUNG HUYNH, <br><br> Plaintiff, <br><br> v. <br><br> GERARD RICHARD WILLIAMS III, <br><br> Defendant. | Case No. 2:25-cv-07351-JC <br><br> Hon. Jacqueline Chooljian <br><br> **DECLARATION OF GERARD RICHARD WILLIAMS III IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** <br><br> Date:  October 7, 2025 <br> Time:  9:30 a.m. <br> Place:  Roybal Federal Courthouse <br>          Courtroom 750, 7th Floor <br>          255 East Temple Street <br>          Los Angeles, CA 90012 |

- 1 -
DECLARATION OF GERARD RICHARD WILLIAMS III

**THE TAMMY TRAN LAW FIRM**
Minh-Tam (Tammy) Tran (*pro hac vice* pending)
ttran@tt-lawfirm.com
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (832) 372-4403

**KELLEY & ASSOCIATES**
Lloyd E. Kelley (*pro hac vice* pending)
kelley@lloydekelley.com
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: (281) 492-7766

Attorneys for Defendant GERARD RICHARD WILLIAMS III

//

//

//

//

- 2 -
DECLARATION OF GERARD RICHARD WILLIAMS III

# DECLARATION OF GERARD RICHARD WILLIAMS III

I, Gerard Richard Williams III, declare as follows:

1. I am the Defendant in this action. I submit this Declaration in support of my Opposition to Plaintiff's Motion To Remand. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

**Regarding My Family – Poor but Rich in Love**

2. I was born and raised in Southwestern Missouri. My parents have two children—my sister and me. I am the oldest. When I was a child, my family was very poor and lived well below the poverty line. Yet, despite our financial struggles, life never truly felt poor. For the first few years of my life, in the late 1970s, we lived without running water or electricity. My parents found jobs 30 to 40 miles away, which meant waking up at 5 a.m. every day to prepare for the long day ahead. They left the house around 6–6:30 a.m., while my sister and I walked to the bus stop by 6:45 a.m. Every school day, morning and night, we rode the bus for an hour and a half each way.

3. We had our own vegetable garden and raised animals for eggs and meat. Although we didn't own much, we were surrounded by love and family. I remember my mother and grandmother working until late every night, both coming home exhausted but still bringing food and joy. My mother was a waitress; my grandmother was a cook at a truck-stop restaurant. Many nights, my mom would bring home a hamburger and fries—cold by the time we ate, but to me it was always a gift.

4. The house I first lived in no longer exists. Over time, my family saved every penny to rebuild it into the home I remember. My parents bought materials wherever they could—windows and doors from a closing lumber yard, trim from

another store—and even took out a $7,500 loan, which for us meant thousands of hours of labor to repay. They sacrificed so much for my sister and me.

5. The greatest gift they gave me was not material, but the lesson of caring and being thankful for everything—whether large or small. My father and grandfather taught me carpentry, masonry, electrical work, and plumbing. My mother taught me to cook, sew, and manage a household. I grew up much earlier than most, tending the house after school, mowing grass, stacking firewood. While some might call that life difficult, I see it as the foundation of lessons in responsibility, family, and gratitude.

6. One constant in my childhood was church. Twice a week we attended a small Christian church in a community of fewer than 1,000 people. The pastor and his wife greeted everyone personally. I sang hymns, studied the Bible in Sunday school, and was baptized in that church. Later, my father himself became a pastor. From those experiences, I learned humility, honesty, integrity, service, and the importance of helping others.

**My Education and Early Career**

7. I studied hard and earned a Pell Grant, without which college would have been impossible. I attended Arkansas State University's engineering program and graduated with honors in 1994. Two years later, I completed my master's degree in electrical engineering at the University of Missouri–Rolla.

8. After graduation, my career and technology opportunities took me across the country and the world. Though I came from humble beginnings, I had the privilege of working for Texas Instruments, ARM, Apple, Qualcomm, and I even served as CEO of a successful startup. I became a leader in microprocessor design, helping create technology that powers iPhones, iPads, Mac computers, and Qualcomm Snapdragon devices. From being an individual contributor to leading thousands of engineers around the world, I always carried with me the lessons of humility, perseverance, and faith instilled by my parents.

9. In his Motion to Remand, Plaintiff Hung Huynh cites two unverified documents in which it was alleged on my behalf that I am a California "citizen," in a separate action filed in Orange County Superior Court against Huynh on December 2, 2024.[1] Crucially, however, such allegations regarding California "citizenship" were made without my close review. When I reviewed draft versions of those documents prior to the filing, I focused on the substance of those pleadings involving my claims against Huynh, each of which document was 34 pages long. In both pleadings, which were unverified, I did not notice the single sentence in paragraph 2 in each pleading referring to my alleged state citizenship. Moreover, the issue of state "citizenship" is a legal concept with which I was not familiar at the time, and therefore I am focusing here for the first time on the issue of domicile and the facts regarding it.

**My Coming Home to Ozark, Missouri**

10. Now I speak about these things not just out of necessity, but because they define the person I am. In about 2012, my dad and mom moved to a small town called Ozark, Missouri, to create a new home for us so the family could live together in the same place permanently. My sister was already living in the area with her two kids, just down the street from my parents. Their home sits in a quiet little suburb, and at night—just like in my childhood—you can look up and see the same stars. Each evening, I hear the crickets chirping and the familiar sounds of the night.

11. I would like to explain why Ozark, located in Southwest Missouri, is always my haven, the fixed home that I intend to return to permanently. In that part of the country, there are four true seasons. Winter is gentle, with only light snow.

---

[1] This case is entitled *Williams III v. Huynh*, Case No. 30-2024-01443938-CU-PO-CJC. *See* Mot. at 6-7 (citing Exs. A-B to Decl. of Brandon Tran in support of Mot. to Remand). I have since dismissed this separate action without prejudice due to what I thought was Huynh's Dismissal with Prejudice of the State Court Action, as discussed in the Opposition Brief.

- 3 -
DECLARATION OF GERARD RICHARD WILLIAMS III

Spring begins in March, when the trees and flowers bloom again. My dad mows the grass, while my mom tends her beautiful vegetable garden. Heavy rains often come in spring, sometimes with fierce thunderstorms. You can hear the distant rumble of thunder and watch flashes of light split the sky. Even the leaves seem to turn in anticipation of the storm. Summer dries the grass from green to brown, and then fall paints the land in soft shades of yellow, orange, brown, and red.

12. My home in Ozark, Missouri, built with love and care, resembles all the memories I carry in my heart from childhood. Many of the things inside trace back to those early years. My parents remodeled it themselves, with the same dedication they put into everything they touched. Each year the garden flourishes, and I can see the pride they take in what life has given them—not as gifts, but as the fruits of their hard work, their own hands, and their hearts. My parents have never made much money, but one Christmas I was able to give something back: I paid off completely their home loan in Ozark. I still remember the look on their faces, the tears I hadn't seen in years. It was as if a heavy weight had been lifted from them. Though they were older then, I could feel their joy. And while we all hope our parents will live forever, we know the day will come when the good Lord calls them home.

13. I have lived in many places and owned several houses along the way due to employment opportunities in Texas and California. But none of those places ever truly felt like home. Home is the place that my mom and dad built with love, the land where they live, the place I've always longed to return to.

14. My parents wanted that home to be the place I would come back to when my technology obligations to the world were fulfilled. After graduation, I was working in Houston and Austin, Texas, but I spoke with them almost daily. We would talk about their day, their small trips to the store, the relatives, and the day I might finally return home. To continue pursuing my dreams in technology, I joined Apple in early 2010 and moved to Cupertino, California.

- 4 -
DECLARATION OF GERARD RICHARD WILLIAMS III

15. While working at Apple, I married my soulmate, Tuyen "Tiffany" Williams (née Tuyen Nguyen). Together, we helped raise seven children—taking them to parks, feeding, and caring for them. Tuyen treated them as if they were her own, with endless love and care. We called Grandma and Grandpa often to share our day, keeping the family close, talking sometimes a few minutes or hours. To my joy and surprise, Tuyen loves the Williams bunch with all her heart and soul—second only to God.

16. My parents want my family to return to Ozark because we will be surrounded with my sister and other relatives, about thirty uncles, aunts, and cousins.

17. Tuyen and I have indeed been blessed to reside in Newport Coast, a beautiful area, since about 2021. Because of my wife's Vietnamese heritage, I am also very proud to have built connections and forged ties with the Vietnamese-American community in Texas, the Bay Area, and Orange County, the last of which is home to the largest concentration of individuals of Vietnamese origin outside of Vietnam. However, my beloved wife knows that my love and deepest family roots are in Ozark, Missouri. As a devout Christian and a devoted wife, she shares and supports my decision to return home with my parents and extended family ties in Ozark, Missouri.

**My Permanent Home and Intent to Return Permanently**

18. Though my career required me to reside in Texas and California, my permanent home and true intent have always remained in Ozark, Missouri. In addition to the family and spiritual ties that I discussed above, it is there that I keep the possessions which define my life with my wife, Tuyen, and our family.

19. My property of inheritance is at 1110 North 19th Avenue, Ozark, Christian County, MO 65721. It is a location where I stored my valuable personal effects of myself and my wife's. My personal belongings and possessions include items such as:

- My wife's and my favorite furniture.
- Our precious wedding clothes such as my ivory tuxedo and the most beautiful white dress that I created and sewed for my wife. (I learned to make clothing from my mother who used to work in the textile and clothing industry).
- My collection of valuable books that I saved and intend to read again when I retire.
- My wife's and my valuable household goods that we received as wedding gifts.
- My treasured family heirlooms and keepsakes include numerous childhood, high school, college, graduation, and wedding photos, along with my college diplomas, technological achievements, and awards.
- Many photos of my seven children that Tuyen have saved for 12 years.
- My precious U.S. stamp collection.

20. Most importantly, I hold a solemn promise to my parents to return permanently to Ozark, Missouri, to honor the home they built with their hands and hearts. My plan is to transform the small town of Ozark, Missouri—home to just 24,000 people—into a technologically advanced haven, a place of opportunity built on love, community, and the values my parents and I hold so dear.

21. Given the almost limitless potential of remote and virtual work, I will be able to operate, control, and manage that business in Ozark even if some of its workers and partners will be elsewhere, including outside of the U.S.

22. Such technology haven based in or near Ozark is especially needed because that area is not financially prosperous relative to other parts of the country. Based on my research, the average household income in Ozark, Missouri is about $59,000, versus about $153,000 in California, not even taking into account that incomes in the technology sectors in California and/or the Silicon Valley and

Orange County areas where I have resided have incomes well beyond $153,000 annually.

23. I also aspire to one day serve as an adjunct professor at the University of Missouri, where I earned my master's degree, sharing knowledge with the next generation through teaching and writing. I believe that from this small town, with God and love as our foundation, we, as Americans, can make a meaningful difference in the world.

24. Thus, no matter where I travel, my life always leads back to Ozark, Missouri, my true home to which I intend to return permanently.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on the date below in Newport Coast, California.

Dated: September 16, 2025

                                                                              /s/ *Gerard Richard Williams III*
                                                                                 Gerard Richard Williams III