# EXHIBIT A

## SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME**:**

CASE NO:

| Matter | Time | Weeks before trial | Plaintiff Request | Defendant Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court) (length _12_ days) (**Tuesday**) | 10:00 am | | 12/14/26 | | |
| For Court Trial<br>Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | | 3 | | | |
| Pretrial Conference, LR 16;<br>Hearing on Motions in Limine | 1:30 pm | 4 | 11/16/26 | | |
| For Jury Trial<br>Lodge Pretrial Conference Order, LR 16-7;<br>File Agreed Set of Jury Instructions and Verdict Forms;<br>File Statement Regarding Disputed Instructions, Verdicts, etc.;<br>File Oppositions to Motions in Limine | | 6 | 11/2/26 | | |
| For Jury Trial<br>File Memo of Contentions of Fact and Law, LR 16-4;<br>Exhibit & Witness Lists, LR 16-5, 6;<br>File Status Report Regarding Settlement;<br>File Motions in Limine | | 7 | 10/26/26 | | |
| Last date to conduct Settlement Conf., LR 16-15 | | 12 | 9/21/26 | | |
| Last day for **hearing** motions, LR 7 | | 14 | 9/7/26 | | |
| Non-expert Discovery Cut-off | | | 8/1/26 | | |
| Expert Disclosure (initial) | | | 8/14/26 | | |
| Expert Disclosure (rebuttal) | | | 9/15/26 | | |
| Expert Discovery Cut-off | | | 10/15/26 | | |
| Last Date to Amend Pleadings or Add Parties | | | 2/2/26 | | |
| | | | | | |

LR 16-15 Settlement Choice:    [X] 1. USMJ            [X] 3. Outside ADR

[ ] 2. Attorney Settlement Panel    [ ] 4. Judge Chooljian

Exhibit A

7