Marcelis E. Morris, Esq. (SBN: 291972)
**WILSHIRE LAW FIRM**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017
Tel: (213) 381-9988
Fax: (213) 381-9989
Email: Marcelis.morris@wilshirelawfirm.com

Attorney for Plaintiff, Hung Huynh

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HUYNH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GERARD RICHARD WILLIAMS III,<br><br>　　　　Defendant. | Case No.: **2:25-cv-07351-JC**<br>Hon. Jacqueline Chooljian<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

　　PLEASE TAKE NOTICE that Marcelis E. Morris, of the law firm Wilshire Law Firm, hereby requests the Court withdraw him as counsel of record in this matter on behalf of Plaintiffs Hung Huynh. Pursuant to LR 11.5(a), attached hereto as Exhibit A is a [Proposed] Order Granting Withdrawal of Counsel for entry by the Court.

DATED: 9/22/25　　　　　　　　　　　　　　**WILSHIRE LAW FIRM**

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Marcelis E. Morris, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

1
NOTICE OF WITHDRAWAL OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing through the Court's CM/ECF system upon all counsel registered with that system.

DATED: 9/22/25

**WILSHIRE LAW FIRM**

By: *[signature]*
Marcelis E. Morris, Esq.
Attorney for Plaintiffs