Marcelis E. Morris, Esq. (SBN: 291972)
WILSHIRE LAW FIRM
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017
Tel: (213) 381-9988
Fax: (213) 381-9989
Email: Marcelis.morris@wilshirelawfirm.com

Attorney for Plaintiff, Hung Huynh

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HUYNH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GERARD RICHARD WILLIAMS III,<br><br>　　　　　Defendant. | Case No.: 2:25-cv-07351-JC<br>Hon. Jacqueline Chooljian<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL** |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Marcelis E. Morris is hereby withdrawn as counsel of record on behalf of Plaintiff Hung Huynh.

The Clerk of the Court is directed to remove Marcelis E. Morris from the record and from the Court's ECF System for this case.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　Hon. Jacqueline Chooljian
\                                       United States District Judge