Shawn E. Cowles (CA Bar No. 163826)
scowles@dhillonlaw.com
Brandon Q. Tran (CA Bar No. 223435)
btran@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
(949) 340-1968 (voice and fax)

Attorneys for Plaintiff Hung Huynh

**IN THE UNITED STATES DISTRICT COURT**
**FOR CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| HUNG HUYNH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GERARD RICHARD WILLIAMS III, an individual,<br><br>Defendant. | Case No.: 2:25-cv-07351-JC<br><br>**PLAINTIFF HUNG HUYNH'S NOTICE OF AND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**<br><br>[Filed concurrently with Reply to Opposition to Motion to Remand]<br><br>Judge:   Hon. Jacqueline Chooljian<br><br>Date:        October 7, 2025<br>Time:       9:30 a.m.<br>Courtroom: 750, 7th Floor |

1

**PLAINTIFF HUNG HUYNH'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Plaintiff Hung Huynh ("Plaintiff") hereby requests that the Court take judicial notice of the following documents:

1. The docket for the action entitled Huynh v. Williams, Case No. 30-2024-01346961-CU-PO-CJC, a copy of which is attached hereto as **Exhibit 1**.

This Request is made pursuant to *United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007)) ("A federal court may 'take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.' ") and related cases.

Respectfully submitted by,

Date:  September 23, 2025         **DHILLON LAW GROUP INC.**

By:*/s/ Brandon Q. Tran*
Shawn E. Cowles
Brandon Q. Tran
Attorneys for Plaintiff Hung Huynh

# Exhibit "1"

Case Summary:

| Case Id: | 30-2024-01436961-CU-PO-CJC |
|---|---|
| Case Title: | HUNG HUYNH VS. GERARD RICHARD WILLIAMS |
| Case Type: | PI/PD/WD - OTHER |
| Filing Date: | 10/31/2024 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 21555938 RECEIVED ON 10/31/2024 09:50:17 AM. | 11/04/2024 | | NV | |
| 2 | COMPLAINT FILED BY HUYNH, HUNG ON 10/31/2024 | 10/31/2024 | | 8 pages | |
| 3 | SUMMONS ISSUED AND FILED FILED BY HUYNH, HUNG ON 10/31/2024 | 10/31/2024 | | 1 pages | |
| 4 | CIVIL CASE COVER SHEET FILED BY HUYNH, HUNG ON 10/31/2024 | 10/31/2024 | | 2 pages | |
| 5 | PAYMENT RECEIVED BY LEGALCONNECT FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 13509379 AND RECEIPT NUMBER 13337519. | 11/04/2024 | | 1 pages | |
| 6 | CASE ASSIGNED TO JUDICIAL OFFICER STRICKROTH, MICHAEL ON 10/31/2024. | 10/31/2024 | | NV | |
| 7 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 06/16/2025 AT 08:30:00 AM IN C15 AT CENTRAL JUSTICE CENTER. | 11/04/2024 | | 2 pages | |
| 8 | NOTICE OF HEARING OC | 11/04/2024 | | 3 pages | |
| 9 | E-FILING TRANSACTION NUMBER 41748018 REJECTED. | 12/16/2024 | | 1 pages | |
| 10 | E-FILING TRANSACTION NUMBER 31576920 REJECTED. | 12/17/2024 | | 1 pages | |
| 11 | E-FILING TRANSACTION NUMBER 31577061 REJECTED. | 12/18/2024 | | 1 pages | |
| 12 | E-FILING TRANSACTION NUMBER 21576311 REJECTED. | 12/18/2024 | | 1 pages | |
| 13 | E-FILING TRANSACTION NUMBER 11408367 REJECTED. | 12/19/2024 | | 1 pages | |
| 14 | E-FILING TRANSACTION 11409204 RECEIVED ON 12/18/2024 11:16:13 PM. | 12/20/2024 | | NV | |
| 15 | SUBSTITUTION OF ATTORNEY FILED BY HUYNH, HUNG ON 12/18/2024 | 12/18/2024 | | 2 pages | |
| 16 | PROPOSED STIPULATION AND ORDER RECEIVED ON 12/27/2024 | 12/27/2024 | | 11 pages | |
| 17 | PROPOSED ORDER RECEIVED ON 12/27/2024 | 12/27/2024 | | 5 pages | |
| 18 | E-FILING TRANSACTION 11412484 RECEIVED ON 12/27/2024 02:40:37 PM. | 12/31/2024 | | NV | |
| 19 | PROPOSED STIPULATION AND ORDER (REJECTED) FILED BY HUYNH, HUNG ON 12/31/2024 | 12/31/2024 | | 11 pages | |
| 20 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 13537680 AND RECEIPT NUMBER 13365840. | 12/31/2024 | | 1 pages | |
| 21 | PROPOSED STIPULATION AND ORDER RECEIVED ON 01/02/2025 | 01/02/2025 | | 11 pages | |
| 22 | E-FILING TRANSACTION 11412483 RECEIVED ON 12/27/2024 02:40:33 PM. | 01/02/2025 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 23 | NOTICE - OTHER (OF APPEARANCE OF COUNSEL) FILED BY WILLIAMS, GERARD RICHARD III ON 12/27/2024 | 12/27/2024 | | 5 pages | |
| 24 | E-FILING TRANSACTION 21580719 RECEIVED ON 12/27/2024 04:03:43 PM. | 01/02/2025 | | *NV* | |
| 25 | MOTION - OTHER (MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE) FILED BY WILLIAMS, GERARD RICHARD III ON 12/27/2024 | 12/27/2024 | | 9 pages | |
| 26 | PAYMENT RECEIVED BY ONELEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 13538380 AND RECEIPT NUMBER 13366540. | 01/02/2025 | | 1 pages | |
| 27 | MOTION - OTHER SCHEDULED FOR 07/07/2025 AT 01:45:00 PM IN C15 AT CENTRAL JUSTICE CENTER. | 01/02/2025 | | *NV* | |
| 28 | E-FILING TRANSACTION 41759558 RECEIVED ON 12/27/2024 04:43:39 PM. | 01/02/2025 | | *NV* | |
| 29 | NOTICE OF RELATED CASE FILED ON 12/27/2024 | 12/27/2024 | | 4 pages | |
| 30 | E-FILING TRANSACTION 41759926 RECEIVED ON 12/30/2024 11:30:53 AM. | 01/02/2025 | | *NV* | |
| 31 | NOTICE OF RELATED CASE FILED ON 12/30/2024 | 12/30/2024 | | 4 pages | |
| 32 | E-FILING TRANSACTION 21583072 RECEIVED ON 01/03/2025 03:03:49 PM. | 01/06/2025 | | *NV* | |
| 33 | NOTICE - OTHER (OF PRESERVATION OF EVIDENCE CCP 2023.030) FILED BY HUYNH, HUNG ON 01/03/2025 | 01/03/2025 | | 7 pages | |
| 34 | COMPLAINT FILED BY WILLIAMS, GERARD RICHARD III ON 12/02/2024 | 12/02/2024 | | 35 pages | |
| 35 | PROPOSED ORDER RECEIVED ON 01/06/2025 | 01/06/2025 | | 4 pages | |
| 36 | E-FILING TRANSACTION 21583533 RECEIVED ON 01/06/2025 12:43:52 PM. | 01/06/2025 | | *NV* | |
| 37 | EX PARTE APPLICATION - OTHER FILED BY WILLIAMS, GERARD RICHARD III ON 01/06/2025 | 01/06/2025 | | 11 pages | |
| 38 | DECLARATION - OTHER FILED BY WILLIAMS, GERARD RICHARD III ON 01/06/2025 | 01/06/2025 | | 10 pages | |
| 39 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13540119 AND RECEIPT NUMBER 13368283. | 01/06/2025 | | 1 pages | |
| 40 | EX PARTE SCHEDULED FOR 01/07/2025 AT 08:30:00 AM IN C15 AT CENTRAL JUSTICE CENTER. | 01/06/2025 | | *NV* | |
| 41 | MINUTES FINALIZED FOR EX PARTE 01/07/2025 08:30:00 AM. | 01/07/2025 | | 1 pages | |
| 42 | E-FILING TRANSACTION 11414334 RECEIVED ON 01/02/2025 12:13:58 PM. | 01/07/2025 | | *NV* | |
| 43 | STIPULATION AND ORDER (TO EXTEND DEADLINE TO RESPOND) FILED BY WILLIAMS, GERARD RICHARD III ON 01/06/2025 | 01/06/2025 | | 9 pages | |
| 44 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 13540619 AND RECEIPT NUMBER 13368779. | 01/07/2025 | | 1 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 45 | E-FILING TRANSACTION 21583534 RECEIVED ON 01/06/2025 12:43:54 PM. | 01/07/2025 | | NV | |
| 46 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 01/06/2025 | 01/06/2025 | | 4 pages | ☐ |
| 47 | E-FILING TRANSACTION 11417411 RECEIVED ON 01/09/2025 08:48:35 AM. | 01/09/2025 | | NV | |
| 48 | NOTICE OF RULING FILED BY WILLIAMS, GERARD RICHARD III ON 01/09/2025 | 01/09/2025 | | 5 pages | ☐ |
| 49 | E-FILING TRANSACTION 31586616 RECEIVED ON 01/09/2025 12:16:17 PM. | 01/09/2025 | | NV | |
| 50 | NOTICE OF RULING FILED BY WILLIAMS, GERARD RICHARD III ON 01/09/2025 | 01/09/2025 | | 5 pages | ☐ |
| 51 | PROPOSED STIPULATION AND ORDER RECEIVED ON 02/10/2025 | 02/10/2025 | | 9 pages | ☐ |
| 52 | CASE MANAGEMENT CONFERENCE CONTINUED TO 09/22/2025 AT 08:30 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 02/11/2025 | | NV | |
| 53 | MINUTES FINALIZED FOR CHAMBERS WORK 02/11/2025 09:24:00 AM. | 02/11/2025 | | 1 pages | ☐ |
| 54 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 02/11/2025 | | 2 pages | ☐ |
| 55 | E-FILING TRANSACTION 11432476 RECEIVED ON 02/10/2025 02:32:16 PM. | 02/18/2025 | | NV | |
| 56 | STIPULATION AND ORDER FILED BY WILLIAMS, GERARD RICHARD III ON 02/11/2025 | 02/11/2025 | | 5 pages | ☐ |
| 57 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 13564598 AND RECEIPT NUMBER 13392778. | 02/18/2025 | | 1 pages | ☐ |
| 58 | E-FILING TRANSACTION NUMBER 41791229 REJECTED. | 03/19/2025 | | 1 pages | ☐ |
| 59 | E-FILING TRANSACTION 21620587 RECEIVED ON 03/19/2025 11:55:15 AM. | 04/08/2025 | | NV | |
| 60 | SUBSTITUTION OF ATTORNEY FILED BY HUYNH, HUNG ON 03/19/2025 | 03/19/2025 | | 4 pages | ☐ |
| 61 | E-FILING TRANSACTION 41849401 RECEIVED ON 06/18/2025 02:48:45 PM. | 06/23/2025 | | NV | |
| 63 | NOTICE OF LIEN FILED BY THE TU FIRM, APLC ON 06/18/2025 | 06/18/2025 | | 4 pages | ☐ |
| 64 | E-FILING TRANSACTION 21671619 RECEIVED ON 06/23/2025 04:48:59 PM. | 06/24/2025 | | NV | |
| 65 | OPPOSITION FILED BY HUYNH, HUNG ON 06/23/2025 | 06/23/2025 | | 12 pages | ☐ |
| 66 | E-FILING TRANSACTION 11502717 RECEIVED ON 06/23/2025 04:49:01 PM. | 06/24/2025 | | NV | |
| 67 | PROOF OF SERVICE FILED BY HUYNH, HUNG ON 06/23/2025 | 06/23/2025 | | 3 pages | ☐ |
| 68 | E-FILING TRANSACTION 41851920 RECEIVED ON 06/23/2025 04:49:02 PM. | 06/24/2025 | | NV | |
| 69 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY HUYNH, HUNG ON 06/23/2025 | 06/23/2025 | | 15 pages | ☐ |
| 70 | E-FILING TRANSACTION 21674714 RECEIVED ON 06/27/2025 05:09:17 PM. | 06/30/2025 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 71 | REPLY - OTHER (RE VOLUNTARY DISMISSAL WITH PREJUDICE) FILED BY WILLIAMS, GERARD RICHARD III ON 06/27/2025 | 06/27/2025 | | 30 pages | ☐ |
| 72 | E-FILING TRANSACTION 11505696 RECEIVED ON 06/27/2025 05:09:15 PM. | 06/30/2025 | | NV | |
| 73 | DECLARATION IN SUPPORT OF REPLY FILED BY WILLIAMS, GERARD RICHARD III ON 06/27/2025 | 06/27/2025 | | 17 pages | ☐ |
| 74 | DECLARATION IN SUPPORT OF REPLY FILED BY WILLIAMS, GERARD RICHARD III ON 06/27/2025 | 06/27/2025 | | 8 pages | ☐ |
| 75 | E-FILING TRANSACTION 21675549 RECEIVED ON 06/30/2025 04:21:58 PM. | 07/01/2025 | | NV | |
| 76 | OBJECTION FILED BY HUYNH, HUNG ON 06/30/2025 | 06/30/2025 | | 4 pages | ☐ |
| 77 | E-FILING TRANSACTION 41855710 RECEIVED ON 06/30/2025 04:21:56 PM. | 07/01/2025 | | NV | |
| 78 | OBJECTION FILED BY HUYNH, HUNG ON 06/30/2025 | 06/30/2025 | | 17 pages | ☐ |
| 79 | E-FILING TRANSACTION 21676066 RECEIVED ON 07/01/2025 12:19:51 PM. | 07/02/2025 | | NV | |
| 80 | ASSOCIATION OF ATTORNEY FILED BY WILLIAMS, GERARD RICHARD III ON 07/01/2025 | 07/01/2025 | | 7 pages | ☐ |
| 81 | E-FILING TRANSACTION 21675989 RECEIVED ON 07/01/2025 10:49:05 AM. | 07/02/2025 | | NV | |
| 82 | REPLY - OTHER (AMENDED REPLY RE VOLUNTARY DISMISSAL) FILED BY WILLIAMS, GERARD RICHARD III ON 07/01/2025 | 07/01/2025 | | 38 pages | ☐ |
| 83 | E-FILING TRANSACTION 21677153 RECEIVED ON 07/02/2025 03:35:32 PM. | 07/03/2025 | | NV | |
| 84 | NOTICE - OTHER (IN PERSON APPEARANCE) FILED BY WILLIAMS, GERARD RICHARD III ON 07/02/2025 | 07/02/2025 | | 7 pages | ☐ |
| 85 | E-FILING TRANSACTION 41858298 RECEIVED ON 07/07/2025 08:34:05 AM. | 07/07/2025 | | NV | |
| 86 | OBJECTION FILED BY WILLIAMS, GERARD RICHARD III ON 07/07/2025 | 07/07/2025 | | 14 pages | ☐ |
| 87 | PROPOSED ORDER RECEIVED ON 07/07/2025 | 07/07/2025 | | 8 pages | ☐ |
| 88 | THE COURT TAKES THIS MATTER UNDER SUBMISSION. | 07/07/2025 | | NV | |
| 89 | MINUTES FINALIZED FOR MOTION - OTHER 07/07/2025 01:45:00 PM. | 07/07/2025 | | 1 pages | ☐ |
| 90 | MINUTES FINALIZED FOR UNDER SUBMISSION RULING 2025-07-08 08:23:00.0. | 07/08/2025 | | 2 pages | ☐ |
| 91 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/08/2025 | | 3 pages | ☐ |
| 92 | E-FILING TRANSACTION 21679278 RECEIVED ON 07/08/2025 03:03:53 PM. | 07/09/2025 | | NV | |
| 93 | NOTICE OF RULING (RE VOLUNTARY DISMISSAL DENIED) FILED BY HUYNH, HUNG ON 07/08/2025 | 07/08/2025 | | 9 pages | ☐ |
| 94 | PROPOSED ORDER RECEIVED ON 07/10/2025 | 07/10/2025 | | 7 pages | ☐ |
| 95 | E-FILING TRANSACTION 41860733 RECEIVED ON 07/10/2025 12:21:01 PM. | 07/10/2025 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 96 | MOTION FOR RECONSIDERATION FILED BY WILLIAMS, GERARD RICHARD III ON 07/10/2025 | 07/10/2025 | | 14 pages | |
| 97 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13650661 AND RECEIPT NUMBER 13478921. | 07/10/2025 | | 1 pages | |
| 98 | MOTION FOR RECONSIDERATION SCHEDULED FOR 11/03/2025 AT 01:45:00 PM IN C15 AT CENTRAL JUSTICE CENTER. | 07/10/2025 | | NV | |
| 99 | E-FILING TRANSACTION 21680861 RECEIVED ON 07/10/2025 12:21:04 PM. | 07/11/2025 | | NV | |
| 100 | AFFIDAVIT - OTHER (IN SUPPORT OF MOTION FOR RECONSIDERATION AND EXHIBITS) FILED BY WILLIAMS, GERARD RICHARD III ON 07/10/2025 | 07/10/2025 | | 32 pages | |
| 101 | PROPOSED ORDER RECEIVED ON 07/17/2025 | 07/17/2025 | | 7 pages | |
| 102 | E-FILING TRANSACTION 31685610 RECEIVED ON 07/17/2025 03:18:41 PM. | 07/18/2025 | | NV | |
| 103 | DECLARATION IN SUPPORT FILED BY WILLIAMS, GERARD RICHARD III ON 07/17/2025 | 07/17/2025 | | 7 pages | |
| 104 | E-FILING TRANSACTION 21684792 RECEIVED ON 07/17/2025 03:18:39 PM. | 07/23/2025 | | NV | |
| 105 | MOTION FOR ORDER TO STAY PROCEEDINGS FILED BY WILLIAMS, GERARD RICHARD III ON 07/17/2025 | 07/17/2025 | | 13 pages | |
| 106 | PROPOSED ORDER RECEIVED ON 07/17/2025. | 07/17/2025 | | 7 pages | |
| 107 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13656853 AND RECEIPT NUMBER 13485114. | 07/23/2025 | | 1 pages | |
| 108 | MOTION FOR ORDER TO STAY PROCEEDINGS SCHEDULED FOR 11/03/2025 AT 01:45:00 PM IN C15 AT CENTRAL JUSTICE CENTER. | 07/23/2025 | | NV | |
| 109 | PROPOSED STIPULATION AND ORDER RECEIVED ON 07/24/2025 | 07/24/2025 | | 7 pages | |
| 110 | E-FILING TRANSACTION 41868446 RECEIVED ON 07/24/2025 12:28:34 PM. | 07/29/2025 | | NV | |
| 111 | PROPOSED STIPULATION AND ORDER (REJECTED) FILED BY WILLIAMS, GERARD RICHARD III ON 07/29/2025 | 07/29/2025 | | 7 pages | |
| 112 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 13660142 AND RECEIPT NUMBER 13488402. | 07/29/2025 | | 1 pages | |
| 113 | E-FILING TRANSACTION 21580720 RECEIVED ON 12/27/2024 04:03:46 PM. | 07/30/2025 | | NV | |
| 114 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 12/27/2024 | 12/27/2024 | | 5 pages | |
| 115 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 12/27/2024 | 12/27/2024 | | NV | |
| 116 | E-FILING TRANSACTION 41858555 RECEIVED ON 07/07/2025 01:28:57 PM. | 07/30/2025 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 117 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 07/07/2025 | 07/07/2025 | | 8 pages | |
| 118 | E-FILING TRANSACTION NUMBER 41868445 REJECTED. | 07/30/2025 | | 1 pages | |
| 119 | E-FILING TRANSACTION 41874972 RECEIVED ON 08/05/2025 03:14:52 PM. | 08/06/2025 | | NV | |
| 120 | ANSWER TO COMPLAINT FILED BY WILLIAMS, GERARD RICHARD III ON 08/05/2025 | 08/05/2025 | | 10 pages | |
| 121 | E-FILING TRANSACTION NUMBER 31695296 REJECTED. | 08/06/2025 | | 1 pages | |
| 122 | E-FILING TRANSACTION NUMBER 31695587 REJECTED. | 08/08/2025 | | 1 pages | |
| 123 | E-FILING TRANSACTION NUMBER 21696586 REJECTED. | 08/08/2025 | | 1 pages | |
| 124 | E-FILING TRANSACTION 21696741 RECEIVED ON 08/08/2025 11:37:17 AM. | 08/08/2025 | | NV | |
| 125 | ANSWER TO COMPLAINT FILED BY HUYNH, HUNG ON 08/08/2025 | 08/08/2025 | | 6 pages | |
| 126 | PROPOSED ORDER RECEIVED ON 08/08/2025 | 08/08/2025 | | 5 pages | |
| 127 | E-FILING TRANSACTION 31699845 RECEIVED ON 08/13/2025 03:51:06 PM. | 08/14/2025 | | NV | |
| 128 | NOTICE OF REMOVAL TO FEDERAL COURT FILED BY WILLIAMS, GERARD RICHARD III ON 08/13/2025 | 08/13/2025 | | 386 pages | |
| 132 | MINUTES FINALIZED FOR CHAMBERS WORK 08/14/2025 11:01:00 AM. | 08/14/2025 | | 1 pages | |
| 133 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/14/2025 | | 2 pages | |
| 134 | E-FILING TRANSACTION 41877055 RECEIVED ON 08/08/2025 04:32:00 PM. | 08/15/2025 | | NV | |
| 135 | APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE FILED BY WILLIAMS, GERARD RICHARD III ON 08/08/2025 | 08/08/2025 | | 9 pages | |
| 136 | PAYMENT RECEIVED BY ONELEGAL FOR 164 - APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE IN THE AMOUNT OF 500.00, TRANSACTION NUMBER 13669497 AND RECEIPT NUMBER 13497757. | 08/15/2025 | | 1 pages | |
| 137 | MOTION TO APPEAR PRO HAC VICE SCHEDULED FOR 12/15/2025 AT 01:45:00 PM IN C15 AT CENTRAL JUSTICE CENTER. | 08/15/2025 | | NV | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| THE TULFER'S APLC | DEFENDANT | | 06/23/2025 | |
| LAW OFFICES OF PAUL PHILIPS APLC | ATTORNEY | | 01/02/2025 | |
| PETTIT KOHN INGRASSIA LUTZ & DOLIN PC | ATTORNEY | | 07/01/2025 | |
| GERARD RICHARD WILLIAMS | DEFENDANT | | 11/04/2024 | |
| HUNG HUYNH | PLAINTIFF | | 11/04/2024 | |
| BAKER & HOSTETLER LLP | ATTORNEY | | 01/02/2025 | |
| DILLON LAW GROUP INC | ATTORNEY | | 04/08/2025 | |
| HUNG HUYNH | DEFENDANT | | 08/08/2025 | |
| WILSHIRE LAW FIRM | ATTORNEY | | 11/04/2024 | |
| THE LAWYERS APLC | ATTORNEY | | 12/20/2024 | |
| WILSHIRE LAW FIRM | ATTORNEY | | 10/31/2024 | 12/18/2024 |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| MOTION TO APPEAR PRO HAC VICE | 12/15/2025 | 01:45 | C15 | STRICKROTH |

Print this page

9/23/25, 10:02 AM
Case 2:25-cv-07351-JC    Document 22-1    Filed 09/23/25    Page 10 of 10    Page ID #:704
Superior Court of California, County of Orange

| 137 | MOTION TO APPEAR PRO HAC VICE SCHEDULED FOR 12/15/2025 AT 01:45:00 PM IN C15 AT CENTRAL JUSTICE CENTER. | 08/15/2025 | NV |
|---|---|---|---|
| 136 | PAYMENT RECEIVED BY ONELEGAL FOR 164 - APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE IN THE AMOUNT OF 500.00, TRANSACTION NUMBER 13669497 AND RECEIPT NUMBER 13497757. | 08/15/2025 | 1 pages |
| 135 | APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE FILED BY WILLIAMS, GERARD RICHARD III ON 08/08/2025 | 08/08/2025 | 9 pages |
| 134 | E-FILING TRANSACTION 41877033 RECEIVED ON 08/08/2025 04:12:10 PM. | 08/15/2025 | NV |
| 133 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/14/2025 | 2 pages |
| 132 | MINUTES FINALIZED FOR CHAMBERS WORK 08/14/2025 11:01:00 AM. | 08/14/2025 | 1 pages |
| 128 | NOTICE OF REMOVAL TO FEDERAL COURT FILED BY WILLIAMS, GERARD RICHARD III ON 08/13/2025 | 08/13/2025 | 386 pages |