1  **CALLAHAN & BLAINE, PC**
   Edward Susolik (SBN 151081)
2  es@callahan-law.com
   Raphael Cung (SBN 201829)
3  rcung@callahan-law.com
   3 Hutton Centre Drive, Ninth Floor
4  Santa Ana, California 92707
   Telephone: (714) 241-4444
5
   **LAW OFFICES OF PAUL N. PHILIPS, APLC**
6  Paul N. Philips (SBN 187928)
   pnp@pnplegal.com
7  9440 Santa Monica Boulevard, Suite 301
   Beverly Hills, California 90210
8  Telephone: (323) 813-1126

9  *Additional counsel listed on next page*

10 Attorneys for Defendant GERARD RICHARD WILLIAMS III

11

12                     **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14 | HUNG HUYNH,                         | Case No. 2:25-cv-07351-JC
15 |                          Plaintiff, | Hon. Jacqueline Chooljian
16 |     v.                              |
17 | GERARD RICHARD WILLIAMS III,        | **DEFENDANT GERARD RICHARD WILLIAMS III'S OBJECTION TO PLAINTIFF HUNG HUYNH'S NOTICE OF AND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**
18 |                          Defendant. |
19
20
21                                         Date:   October 7, 2025
22                                         Time:   9:30 a.m.
                                           Place:  Roybal Federal Courthouse
23                                                 Courtroom 750, 7th Floor
                                                   255 East Temple Street
24                                                 Los Angeles, CA 90012
25
26
27
28

- 1 -
OBJECTION TO PLF'S SUPPL. NOTICE OF & REQUEST FOR JUDICIAL NOTICE

**THE TAMMY TRAN LAW FIRM**
Minh-Tam (Tammy) Tran (*pro hac vice* pending)
ttran@tt-lawfirm.com
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (832) 372-4403

**KELLEY & ASSOCIATES**
Lloyd E. Kelley (*pro hac vice* pending)
kelley@lloydekelley.com
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: (281) 492-7766

Attorneys for Defendant GERARD RICHARD WILLIAMS III

//

//

//

//

CALLAHAN & BLAINE, PC
ATTORNEYS AT LAW
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

1  Defendant Gerard Richard Williams III ("Williams") hereby objects to
2  Plaintiff Hung Huynh's ("Plaintiff") Notice of and Supplemental Request for
3  Judicial Notice [Dkt. 22-1], which was filed on September 23, 2025 in connection
4  with Plaintiff's Reply [Dkt. 22] in support of his Motion to Remand [Dkt. 13]. The
5  Court should decline to consider the "supplemental" material for which Plaintiff
6  seeks supplementaal judicial notice – a copy of the docket from the State Court
7  Action – because this is late-filed material that Plaintiff could have, but failed, to
8  include with his opening Motion.

9  It is improper for the moving party to introduce new facts or arguments in the
10 reply brief than presented in the moving papers. *See Lujan v. National Wildlife*
11 *Federation*, 497 U.S. 871, 894-95 (1990) (court has discretion to disregard late-filed
12 factual matters); *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("district
13 court need not consider arguments raised for the first time in a reply brief"); *Provenz*
14 *v. Miller*, 102 F.3d 1478, 1483 (9th Cir.1996) (district court should not consider new
15 evidence presented in reply without giving non-movant opportunity to respond).

16 As the Rutter Guide explained, "A reply brief may properly address new
17 matters raised in the opposition brief if the issues *reasonably* were unforeseen at the
18 time of the opening brief." *See* RUTTER GROUP PRAC. GUIDE FED. CIV. PRO. BEFORE
19 TRIAL ¶ 12:107.1 (2025) (ital. in orig.).

20 Here, Plaintiff's supplemental material and the subject matter thereof – the
21 docket of the State Court Action from which this action was removed – were **not**
22 unforeseen when Plaintiff filed his Motion to Remand [Dkt. 13]. On the contrary,
23 the opening Motion discussed extensively the timeline of events in such State Court
24 Action, the documents filed by the parties therein, the State Court's rulings, and
25 related issues. *See, e.g.*, Mot. at 1-3 (summarizing State Court proceedings); Mot. at
26 3-5 (arguing that Williams's removal was untimely based on developments in State
27 Court Action). Plaintiff had also included an original Request for Judicial Notice
28 with his opening Motion [Dkt. 13-6]

Thus, because "the opposing party [Williams] shall not file a response to the reply," *see* Local Rule 7-10, Williams is prejudiced by this late-filing by Plaintiff.

Accordingly, based on Williams's objection for the reasons above, the Court should deny and decline to consider Plaintiff's "Notice of and Supplemental Request for Judicial Notice" in determining Plaintiff's Motion to Remand.

Dated:  September 24, 2025          **CALLAHAN & BLAINE, PC**

By:   /s/ *Raphael Cung*
      Edward Susolik
      Raphael Cung
      Attorneys for Defendant GERARD RICHARD WILLIAMS III

Dated:  September 24, 2025          **LAW OFFICES OF PAUL N. PHILIPS, APLC**

By:   /s/ *Paul N. Philips*
      Paul N. Philips
      Attorneys for Defendant GERARD RICHARD WILLIAMS III